Peter Strojnik, State bar No: 006464
3030 North Central Avenue, Suite 1401 (a)
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Website: Strojnik.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK, an individual    ) | |
| ) | |
| Plaintiff, ) | NO.  2:08-CV-1276 |
| ) | |
| vs.    ) | **REQUEST FOR TRIAL BY JURY** |
| ) | |
| THE COSTAR REALTY INFORMATION, ) | |
| Inc., a Corporation; COSTAR GROUP, Inc., ) | |
| a Corporation    ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff requests a trial by jury.

RESPECTFULLY SUBMITTED this 15th day of July, 2008.

_____
Peter Strojnik, Esq.
Attorneys for Plaintiff

Copy of the foregoing e-mailed to:

Cynthia A. Ricketts, Esq. *cindy.ricketts@dlapiper.com*
Shane D. Gosdis, Esq.  *shane.gosdis@dlapiper.com*
Attorneys for Defendants

/s/

–1–