| | |
|---|---|
| 1 | Cynthia A. Ricketts (Arizona Bar No. 012668) |
| 2 | cindy.ricketts@dlapiper.com |
|   | Shane D. Gosdis (Arizona Bar No. 022471) |
| 3 | shane.gosdis@dlapiper.com |
|   | DLA Piper US LLP |
| 4 | 2415 East Camelback Road, Suite 700 |
|   | Phoenix, Arizona 85016 |
| 5 | Telephone: (480) 606-5100 |
|   | Facsimile: (480) 606-5101 |

Attorneys for Defendants Costar Realty Information, Inc., and Costar Group, Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

PETER STROJNIK, an individual,           )   Case No. 2:08-CV-1276
                                          )
              Plaintiff,                  )
                                          )   **DEFENDANTS' CORPORATE**
       v.                                 )   **DISCLOSURE STATEMENT**
                                          )
THE COSTAR REALTY INFORMATION,            )
INC., a Corporation; COSTAR GROUP,        )
INC.,                                     )
              Defendants.                 )
                                          )

This Corporate Disclosure Statement is filed on behalf of Defendant in compliance with the provisions of: (check one)

__X__   Rule 7.1, Federal Rule of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

| | |
|---|---|
| 1 | **The filing party hereby declares as follows:** |
| 2 | ____ No such corporation. |
| 3 | |
| 4 | _X_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed*.) |
| 5 | |
| 6 | **CoStar Realty Information, Inc. is a wholly owned subsidiary of CoStar Group, Inc. CoStar Group, Inc. is a publicly held corporation. CoStar Group, Inc. does not have a parent corporation. Based on the most recent information available to CoStar, the following entities own 10% or more of CoStar's stock: Morgan Stanley, FMR Corporation, and Janus Capital Management LLC.** |

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

____ Other (please explain):

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 18th day of July, 2008.

                              DLA Piper US LLP

                              /s/Shane D. Gosdis
                              Cynthia A. Ricketts
                              Shane D. Gosdis
                              Attorneys for Defendants Costar Realty
                              Information, Inc., and Costar Group, Inc.

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 18, 2008, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Peter Strojnik
strojnik@aol.com
THE LAW FIRM OF PETER STROJNIK
3030 N. Central Ave., Suite 1401
Phoenix, AZ 85012
Attorney for Plaintiff

     /s/Michele Maul