1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7                **FOR THE DISTRICT OF ARIZONA**
8
9   Peter Strojnik, an individual,          )     No. CV-08-1276 PHX DGC
                                            )
10            Plaintiff,                     )
                                            )
11  vs.                                     )     **ORDER**
                                            )
12  The Costar Realty Information, Inc., a  )
    corporation; Costar Group, Inc.,        )
13                                          )
              Defendants.                   )
14                                          )
                                            )
15  _____)

16          I hereby recuse myself from any further action in the above-captioned matter.

17          **IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of

18  Arizona.

19          **IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to

20  the **Honorable Susan R. Bolton**.  All future pleadings and papers submitted for filing shall

21  bear the following complete case number: **CV-08-1276 PHX SRB**.

22          DATED this 4th day of August, 2008.

23
24
25                          _David G. Campbell_
26          _____
                            David G. Campbell
27                          United States District Judge
28