Cynthia A. Ricketts (Arizona Bar No. 012668)
cindy.ricketts@dlapiper.com
Shane D. Gosdis (Arizona Bar No. 022471)
shane.gosdis@dlapiper.com
DLA Piper US LLP
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (480) 606-5100
Facsimile: (480) 606-5101

Attorneys for Defendants Costar Realty
Information, Inc., and Costar Group, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, an individual, | ) Case No. 2:08-CV-1276 |
| | ) |
| Plaintiff, | ) |
| | ) **JOINT STIPULATION TO** |
| v. | ) **EXTEND TIME FOR** |
| | ) **DEFENDANTS TO FILE ITS** |
| THE COSTAR REALTY INFORMATION, | ) **REPLY IN ITS SUPPORT OF** |
| INC., a Corporation; COSTAR GROUP, | ) **MOTION TO DISMISS** |
| INC., | ) |
| Defendants. | ) |
| | ) |

Plaintiff Peter Strojnik ("Strojnik"), and defendants The Costar Realty Information,

Inc. and Costar Group, Inc. ("Costar") hereby stipulate to an extension of time by which

Costar may file its reply in support of its motion to dismiss up to and including

August 21, 2008.

/ /

/ /

/ /

/ /

/ /

/ /

WEST\21492971.1

RESPECTFULLY SUBMITTED this 13th day of August, 2008.

**DLA PIPER US LLP**

    /s/Shane D. Gosdis
Cynthia A. Ricketts
Shane D. Gosdis
DLA Piper US LLP
2415 East Camelback, Suite 700
Phoenix, Arizona  85016
Attorneys for Defendants The Costar Realty
Information, Inc. and Costar Group, Inc.

**PETER STROJNIK**

    /s/Peter Strojnik
Peter Strojnik
3030 North Central Ave., Suite 1401
Phoenix, AZ 85012
Attorney for Plaintiff Peter Strojnik

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Peter Strojnik
strojnik@aol.com
THE LAW FIRM OF PETER STROJNIK
3030 N. Central Ave., Suite 1401
Phoenix, AZ  85012

Attorney for Plaintiff


    /s/Linda Farrell

WEST\21492971.1