IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Peter Stronjnik, | ) | CV 08-1276-PHX-SRB |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| The Costar Realty Information, Inc., | ) | |
| Costar Group, Inc. | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On August 13, 2008, a Joint Stipulation to Extend Time for Defendants to File its Reply in Support of Motion to Dismiss was filed.

IT IS ORDERED that the Joint Stipulation to Extend Time for Defendants to File its Reply in Support of Motion to Dismiss will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Page 11, Section G, specifically, subparagraph 1b.

DATED this 14th day of August, 2008.

Susan R. Bolton
United States District Judge