1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK, an individual, | Case No. 2:08-CV-01276-PHX-SRB |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| THE COSTAR REALTY INFORMATION, INC., a Corporation; COSTAR GROUP, INC., | |
| Defendants. | (Honorable Susan R. Bolton) |

    **IT IS SO ORDERED** granting the Joint Stipulation to Extend Time for Defendants to File its Reply in Support of Motion to Dismiss no later than August 21, 2008.

    Dated this 19th day of August, 2008.

_____
Susan R. Bolton
United States District Judge

Dockets.Justia.com