# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Peter Strojnik, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 07-1214-PHX-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| Costar Realty Information, Inc.; Costar Group, Inc., | ) ) | |
| | ) | |
| Defendants. | | |

\_\_\_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 23, 2008, defendant's Motion to Dismiss Plaintiff's First Amended Complaint is granted. Judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are terminated.

                                                                                      RICHARD H. WEARE
                                                                                       District Court Executive/Clerk

December 23, 2008

                                                                    s/ Sally Turner
                                                                    By: Deputy Clerk

cc: (all counsel)