Cynthia A. Ricketts (Arizona Bar No. 012668)
cindy.ricketts@dlapiper.com
Shane D. Gosdis (Arizona Bar No. 022471)
shane.gosdis@dlapiper.com
DLA Piper LLP (US)
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (480) 606-5100
Facsimile: (480) 606-5101

Attorneys for Defendants Costar Realty
Information, Inc., and Costar Group, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, an individual, | Case No. 2:08-CV-01276-PHX-SRB |
| Plaintiff, | **(E-File Case)** |
| v. | **DEFENDANTS' STATEMENT OF TAXABLE COSTS** |
| THE COSTAR REALTY INFORMATION, INC., a Corporation; COSTAR GROUP, INC., | Before: Honorable Susan R. Bolton |
| Defendants. | |

Pursuant to Rule 54.1 of the Rules of Practice of the United States District Court for the District of Arizona, Defendants Costar Realty Information, Inc, and Costar Group, Inc. hereby submit their Statement of Taxable Costs.

| Description | Amount |
|---|---|
| Filing/Recording Fees - VENDOR: MARICOPA COUNTY JUSTICE COURTS, FIRST APPEARANCE FEE | $39.00 |

//

//

RESPECTFULLY SUBMITTED this 6th day of January, 2009.

/s/Cynthia A. Ricketts
Cynthia A. Ricketts
Shane D. Gosdis
DLA Piper LLP (US)
2415 East Camelback, Suite 700
Phoenix, Arizona  85016
Telephone: (480) 606-5100
Facsimile: (480) 606-5101

Attorneys for Defendants Costar Realty Information, Inc. and Costar Group, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2009, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Peter Strojnik
strojnik@aol.com
THE LAW FIRM OF PETER STROJNIK
3030 N. Central Ave., Suite 1401
Phoenix, AZ  85012

Attorney for Plaintiff


   /s/Linda Farrell