Cynthia A. Ricketts (Arizona Bar No. 012668)
cindy.ricketts@dlapiper.com
Shane D. Gosdis (Arizona Bar No. 022471)
shane.gosdis@dlapiper.com
DLA Piper LLP (US)
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (480) 606-5100
Facsimile: (480) 606-5101

Attorneys for Defendants Costar Realty
Information, Inc., and Costar Group, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE COSTAR REALTY INFORMATION, INC., a Corporation; COSTAR GROUP, INC.,<br><br>Defendants. | Case No. 2:08-CV-01276-PHX-SRB<br>**(E-File Case)**<br><br>**DEFENDANTS' NOTICE OF FILING INVOICE COPIES IN SUPPORT OF STATEMENT OF TAXABLE COSTS**<br><br>Before: Honorable Susan R. Bolton |

Pursuant to the Court's Minute Order, dated January 9, 2009, [Docket No. 25], Defendants submit their invoice copy in support of their Statement of Taxable Costs, attached hereto as Exhibit A.

Dated: January 20, 2009

                                       /s/Shane D. Gosdis
                                       Cynthia A. Ricketts
                                       Shane D. Gosdis
                                       DLA Piper LLP (US)
                                       2415 East Camelback, Suite 700
                                       Phoenix, Arizona 85016
                                       Telephone: (480) 606-5100
                                       Facsimile: (480) 606-5101
                                       Attorneys for Defendant Costar Realty
                                       Information, Inc. and Costar Group, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2009, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Peter Strojnik
strojnik@aol.com
THE LAW FIRM OF PETER STROJNIK
3030 N. Central Ave., Suite 1401
Phoenix, AZ 85012

Attorney for Plaintiff


    /s/Linda Farrell