Cynthia A. Ricketts (Arizona Bar No. 012668)
cindy.ricketts@dlapiper.com
Shane D. Gosdis (Arizona Bar No. 022471)
shane.gosdis@dlapiper.com
DLA Piper LLP (US)
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (480) 606-5100
Facsimile: (480) 606-5101

Attorneys for Defendants Costar Realty
Information, Inc., and Costar Group, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE COSTAR REALTY INFORMATION, INC., a Corporation; COSTAR GROUP, INC.,<br><br>Defendants. | Case No. 2:08-CV-01276-PHX-SRB<br>**(E-File Case)**<br><br>**SUPPLEMENTAL AFFIDAVIT OF SHANE D. GOSDIS IN SUPPORT OF DEFENDANTS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>Before: Honorable Susan R. Bolton |

STATE OF ARIZONA    )
                    ) ss:
County of Maricopa  )

Shane D. Gosdis, being duly sworn, states:

1. I am an attorney licensed to practice law in the State of Arizona. I am over the age of 18 years and am, in all respects, competent to make this affidavit. This affidavit is based upon my personal knowledge, and if called upon to testify, I could and would competently testify to the following.

2. I am an associate at the law firm of DLA Piper LLP (US) ("DLA Piper"),

attorneys for Defendants The Costar Realty Information, Inc. and Costar Group, Inc. ("Defendants").

3. In my capacity as an attorney for Defendants, I am familiar with the nature of this action, the pleadings and other papers that have been filed by the parties.

4. As set forth in greater detail in my Affidavit, dated January 6, 2009, attached as Exhibit A to Defendants' Motion for an Award of Attorneys' Fees and Expenses, on July 11, 2008, I contacted Plaintiff Peter Strojnik ("Plaintiff") regarding the written discovery requests that he purported to serve in this matter. I advised Mr. Strojnik that the parties were required to conduct a Rule 26(f) conference prior to initiating discovery and that no such conference had occurred. In response, Mr. Strojnik bluntly asked: "Why don't we do this, why don't you just pay me off?" Plaintiff then offered to dismiss the action in its entirety for $5,000.00.

5. Later that day, I sent an e-mail to Christopher Winters, Associate General Counsel and Director of Intellectual Property for Costar Group, Inc. In that e-mail, I related to Mr. Winters the nature of my conversation with Plaintiff, including Plaintiff's request to me: "Why don't we do this, why don't you just pay me off?" *See* Shane D. Gosdis E-mail, dated July 11, 2008, attached hereto as Exhibit A.

6. It is for this reason that I stand by the assertions set forth in my January 6, 2009 Affidavit regarding the nature of my conversation with Plaintiff on July 11, 2008.

Further, affiant sayeth not.

_____
Shane D. Gosdis

| | |
|---|---|
| 1 |     SUBSCRIBED AND SWORN to before me this 22nd day of January, 2009, by Shane D. Gosdis. |
| 2 | |

        SUBSCRIBED AND SWORN to before me this 22nd day of January, 2009, by Shane D. Gosdis.

_____
Notary Public

My Commission Expires:

October 1, 2010

[Notary Seal: LINDA FARRELL, Notary Public - Arizona, Maricopa County, My Comm. Expires Oct 1, 2010]