# EXHIBIT A

## Gosdis, Shane

| | |
|---|---|
| **From:** | Gosdis, Shane |
| **Sent:** | Friday, July 11, 2008 1:09 PM |
| **To:** | 'Christopher Winters' |
| **Cc:** | Halpert, Jim; Ricketts, Cindy |
| **Subject:** | RE: Strojnik v. Costar - Motion to Dismiss |

Chris,

I spoke with plaintiff. He said our removal to federal court was "fascinating" and that it should be a "fun" case. He said that he does a lot of preemption work.

I advised as to our position on discovery. He said, "why don't we do this, why don't you just pay me off" and we will get this resolved. He asked for $5,000 to dismiss the action. You may have already given Jim your thoughts on settling this matter, but let us know if you are interested in pursuing plaintiff's proposed settlement.

Shane