IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, ) | NO. CIV 08-1276 PHX SRB |
| Plaintiff, ) | **TAXATION OF COSTS ORDER** |
| vs. ) | |
| COSTAR REALTY INFORMATION, ) INC., ET., AL., ) | |
| Defendants. ) | |

Final judgment having been entered, Defendants filed a Bill of Costs on January 6, 2009, seeking the taxation of $39.00. The matter has been reviewed and all costs have been awarded.

It is therefore ordered that $39.00 be taxed by the clerk for Defendants and be made part of the judgment.

DATED this 27th day of January 2009.

RICHARD H. WEARE, CLERK

By: *Michael O'Brien*
Michael O'Brien
Chief Deputy Clerk