Peter Strojnik, State bar No: 006464
3030 North Central Avenue, Suite 1401 (a)
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Website: Strojnik.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, an individual )<br><br>Plaintiff, )<br><br>vs. )<br><br>THE COSTAR REALTY )<br>INFORMATION, Inc., a Corporation; )<br>COSTAR GROUP, Inc., a Corporation )<br><br>Defendants. )<br>_____ ) | NO.  CV-08-1276 PHX SRB<br><br>**NOTICE OF PAYMENT OF COSTS** |

Please take notice that Plaintiff has, this day, forwarded payment for costs in the amount of $39.00 to Defendants care of their counsel.

RESPECTFULLY SUBMITTED this  27th  day of January, 2009.

_____
Peter Strojnik, Esq.
Attorneys for Plaintiff

Dockets.Justia.com