Peter Strojnik, State bar No: 006464
3030 North Central Avenue, Suite 1401 (a)
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Website: Strojnik.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE COSTAR REALTY ) <br> INFORMATION, Inc., a Corporation; ) <br> COSTAR GROUP, Inc., a Corporation ) <br> ) <br> Defendants. ) <br> _____ ) | NO.  CV-08-1276 PHX SRB <br><br> **NOTICE OF PAYMENT OF COSTS** |

    Please take notice that Plaintiff has, this day, forwarded payment for costs in the amount of $39.00 to Defendants care of their counsel.

    RESPECTFULLY SUBMITTED this  27th  day of January, 2009.

_____
Peter Strojnik, Esq.
Attorneys for Plaintiff

-1-