Cynthia A. Ricketts (Arizona Bar No. 012668)
cindy.ricketts@dlapiper.com
Shane D. Gosdis (Arizona Bar No. 022471)
shane.gosdis@dlapiper.com
DLA Piper LLP (US)
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (480) 606-5100
Facsimile: (480) 606-5101

Attorneys for Defendants Costar Realty
Information, Inc., and Costar Group, Inc.

Peter Strojnik (Arizona Bar No. 006464)
strojnik@aol.com
THE LAW FIRM OF PETER STROJNIK
3030 N. Central Ave., Suite 1401
Phoenix, AZ 85012
Telephone: (602) 524-6602
Facsimile: (602) 296-0135

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK, an individual, | Case No. 2:08-CV-1276 |
| Plaintiff, | **(E-File Case)** |
| v. | **STIPULATED MOTION TO DISMISS PLAINTIFF'S MOTION FOR SANCTIONS** |
| THE COSTAR REALTY INFORMATION, INC., a Corporation; COSTAR GROUP, INC., | Before: Honorable Susan R. Bolton |
| Defendants. | |

Plaintiff Peter Strojnik and defendants The Costar Realty Information, Inc., and Costar Group, Inc., hereby jointly move to dismiss Plaintiff's Motion for Sanctions against Defendants, [docket 33], filed on January 30, 2009. A [Proposed] Order is attached

hereto.

RESPECTFULLY SUBMITTED this 2nd day of February, 2009.

**DLA PIPER LLP (US)**

/s/Shane D. Gosdis
Cynthia A. Ricketts
Shane D. Gosdis
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016

*Attorneys for Defendants Costar Realty Information, Inc., and Costar Group, Inc.*

and

**LAW OFFICES OF PETER STROJNIK**

/s/Peter Strojnik
Peter Strojnik
3030 North Central Avenue, Suite 1401A
Phoenix, Arizona 85012

*Attorney for Plaintiff Peter Strojnik*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I electronically transmitted the filed the above-captioned pleading in the above-captioned case with Clerk of the Superior Court, Maricopa County Court, using the CM-ECF system, which sent electronic notification of such filing to those parties receiving electronic notice therein.

/s/Linda Farrell