IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Peter Strojnik, | ) | CV 08-1276-PHX-SRB |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| The Costar Realty Information, Inc., | ) | |
| et al. | ) | |
| Defendants | ) | |
| | ) | |

On February 2, 2008, a Stipulated Motion to Dismiss Plaintiff's Motion for Sanctions was filed.

IT IS ORDERED that the Stipulated Motion to Dismiss Plaintiff's Motion for Sanctions will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Page 11, Section G, specifically, subparagraph 1b.

DATED this 3rd day of February, 2009.

Susan R. Bolton
United States District Judge