# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, an individual, | Case No. 2:08-CV-1276 |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR SANCTIONS** |
| v. | |
| THE COSTAR REALTY INFORMATION, INC., a Corporation; COSTAR GROUP, INC., | Before: Honorable Susan R. Bolton |
| Defendants. | |

The Court having considered the parties' Joint Motion to Withdraw Plaintiff's Motion for Sanctions against Defendants, and good cause appearing therefore, it is hereby:

**ORDERED** that the Joint Motion to Withdraw Plaintiff's Motion for Sanctions against Defendants be dismissed.

Dated this 4th day of February, 2009.

_____
Susan R. Bolton
United States District Judge