| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | E. SCOTT DOSEK #012114<br>JOHN P. PASSARELLI #16018 (NE)<br>KUTAK ROCK LLP<br>Suite 300<br>8601 North Scottsdale Road<br>Scottsdale, AZ 85253-2742<br>(480) 429-5000<br>Facsimile: (480) 429-5001<br><br>*Attorneys for Plaintiff*<br>*SOILWORKS, LLC, an Arizona corporation* |

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**NOTICE OF SERVICE OF SOILWORKS, LLC'S RESPONSES TO MIDWEST'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, AND ANSWERS TO FIRST SET OF INTERROGATORIES** |

Plaintiff Soilworks, LLC by and through its counsel undersigned hereby provides Notice to the Court that it has served its RESPONSES TO MIDWEST'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, AND ANSWERS TO FIRST SET OF INTERROGATORIES via e-mail upon counsel for Defendant Midwest Industrial Supply, Inc. in accordance to the provisions of Rule 26 of the Federal Rules of Civil procedure.

/ / /

4843-0237-3377.1

Dated this 23nd day of July, 2007.

KUTAK ROCK LLP

By   /s/ Philip A. Overcash
E. Scott Dosek
John P. Passarelli
Suite 300
8601 North Scottsdale road
Scottsdale, AZ  85253-2742

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23rd, 2007, the foregoing Soilworks, LLC's Notice of Service was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Amy S. Fletcher
                                                Amy S. Fletcher

4843-0237-3377.1

3