| | |
|---|---|
| 1 | E. SCOTT DOSEK #012114 |
| | JOHN P. PASSARELLI #16018 (NE) |
| 2 | KUTAK ROCK LLP |
| | Suite 300 |
| 3 | 8601 North Scottsdale Road |
| | Scottsdale, AZ  85253-2742 |
| 4 | (480) 429-5000 |
| | Facsimile: (480) 429-5001 |
| 5 | |
| | *Attorneys for Plaintiff* |
| 6 | *SOILWORKS, LLC, an Arizona corporation* |

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | **NOTICE OF SERVICE OF SOILWORKS, LLC'S COMBINED NON-UNIFORM INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED UPON MIDWEST INDUSTRIAL SUPPLY, INC.** |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant / Counterclaimant / Counterdefendant. | |

Plaintiff Soilworks, LLC by and through its counsel undersigned hereby provides Notice to the Court that it has on November 27th, 2007 served upon Midwest Industrial Supply, Inc. its COMBINED NON-UNIFORM INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS via e-mail upon counsel for Defendant Midwest Industrial Supply, Inc. in accordance to the provisions of Rule 26 of the Federal Rules of Civil procedure.

4836-3871-1554.1

1 | Dated this 27th day of November, 2007.

2 |                         KUTAK ROCK LLP

By   /s  
E. Scott Dosek
John P. Passarelli
Suite 300
8601 North Scottsdale road
Scottsdale, AZ 85253-2742

*Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2007, the foregoing Notice of Service of Soilworks, LLC's Combined Non-Uniform Interrogatories and Request For Production of Documents and Things Propounded Upon Midwest Industrial Supply, Inc. was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s
Amy S. Fletcher