| | |
|---|---|
| 1 | E. SCOTT DOSEK #012114 |
| | JOHN P. PASSARELLI #16018 (NE) |
| 2 | KUTAK ROCK LLP |
| | Suite 300 |
| 3 | 8601 North Scottsdale Road |
| | Scottsdale, AZ  85253-2742 |
| 4 | (480) 429-5000 |
| | Facsimile: (480) 429-5001 |
| 5 | *Attorneys for Plaintiff* |
| 6 | *SOILWORKS, LLC, an Arizona corporation* |
| 7 | |
| 8 | JOHN M. SKERIOTIS |
| | JILL A. BAUTISTA |
| 9 | BROUSE MCDOWELL |
| | 388 S. Main Street, Suite 500 |
| 10 | Akron, Ohio 44311-4407 |
| 11 | (330) 535-5711 |
| | Facsimile: (330) 253-8601 |
| 12 | *Attorneys for Defendant* |
| 13 | *Midwest Industrial Supply, Inc.* |

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | **JOINT REPORT ON SETTLEMENT TALKS** |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant / Counterclaimant / Counterdefendant. | |

Pursuant to paragraph 8 of the Case Management Order entered herein the 10th day of May, 2007, the parties hereto have engaged in good faith settlement talks, including an

4835-3595-4690.1

exchange of written proposals for comprehensive settlement of all claims and counterclaims asserted herein. Unfortunately, to date, such settlement efforts have not been successful. The parties believe that assistance from the court by reference of the case to a United States Magistrate for a settlement conference would be of assistance to the parties in seeking settlement of the case.

Dated this 7th day of December, 2007.

KUTAK ROCK LLP

By /s/ E. Scott Dosek
E. Scott Dosek
John P. Passarelli
Suite 300
8601 North Scottsdale road
Scottsdale, AZ 85253-2742

*Attorneys for Plaintiff*

BROUSE MCDOWELL

By /s/ John M. Skeriotis
John M. Skeriotis
Jill A. Bautista
388 S. Main Street
Suite 500
Akron, OH 44311-4407

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007, the foregoing Joint Report on Settlement Talks was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Valerie J. Armstrong
Valerie J. Armstrong