Strojnik v. Costar Realty Information, Inc. et al									Doc. 52

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES/ VIOLATION HEARING**

Phoenix Division

**CR 05-00516-1-PHX-FJM**     DATE: 10/31/2005
Year    Case No.    Dft #

HON: FREDERICK J. MARTONE          Judge # 7028

USA v. Rezek, Anthony
      Last Name     First Name    Middle Initial
DEFENDANT: X  Present _____ Not Present _____ Released  X Custody ___Writ

Deputy Clerk: Joella Baldwin    Court Reporter: Linda Schroeder-Willis

U.S Atty: William Solomon       Dft counsel: Gail Natale (CJA)

Interpreter:        Language:
================================================================================
This is the time set for Violation hearing re: Petition to Revoke Pretrial Release Conditions.

Defendant is sworn and examined. Ex. 1 admitted. Witness excused. Argument.

IT IS ORDERED **revoking** the defendant's Pretrial Release Conditions and defendant remains detained pending further proceedings.

Total court time: 27 min.

Dockets.Justia.com