1  E. SCOTT DOSEK #012114
   JOHN P. PASSARELLI #16018 (NE)
2  KUTAK ROCK LLP
   Suite 300
3  8601 North Scottsdale Road
   Scottsdale, AZ 85253-2742
4  (480) 429-5000
   Facsimile: (480) 429-5001

*Attorneys for Plaintiff*
*Soilworks, LLC, an Arizona corporation,*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,, | NO.: 2:06-CV-02141-DGC |
| Plaintiff / Counterdefendant, | **UNOPPOSED MOTION TO ADJUST DATE OF SETTLEMENT CONFERENCE** |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,, | |
| Defendant / Counterclaimant. | |

Plaintiff, Soilworks, LLC ("Soilworks"), by and through its counsel of record, hereby respectfully requests that the settlement conference scheduled in this matter pursuant to the Settlement Conference Order executed December 14, 2007, by Lawrence O. Anderson, United States Magistrate Judge, be adjusted to a date after January 25, 2008. Plaintiff has been authorized by Defendant's counsel to represent to the Court that Defendant has no objection to this request. In support of its request, Soilworks states that its company's principals will be out of the country in Russia, on company business, during the weeks of January 21 and January 28, 2008.

It is therefore respectfully requested that the date for the settlement conference be adjusted to a date convenience to the Court between February 1 and February 8, 2008, or

4836-6401-8690.1

| | |
|---|---|
| 1 | subsequent to February 25, 2008. |
| 2 |     Respectfully submitted this 3rd day of January, 2008. |

                                      KUTAK ROCK LLP

                                  By   /s                          
                                        E. Scott Dosek
                                        John P. Passarelli
                                        Suite 300
                                        8601 North Scottsdale Road
                                        Scottsdale, AZ 85253-2742

                                        *Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2008, the foregoing Unopposed Motion to Adjust Date of Settlement Conference was filed electronically and was served electronically upon the following:

JOHN M. SKERIOTIS  #0069263 (OH)
JILL A. GRINHAM  #075560 (OH)
BROUSE MCDOWELL
388 S. Main Street
Suite 500
Akron, OH 44311-4407

Jill Anne Grinham jgrinham@brouse.com
John M Skeriotis jms@brouse.com

*Attorneys for Defendant Midwest Industrial Supply, Inc.*

/s/
Valerie J. Armstrong

4836-6401-8690.1