**CRIMINAL COMPLAINT**



| | |
|---|---|
| **United States District Court**<br><br>**United States of America**<br>v.<br>Angel CISNEROS-Jacinto<br>Year of Birth: 1963    A092 228 678<br>Citizen of: Mexico<br>BP Case Control #: TCA-0610-0475 | DISTRICT of ARIZONA<br><br>DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**05-06892M** |

**Complaint for violation of Title    8    United States Code   §   1326**

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about October 30, 2005, at or near Amado, AZ, in the District of Arizona, Angel CISNEROS-Jacinto, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Eloy, AZ on June 14, 2005, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326 (b)(2).

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:

Angel CISNEROS-Jacinto is a citizen of Mexico. On June 14, 2005, Angel CISNEROS-Jacinto was lawfully denied admission, excluded, deported, and removed from the United States through Eloy, AZ. On October 30, 2005, agents found CISNEROS-Jacinto in the United States at or near Amado, AZ. CISNEROS-Jacinto did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE

    Border Patrol Agent(s) **G. Pedrego**

| | |
|---|---|
| AUTHORIZED BY AUSA SMT<br>DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Sworn to before me and Subscribed in my presence,<br><br>SIGNATURE OF MAGISTRATE<br>*Charles R Pyle* | SIGNATURE OF COMPLAINANT (official title)<br>**ARTHUR M.K. LUGO**<br>OFFICIAL TITLE<br>Senior Patrol Agent<br><br>DATE<br>October 31, 2005 |

1) See Federal Rules of Criminal Procedure rules 3 and 4.
AO 91 (Rev. 11/82