# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant. | NO.: 2:06-CV-2141-DGC<br><br>**ORDER ON MOTION TO CHANGE TIME FOR SETTLEMENT CONFERENCE [ECF DOCKET NO. 56]** |

Pursuant to the Stipulation of the parties and the availability of the Court, it is hereby ordered that the time for Settlement Conference shall be changed from 2:00 p.m. February 27, 2008 to 11:00 a.m., February 27, 2008 in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Lawrence O. Anderson.

IT IS SO ORDERED.

Dated this ___ day of January, 2008.

_____
Magistrate Judge Lawrence O. Anderson