# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Soilworks, LLC, an Arizona corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,<br><br>　　　　Defendant. | NO.: CV-06-2141-PHX-DGC<br><br>**ORDER** |

Pursuant to the Stipulation of the parties (docket #56) and the availability of the Court,

**IT IS HEREBY ORDERED** the time for Settlement Conference shall be changed from 2:00 p.m. February 27, 2008 to 11:00 a.m., February 27, 2008 in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Lawrence O. Anderson.

Dated this 29th day of January, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge