BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: Cedric I. Hay
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Pima County No. 65666
State Bar No. 021123
Attorney for Defendants Pima County

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 1. LIZETTE VALENZUELA, | NO. CIV-04-395-TUC-CKJ |
| Plaintiff, | **MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANTS' REPLY** |
| vs. | |
| 2. PIMA COUNTY, et al | |
| Defendant. | |

Defendants Pima County, Pima County Sheriff Clarence Dupnick, Deputy C.O. Suzan Keebler and Sergeant Suddath (hereafter "Defendants"), through undersigned counsel, pursuant to Rule 56.1(b), Local Rules of Civil Procedure, hereby request that this Court strike Plaintiff's Response to Motion for Summary Judgment, Supplemental Attachment (Document #36). A second Response from a party opposing a motion for summary judgment, filed after the moving party's final reply, is not provided for in the local rules and the time for Plaintiff to respond to Defendant's Motion for Summary Judgment had long since expired.

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

-1-

RESPECTFULLY SUBMITTED this 8th day of November 2005.

BARBARA LAWALL
PIMA COUNTY ATTORNEY


By: ____/S/ Cedric I. Hay____
Cedric I. Hay
Deputy County Attorney


Original and one copy of the foregoing filed
with the Clerk of the Court
this 8th day of November 2005.

Hon. Cindy K. Jorgenson
405 West Congress Street
Tucson, Arizona 85701

Copy of the foregoing mailed
this 8th day of November 2005, to:

Paul Gattone, Esq.
P.O. Box 989
Tucson, AZ 85702
Attorney for Plaintiff


By: _____