E. SCOTT DOSEK #012114
JOHN P. PASSARELLI #16018 (NE)
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742
(480) 429-5000
Facsimile: (480) 429-5001
*Attorneys for Plaintiff*
SOILWORKS, LLC, an Arizona corporation

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**NOTICE OF SERVICE OF SOILWORKS, LLC'S DISCLOSURE OF EXPERT WITNESS** |

Plaintiff Soilworks, LLC by and through its counsel undersigned hereby provides Notice to the Court that it has on March 7, 2008 served upon Defendant Midwest Industrial Supply, Inc. its Disclosure of Expert Witness via e-mail upon counsel for Defendant Midwest Industrial Supply, Inc. in accordance to the provisions of Rule 26 of the Federal Rules of Civil procedure.

Dated this 7th day of March, 2008.

4813-0040-7042.1

| | |
|---|---|
| | KUTAK ROCK LLP |
| | |
| | By  /s/ E. Scott Dosek |
| |     E. Scott Dosek, Esq. |
| |     John P. Passarelli, Esq. |
| |     Suite 300 |
| |     8601 North Scottsdale road |
| |     Scottsdale, AZ  85253-2742 |
| |     *Attorneys for Plaintiff Soilworks, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7th 2008, the foregoing NOTICE OF SERVICE OF SOILWORKS, LLC'S DISCLOSURE OF EXPERT WITNESS was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                          s/ Amy S. Fletcher