| | |
|---|---|
| 1 | Donald L. Myles, Jr., Bar #007464<br>JONES, SKELTON & HOCHULI, P.L.C. |
| 2 | 2901 North Central Avenue, Suite 800<br>Phoenix, Arizona 85012 |
| 3 | Telephone: (602) 263-1700<br>Fax: (602) 200-7842 |
| 4 | dmyles@jshfirm.com |
| 5 | Attorneys for Defendant/Counterclaimant/<br>Counterdefendant Midwest Industrial Supply, Inc. |
| 6 | |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Soilworks, LLC, an Arizona corporation,<br><br>  Plaintiff/Counterdefendant/<br>  Counterclaimant,<br><br>v.<br><br>Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,<br><br>  Defendant/Counterclaimant/<br>  Counterdefendant. | NO. CV06-02141-PHX-DGC<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

NOTICE IS GIVEN that Donald L. Myles, Jr. of Jones, Skelton & Hochuli, P.L.C., are associating with John M. Skeriotis and Jill A. Bautista of Brouse McDowell as co-counsel for Defendant/Counterclaimant/Counterdefendant Midwest Industrial Supply, Inc.

DATED this 17th day of March, 2008.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Donald L. Myles, Jr.*
　　Donald L. Myles, Jr.
　　2901 North Central Avenue, Suite 800
　　Phoenix, Arizona 85012
　　Attorneys for Defendant/Counterclaimant/
　　Counterdefendant Midwest Industrial
　　Supply, Inc.

1891526.1

## **Certificate of Service**

I hereby certify that on the date stated above, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system.

E. Scott Dosek
Philip Ashley Overcash
Kutak Rock, LLP
8601 N. Scottsdale Rd., Ste. 300
Scottsdale, AZ 85253-2742

John Patrick Passarelli
Kutak Rock, LLP
1650 Farnam St.
Omaha, NE 68102
Attorneys for Plaintiff/
Counterclaimant/Counterdefendant
Soilworks, LLC

George Chun Chen
Lawrence GD Scarborough
Bryan Cave, LLP
2 N. Central Ave., Ste. 2200
Phoenix, AZ 85004-4406
Attorneys for Counterclaimant
Midwest Industrial Supply, Inc.

John M. Skeriotis
Jill A. Bautista
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407

/s/ Sonja L. Woollen