BROUSE MCDOWELL
JOHN M. SKERIOTIS, 0069263 (OH)
JILL A. BAUTISTA, 0075560 (OH)
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: jskeriotis@brouse.com
Email: jbautista@brouse.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant
Midwest Industrial Supply, Inc.*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona limited liability company,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**MIDWEST INDUSTRIAL SUPPLY, INC.'S RESPONSES TO SOILWORKS, LLC'S SECOND SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS ENTITLED COMBINED NON-UNIFORM INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO MIDWEST INDUSTRIAL SUPPLY, INC.** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 34, Defendant Midwest Industrial Supply, Inc. **("Defendant" or "Midwest")** hereby responds to Plaintiff Soilworks, LLC.'s **("Plaintiff" or "Soilworks")**, Second Set of Interrogatories and

Subject to and without waiving the foregoing objections, Defendant responds Plaintiff's advertising including, but not limited to, its brochures, website and marketing materials.

**Interrogatory No. 7 (21)**

Please state each and every fact upon which you rely in support of your allegation in paragraph 18 of your counterclaims that Soilworks has used and continued to use one or more of Midwest's marks in commerce without Midwest's authorization. Please state which of Midwest's marks are alleged to be used by Soilworks and how it is alleged that Soilworks is using any such marks.

**ANSWER:**

Defendant incorporates herein the General Objections. Defendant objects to this Interrogatory to the extent that it seeks confidential and proprietary information. Defendant further objects that the Interrogatory seeks information protected by the attorney-client privilege and/or the work product doctrine. Defendant will produce confidential information only subject to the Agreed Protective Order in this proceeding.

Subject to and without waiving the foregoing objections, Defendant responds Ultra Pure, Synthetic Organic Dust Control, and Oil Sheen Free.

**Interrogatory No. 8 (22)**

Please state each and every fact upon which you rely in support of your allegation in paragraph 23 of your counterclaims that "Soilworks manufactures no product whatsoever."

**ANSWER:**