**COURT REPORTERS**
**OF AKRON CANTON AND CLEVELAND**

# Transcript of the Testimony of
# **Robert W. Vitale**

**Taken On:** February 19, 2008
**Case Number:** 2:06-CV-2141-DGC

**Case:** Soilworks, LLC, vs. Midwest Industrial Supply, Inc.,

Court Reporters of Akron Canton and Cleveland
Phone: 800-804-7787
Fax: 330-666-9833
Email: reporters@compuserve.com
Internet: www.courtreportersinc.com

Dockets.Justia.com

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

- - -

| | | |
|---|---|---|
| SOILWORKS, LLC, an Arizona corporation, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | ) | 2:06-CV-2141-DGC ATTORNEYS' EYES ONLY PORTIONS CONTAINED WITHIN |
| Defendant. | ) | |

- - -

Deposition of ROBERT W. VITALE, a witness herein, called by the Plaintiff for Examination pursuant to the Federal Rules of Civil Procedure, taken before me, the undersigned, Binnie Purser Martino, a Registered Diplomate Reporter, Certified Realtime Reporter and Notary Public in and for the State of Ohio, pursuant to Notice and agreement of counsel at the law offices of Vorys, Sater, Seymour and Pease, LLP, First National Tower, 106 South Main Street, Suite 1100, Akron, Ohio, on Tuesday, the 19th day of February, 2008, commencing at 9:50

o'clock a.m.

- - -

**APPEARANCES:**

On Behalf of the Plaintiff:

KUTAK ROCK LLP
BY: E. Scott Dosek, Attorney at Law
Suite 300
8601 North Scottsdale Road
Scottsdale, Arizona 85253-2742
480/429-5000

On Behalf of the Defendant:

BROUSE McDOWELL
BY: John M. Skeriotis Attorney at Law
388 South Main Street, Suite 500
Akron, Ohio 44311-4407
330/535-9999

- - -

# I N D E X


EXAMINATION (By Mr. Dosek) 4

Plaintiff's Exhibit 1 4
Plaintiff's Exhibits 2 and 3 70
Plaintiff's Exhibit 4 77
Plaintiff's Exhibit 5 84
Plaintiff's Exhibit 6 85
Plaintiff's Exhibit 7 87

available information is included within the elements of at least one independent claim." Do you see where I am reading there?

A. Yes.

Q. And I read that correctly, didn't I?

A. Correct.

Q. The term "independent claim," refers to an independent claim of the '270 patent, correct?

A. I don't know. I mean, I don't quite understand the actual meaning of what you have just read.

Q. Okay. Turn, please, to page 6 of the exhibit, and I am going to direct your attention to interrogatory number 7. Okay?

A. Yes.

Q. And it may be necessary for us to dig into Binnie's pile there. Interrogatory number 7 asks, "Please state each and every fact upon which you rely in support of your allegation in paragraph 18 of your counterclaims that Soilworks has used and continued to use one or more of Midwest's marks in commerce without Midwest's authorization. Please state which of Midwest's marks are allegedly to be used by Soilworks and how it is alleged that Soilworks

is using any such marks."

And your answer there on lines 19 and 20, "Subject to and without waiving the foregoing objections, Defendant responds, Ultra Pure, Synthetic Organic Dust Control and Oil-Sheen Free."

My question to you now is, the terms "Ultra Pure, Synthetic Organic Dust Control and Oil-Sheen Free" are not included within Midwest's marks as that term is defined in paragraph 18 of your answer and counterclaim, correct?

**MR. SKERIOTIS:** Objection.

**BY MR. DOSEK:**

**Q.** I am going to ask you to go back to paragraph 18.

**A.** I am reading that. Those words are not in this paragraph 18.

**THE REPORTER:** Is that the counterclaim?

**THE WITNESS:** Oh, excuse me.

(Pause.)

**BY MR. DOSEK:**

**Q.** Actually, what we need to do, sir, is go back to the previous page of the document that

you are looking at, paragraph 7 identifies those terms that are defined as Midwest's marks, correct?

**A.** Yes.

**Q.** Okay. And then paragraph 18 says that Soilworks has used and continues to use one or more of Midwest's marks in commerce without Midwest's authorization. Okay?

**A.** That's correct.

**Q.** Okay. Then going back to the second set of interrogatories, your response to our question about which of Midwest's marks are alleged to be used by Soilworks, your response is, "Ultra Pure, Synthetic Organic Dust Control and Oil-Sheen Free."

I am just asking you to confirm for me that those three terms are not included within the list of Midwest's marks as defined in paragraph 7 of the counterclaim.

**MR. SKERIOTIS:** Objection.

**THE WITNESS:** That's correct.

**BY MR. DOSEK:**

**Q.** Okay. Turn then to page 7 of Exhibit 7, and I am going to ask you to direct your attention to the bottom, interrogatory number

10, and it goes over to the next page.

And you were asked to "State each and every fact upon which you rely in support of your allegation in paragraph 28 of your counterclaims that Soilworks has made false or misleading statements of fact in its commercial advertisements and promotions."

And I am going to ask you what false or misleading statements of fact that Soilworks has made and that you are referring to there.

**MR. SKERIOTIS:** Objection.

**THE WITNESS:** That it is synthetic, that it is Synthetic Organic Dust Control, circle R -- Synthetic Organic Dust Control is a registered trademark, that it is oil-sheen free, that it -- the phrase "ultra pure" may not be ultra pure, that it would have to go to their environmental claims.

**BY MR. DOSEK:**

**Q.** I just want to make sure I am clear with respect to the term "oil-sheen free."

**A.** Yes.

**Q.** Is it your allegation that the Soilworks' product is not oil-sheen free and they are claiming that it is?

**A.** Yes.

**Q.** Okay. Is it also your allegation that the term "oil-sheen free" is a protected term of Midwest's?

**A.** No.

**Q.** What does the term "ultra pure" mean?

**A.** Ultra pure, as I understand it, is a phrase used to describe something manufactured by a particular process.

**Q.** Can you be more specific about the particular process you are referring to?

**A.** It is -- in the case of Petro-Canada, it is the patented -- what they refer to as the patented HT process. And that includes hydrocracking, all the way up through hydroisomerization.

**Q.** Do you know where Soilworks obtains the ingredients that are used in the products that it sells?

**A.** No.

**Q.** Just check here. We may be very close to being done.

**A.** Good, that would be nice.

**Q.** I didn't think you would argue about that.

(Thereupon, a discussion was held off