# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant. | NO.: 2:06-CV-2141-DGC<br><br><br><br>**[PROPOSED]**<br><br>**ORDER GRANTING MOTION FOR ORDER [ECF DOCKET NO. 66]** |

IT IS HEREBY ORDERED that the federally registered trademark "SYNTHETIC ORGANIC DUST CONTROL®" is included in the defined term "Midwest's Marks" as set forth in Defendant Midwest Industrial Supply, Inc.'s Counterclaims.

IT IS SO ORDERED.

Dated this ___ day of _____, 20__.

                                                            David G. Campbell<br>
                                                           United States District Judge