Dockets.Justia.com

# COURT REPORTERS
## OF AKRON CANTON AND CLEVELAND

Transcript of the Testimony of
# Robert W. Vitale

**Taken On:** February 19, 2008
**Case Number:** 2:06-CV-2141-DGC

**Case:** Soilworks, LLC, vs. Midwest Industrial Supply, Inc.,

Court Reporters of Akron Canton and Cleveland
Phone: 800-804-7787
Fax: 330-666-9833
Email: reporters@compuserve.com
Internet: www.courtreportersinc.com

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

- - -

SOILWORKS, LLC, an Arizona )
corporation,                 )
       Plaintiff,        )
     vs.                      )  CASE NO.
MIDWEST INDUSTRIAL SUPPLY, )  2:06-CV-2141-DGC
INC., an Ohio corporation  )  ATTORNEYS' EYES
authorized to do business  )  ONLY PORTIONS
in Arizona,                  )  CONTAINED WITHIN
       Defendant.        )

- - -

Deposition of ROBERT W. VITALE, a witness
herein, called by the Plaintiff for Examination
pursuant to the Federal Rules of Civil
Procedure, taken before me, the undersigned,
Binnie Purser Martino, a Registered Diplomate
Reporter, Certified Realtime Reporter and Notary
Public in and for the State of Ohio, pursuant to
Notice and agreement of counsel at the law
offices of Vorys, Sater, Seymour and Pease, LLP,
First National Tower, 106 South Main Street,
Suite 1100, Akron, Ohio, on Tuesday, the 19th
day of February, 2008, commencing at 9:50

1  o'clock a.m.

2                          - - -

3

4  **APPEARANCES:**

5

6      On Behalf of the Plaintiff:

7              KUTAK ROCK LLP

8      BY:    E. Scott Dosek, Attorney at Law

9              Suite 300

10             8601 North Scottsdale Road

11             Scottsdale, Arizona 85253-2742

12             480/429-5000

13

14     On Behalf of the Defendant:

15             BROUSE McDOWELL

16     BY:    John M. Skeriotis  Attorney at Law

17             388 South Main Street, Suite 500

18             Akron, Ohio 44311-4407

19             330/535-9999

20                      - - -

21

22

23

24

25

1                            I N D E X

2

3

4       EXAMINATION (By Mr. Dosek)                    4

5

6

7       Plaintiff's Exhibit 1                         4

8       Plaintiff's Exhibits 2 and 3                 70

9       Plaintiff's Exhibit 4                        77

10      Plaintiff's Exhibit 5                        84

11      Plaintiff's Exhibit 6                        85

12      Plaintiff's Exhibit 7                        87

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    (Thereupon, Plaintiff's Exhibit 1 of

2                    the R.W. Vitale deposition was marked

3                    for purposes of identification.)

4                         ROBERT W. VITALE

5    of lawful age, a witness herein, having been

6    first duly sworn, as hereinafter certified,

7    deposed and said as follows:

8                         EXAMINATION

9    BY MR. DOSEK:

10   Q.   State your full name, please.

11   A.   Robert William Vitale.

12   Q.   You are not related to Dick, are you?

13   A.   No.

14   Q.   You have probably never been asked that

15   before, have you?

16   A.   No.

17   Q.   Sir, what is your date of birth?

18   A.   August 31st, '42.

19   Q.   Have you ever had a deposition taken

20   before?

21   A.   I have.

22   Q.   How many times?

23   A.   Five.

24   Q.   When is the last time?

25   A.   About, I think, three years ago.

1   Q.   Okay.   Were those previous depositions that

2   you have given in connection with your business?

3   A.   Correct.

4   Q.   Let me just give you a little bit of

5   background, so that we have our ground rules set

6   for today.

7        I will be asking you a series of questions,

8   and everything that we say here today is going

9   to be recorded by the court reporter.   You

10   understand that, don't you?

11   A.   Correct.

12   Q.   And because she is taking down everything

13   that we say, it is difficult for her to record

14   two people talking at one time.   So I am going

15   to ask you to try to wait until I am finished

16   with a question before you give me an answer.   I

17   will try to wait until you are finished with the

18   answer before I ask the next question.   Fair

19   enough?

20   A.   Fair enough.

21   Q.   Also, because she is taking down what we

22   say today, it is important that we speak in

23   verbal words, rather than a shake of the head or

24   a nod of the head, which is more common in

25   everyday discourse.   You understand that, don't

1   you?

2   **A.**   Yes.

3   **Q.**   You took an oath swearing to tell the

4   truth, to truthfully answer the questions that I

5   ask you today.  You understand that, don't you?

6   **A.**   Yes.

7   **Q.**   Have you ever testified in court before?

8   **A.**   Yes.

9   **Q.**   You understand that the oath you took today

10  is the same oath that you would take in a court

11  of law?

12  **A.**   Yes.

13  **Q.**   If I ask you any question today that you

14  don't understand -- and, frankly, that is

15  likely -- please ask me to rephrase the question

16  or ask it in a different way so that when you

17  give me an answer, I will know that it is an

18  answer to a question that you do understand.

19  Fair enough?

20  **A.**   Fair enough.

21  **Q.**   Then when we are done today, we will know

22  that all of the answers that you have given me

23  have been truthful answers to questions that you

24  understood.  Okay?

25  **A.**   Yes.

1    Q.    Okay.   What is your occupation?

2    A.    CEO of Midwest Industrial Supply,

3    Incorporated.

4    Q.    How long have you held that position?

5    A.    From the time I started the business in

6    1975.

7    Q.    Give me a summary of your educational

8    background, beginning with your graduation from

9    high school.

10   A.    I graduated from Central Catholic High

11   School in Canton in 1960, went to St. Joseph's

12   College in Rensselaer, Indiana, for a year.   I

13   transferred to Walsh College in Canton, Ohio,

14   and attended there approximately three years or

15   four.

16          I have attended Harvard Business School's

17   program known as OPM, Owners and Presidents

18   Management Program.

19   Q.    Did you attain any kind of degree or

20   certification from St. Joseph's?

21   A.    No.

22   Q.    Did you attain any sort of degree or

23   certification from Walsh College?

24   A.    No.

25   Q.    What was your course of study at

1   St. Joseph's?

2   A.    Basic liberal arts program.

3   Q.    Okay.  How about at Walsh College?

4   A.    Concentration on business-related programs

5   from accounting, economics.

6   Q.    Were you pursuing a business degree?  Let

7   me ask it a little bit differently.  Was the

8   course of study that you were pursuing one that

9   was designed to lead to a business degree?

10  A.    Yes, my interest was business.

11  Q.    And did you attend college immediately

12  after graduation from high school?

13  A.    Yes.

14  Q.    So the time that you spent in college was

15  early '60s, it looks like, '61 to '65, something

16  like that?

17  A.    Approximately, yes.

18  Q.    Have you ever served in the military?

19  A.    No.

20  Q.    When did you attend the OPM program at

21  Harvard?

22  A.    Around 1988, I believe.

23  Q.    What is the scope of that program?  First

24  of all, how long does it last?

25  A.    It is a three-year program that lasts three

1    **Q.**    In the same position the whole time you

2   were there?

3    **A.**    Yes.

4    **Q.**    What did you do then?

5    **A.**    I think that is when I started Midwest

6   Industrial Supply, which would be approximately

7   1975.

8    **Q.**    When you started Midwest Industrial Supply,

9   was that in Canton?

10   **A.**    Correct.

11   **Q.**    Is that a business that you started from

12   scratch, or was it previously existing?

13   **A.**    The corporate shell, Midwest Industrial

14   Supply, Inc., was a previously existing

15   corporate entity. Myself, along with two other

16   people, you know, had it become active.

17   **Q.**    Who are those two other people?

18   **A.**    Dick Morena, M-o-r-e-n-a, and Tom

19   Woischnik, W-u-i-s-c-h-n-i-k. That may not be

20   the correct spelling.

21   **Q.**    Okay. So in approximately '75, you and

22   Mr. Morena and Mr. Woischnik acquired the rights

23   to Midwest Industrial Supply. Did you purchase

24   stock?

25   **A.**    They had formed the corporation and, you

1  know, had it sitting dormant.  I had a business

2  idea that they funded, and that we went

3  together.  They were the owners at that time,

4  and I embarked upon trying to develop the

5  business that at that time I had in mind.

6  Q.   Okay.  When you say "they" in that answer

7  to the last question, are you referring to

8  Mr. Morena and Mr. Woischnik?

9  A.   Yes.

10  Q.   Are they still involved in Midwest

11  Industrial Supply?

12  A.   No.

13  Q.   What was the business idea that you had in

14  mind when you got involved with Midwest

15  Industrial Supply?

16  A.   The sale of chemical products to coal

17  mining companies and power plants.

18  Q.   What particular type of chemical products?

19  A.   At the time, I had no idea, but was

20  focusing more on those markets, coal mining and

21  power plants.

22  Q.   What type of need was it that you saw in

23  the coal mining industry or in power plants that

24  you were attempting to fulfill?

25  A.   I didn't know the need.  I saw in the coal

1   the dust control business?

2   **A.**   No.   It would be a wild guess.

3   **Q.**   Are you the biggest player in that market?

4   **A.**   We are a large player.

5   **Q.**   If you are not the biggest, who is?

6           **MR. SKERIOTIS:**   Objection.

7           **THE WITNESS:**   You know, there

8   could be larger players that would fit under the

9   major corporate umbrella, such as Nalco or --

10  and I just don't know how much business they

11  have, how much they do, versus what we do.

12  **BY MR. DOSEK:**

13  **Q.**   Is there a trade association for the dust

14  control industry?

15  **A.**   Not specifically.

16  **Q.**   Okay.   Does Midwest market and distribute

17  its products nationwide?

18  **A.**   Yes.

19  **Q.**   All 50 states, to your knowledge?

20  **A.**   Yes.

21  **Q.**   Does Midwest consider Soilworks to be a

22  major competitor?

23  **A.**   We consider Soilworks to be a competitor.

24  **Q.**   To your knowledge, does Soilworks

25  distribute its products nationwide?

**A.**   I would expect that they do.

**Q.**   So in other words, you would consider Soilworks to be a competitor all across the country wherever you do business?

**A.**   Yes.

(Thereupon, Plaintiff's Exhibit 5 of the R.W. Vitale deposition was marked for purposes of identification.)

**BY MR. DOSEK:**

**Q.**   Mr. Vitale, I am showing you what has been marked as Exhibit Number 5.  This is identified as Midwest Industrial Supply's Rule 26 disclosures.

Do you recall ever having seen that document before?

**A.**   I can't recall specifically when, but I am sure that I have.

**Q.**   Okay.  Just a couple of questions with regard to this document.  It identifies on page 2 at the bottom, as a person who may have knowledge of facts that are relevant to this case, a Kathy Motter.  Who is Kathy Motter?

**A.**   Kathy Motter was a former employee that was in our marketing, material, design and creation and now is a contract services provider to

**COURT REPORTERS OF AKRON CANTON AND CLEVELAND**
330-666-9800            330-452-2400            216-621-6969

1    the second set of interrogatories?

2    **A.**    Let me read what the questions are, then I

3    will give you a good indication.

4    **Q.**    Okay.

5         (Pause.)

6    **A.**    I would say it is unlikely to be anybody

7    else but myself.

8    **Q.**    Okay.  I would like to direct your

9    attention to interrogatory number 1, which is on

10   page 2, which asks, "Does any Soilworks product

11   infringe U.S. patent number 7,081,270?"

12        And the answer essentially on the top of

13   the next page says, "From the available public

14   information, yes."

15        That was your answer, correct?

16   **A.**    Correct.

17   **Q.**    What available public information are you

18   referring to there?

19   **A.**    The Soilworks Material Safety Data Sheet

20   for Durasoil, Soilworks bidding, for instance,

21   Alaska Department of Transportation, where there

22   is a clear specification for what is called for.

23        There is multiple military agencies, but

24   handbook which would, if correct, indicate a

25   patent infringement.

1           C E R T I F I C A T E
2

STATE OF OHIO,    )
3                 )  SS:
SUMMIT COUNTY,    )

4
        I, Binnie Purser Martino, a Registered
5  Diplomate Reporter, Certified Realtime Reporter
   and Notary Public within and for the State of
6  Ohio, duly commissioned and qualified, do hereby
   certify that the within named witness, ROBERT W.
7  VITALE, was by me first duly sworn to testify
   the truth, the whole truth and nothing but the
8  truth in the cause aforesaid; that the testimony
   then given by him was by me reduced to Stenotype
9  in the presence of said witness, afterwards
   prepared and produced by means of Computer-Aided
10 Transcription and that the foregoing is a true
   and correct transcript of the testimony so given
11 by him as aforesaid.
        I do further certify that this deposition
12 was taken at the time and place in the
   foregoing caption specified, and was completed
13 without adjournment.
        I do further certify that I am not a
14 relative, employee of or attorney for any party
   or counsel, or otherwise financially interested
15 in this action.
        I do further certify that I am not, nor is
16 the court reporting firm with which I am
   affiliated, under a contract as defined in Civil
17 Rule 28(D).
        IN WITNESS WHEREOF, I have hereunto set my
18 hand and affixed my seal of office at Akron,
   Ohio on this 26th day of February, 2008.
19
20
21
22
23
   _____
        Binnie Purser Martino, RDR, CRR
24
        My commission expires June 27, 2009.
25                  - - -