Int. Cl.: 1

Prior U.S. Cl.: 6

## United States Patent and Trademark Office

Reg. No. 1,204,198
Registered Aug. 10, 1982

## TRADEMARK
Principal Register

## SOIL-SEMENT

Midwest Industrial Supply, Inc. (Ohio corporation)
P.O. Box 8431
Canton, Ohio 44711

For: CHEMICAL ADHESIVE USED IN CEMENTING SURFACE DUST PARTICLES TOGETHER AND THEN CEMENTING THE BOUND SURFACE LAYER TO THE ROAD BED SUBBASE, in CLASS 1 (U.S. Cl. 6).

First use Mar. 20, 1980; in commerce Mar. 20, 1980.

Ser. No. 273,157, filed Aug. 7, 1980.

GARY L. SHAFFER, Primary Examiner

FRED MANDIR, Examiner

Dockets.Justia.com