Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26 and 46

**United States Patent and Trademark Office**

Reg. No. 2,222,732

Registered Feb. 9, 1999

# TRADEMARK
## PRINCIPAL REGISTER

# SOIL-SEMENT

MIDWEST INDUSTRIAL SUPPLY, INC. (OHIO CORPORATION)
P.O. BOX 8431
CANTON, OH 44711

FOR: CHEMICAL ADHESIVE USED IN CEMENTING SURFACE DUST AND SURFACE PARTICLES TOGETHER AND THEN CEMENTING THE BOUND SURFACE LAYER TO A SUBBASE, INCLUDING ROADBASE EARTHWORK, BAREGROUND ENVIRONMENTS, CLEAR CUT OR EXCAVATED AREAS, AND SUBBASE WHICH IS SUBJECT TO WIND, WATER, AND VEHICLE EROSION, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 3-20-1980; IN COMMERCE 3-20-1980.

OWNER OF U.S. REG. NOS. 1,204,198 AND 2,051,440.

SER. NO. 75-411,807, FILED 12-29-1997.

CYNTHIA TRIPI, EXAMINING ATTORNEY