0035468

11/14/2006 09:58  907-562-7003           POLAR SUPPLY CO                PAGE 05/06
JUN-12-2006(MON) 16:21  TAMSHER CONSTRUCTION      (FAX)1 907 373 3822    P. 004/005
06/12/2006 15:43  9872022262                KOKHANOK AIRPORT             PAGE 03
JUN-12-06 MON 02:58 PM  DOT AVIATION CONST.   FAX NO. 907 289 0871        P. 01

7/18/06
Att'n:
Chad
4/6

## ITEM P-167 DUST PALLIATIVE

### DESCRIPTION

167-1.1 The scope of this work shall consist of furnishing all materials, equipment, and labor necessary to apply the specified dust control agent in accordance with the manufacturer's recommendations to the Crushed Aggregate Surface Course (CASC) on the runway (including safety areas), taxiway and apron. The aviation support area shall not be treated, which is defined as the full width of the Apron from Taxway, station 2+10.02 to 4+85.07.

### MATERIALS

167-2.1 GENERAL. Material shall be a modified synthetic organic fluid dust control and stabilization product. The material shall be a durable, reworkable binder that does not dry or cure but is a continuously active suppressant.

Material shall meet the following requirements:

Material shall be non-corrosive, reworkable, and non-toxic.

Material shall not be a petroleum distillate or petroleum resin.

The product shall be a high viscosity synthetic iso-alkane designed for the control of fugitive particulates on unconsolidated surfaces.

The product must not auto-ignite or be combustible.

No know substances may be physically or chemical affected by contact with the product.

The product must not be and oxidizer, a classified waste material, a regulated material or a reportable product.

The product must have a cumulative effect on the surface to which it is applied.

The product must be capable of withstanding tracked vehicle traffic.

The product must be suitable for applications with no preliminary surface preparation necessary (i.e. an already compacted surface does not have to be ripped, graded, or otherwise disturbed prior to treatment) or integrating into the surface coarse material by reclaimer or blade mixing and compaction to specified density for stabilization of the surface coarse.

Product must conform to and have Boeing Specification D6-17487, Evaluation of Aircraft Maintenance Materials testing and acceptance. The product must be non-injurious to aircraft surfaces when used as a stabilizer / dust suppressant.

### MINIMUM REQUIREMENTS

| PROPERTY | TEST METHOD | REQUIREMENTS |
|---|---|---|
| Density @ 15°C | ASTM D1298 | 0.82 – 0.86 Kg/L |
| Flash Point, COC | ASTM D92 | >140°C |
| Solubility in Water | ——— | Insoluble |
| Pour Point | ASTM D97 | ≤ 5°C |

Chevak Airport
Airport Relocation Phase II
Project 55535/AIP-3-02-0468-032-2005    P-167-1
Kokhanok Airport Resurfacing & Lighting
AIP 3-02-0406-002-2005 / 54849

Central Region Spec
(rev. 7/18/05)