# SPECIFICATIONS

## Dust Palliative Specifications

The dust control product proposed for use on ADOT&PF's two highway-accessible projects for 2007 must meet or exceed the following specifications:

1. **An effective and evident dust palliative "effect"** (diminishment of fugitive dust release to a negligible level) for at least two full years after application.

2. **The dust palliative effect must be available when dust control product is applied** to any of a wide range of normal and common **surfacing aggregates** in Alaska, with sieve analysis charts ranging anywhere between the limits depicted in Attachment 1 to this IFB.

3. **No corrosive effects**, as documented by scientific test reports. It is critical that the dust palliative product has been proven to be non-corrosive, in order to allow its periodic use at airports, and meet FAA requirements.

4. **No environmental constraints** or negative impacts, for instance there must not be any hazardous-materials transport requirements which affect handling, shipping, storage or transport of the dust control product, and no specialized response or clean-up requirements triggered or needed if an inadvertent spill occurs, whether to the ground or to a water body

5. **Simple application process**, which does not require specialized training or extensive experience for the workmen executing the product application. Our definition of "simple application process" is that no more than 300 man-hours of work (including foreman supervision time) will be necessary to complete the application of proposed dust control product at either of the identified 2007 project airports, Circle Hot Springs (approx. 250,000 SF of runway surfaces to be treated) or Boundary Airport (approx. 130,000 SF to be treated), once the product, personnel, and required equipment are all assembled and the application process can be started.

6. **Able to be applied**, and work effectively, as a **topical, prepared-surface application**. The typical process for treating our airport surfaces will be to have them bladed, watered, shaped and compacted to a well-crowned surface condition, and then the dust control product will be applied atop that smooth, compacted surface to cure or hold the aggregate surfaces into that general shape and condition for at least the two years required. It is likely that we will experience temperatures of as low as 50° F while applying the dust control product on site.