SOILWORKS, LLC
681 N. Monterey St., #101
Gilbert, Arizona 85233
Phone: (800) 545-5420 Fax: (480) 545-5456
www.Soilworks.com Info@Soilworks.com

# DURASOIL®
SYNTHETIC ORGANIC
Dust Control Agent

# MATERIAL SAFETY DATA SHEET

## SECTION 1 - MATERIAL IDENTIFICATION

**PRODUCT NAME**  DURASOIL*
*DURASOIL is a registered trademark of Soilworks, LLC.

**MANUFACTURER**  Soilworks, LLC.
681 North Monterey Street, Suite 101
Gilbert, Arizona 85233-8318 USA
www.soilworks.com

**TELEPHONE NUMBER**  800-545-5420
**ONLINE INFORMATION**  www.Soilworks.com
**EMERGENCY TELEPHONE NUMBERS**  800-545-5420 (National & International)
**REVISION DATE**  August 2004

EXHIBIT 2 DATE 4-8-08
JENNIFER HANSSEN, RPR
CERTIFIED REPORTER
DEPO OF D. Falkerts

## EMERGENCY OVERVIEW

| | |
|---|---|
| **PHYSICAL FORM** | Bright clear viscous liquid |
| **COLOR** | Colorless |
| **ODOR** | Odorless |
| **HAZARDS** | This material is NOT HAZARDOUS according to the OSHA Hazard Communication Standard, 29 CFR 1910.1200. |
| **C.A.S. CHEMICAL NAME** | Product a blend. No number assigned |
| **CHEMICAL NAME** | Synthetic Organic Dust Control Agent |
| **SYNONYMS** | Dust Palliative, Dust Retardant, Dust Suppressant, Dust Control Material, Dust Inhibitor |
| **CHEMICAL FAMILY** | N/A |
| **EMPIRICAL FORMULA** | Mixture |
| **INTENDED USE** | Control Dust, Retard Dust, Suppress Dust, Inhibit Dust |
| **REVISION NOTES** | None |

## SECTION 2 - INGREDIENTS

| | Chemical Name | % | CAS Number |
|---|---|---|---|
| 1. | Complex mixture of severely hydrotreated, branched alkanes and alkylated saturated ring compounds | Trade secret | Non-hazardous |
| 2. | Proprietary ingredients | Trade secret | Non-hazardous |

## SECTION 3 – HAZARD IDENTIFICATION

**ROUTES OF EXPOSURE**
Skin, Inhalation
Mist 8 hour ACGIH TLV: TWA 5mg/m$^3$
This product may cause irritation to the eyes, nose, throat, lungs and skin after prolonged or repeated exposure.

**CARCINOGENS UNDER OSHA, ACGIH, NTP, IARC**
None of the components present in this material at concentrations equal to or greater than 0.1% are listed by IARC, NTP, OSHA, or ACGIH as a carcinogen.

## SECTION 4 - FIRST AID

**EYE CONTACT**
Flush eyes with flowing water and continue flushing until irritation subsides. If irritation persists, seek medical attention.

**SKIN CONTACT**
Remove contaminated clothing. Wash affected area with soap and water. If redness or irritation occurs, seek medical attention.

**INHALATION**
This material has a low vapor pressure and is not expected to present an inhalation exposure at ambient conditions. If vapor or mist is generated when the material is heated or handled, move subject to fresh air. If breathing has stopped or is irregular, administer artificial respiration and supply oxygen if it is available. If subject is unconscious, remove to fresh air and seek immediate medical attention.

**INGESTION**
Do not induce vomiting due to aspiration hazard. Seek immediate medical attention.



Durasoil® Synthetic Organic Dust Control Agent - 9/24/2004 - [Page 8 of 10]




**SOILWORKS, LLC**
681 N. Monterey St., #101
Gilbert, Arizona 85233
Phone: (800) 545-5420 Fax: (480) 545-5456
www.Soilworks.com Info@Soilworks.com

**DURASOIL®**
SYNTHETIC ORGANIC
Dust Control Agent

## SECTION 5 - FIRE AND EXPLOSION DATA

| | |
|---|---|
| **FLASH POINT** | >300° F (>149° C) |
| **TEST METHOD** | ASTM D-93 (PMCC) |
| **FLAMMABLE LIMITS IN AIR** | No Data Available |
| **AUTOIGNITION TEMPERATURE** | No Data Available |

**EXTINGUISHING MEDIA**
Use dry chemical, foam, or carbon dioxide.

**SPECIAL FIRE FIGHTING PROCEDURES**
Water may be ineffective but can be used to cool containers exposed to heat or flame.

**UNUSUAL FIRE AND EXPLOSION HAZARDS**
Dense smoke may be generated while burning. Carbon monoxide, carbon dioxide, and other oxides may be generated as products of combustion.

## SECTION 6 - ACCIDENTAL RELEASE MEASURES

**CONTAINMENT TECHNIQUES**
Remove all sources of ignition. Stop the leak, if possible.

**CLEAN-UP PROCEDURES**
Contain spill immediately. Do not allow spill to enter sewers or open bodies of water. Absorb with inert absorbent materials. Large spills may be picked up using vacuum pumps, shovels, buckets, or other means and place in drums or other suitable containers.

## SECTION 7 - HANDLING AND STORAGE

**STORAGE**
Do not transfer to unmarked containers. Store in a cool, well ventilated area in closed containers away from heat, sparks, open flame or oxidizing materials.

**HANDLING**
Avoid breathing vapors or mist. Avoid contact with eyes. Avoid prolonged or repeated contact with skin. Wash thoroughly after handling. Wash clothing prior to reuse. May be slippery when spilled.

## SECTION 8 - PERSONAL PROTECTION / EXPOSURE CONTROLS

**EXPOSURE LIMITS AND GUIDELINES**
This product does not contain any components with OSHA or ACGIH exposure limits.
If mist is generated, exposure limits apply.
OSHA PEL: TWA 5 mg/m$^3$
ACGIH TLV: TWA 5 mg/m$^3$; STEL 10 mg/m$^3$

**EYE PROTECTION**
Eye protection is not required under conditions of normal use. If material is handled such that it could be splashed into eyes, wear splash-proof safety goggles.

**SKIN PROTECTION**
No skin protection is required for single, short duration exposures. For prolonged or repeated exposures, use impervious synthetic rubber (boots, gloves, aprons, etc.) over parts of the body subject to exposure (Nitrile recommended). Launder soiled cloths.

**RESPIRATORY PROTECTION**
Not required under normal conditions in a well-ventilated workplace. An organic vapor respirator National Institute for Occupational Safety and Health (NIOSH) approved for organic vapors is recommended where necessary to maintain exposure below the exposure limits.

**ENGINEERING CONTROLS**
If vapor or mist is generated when the material is heated or handled, adequate ventilation in accordance with good engineering practice must be provided to maintain concentrations below the specified exposure or flammable limits.

**WORK AND HYGIENIC PRACTICES**
Always wash hands and face with soap and water before eating, drinking, or smoking.

## SECTION 9 - TYPICAL PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| **PHYSICAL FORM** | Bright clear viscous liquid |
| **COLOR** | None, Colorless |
| **ODOR** | None, Odorless |
| **pH** | N/A, Not an aqueous solution |
| **VAPOR PRESSURE** | <1 (mm Hg) |
| **VAPOR DENSITY (Air = 1)** | >1 |
| **BOILING POINT** | >500° F (>260° C) |
| **MELTING POINT** | No Data Available |
| **SOLUBILITY IN WATER** | Insoluble in water |
| **SPECIFIC GRAVITY (Water = 1)** | 0.845 – 0.865 |
| **POUR POINT** | -5° F (-15° C) |




**SOILWORKS, LLC**
681 N. Monterey St., #101
Gilbert, Arizona 85233
Phone: (800) 545-5420 Fax: (480) 545-5456
www.soilworks.com Info@Soilworks.com


**DURASOIL®**
SYNTHETIC ORGANIC
Dust Control Agent

## SECTION 10 - STABILITY AND REACTIVITY

**CHEMICAL STABILITY**
Stable.

**CONDITIONS TO AVOID**
Heat, sparks, flame.

**INCOMPATIBILITY (Materials to Avoid)**
May react with strong oxidizing agents.

**HAZARDOUS DECOMPOSITION PRODUCTS**
Carbon monoxide, carbon dioxide, and other oxides may be generated as products of combustion.

**HAZARDOUS POLYMERIZATION**
Will not occur

## SECTION 11 - TOXICOLOGICAL PROPERTIES

**ACUTE ORAL TOXICITY (LD50, RAT)**
No Data

**ACUTE DERMAL TOXICITY (LD50, RABBIT)**
No Data

**ACUTE INHALATION TOXICITY (LC50, RAT)**
No Data

**OTHER ACUTE EFFECTS**
No Data

**IRRITATION EFFECTS DATA**
No Data

**CHRONIC/SUBCHRONIC DATA**
No Data

## SECTION 12 - ECOLOGICAL INFORMATION

No Data Available

## SECTION 13 - DISPOSAL CONSIDERATIONS

**REGULATORY INFORMATION**
All disposals must comply with federal, state and local regulations. The material, if spilled or discarded, may be a regulated waste. Refer to state and local regulations. Department of Transportation (DOT) regulations may apply for transporting this material when spilled.

**WASTE DISPOSAL METHODS**
Waste materials may be landfilled or incinerated at an approved facility. Materials should be recycled if possible.

## SECTION 14 - TRANSPORT INFORMATION

**U.S. DEPARTMENT OF TRANSPORTATION (DOT)**
DOT NON-BULK SHIPPING NAME    Not Regulated
DOT BULK SHIPPING NAME        Not Regulated

**INTERNATIONAL INFORMATION**
VESSEL (IMO) SHIPPING DATA    Not Regulated
AIR (ICAO/IATA) SHIPPING DATA Not Regulated

## SECTION 15 - REGULATORY INFORMATION

### US FEDERAL REGULATIONS

**TOXIC SUBSTANCE CONTROL ACT (TSCA) 12(b) COMPONENT(S)**
None

**OSHA Hazard Communication Standard (29CFR1910.1200) hazard class(es)**
None

**EPA SARA Title III Section 312 (40CFR370) hazard class**
None

**EPA SARA Title III Section 313 (40CFR372) toxic chemicals above "de minimis" level are**
None

### CANADIAN REGULATIONS

This product is not a controlled product under the Canadian Workplace Hazardous Materials Information System (WHMIS).

## SECTION 16 – OTHER INFORMATION

The data in this Material Safety Data Sheet relates only to the specific material designated herein and does not relate to use in combination with any other material or in any process.

