# SOILWORKS®, LLC
## SOIL STABILIZATION / DUST CONTROL / EROSION CONTROL



# PRICE LIST



# Schedule
## Contract GS-07F-0235M



Dockets.Justia.com

# GENERAL SERVICES ADMINISTRATION
# FEDERAL SUPPLY SERVICE
## AUTHORIZED FEDERAL SUPPLY SCHEDULE CATALOG / PRICE LIST

On-line access to contract ordering information, terms and conditions, up-to-date pricing, and the option to create an electronic delivery order is available through GSA Advantage!®, a menu-driven database system. The internet address for GSA Advantage!® is www.gsaadvantage.gov

**SCHEDULE TITLE:** Multiple Award Schedule 073
Food Service, Hospitality, Cleaning Equipment and Supplies, Chemicals, and Services

**FSC GROUP:** 68 Chemicals and Chemical Products

**CONTRACT NUMBER:** GS-07F-5364P

**CONTRACT PERIOD:** November 1, 2003 through October 31, 2008

For more information on ordering from Federal Supply Schedules click on the FSS Schedules button at www.fss.gsa.gov

**CONTRACTOR:**

**SOILWORKS, LLC** – Soil Stabilization & Dust Control
681 North Monterey Street, Suite 101 Gilbert, Arizona 85233-3814

| | |
|---|---|
| Toll Free: | (800) 545-5420 |
| Corporate (Arizona): | (480) 545-5454 |
| California: | (760) 345-0771 |
| 24 hr. Response: | (602) 758-6465 |
| Email: | info@soilworks.com |
| Website: | www.soilworks.com |
| Administration Contact: | Chad Falkenberg / president |
| Business Size: | Small Business / Manufacturer |
| CAGE Code: | 3FTH5 |
| Dun and Bradstreet: | DUNS # 131946159 |
| Federal I.D. No.: | 550827717 |




Government Purchase Cards, Visa, MasterCard & American Express Accepted

## SOILWORKS, LLC KEYWORDS:

- Abate dust
- Aggregate dust
- Aggregate Stabilization
- Aggregate Stabilizer
- Aggregate Stabilizers
- Airborne dust
- Arena dust
- Asbestos dust
- Ash dust
- Base dust
- Base Stabilization
- Base Stabilizer
- Base Stabilizers
- Bind dust
- Bind Soil
- Bind Soils
- Binding dust
- Binds dust
- Blowing dust
- Chemical dust
- Chemical Dust Suppressant
- Chemical Palliative
- Clay dust
- Coal dust
- Concrete dust
- Construction dust
- Contain Dust
- Contained dust
- Containing dust
- Contains Dust
- Control Dust
- Control Erosion
- Controlled dust
- Controlling dust
- Controls dust
- Conveyer dust
- Crusher dust
- DeDust
- De-Dust
- DeDusting
- De-Dusting
- Driveway dust
- Durasoil
- Dust
- Dust Abatement
- Dust binder
- Dust binders
- Dust chemical
- Dust chemicals
- Dust complaint
- Dust complaints
- Dust Containment
- Dust Control
- Dust control plan
- Dust control plans
- Dust control system
- Dust control systems
- Dust elimination
- Dust emission
- Dust emissions
- Dust emulsion
- Dust emulsions
- Dust fines
- Dust free
- Dust hazard
- Dust hazards
- Dust haze
- Dust inhalation
- Dust inhibitor
- Dust law
- Dust laws
- Dust level
- Dust levels
- Dust Liquid
- Dust liquids
- Dust mitigation
- Dust nuisance
- Dust palliative
- Dust palliatives
- Dust particule
- Dust particules
- Dust particulate
- Dust Particulate Matter
- Dust particulates
- Dust permit
- Dust permits
- Dust pollution
- Dust Prevention
- Dust problem
- Dust regulation
- Dust regulations
- Dust remediation
- Dust report
- Dust reports
- Dust Retardant
- Dust Retardants
- Dust rule
- Dust rules
- Dust solution
- Dust solutions
- Dust Stabilization
- Dust Stabilizer
- Dust stabilizers
- Dust Suppressant
- Dust Suppressants
- Dust Suppression
- Dust tackifier
- Dust tackifiers
- Dust treatment
- Dust treatments
- Dust violation
- Dust violations
- Dust-free
- Dusting roads
- Eliminate dust
- Eliminated dust
- Eliminates dust
- Eliminating dust
- Erosion Control
- Erosion Prevention
- Fine dust
- Footings dust
- Fugitive dust
- Fugitive Dust Abatement
- Hazardous dust
- Helipad dust
- Hydromulch Tackifier
- Hydroseed Tackifier
- Industrial dust
- Inhibit Dust
- Inhibited dust
- Inhibiting dust
- Inhibits dust
- Intermodal dust
- Landing dust
- Liquid dust
- Mine dust
- Mitigate Dust
- Mitigated dust
- Mitigates dust
- Mitigating dust
- Moon dust
- Oil dust
- Ore dust
- Outdoor dust
- Overburden dust
- Parking dust
- Particulate Dust
- Path dust
- Penn dust
- Pile dust
- Plant dust
- PM10 Dust
- PM2.5 Dust
- Polymer dust
- Powdered Soiltac
- Prevent Dust
- Prevent Erosion
- Prevented dust
- Preventing dust
- Prevents dust
- Quarry dust
- Reduce dust
- Reduced dust
- Reduces dust
- Reducing dust
- Refinery dust
- Regulate dust
- Remediate dust
- Remediates dust
- Retard dust
- Retarding dust
- Retards dust
- Road dust
- Road Dust Control
- Road dusting
- Road Stabilizer
- Road Stabilizers
- Rock dust
- Runway dust
- Sand dust
- Sap dust
- Seal dust
- Sediment dust
- Shoulder dust
- Silt dust
- Soil Binder
- Soil Binders
- Soil Solidification
- Soil Stabilization
- Soil Stabilizer
- Soil Stabilizers
- Soiltac
- Soilworks
- Solidify Soil
- Solidify Soils
- Solve dust
- Solved dust
- Solves dust
- Solving dust
- Stabilization
- Stabilize Soil
- Stabilize Soils
- Stabilized Aggregate
- Stabilized Base
- Stabilized Dust
- Stabilized Road
- Stabilizer
- Stabilizers
- Stall dust
- Stockpile dust
- Stop Dust
- Stops dust
- Suppress Dust
- Suppressed dust
- Suppresses dust
- Suppressing dust
- Surtac
- Suspended dust
- Suspending dust
- Tack dust
- Tackifier
- Tackifiers
- Tailing dust
- Toxic dust
- Traffic dust
- Trail dust
- Transfer dust
- Transferring dust
- Treat dust
- Treated dust
- Treating dust
- Treats dust
- Unhealthy dust
- Violates dust
- Water dust
- Water for dust
- Water the dust
- Watered dust
- Watered for dust
- Watered the dust
- Watering dust
- Watering for dust
- Yard dust