

**(800) 545-5420** Toll Free

 Home  Sample  e-mail

Friday April 4th

ULTRA-PURE SYNTHETIC ORGANIC FLUID
Ultra-Pure Dust Control Agent

Home
Product Information
Applications / Uses
Application Equipment
Application Methods
Shipping Containers
Photo Gallery
MSDS
FAQ
Price Schedule
Tests & Evaluations
Environmental Data
Downloads
Industry Regulations
Industry News
Industry Links
Free Durasoil Sample
Contact Us

## Home Page



### welcome...

**Soilworks™, LLC** is the innovator and manufacturer of **Durasoil™** dust control agent. Durasoil is a revolutionary state-of-the-art innovation; engineered for today's challenging dust control needs. This ultra-pure, synthetic organic fluid is formulated to meet the highest standards of environmental efficacy.

Durasoil is distinctively crystal clear, odorless and is applied neat and simple, without the need for water dilution. This technologically advanced fluid does not cure, allowing for immediate use upon its application. Furthermore, Durasoil has the unique ability to be reworked and still maintain its dust controlling properties. Any equipment capable of spraying water can safely be used to apply Durasoil, without any mess or damage to the equipment. Even in freeing and wet conditions, Durasoil can still be applied regardless of weather conditions or season. Durasoil can be applied to any soil or aggregate and effectively suppress dust all year round. From intense-use military tank trails to gravel driveways, Durasoil is actively solving dust control challenges throughout the world's industrial, military, commercial and residential markets.



GSA
Official Federal Supply
Service Contract Holder

DURASOIL

Durasoil Product Classifications:
Dust control material for controlling dust
Dust control agent for controlling fugitive dust
Dust control product for eliminating dust particles.
Dust control fluid for controlling pm10 emissions
Dust suppressant for suppressing dust
- Dust retardant for retarding dust.
Dust inhibitor for inhibiting dust
Dust abatement product for abating dust
Dust palliative for controlling dusty sites
Dust stabilizer for stabilizing dust

Durasoil
Dust Control for:



Military Operations



Equestrian Sites



Gravel Roads



Wineries / Orchards



Truck Parking Lots



Haul Roads

For More Information
Contact Us at:

Exhibit: #45
Witness: Falkenberg
Date: 4/10/08
Linda Blackmon CR 50320

# Soilworks, LLC
681 N. Monterey St., Ste. 101
Gilbert, Arizona 85233
Phone: (800) 545-5420
Fax: (480) 545-5456
Emergency: (602) 758-5454
Email: Info@Soilworks.com

This site is being remodeled
Thank you for your patience
Please come back soon



Sports Fields

These & Many
More...

Home | Durasoil | Uses | Equipment | Shipping | Photos | MSDS | FAQ | Tests | Environment | Downloads
| Regulations | News | Links | Contact Us

Copyright © Soilworks, LLC 2004. All Rights Reserved. Soilworks, Durasoil, the Durasoil logo, Surtac, Soiltac and the Soiltac logo are registered trademarks of Soilworks, LLC. Web site design, development & updates provided by Soilworks, LLC. Last modified 10/18/04