- Home
- Information
- Application
- Environment
- Application Methods
- Dilution
- Photo Gallery
- MSDS
- FAQ
- Tests & Evaluations
- Environmental Data
- Downloads
- Industry Regulations
- Industry News
- Info
- Free Durasoil Sample
- Contact Us



Official Federal Supply Service Contract Holder

# Home Page



(800) 545-5420 Toll Free

Home | Sample | e-mail

Durasoil Dust Control for:
- [x] Durasoil Dust Control for Military Operations

**Military Operations**
- [x] Durasoil dust control for Horse Arenas and All Equestrian Sites

**Equestrian Sites**



**Gravel Roads**

**Soilworks™, LLC** is the innovator and manufacturer of **Durasoil™** dust control agent. Durasoil is a revolutionary state-of-the-art innovation; engineered for today's challenging dust control needs. This ultra-pure, synthetic organic fluid is formulated to meet the highest standards of environmental efficacy.

Durasoil is distinctively crystal clear, odorless and is applied neat and simple, without the need for water dilution. This technologically advanced fluid does not cure, allowing for immediate use upon its application. Furthermore, Durasoil has the unique ability to be reworked and still maintain its dust controlling properties. Any equipment capable of spraying water can safely be used to apply Durasoil, without any mess or damage to the equipment. Even in freezing and wet conditions, Durasoil can still be applied regardless of weather conditions or season. Durasoil can be applied to any soil or aggregate and effectively suppress dust all year round. From intense-use military tank trails to gravel driveways, Durasoil is actively solving dust control challenges throughout the world's industrial, military, commercial and residential markets.



Exhibit: [handwritten]
Witness: [handwritten signature]
Date: [handwritten]
Linda Blackmon CSR [handwritten]



## Durasoil Product Classifications:
- Dust control material for controlling dust.
- Dust control agent for controlling fugitive dust.
- Dust control product for eliminating dust particles.
- Dust control fluid for controlling pm10 emissions.
- Dust suppressant for suppressing dust.
- Dust retardant for retarding dust.
- Dust Inhibitor for inhibiting dust.
- Dust abatement product for abating dust.
- Dust palliative for controlling dusty sites.
- Dust stabilizer for stabilizing dust.

For More Information
Contact Us at:

**Soilworks, LLC**
681 N. Monterey St., Ste. 101
Gilbert, Arizona 85233
Phone: (800) 545-5420
Fax: (480) 545-5456
Emergency: (602) 758-5454
Email: Info@Soilworks.com


Wineries / Orchards


Truck Parking Lots


Haul Roads


Sports Fields



These & Many More...

Copyright © Soilworks, LLC 2004. All Rights Reserved. Soilworks, Durasoil, the Durasoil logo, Surtac, Soiltac and the Soiltac logo are registered trademarks of Soilworks, LLC. Web site design, development & updates provided by Soilworks, LLC. Last modified 02/19/05.