- Home
- Product Information
- Application
- Application Methods
- MSDS
- FAQ
- Photo Gallery
- Price
- Tests & Evaluations
- Environmental Data
- Downloads
- Industry Regulations
- Industry News
- Industry Links
- Free Durasoil Sample
- Contact Us



Official Federal Supply
Service Contract Holder

# DURASOIL®

Ultra-Pure Synthetic Organic Dust Control Agent

(800) 545-5420 Toll Free

Home | Sample | Email Us regarding



## Product Information

## Product Description

**Durasoil™** is a revolutionary state-of-the-art innovation; engineered for today's challenging dust control needs. This ultra-pure, synthetic organic fluid is formulated to meet the highest standards of environmental efficacy. Durasoil is distinctively crystal clear, odorless and is applied neat and simple, without the need for water dilution. this technologically advanced fluid does not cure, allowing for immediate use upon its application. Furthermore, Durasoil has the unique ability to be reworked and still maintain its dust controlling properties. Any equipment capable of spraying water can safely be used to apply Durasoil without any mess or damage to the equipment. Even in freezing and wet conditions, Durasoil can still be applied regardless of weather conditions or season. Durasoil can be applied to any soil or aggregate and effectively suppress dust all year round. Form intense-use military tank trails to gravel driveways, Durasoil is actively solving dust control challenges throughout the world's industrial, military, commercial and residential markets.

## Product Advantages



Colorless Crystal Clear Fluid



Simple, Neat & Easy to Apply



Soil helps elimin PM-10 & PM-2.5 Regulation Compliant (eliminates dust particles of 2.5+ microns in size)



No Curing Time for Immediate Results



Exhibit: [illegible]
Witness: [illegible] Kenly
Date: 4/10/08
Linda Blackmon CR 58829




Dockets.Justia.com



        

- Can be Applied in Freezing & Wet Conditions
- Ecologically / Environmentally Safe (Safe for Humans and Animals)
- Actively Reworkable & Self-Healing Performance
- Cumulative Effect with Maintenance
- Self-Penetrating and Self-Wetting Properties
- Ultraviolet Ray Resistant (will not break down from sun)
- Non-Dissipating (Will not wash away with rain or water)
- Non-Corrosive & Safe for All Equipment
- Effective Indoors & Outdoors

      

- 100% Ultra-Pure Active Ingredients (No Mixing & No Diluting)
- Vegetation Safe (will not harm Plant Life)
- Non-Slippery
- Non-Regulated for Transportation (land / sea / air)
- Non-Tracking & Non-Transferable (will not stick to tires or objects)
- Odorless
- Oil-Sheen Free
- Non-Volatile Non-Flammable
- Non-Hazardous Non-Toxic

Copyright © Soilworks, LLC 2004. All Rights Reserved. Soilworks, Durasoil, the Durasoil logo, Surtac, Soiltac and the Soiltac logo are registered trademarks of Soilworks, LLC. Web site design, development & updates provided by Soilworks, LLC. Last modified 04/02/05.