# Google

soil sement          [ Search ]   Advanced Search
Preferences

## Web

Results **61 - 70** of about **4,030** for **soil sement**. (0.08 seconds)

[PDF] The Wolverine
File Format: PDF/Adobe Acrobat - View as HTML
... EnviroKleen® EK35® **Soil-Sement®** ... If content is **Soil-Sement®**,
drain the tank and piping refer to Section 10—Off Loading Procedures.
...
https:/.../triservice/ dust%5CDust%20Abatement%20Testing%
5CHMMWV%20Spray%20Unit%5CWolverine%20OM.pdf -
Similar pages
[ More results from https://transportation.wes.army.mil ]

Midwest Industrial Supply, Inc. Company on INFOMINE
... Dust Control®, Ice Free Conveyor®, Ice Free Scale™, Ice Free
Switch®, Lead-Loc®, MoFoam®, Road-Bldr®, **Soil-Sement®**, **Soil-
Sement®** Engineered Formula ...
www.infomine.com/index/suppliers/
Midwest_Industrial_Supply,_Inc..html - 50k - Cached - Similar pages

Midwest Equestrian
*. Materials for Product: **Soil-Sement®** Select Another Product Product Information: ...
MSDS Sheets: **Soil-Sement®** MSDS Sheet: Safety tips and handling instructions. ...
www.midwest-equestrian.com/ resources/library2.cfm?productid=30 - 13k -
Cached - Similar pages

Midwest Equestrian
... **Soil~Sement®** is applied to a wide range of surfaces and substrates to prevent fugitive
dust as well as provide erosion control and **soil** stabilization. ...
www.midwest-equestrian.com/problemsolver/ product.cfm?applicationid=0&productid=30 -
12k - Cached - Similar pages
[ More results from www.midwest-equestrian.com ]

Dust Suppression
... **Soil-Sement** Midwest Industrial Supply, Inc. PO Box 8431 Canton, OH 44711
1.800.321.0699 Polymer emulsion formulated as an erosion ...
www.montgomerycountymd.gov/deptext.asp?url=/ content/dep/conservation/dust.asp - 14k
- Cached - Similar pages
[ More results from www.montgomerycountymd.gov ]

[DOC] Approved _____, 1993
File Format: Microsoft Word 2000 - View as HTML
... (209) 383-3296. **Soil Sement** REAMS Associates. (polymer) Santa Ana, CA. (714) 953-
3164. **Soil Sement** Midwest Industrial Supply. (polymer) Santa Maria, CA. ...
www.capcoa.org/Agclearinghouse/ Docs/SCAQMD%20r403%20handbook.doc -
Similar pages

Dust Control
... Learn more about Flexible Step Adapter, Medium. Leader in Dust Control **Soil-Sement®**
EnviroKleen® EK35® America's most widely used products www.midwestind.com. ...
www.monstermarketplace.com/DustControl/
Product/753/Listing/110VLongRangerRemoteControl/335/26/71/1 - 44k -
Cached - Similar pages

Sponsored Links

Dust Control Leader in US
**Soil-Sement®** EnviroKleen® EK35®
America's Most Widely Used Products
www.midwestind.com

Soiltac® **Soil** Stabilizer
**Soil** Stabilizer -Dust Control Agent
Used worldwide on any **soil** or site.
www.Soiltac.com

Dockets.Justia.com

Exhibit: #52 Felker...
Witness: Felker...
Date: 4/15/08
Linda Blackmon CR 50330

### 110V Long Ranger Remote Control
... Leader in Dust Control **Soil-Sement**® EnviroKleen® EK35® America's most widely used
products www.midwestind.com. Dust and Erosion ...
www.monstermarketplace.com/DustControl/
Product/753/Landing/38/110VLongRangerRemoteControl/335/26/71 - 21k -
Cached - Similar pages
[ More results from www.monstermarketplace.com ]

### ETV Program Graduates
... Performance Claim: Midwest Industrial Supply Inc.'s **Soil Sement** ® , when applied in
accordance with the manufacturer's instructions, will: 1. on unpaved ...
www.etvcanada.com/English/e_progGrad.htm - 96k - Cached - Similar pages

### International **Soil** Technologies, LLC
... polymer emulsion dust suppression road dust suppression products driveway dust
suppression polymer Dirt road dust pollution **sement soil** binder products ...
www.aecinfo.com/1/company/07/82/19/company_1.html - 29k - Cached - Similar pages



Result Page: **Previous** <u>1</u>  2  3  4  5  6  7  <u>8</u>  <u>9</u>  <u>10</u><u>11</u><u>12</u><u>13</u><u>14</u><u>15</u><u>16</u>     **Next**

soil sement                          [ Search ]

<u>Search within results</u> | <u>Language Tools</u> | <u>Search Tips</u>

Google Home - <u>Advertising Programs</u> - <u>Business Solutions</u> - About <u>Google</u>

©2005 Google

This is G o o g l e's cache of http://www.aecinfo.com/1/company/07/82/19/company_1.html as retrieved on
Jan 11, 2005 15:47:59 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:Pd8EdQIh6XEJ:www.aecinfo.com/1/company/07/82/19/company_1.html+soil+sement&hl=en

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **soil sement**



AECinfo is a member of Docu
Group,
the world's largest building
products information
network.

BLINDS
WALLPAPER

Lowest Price
Guaranteed!
American
Blinds, Wallpaper & More



**AECinfo Links**

- AECinfo home

Search

find:
All

search for:

**GO >**

Directories

- Companies/products
- Brochures
- CSI specifications
- AIA CAD details
- CAD software
- CSI en español

News / Publications

- News
- Free magazines
- E-Newsletter

Jobs

- Search jobs
- Post your resume
- Post jobs

Contractors

- Leads for contractors

Service

- Add your company
- Advertising
- About AECinfo
- International
- Links to AECinfo
- Add to Favorites

Legend

## International Soil Technologies, LLC

Ads by AEC Info

Get listed on aecinfo.com
Get listed now and get a free Enhanced Listing!
www.aecinfo.com

10% discount on BricsCad IntelliCAD
Special Offer for AEC Info users!
www.bricscad.com

Free construction magazines
Free subscriptions for qualified professionals!
http://aecinfo.tradepub.com

Find a contractor
Get Matched with Residential Contractors in 48 hours!
www.needcontractor.com

| | |
|---|---|
| Address: | 681 N Monterey Street, Suite 101 |
| | Suite 1 |
| City, state: | Gilbert, AZ |
| Zip/postal code: | 85233-3818 |
| Country: | United States |
| Phone: | 480-545-5454 |
| Toll free phone: | 800-545-5420 |
| Fax: | 480-545-5456 |
| URL: | http://www.Soiltac.com |
| Email: | Info@Soiltac.com |
| Contact: | Chad Falkenberg |
| Company type: | Manufacturer |

Soiltac® is a polymer based emulsion manufactured by Soilworks,
LLC and is used to stabilize all soils for dust control and erosion
control. This unique, clear drying, eco-safe product is egineered
for unpaved dirt roads, construction sites, slopes, mines, military
operations and much more.



Brochures



3-Part CSI
specifications

CAD details

URL

**\*Request for Information / Request a Catalog**

\*Name:

\*Email:

Company:

\*Company type:     Select Option

Phone:

\*Address:

\*Request:

(\* = Mandatory field)

[ Submit >> ]

Would you like to complete or correct the (address) information on this page? Click here!

02340 - **Soil** Stabilization
02370 - Erosion and Sedimentation Control

Keywords: [site = 1] #2 Soilworks Soiltac **soil** stabilizer road dust **soil** stabilization **Soil** cement dus
polymer stabilizers chemical construction dust abatement polymer emulsion dust suppression road d
driveway dust suppression polymer Dirt road dust pollution **sement soil** binder products chemical s
dust stabilization Pm10 dust abatement products chip seal lignin polymer **Soil** stabilization photo gal
products **Soil** erosion dust stabilizer **Soil** stabilizer dust control dust control **soil** stabilizers Gravel ro

Home | About AECinfo | Terms of Use | Privacy Statement | Copyright © 2001-200





**AECinfo is a member of Docu Group,
the world's largest building products information network.**



BLINDS
WALLPAPER

Lowest Price
Guaranteed!
American
Blinds, Wallpaper & More

**AECinfo Links**

- AECinfo home

**Search**

find:
All

search for:

**GO**

**Directories**

- Companies/products
- Brochures
- CSI specifications
- AIA CAD details
- CAD software
- CSI en español

**News / Publications**

- News
- Free magazines
- E-Newsletter

**Jobs**

- Search jobs
- Post your resume
- Post jobs

**Contractors**

- Leads for contractors

**Service**

- Add your company
- Advertising
- About AECinfo
- International
- Links to AECinfo
- Add to Favorites

**Legend**

Brochures

3-Part CSI
specifications

CAD details

URL

## International Soil Technologies, LLC

Ads by Goooooogle

Dust and Erosion Control
The product used by our Military from Arizona to Afghanistan.
Envirotac.com

Need to Enrich Your Soil?
Try Our Organic Soil Conditioner. Easy & Safe To Use. Try It Now!
www.JohnAndBobs.com

Soil Stabilisation
Full or Sub Contract Services Mixing Drum and Spreader Hire
www.bennettsoiltechnology.com

Micro Air Dust Collectors
See how our industrial cartridge dust collector will save you money
www.microaironline.com

| | |
|---|---|
| Address: | 681 N Monterey Street, Suite 101 |
| | Suite 1 |
| City, state: | Gilbert, AZ |
| Zip/postal code: | 85233-3818 |
| Country: | United States |
| Phone: | 480-545-5454 |
| Toll free phone: | 800-545-5420 |
| Fax: | 480-545-5456 |
| URL: | http://www.Soiltac.com |
| Email: | Info@Soiltac.com |
| Contact: | Chad Falkenberg |
| Company type: | Manufacturer |

Soiltac® is a polymer based emulsion manufactured by Soilworks,
LLC and is used to stabilize all soils for dust control and erosion
control. This unique, clear drying, eco-safe product is egineered
for unpaved dirt roads, construction sites, slopes, mines, military
operations and much more.

Ads by Goooooogle

United Soil Technologies
Soil Stabilizer & Dust Control Eros
unitedsoiltechnologies.com

Environmental Pugmilling
Pugmill Service and Rental Solidif
www.UnitedRetek.com

Durasoil® Dust Control
The ultra-pure dust control agent
site.
Durasoil.com

Sinkhole.Org
Need to sell or repair? Helping FL
damage.
www.sinkhole.org

Ads by Goooooogle

Curtain-Wall
Temporary Wall Systems Isolate C
www.curtain-wall.com

Remediation Soil Mixing
Technical Resource-Budget Estim
In-Situ
www.SoilMixing.com

Dust Control
Great deals on new and used item
aff
www.eBay.com

Clean air - Pure sense
Spot extraction, fans, hose reels,
duct
www.geovent.com

**\*Request for Information / Request a Catalog**

| | |
|---|---|
| \*Name: | |
| \*Email: | |
| Company: | |
| \*Company type: | Select Option |
| Phone: | |
| \*Address: | |
| \*Request: | |

(* = Mandatory field)

Submit >>

Would you like to complete or correct the (address) information on this page? Click here!

02340 - Soil Stabilization
02370 - Erosion and Sedimentation Control

Keywords: [site = 1] #2 Soilworks Soiltac soil stabilizer road dust soil stabilization Soil cement dust
polymer stabilizers chemical construction dust abatement polymer emulsion dust suppression road d
driveway dust suppression polymer Dirt road dust pollution sement soil binder products chemical soil
dust stabilization Pm10 dust abatement products chip seal lignin polymer Soil stabilization photo gall
products Soil erosion dust stabilizer Soil stabilizer dust control dust control soil stabilizers Gravel roa

Home | About AECinfo | Terms of Use | Privacy Statement | Copyright © 2001-200



# Google

Web   Images   Groups^New!   News   Froogle   more »

soil sement                    [ Search ]   **Advanced Search**
                                             Preferences

## Web                    Results **71 - 80** of about **4,030** for **soil sement**. (0.12 seconds)

### Crawford County Conservation District
... HYDRO-BLANKET. 7 min. **SOIL SEMENT** Dust & Erosion Control for
the 21 st Century. Produced by: Midwest Industrial Supply. AQUATIC
PLANT HARVESTERS. ...
www.crawfordconservation.com/Resource%20Guide.htm - 99k -
Cached - Similar pages

### Engineering Services/Environmental
... Midwest Industrial Supply, Inc. **Soil-Sement** dust and erosion control
agent. Dustfyghter chloride dust suppressant. Road-Pro® asphalt
emulsion dust control. ...
www.steellinks.com/pages/Engineering_
Services/Environmental/more3.html - 30k - Cached - Similar pages

#### Raw Material Processing/Coal preparation
... **Soil-Sement**®, EnviroKleen®, EK35®, MoFoam® and DUSTRACT® are among the over
25 products developed by Midwest that continually redefine the dust and ...
www.steellinks.com/pages/Raw_ Material_Processing/Coal_preparation/ - 17k -
Cached - Similar pages
[ More results from www.steellinks.com ]

### Soilworks, LLC - Manufacturer of Soiltac liquid **soil stabilizer** ...
... stabilizer **soil** stabilization equipment **soil** stabilization **soil** stabalization **soil** polymer **soil**
photos **soil** cement **soil** binder silt fence **sement**, road dust ...
www.nurseryman.com/searchdata/**soil**tac-com.html - 21k - Cached - Similar pages

### Dust Control Chemicals - UK suppliers
... Sponsored Links. Leader in Dust Control **Soil-Sement**® EnviroKleen® EK35® America's
most widely used products www.midwestind.com. ...
www.cjdirectory.com/product-78836.html - 31k - Cached - Similar pages

### etmplate
... Program that verifies the air quality benefits of innovative environmental technologies,
such as Midwest Industrial Supply's dust suppressant, **Soil~Sement**®. ...
www.quarrynews.com/MAR04/kitty.html - 3k - Cached - Similar pages

### Publications D.Evstatiev
... Angelova, R., D. Evstatiev. 1990. Strength gain stages of **soil-sement**. - In:Proc. of the
6th Internat. IAEG Congres Amsterdam, 6 ...
www.geology.bas.bg/~geodimo/publ.html - 10k - Cached - Similar pages

### Certified Technologies home page, California Environmental ...
... Midwest Industrial Supply, Inc.: **Soil-Sement** Certification Number: 02-02-059 Summary:
**Soil-Sement** Ò is a dust suppressant used on engineered unpaved roads ...
www.sustainablesiliconvalley.org/index98.html - 21k - Cached - Similar pages

### Afnan Rashid Al Zayani
... The division also represents other reputed international companies viz., **Soil Sement**
(Erosion & Dust Control Agent), AgriGro ( A natural product promoting ...
www.womengateway.com/members/azayani/trade.asp - 7k - Cached - Similar pages

Sponsored Links

Dust Control Leader in US
**Soil-Sement**® EnviroKleen® EK35®
America's Most Widely Used Products
www.midwestind.com

Soiltac® **Soil** Stabilizer
**Soil** Stabilizer -Dust Control Agent
Used worldwide on any **soil** or site.
www.Soiltac.com

## November 12, 1997

... for an additional $25,000 for **Soil-Sement**™ dust suppressant and erosion control
material. (98-20,866). Graffy/Urbanske Approved. ...
www.countyofsb.org/board/980324.htm - 35k - Cached - Similar pages

◄ G∞∞∞∞∞O∞∞∞∞∞g│e ►

Result Page: **Previous** 1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16 17        **Next**

```
soil sement                          [ Search ]
```

Search within results | Language Tools | Search Tips

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google

This is **G o o g l e**'s cache of http://www.nurseryman.com/searchdata/soiltac-com.html as retrieved on Jan 28, 2005 12:59:24 GMT.

**G o o g l e**'s cache is the snapshot that we took of the page as we crawled the web.

The page may have changed since that time. Click here for the current page without highlighting.

This cached page may reference images which are no longer available. Click here for the cached text only.

To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:OkfuO4Au7UYJ:www.nurseryman.com/searchdata/soiltac-com.html+soil+sement&hl=en

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **soil sement**



**Evergreen Seedlings a**

Search

Add search to your site |
Search tips

( A TO Z ) ( CLASSIFIEDS ) ( PLANT STOCK ) ( NEW EQUIPMENT ) ( USED EQUIPMENT ) ( JOBS ) ( CALENDAR ) ( ADVERTISE ) ( DESIGN SERVICES )

Main Menu:          Evergreen Tree Store:

Soilworks, LLC - Manufacturer of Soiltac liquid **soil** stabilizer and dust control agent. 681 North Monterey Street, Suite 101 Gilbert, Arizona 85233. Phone: 800-545-5420, Fax: 480-545-5456 Phone: NULL Fax: NULL

Keywords for the Nurseryman.Com search engine: www.soiltac.com what is dust tackifier soilworks soiltac.com soiltac **soil** stablization **soil** stabilizers **soil** stabilizer **soil** stabilization equipment **soil** stabilization **soil** stabalization **soil** polymer **soil** photos **soil** cement **soil** binder silt fence **sement**, road dust suppression road dust control road dust road base remote control airplanes recycled asphalt polymer **soil** polymer emulsion photo of **soil** paving products paving materials paving material mine tailings lignin sulfonate lignin hydroseeders hydromulchers how to gravel a driveway horse arena dust control home dust control helipad helicopters helicopter gravel stabilizer gravel road dust control gravel road construction gravel dust control gravel driveways gravel driveway construction gravel driveway erosion control products erosion control blankets erosion control blanket erosion control dust suppression products dust suppression dust suppressants dust suppressant dust problem dust pollution dust eliminator dust control dust control truck dust control products dust control product dust control dust abatement dust driveway gravel dirt road dust control dirt road construction dirt pollution construction pollution construction dust control construction dust colored asphalt cold asphalt chip sealer chip seal driveway chip seal chemical **soil** stabilization cement sealer cement photo cement dust cement driveway border patrol asphalt sealing asphalt products asphalt millings asphalt emulsion asphalt contractors

asphalt construction asphalt coating asphalt alternatives to pavement

**United Way**

Your
investment has
the power to
improve lives
where you live.

Public Service Ads
by Google



Evergreen Seedlings a

Search

Add search to your site |
Search tips

( A TO Z ) ( CLASSIFIEDS ) ( PLANT STOCK ) ( NEW EQUIPMENT ) ( USED EQUIPMENT ) ( JOBS ) ( CALENDAR ) ( ADVERTISE ) ( DESIGN SERVICES ) (

Main Menu:          Evergreen Tree Store:

Ads by Goooooogle

Soiltac® Soil
Stabilizer
Stabilization & dust
control on all
worldwide soils &
application sites
Soiltac.com

Dust and Erosion
Control
The product used
by our Military from
Arizona to
Afghanistan.
Envirotac.com

Need to Enrich
Your Soil?
Try Our Organic
Soil Conditioner.
Easy & Safe To
Use. Try It Now!
www.JohnAndBobs.com

United Soil
Technologies
Soil Stabilizer &
Dust Control
Erosion Control
unitedsoiltechnologies.com

Soilworks, LLC - Manufacturer of Soiltac liquid soil stabilizer and
dust control agent. 681 North Monterey Street, Suite 101 Gilbert,
Arizona 85233. Phone: 800-545-5420, Fax: 480-545-5456 Phone:
NULL Fax: NULL

Keywords for the Nurseryman.Com search engine:
www.soiltac.com what is dust tackifier soilworks soiltac.com soiltac
soil stablization soil stabilizers soil stabilizer soil stabilization
equipment soil stabilization soil stabalization soil polymer soil
photos soil cement soil binder silt fence sement, road dust
suppression road dust control road dust road base remote control
airplanes recycled asphalt polymer soil polymer emulsion photo of
soil paving products paving materials paving material mine tailings
lignin sulfonate lignin hydroseeders hydromulchers how to gravel a
driveway horse arena dust control home dust control helipad
helicopters helicopter gravel stabilizer gravel road dust control
gravel road construction gravel dust control gravel driveways
gravel driveway construction gravel driveway erosion control
products erosion control blankets erosion control blanket erosion
control dust suppression products dust suppression dust
suppressants dust suppressant dust problem dust pollution dust
eliminator dust control dust control truck dust control products
dust control product dust control dust abatement dust driveway
gravel dirt road dust control dirt road construction dirt pollution
construction pollution construction dust control construction dust
colored asphalt cold asphalt chip sealer chip seal driveway chip
seal chemical soil stabilization cement sealer cement photo cement
dust cement driveway border patrol asphalt sealing asphalt
products asphalt millings asphalt emulsion asphalt contractors
asphalt construction asphalt coating asphalt alternatives to
pavement

 Web   Images   Groups<sup>New!</sup>   News   Froogle   **more »**

soil sement                    [ Search ]   Advanced Search
Preferences

## Web

Results 81 - 90 of about **4,030** for **soil sement**. (0.17 seconds)

Construction/Engineering/Mining
... polymer emulsion dust suppression, road dust suppression products,
driveway dust suppression polymer, dirt road dust pollution, **sement
soil** binder products ...
www.peinternational.com/ construction-engineering-mining.html - 20k -
Cached - Similar pages

[PDF] RPM News - Fall 1998
File Format: PDF/Adobe Acrobat - View as HTML
... For example, RAO at a pump & treat site with chlorinated solvents
will generally require many years, whereas, RAO at a **soil** vapor
extraction site with gasoline ...
enviro.nfesc.navy.mil/erb/ erb_a/outreach/newsltr/rpmnews/1998fa.pdf -
Similar pages

Construction Engineering Mining Resources
... stabilizer, road construction polymer stabilizers, road dust **soil** stabilization, pm10 dust
abatement products, **sement soil** binder products, **soil** stabilization ...
www.qualtest.com/qualtest.com_friends.html - 43k - Cached - Similar pages

Improved Engineered Wood Fiber
... waterproofing coating,. b) a synthetic latex, Midwest Industrial **Soil-Sement**. c) a foaming
polyurethane (Franklin ReacTITE 8143), and. d ...
www.access-board.gov/ABNEW/research& training/play-surfaces/report.htm - 42k -
Cached - Similar pages

Hydrograss Technologies Inc :: Specialists in Erosion Control ...
... Each Floc Log ® is formulated for the **soil** and water chemistry of the geographical area
where placement and usage are intended. ...
www.hydrograsstech.com/ Article.aspx?a=11&c=17&nc=2 - 74k - Cached - Similar pages
[ More results from www.hydrograsstech.com ]

Roadpro Cordless/Rechargeable Drill-Driver & Swivel-Head Halogen ...
... products. Leader in Dust Control **Soil-Sement**® EnviroKleen® EK35® America's Most
Widely Used Products www.midwestind.com. Cordless ...
www.epinions.com/.../ display_~latest_prices - 48k - Cached - Similar pages

[PDF] Vol 8Issue3.qxd
File Format: PDF/Adobe Acrobat - View as HTML
... Charouleau Vista Neighborhood Association - Awarded $2,100 to grade a dirt road to
prepare the surface for application of **Soil Sement**™ in order to stabilize ...
www.proneighborhoods.org/pdf/Vol%208Issue3.pdf - Similar pages

[PDF] Interview with Mr. Robert Stack, range officer, Fort Carson, CO
File Format: PDF/Adobe Acrobat
... with road base. They treated it with **Soil-Sement**. Now we don't have a dust problem and
we don't have an erosion problem. We do ...
doi.wiley.com/10.1002/ffej.10069 - Similar pages

[PDF] Section H

Sponsored Links

Dust Control Leader in US
**Soil-Sement**® EnviroKleen® EK35®
America's Most Widely Used Products
www.midwestind.com

Soiltac® **Soil** Stabilizer
**Soil** Stabilizer -Dust Control Agent
Used worldwide on any **soil** or site.
www.Soiltac.com

File Format: PDF/Adobe Acrobat - View as HTML
... Spraying **Soil** Surfactant (**Soil Sement**) on the burned area in 200 West from the recent
Hanford Site Range fire. Approximately 10 ...
www.hanford.gov/empr/FY00/aug00/section-h.pdf - Similar pages

### aCourts Brand Index - page 542
... Ph.Hastings(06)878 6070 Soilsaver: Erosion Control Mat Dealer ⫴ ENVIRONETICS CIVIL
LTD: ....Ph.Auckland(09)294 9286 **Soil-Sement**: Sole NZ Agent MACCAFERRI NZ LTD ...
www.acourt.co.nz/BRAND/P0542.HTM - 23k - Cached - Similar pages
[ More results from www.acourt.co.nz ]



Result Page: **Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18      **Next**

soil sement                    [ Search ]

Search within results | Language Tools | Search Tips

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google

This is G o o g l e's cache of http://www.peinternational.com/construction-engineering-mining.html as retrieved on Jan 23, 2005 08:24:18 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:1nzIg3oxdaoJ:www.peinternational.com/construction-engineering-mining.html+soil+sement&hl=en

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **soil sement**

# Construction, Engineering & Mining Links

www.nashconstruction.com
Nash Construction Inc. features professional remodeling services to homeowners and strives to set the standards in remodeling services, providing quick pricing and quality work. remodeling contractors virginia, remodeling kitchen, remodeling virginia. Keywords: remodeling contractors virginia, renovation virginia, residential construction virginia, home improvement virginia, virginia remodeling, virginia renovation, bathroom remodeling virginia, kitchen renovation virginia, remodeling bathroom, virginia home remodeling, home renovation virginia, bathroom renovation virginia, house renovation virginia, remodeling kitchen, house remodeling virginia, home remodeling virginia, handyman service virginia, remodeling virginia, kitchen remodeling virginia, contractors virginia

www.meadowlark.com
Meadowlark Optics is a supplier of precision, high-quality standard and custom optical components, mounting, and instrumentation for polarization measurement. optics, polarization, optical.
Keywords: linear polarizer, polarized beam splitter, polarizer filter, waveplate, precision optics, polarizer, liquid crystal optics, spatial light modulator, liquid crystal filters, custom optics, fabry perot etalon, optical manufacturer, liquid crystal variable retarders, plate polarizer, retarders, polarized light, meadowlark optics, half waveplate, quarter waveplate, circular polarizer

www.engraveacrete.com
Decorative Concrete Engraving and Scoring Equipment, Resources, Supplies and Opportunities. Our process changes the color of the concrete, then a pattern is engraved (scored, cut, sawed) into the existing concrete.
Keywords: concrete engraving, concrete coating, patterned concrete, concrete stain, concrete finishing, painting concrete, concrete resurfacing, small business opportunity, stained concrete, stamped concrete, concrete stamping, concrete overlay, acid stain concrete, concrete flooring, cement painting, scoring concrete, decorative concrete, cleaning concrete, brick patterns, commercial flooring

www.stra-val.com
Mfr. of stainless steel pressure regulators, back pressure regulators, bypass & relief valves, simplex strainers: 0.20 to 5000 PSI (340 Bar): steel, brass, monel, titanium, hastelloy, PVC,

teflon
Keywords:relief valve, back pressure regulators, bypass valve, pump overpressure, high
pressure regulators, pressure reducing valves, stainless steel basket strainers, monel valve,
PVC valve, teflon valve, pop-off, pop off

www.fabsource-inc.com
FabSource, Inc. Contract Manufacturing serving OEMs and key suppliers to OEMs, in the
commercial product marketplace providing industry-leading products and services.
Keywords:manufacturing consultant, metal fabricating, custom metal fabrication,
manufacturing outsourcing, outsourcing, manufacturing industry, outsourcing solution,
contract manufacturing, printed circuit boards, outsourcing consultant, manufacturing
company, electronic manufacturing services, custom injection molding, sheet metal
fabricating, metal fabrication, outsourcing company, compression molding, manufacturing
services, outsourcing service, sheet metal fabrication

www.a-1locksmith.com
Providing the finest quality gun safes, wall safes and floor safes at the best value in the
industry.
Keywords:humidor sale, cash box, gun safes, floor safe, vault door, handgun safes, key
cabinet, wall safe, paper shredder, sentry safes, fireproof safes, wall safes, key box, fire
safes, depository safes, media safes, gun safe, floor safes, safes, hotel safes

www.landryconsulting.com
Landry Consulting Co. is a small industrial consulting firm serving the petrochemical,
energy industries, engineering and construction companies that support those industries.
Keywords:construction marketing, construction management, workers compensation cost,
business development, small business development, labor relations, project management,
maintenance, safety program, construction injury, construction claim, safety, collective
bargaining, developing the marketing plan, project staffing, executive search and
placement, expert witness, management training, project planning, maintenance
management

www.rocktrenching.com
We are using fourth generation utility background to provide affordable expert service
Keywords:edge drain construction, trenching equipment, rock cutting, trencher, rock saw,
fiber optic installation, airport lighting, parking lot lighting, rock trenching, vermeer
trenchers, tesmec trenchers, trencor trenchers, wirtgen milling machine, athey loader,
business for sale, tesmec rock saw, vermeer cc135, pavement cutting and milling, trench
digger, milling machine.

www.cassosolar.com
Casso-Solar Infrared heaters and ovens, IR, gas & electric, infrared systems, ovens, dryers,
furnaces, lehrs for paper, textiles, thermoforming, plastics, film, textiles, glass decorating,
glass bending, glass laminating, paint finishing, powder coating, electronics,
semiconductors, coil coating by Casso-Solar Corporation.
Keywords:curing, bending glass, convection, dryer, drying, finishing, furnace, heat
processing, heater, industrial heating, infrared, infrared oven, ir, lehr, oven, powder coating,
radiant, radiant energy, spandrel, thermoforming.

www.servoinstrument.com

Servo instrument corporation are producers of conductive plastic and wirewound potentiometers.

Keywords:potentiometer, rotary potentiometer, precision potentiometer, potentiometer assemblies, non wirewound potentiometer, wirewound potentiometer, clutch potentiometer, motorized potentiometer, switch potentiometer, potentiometer switch assemblies, potentiometer elements, fairchild potentiometer, linear motion potentiomers, linear potentiometer, non linear potentiometer, outer space potentiometer, military potentiometer, conductive plastic potentiometer, position potentiometer, joystick potentiometer.

www.tirc.net

We have spent many years collecting quality reference materials, training packages, videos, field pocket cards and an assortment of useful tools which pertain to crane, rigging and heavy equipment operations.

Keywords:crane, mobile crane, hand signal, crane handbook, osha training video, crane rigging, rigging, crane operator, training book, heavy equipment training, cd rom training, osha checklist, rigging reference, crane video, rigging video, reference book, model crane, pocket guide, safety training video, crane manual

www.ackermantoledo.com

Ackerman Industrial Equipment offers one stop shopping for all your warehouse needs. Ackerman Industrial Equipment is Proud to offer American Made Nissan Forklifts and has been doing so since 1989.

Keywords:used forklift, forklift rental, LPM dealer, forklift attachments, Brudi Balzoni attachments, Cascade attachments, Nissan Forklift, forklift service, forklift parts, dock supplies, new forklift, reconditioned forklift, forklift scales, forklift accessories, pallet truck, material handling equipment, lift truck, forklift safely, towmotor, ergonomic forklifts.

www.diamondground.com

Diamond Ground Products, Inc., Tungsten electrodes and electrodegrinders. We maintain a huge inventory of premium quality tungsten electrodes.

Keywords:welding electrodes, welding supplies, electrode grinder, plasma welding torches, plasma electrodes, welding consumables, tungsten fabricating, tungsten fabrication, tig electrodes, fusion splicing electrodes, alcoa fujikura, piranha, fusion splicing, tungsten electrode grinder, orbital welding electrodes, tungsten electrodes, tungsten grinder, tungsten, electrodes, tri mix

www.soiltac.com

insert description here

Keywords:soilworks soiltac **soil** stabilizer, road dust **soil** stabilization, **soil** cement dust control, road construction polymer stabilizers, chemical construction dust abatement, polymer emulsion dust suppression, road dust suppression products, driveway dust suppression polymer, dirt road dust pollution, **sement soil** binder products, chemical **soil** sealer products, road binder dust stabilization, pm10 dust abatement products, chip seal lignin polymer, **soil** stabilization photo gallery, construction dust control products, **soil** erosion dust stabilizer, **soil** stabilizer dust control, dust control **soil** stabilizers, gravel road dust control.

www.buildingsystemsnetwork.com

Building Systems Network is a nationally based sytems built/modular builder network. We

specialize in building a modular home that is right for you. modular home, new homes, home building.
Keywords:modular home, modular homes, modular duplex home, modular home builder, build a new home, system built home, panelized home, prefabricated home, new home construction, new home builder, build home off site, new home developers, building contractors, manufactured homes, modular house, new home design, new home builders, new home contractor, building system, modular home builders

www.draftingtools.net
At IDDS we link U.S. based design and construction firms with highly qualified drafting design and construction firms overseas.
Keywords:architectural drafting, architectural design, construction drafting, contract drafting, drafting and design, drafting design, drafting firm, drafting map, drafting plan, drafting project, drafting services, drafting solution, drafting tool, engineering design, engineering drafting, graphic design service, idds, integrated mapping, international drafting design, technical drafting.

www.logochairs.com
Your source or logo adult chair, seat cushin, stadium seat, cooler, tents, kids chair, umbrella and promotional custom products.
Keywords:beer cooler, camping chair, can cooler, college football merchandise, collegiate licensed products, custom promotional product, fleece blanket, folding chair, fund raising product, keg cooler, logo product, ncaa merchandise, seat cushion, shade tent, soccer fund raising, soft sided cooler, stadium seat, tailgate tent, tailgating, tent canopy

www.impactextrusions.net
"Full-service aluminum extrusion, custom fabrication aluminum. aluminum shape structural, anodize aluminum, custom fabrication aluminum. At Aluminum Shapes we extrude, shape, anodize, fabricate, and paint aluminum.
Keywords:alcoa cressona, aluminum billet, aluminum distributor, aluminum extruded rod, aluminum extrusion process, aluminum extrusions, aluminum impact extrusions, anodizing, anodizing process, custom anodizing, extrusion, extrusion press, extrusions, fabrication, impact extrusions, indalex, kaiser aluminum, magnode, metal fabrication, metal finishing,

www.youhatemyshirt.com
Funny rude t shirts for punks, skaters, and other freaks. T shirts cooler than you.t shirt, wet t shirt, wild, crazy.
Keywords:bad t shirt, crazy t shirt, death t shirt, dirty t shirt, drug t shirt, evil t shirt, freak t shirt, funny offensive t shirt, funny t shirt, hardcore t shirt, hell t shirt, lewd, novelty t shirt, offensive t shirt, political t shirt, punk t shirt, rock t shirt, rude offensive t shirt, rude t shirt, sexual t shirt

www.asiyork.com
Independent consulting services for Manufacturing, Distribution and Logistics solutions. logistics, manufacturing, distribution.
Keywords:applied solutions, auto cad design, automod simulation, consulting services, distribution logistics consulting, distribution logistics services, engineering consulting services, logistics management consulting, manufacturing consulting services, manufacturing engineering consultant, manufacturing execution systems design, manufacturing resource planning, operations improvement planners, productivity

management tools, project management services, promodel simulation, value stream mapping, visibility and reporting tools, visual factory consultants, warehouse distribution logistics consultants.

www.bambooflooring-online.com
BuildDirect sells manufacturer-direct building materials at substantial savings, with immediate online quotes including delivery and online ordering. home improvement, bamboo floors, wood flooring
Keywords:bamboo flooring, bamboo floors, building material, cedar shingles, granite, granite countertops, granite tile, hardwood flooring, hardwood floors, home improvement, laminate floor, laminate flooring, marble tile, roofing shingles, slate tile, stone floor, stone tile, travertine, wood floor, wood flooring.

www.ecoenergies.com
Professional design, installation and maintenance of renewable and solar electric (PV) systems in California and around the world. energy, solar power, international energy.
Keywords:bay area, california solar, green power, home solar power, off grid, photovoltaic, pv, renewable energy, silicon valley, solar electric power, solar green house, solar house, solar panel, solar power, solar power energy, solar water pump, solar power system, wind power generator, windmill generator, solar electric

www.oilwellengineering.com
Oil Well Engineering features software engineering programs, well drilling equipment. drilling gaswells, lost circulation material, engineering program.
Keywords:casing tally, coiled tubing, drill collar, drilling fluid, drilling gaswells, lost circulation material , engineering program, engineering software, engineering solution, gas pressure, hydrostatic pressure, lcm, metric unit, oil drilling, online engineering program, precision drilling, software engineering program, spotting oil, well drilling, well drilling equipment.

www.refractometer.com
AFAB Enterprises - Home of Afforable and effective Inline Process Refractometers.AFAB offers its customers the best of both worlds; dependability and affordability. refractometer equipment, turbidity meter, ultraviolet light meter.
Keywords:refractometer, abb refractometer, abbe refractometer, brix brix concentration refractometer, brix brix, brix refractometer, digital meter, digital refractometer, dissolved solid, hand refractometer, monitor turbidity, process refractometer, refractive index, refractive index measurement, refractometer accessory, refractometer equipment, turbidity meter, ultraviolet light meter, ultraviolet meter.

www.oleksa.com
Oleksa and Associates provides timely and authoritative pipeline safety consultation and support services to the gas transmission, gas distribution, and liquid pipeline industries. pipeline, gas pipeline, gas safety.
Keywords:accident investigation, gas fire, dig safe, gas inspection pipeline, gas natural safety, gas pipeline emergency, gas pipeline technology, gas piping, natural gas pipeline, office of pipeline safety, pipeline accident, pipeline emergency response, pipeline incident, pipeline incident investigation, pipeline safety, pipeline safety audits, pipeline safety code, pipeline safety code compliance, pipeline safety consultants, pipeline safety training

www.controlautomations.net

Complete systems Complete satisfaction for the food dairy and beverage industry. We employ a knowledgeable staff of engineers motivated by an executive team with more than 110 years of Food, Dairy, and Beverage Industry experience. control automation, food processing, dairy processing.

Keywords:apt, advanced process technologies, aluminum fabrication, automation, beverage equipment, cheese equipment, cip systems, control automation, dairy equipment, electrical automation, electrical engineering, electrical panel, installation , fluid handling, fluid piping, food equipment, mechanical engineering, process engineering, process piping, programming

www.biotekservices.com

Bio-Tek Services, Inc is a full service, In-Lab Pipette repair, calibration and certification company specializing in the repair and calibration of all models and types of pipettes. pipet calibration, pipetman, pipette calibration.

Keywords:eppendorf pipettes, gilson pipettes, lab equipment, lab supplies, laboratory equipment repair, multichannel pipettes, oxford pipettes, pipet pipet calibration, pipetman, pipette calibration, pipette certification, pipette parts, pipette repair, pipette service, pipette tips, pipettes, rainin pipettes, reconditioned lab equipment, reconditioned pipettes.

www.wrrc.com

Over the past 15 years, WRRC & CET (divisions of ITI) have become recognized by clients and competitors alike as having an innovating and pioneering attitude toward training, and for having raised the current levels of instruction for cranes, heavy equipment and rigging.

Keywords:crane inspection, crane operator, crane operator hand signal, crane operator training, crane safety, crane safety training, crane training, electric utility industry, heavy equipment operator training, heavy equipment school, heavy equipment training, hydraulic truck crane, industrial training, mobile crane, mobile crane training, overhead crane, rigging, rigging training, truck crane, truck mounted crane.

www.concretemixing.net

Advanced Concrete Technologies is a single source supplier of turnkey concrete batching and mixing plant solutions that draws on almost 40 years of experience and more than 3,500 installations worldwide. concrete, mixer, batching.

Keywords: precast plant, automatic mixer cleaning systems, twin shaft mixer, batch plants, moisture metering technology, concrete batching equipment, cement silos, planetary mixer, concrete delivery systems, cement screw conveyors, flying bucket, concrete mixing equipment, pan mixer, concrete plant, concrete mixing plant, mixing and batching plant, aggregate bins, concrete mixing, color metering equipment, concrete mixer.

This is G o o g l e's cache of http://www.qualtest.com/qualtest.com_friends.html as retrieved on Dec 17, 2004 00:26:48 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:HiVb6qFBqkMJ:www.qualtest.com/qualtest.com_friends.html+soil+sement&hl=en

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **soil sement**

## Construction Engineering Mining Resources

**zirconia-powders.com**
**We are the worlds specialist in plasma derived, monoclinic zirconia powders having
exceptional performance properties.**: Keywords: *zirconia powder, zirconium, zirconium
silicate, zirconium powder, zro, zirconia powders, zirconium oxide, nanocrystalline,
zirconia ceramic, ceramic powders, cf-colortone, structural ceramics, plasma zirconia,
ceramic powder, dissociated zircon, zro2, baddeleyite, nanopowders, zirconia, zirconium
dioxide*

**servoinstrument.com**
**Servo instrument corporation are producers of conductive plastic and wirewound
potentiometers.**: Keywords: *potentiometer assemblies, non linear potentiometer, fairchild
potentiometer, wirewound potentiometer, outer space potentiometer, potentiometer switch
assemblies, position potentiometer, rotary potentiometer, precision potentiometer,
motorized potentiometer, joystick potentiometer, clutch potentiometer, non wirewound
potentiometer, switch potentiometer, military potentiometer, potentiometer, linear motion
potentiomers, potentiometer elements, linear potentiometer, conductive plastic
potentiometer*

**insulated-concrete-form.net**
**We specialize in resurfacing new and old concrete in many colors, designs and
textures.**: Keywords: *icf, epoxy, insulated concrete forms, patio repair, concrete repair,
concrete homes, pool deck, concrete house, concrete walls, concrete, insulated concrete
form, driveway repair, concrete driveway, concrete resurfacing, concrete floors, stucco,
decorative concrete, concrete overlay, pool repair, concrete coating*

**abcmixers.com**
**abc mixers we buy, rent, lease, or sell used concrete mixers.**: Keywords: *mack mixers,
used cement mixers, cement mixer trucks, concrete mixer, used concrete mixers, concrete
mixers, cement truck, concrete mixer trucks, front discharge cement mixer, mack concrete
mixers, front discharge cement mixers, cement trucks, front discharge concrete mixer,
mack mixer trucks, used cement mixer, readymix trucks, cement mixer, concrete mixers
sale, used concrete mixer truck, cement mixers*

**fence-it.com**
**Discount Fence Supply - Distributors of automatic gate openers, vinyl fences, vinyl
arbors.**: Keywords: *gate openers, electric gate openers, automatic gate opener, gate*

*opener, gate operators, aluminum fences, vinyl arbors, snow fence, electric gate opener, vinyl arbor, aluminum fence, vinyl fences, wood snow fence, sliding gate operators, plastic snow fence, vinyl fence, basketball backboards, aluminum fencing, automatic gate openers, wooden snow fence*

## americansteeples.com
**We specialize in steeples with broad experience in custom industrial grade fiberglass fabrication.**: Keywords: *church steeples, fiberglass church steeples, lighthouses, custom fiberglass products, baptistries, steeples fiberglass, fiberglass baptistries, steeples, manufactured baptistries, cupolas, crosses, small steeples, fiberglass church products, fiberglass steeple, baptistry, steeple, church steeple, manufactured steeples, custom church products, church products*

## asset-sales.com
**We handle equipment auctions for Industrial, metalworking, woodworking, plastics, rubber and food processing industries.**: Keywords: *machinery auctions, industrial machines, industrial auctioneers, used industrial equipment, industrial auctions, industrial asset, industrial equipment auction, industrial liquidators, industrial auction, industrial appraiser, metalworking machines, industrial equipment, metalworking auctions, industrial surplus liquidator, surplus equipment, surplus industrial equipment, used metalworking equipment, online machinery auction, equipment auction, capital asset*

## leanplus.com
**We are experienced in helping companies reduce cost and waste and increase productivity.**: Keywords: *total productive maintenance, 5s program, lean pharmaceutical mfg, lean sigma, spc training, process validation, productivity improvement, high performance teams, quality management system, operating efficiency, lean manufacturing training, improving productivity, workflow management, merger and acquisitions lean mfg, lean manufacturing brazil, lean manufacturing india, lean manufacturing, visual controls, lean manufacturing russia, shop floor management*

## skywatchweather.com
**provide weather forecasting services and environmental consulting services to a wide variety of clients.**: Keywords: *weather record, accurate weather forecasts, newspaper weather, newspaper weather layout, electric company weather, storm water forecast, real time radar, winter storm, radio weather, construction weather, weather forecast, weather service, daily weather, meteorology, severe weather, aviation weather, climatological data, climatology, gas company weather, meteorologist*

## nationalsheetmetal.com
**We are dedicated to providing our customers with top quality sheet metal fabrications.**: Keywords: *outside gutter miters, fascia accessories, endcaps, corrugated downspout, copings, box downspout, gutter hangers, low slope roofing systems, downspout straps, drop tubes, inside gutter miters, style a elbows, snap on fascia systems, style b elbows, heavy steel brackets*

*residential gutters, fasicia products, reglet counterflashing products, rain guters, metal roof flashings*

**asiwebpage.com**
**Analyzers that warn of corrosive leaks, and preventing massive amounts of smog forming chemicals.**: Keywords: *h2s in amine analyzer, h2s measurement, h2s in naptha*

analyzer, houston *atlas tracor*, *total sulfur analyzer*, *co2 analyzer*, hydrogen sulfide analyzers, h2s in liquids analyzer, h2s co2 analyzer, h2s in diesel analyzer, h2s in water *analyzer*, *h2s sensing tape*, *h2s in crude analyzer*, *sulfur analyzer*, *carbon dioxide analyzer*, *hydrocarbon in water analyzer*, *voc in water analyzer*, *voc volatile organic compounds*, hydrocarbon analyzers, h2s in gasoline analyzer

**aertec.com**
**Source for engineered solutions to aeration needs including development, evaluation, design, manufacturing, installation and service.:** Keywords: *coarse bubble diffusers*, *aeration*, *submerged aeration equipment*, *aerators*, *subsurface aeration equipment*, aeration technologies inc, *fine bubble diffusers*, *fine pore diffusers*, wastewater aeration, off *gas testing*, *diffused aeration equipment*, *alpha testing*, *diffusers*, *aergrid*, *static tube aerators*, *aeration equipment and systems*, *membrane tube diffusers*, *oxygen transfer testing* , *aertec*, *aermax diffusers*

**readyrack.com**
**Ready Rack turnout gear lockers, hose racks and dryers for fire departments.:** Keywords: *hose storage racks*, *gear racks*, *fire store*, *gear storage*, *hose rack*, *bunker gear racks*, *gear storage systems*, *turnout gear storage*, *fire station products*, *fire station storage*, *gear rack*, *scba racks*, *firefighting equipment*, *fire hose racks*, *fire station architects design*, hose dryer, scba storage, gear grid storage, *bunker gear*, turnout storage

**concretemixing.net**
**Advanced Concrete Technologies - single source supplier of turnkey concrete batching and mixing plant solutions.:** Keywords: *automatic mixer cleaning systems*, *concrete mixing equipment*, *concrete plant*, *cement screw conveyors*, *concrete mixing plant*, *flying bucket*, *mixing and batching plant*, *color metering equipment*, *aggregate bins*, *cement silos*, planetary mixer, *moisture metering technology*, *concrete mixing*, precast plant, *concrete batching equipment*, *concrete mixer*, *concrete delivery systems*, *pan mixer*, *batch plants*, *twin shaft mixer*

**cordless-circularsaws.com**
**Gulf Sales & Supply, Inc., selling DEWALT, Makita, Milwaukee, Metabo, and Ingersoll-Rand.:** Keywords: *cordless impact wrench*, dewalt cordless, bench grinder, compound miter saw, delta table saw, dewalt cordless drills, cordless drills, contractor tools, *dewalt cordless tools*, *dewalt power tools*, *band saws*, *dw402*, *fall protection*, *angle grinder*, *dewalt tools*, *belt sander*, *circular saws*, *air nailers*, *dw802*, *impact wrench*

**biogeneral.com**
**Manufacturer of micro-tubing, gas permeable tubing, wire coating, IOL haptic fiber, multi-layer fiber, and monofilament.:** Keywords: *plastic capillary*, high modulus fibers, *coated wire*, *thin wall tubing*, *fluoropolymers*, *monofilament*, *teflon af*, *capillary tubing*, *iflex*, *optical fibers*, *tubing*, *teflon af tubing*, *permeable tubing*, *capillary*, *flow restrictors*, etfe coating, pen fiber, *haptic monofilament*, *specialty coating*, pfa coating

**soiltac.com**
**SoilTac**

**oil Stabilizer and Dust Palliative is the cost-effective solution of choice for dirt roads.**: Keywords: *dust control soil stabilizers, chemical soil sealer products, chip seal lignin polymer, road dust suppression products, driveway dust suppression polymer, soil erosion dust stabilizer, road construction polymer stabilizers, road dust soil stabilization,*

*pm10 dust abatement products, sement soil binder products, soil stabilization photo gallery, dirt road dust pollution, polymer emulsion dust suppression, chemical construction dust abatement, gravel road dust control, soil cement dust control, soil stabilizer dust control, construction dust control products, soilworks soiltac soil stabilizer, road binder dust stabilization*

**architecturalstairs.com**
**We provide spiral and other custom designed stairs for residential and commercial use.**: Keywords: *metal stairs, stair builder, stair manufacturers, stair, modular stairs, compact stair, alternating tread stairs, metal spiral stair, stair manufacturer, wood stair, steel stair, loft stair, alternated tread stair, prefabricated stairs, stair builders, wood spiral stair, wooden stairs, attic stairs, stairs, modular rails*

**metalbollards.com**
**Perimeter Defense Tech has bollards for all your perimeter and traffic safety needs.**
**traffic barrier.**: Keywords: *traffic barrier, pipe bollard, steel guard bollards, metal bollards, barrier vehicle, crash vehicle barrier, security barriers, popup bollard, bollards bar, pop up bollard, vehicle bollard performance specification, road barriers, vehicle barrier system, bollard construction texas, stainless steel pipe bollards, pipe bollard vehicle deterrent, vehicle barrier, stainless steel bollard cap, bollard design, high security vehicle barriers*

**hosexpress.com**
**HoseXpress is a Master Distributor for Chemical, Petroleum, Air, and Metal Hose, and related accessories.**: Keywords: *motor driven hose reel, teflon hose, hydraulic hose, tank truck hose, clamps, expansion joints, hand crank hose reel, chemical hose, ducting, hose clamp, sanitary fittings, hose, hose reel, wormgear clamp, tri-clover fittings, air hose reel, retractable hose reel, convoluted teflon hose, stainless steel hose reel, metal hose*

**http://www.curtiseehomes.net**
index2.htm, index3.htm, index4.htm, index5.htm, index6.htm, index7.htm

**http://www.construction-engineering-mining.net**
index2.htm, index3.htm, index4.htm, index5.htm, index6.htm, index7.htm

**http://www.essexdesigndisplay.net**
index2.htm, index3.htm, index4.htm, index5.htm, index6.htm, index7.htm

**http://www.konabuilder.net**
index2.htm, index3.htm, index4.htm, index5.htm, index6.htm, index7.htm

 **Google** Web   Images   Groups<sup>New!</sup>   News   Froogle   more »

soil sement      [ Search ]   Advanced Search
Preferences

### Web

Results 101 - 110 of about **4,030** for **soil sement**. (0.19 seconds)

NIKKEI NET▯ ▯ ▯ ▯ ▯  - [ Translate this page ]
... Supply, Inc. ▯ ▯ ▯ ▯ **Soil-Sement** ▯ ▯ ▯ ▯ 02-02-059▯ ▯ ▯ ▯ ▯ ▯ ▯ ▯ ▯ ▯
▯ ▯ ▯ ▯ ▯ ▯ ▯ ▯ ▯ ▯ . ...
www.nikkei.co.jp/tento/trend/20041213m47cd000_13.html - 19k - Jan
30, 2005 - Cached - Similar pages

GéoChem - Presse - [ Translate this page ]
... Stabilisateur de sols. Pour stabiliser les allées, pistes cyclables,
parkings VL, pistes forestières ou talus, Géochem possède le **Soil
Sement**. ...
www.geochem.fr/html/presse.php?langue=francais - 19k -
Cached - Similar pages

EarthCare Consultants, LLC.
Dust Control ~ **Soil** Stabilization ~ Erosion Control. EarthCare Consultants. "Our Mission is
to Reduce PM10 Fugitive Dust and Erosion". ...
members.aol.com/earthcaire/ - 9k - Cached - Similar pages

Soiltac **Soil** Stabilization and Dust Control Materials Photo ...
... agent Soiltac can be used for sediment control and silt control **sement soil** particles
together with Soiltac **soil** stabilizer and dust control agent cement **soil** ...
www.soiltac.com/Photos_Underground_Mining.html - 69k - Cached - Similar pages

America West Environmental Supplies Inc, Pasco, WA 99301 ...
... Location Info: Pasco, WA 99301 Products & Services: Concrete, Rock & Stone Designs
Brands: **Soil Sement** Specialties: Roads,Parking Lots,Applications & Materials, ...
yellowpages.superpages.com/profile~SRC_google~C_
Erosion+Control~S_NY~PP_N~CID_00000545522~LID_Cm7jmVEu5q7... - Similar pages

October 1997 - Attachment 1: Potential Chemical Safety Concerns
... Farms (EM) Bulging Metal Drums Containing "**Soil Sement**" Discovered, New Material,
Believed due to Contaminants, 27% of LFL. . RL--PHMC ...
www.dne.bnl.gov/etd/csc/1997/oct97-at.htm - 13k - Cached - Similar pages

[PDF] New Product Index
File Format: PDF/Adobe Acrobat - View as HTML
... D CS BA-2001 1987-02 Q AL BAM DELINEATOR 2000-68 L CS BAR-LOCK (MBT)
COUPLER SYSTEM 1991-42 Q AL BARREL WRAP 1995-53 K NI BASE-SEAL LIQUID
**SOIL** STABILIZER 1995 ...
www.wsdot.wa.gov/biz/mats/new_prod/newprod.pdf - Similar pages

[PDF] CHAS 2002
File Format: PDF/Adobe Acrobat - View as HTML
... The erosion control products tested included Earth Guard®, **Soil Sement®**, Airtrol®,
Ultra Tack®, Chemco®, TackingAgent III®, Topcoat®. ...
www.dot.ca.gov/hq/env/stormwater/special/ newsetup/_pdfs/new_technology/CTSW-RT-02-
035.pdf - Similar pages

RAB Minutes -- Southwest Division, NAVFACENGCOM

... also ensures that all trucks going in and out of the area are covered with tarps, and the

Sponsored Links

Dust Control Leader in US
**Soil-Sement®** EnviroKleen® EK35®
America's Most Widely Used Products
www.midwestind.com

Soiltac® **Soil** Stabilizer
**Soil** Stabilizer -Dust Control Agent
Used worldwide on any **soil** or site.
www.Soiltac.com

soil stockpiles are watered or sprayed with **Soil-Sement®** to control ...
www.efdsw.navfac.navy.mil/ Environmental/Pages/hp042502.htm - 47k -
Cached - Similar pages

### Construction Mining Engineering Project Resources
... dust control, soilworks soiltac **soil** stabilizer, dirt road dust pollution, driveway dust
suppression polymer, **sement soil** binder products, road binder dust ...
www.ajandb.com/ajandb.com_friends.html - 42k - Cached - Similar pages



Result Page: **Previous** 1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16 17 18 19 20          **Next**

soil sement                              [ Search ]

Search within results | Language Tools | Search Tips

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google

This is G o o g l e's cache of http://www.soiltac.com/Photos_Underground_Mining.html as retrieved on Jan 20, 2005 06:13:49 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:ZgRVGZKDGwYJ:www.soiltac.com/Photos_Underground_Mining.html+soil+sement&hl=en

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **soil**
These terms only appear in links pointing to this page: **sement**



# SOILTAC

**1-800-545-5420**

Tuesday
February 1st

Dust Control - Soil Stabilization - Erosion Control

⌂ Home   ① Sample   ✉

## Photo Gallery: Underground Mining Dust Control and Soil Stabilizatio

Home
Product Information
Applications / Uses
Application Rates
Application Equipment
Application Methods
Shipping Containers
Photo Gallery
MSDS
FAQ
Price Schedule
Tests & Evaluations
Environmental Data
Downloads
Industry Regulations
Industry News
Industry Links
Free Soiltac Sample
Contact Us







Need Dust Control?
Try our New..
DURASOIL





Home | Soiltac | Uses | Rates | Equipment | Methods | Shipping | Photos |
FAQ | Prices | Tests | Environment | Downloads | Regulations | News |
Contact Us

Copyright © Soilworks, LLC 2003. All Rights Reserved. Soilworks™, Soiltac™, Surtac™, Durasoil™, the Durasoil™ logo, the Surtac™ logo and the Soiltac™ logo
trademarks of Soilworks, LLC. Web site design, development & updates provided by Soilworks, LLC. Last modified 01/20/05

This is **G o o g l e**'s cache of http://www.ajandb.com/ajandb.com_friends.html as retrieved on Dec 21, 2004 00:30:36 GMT.
**G o o g l e**'s cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: `http://www.google.com/search?`
`q=cache:1dBb02ggHc0J:www.ajandb.com/ajandb.com_friends.html+soil+sement&hl=en`

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **soil sement**

# Construction Mining Engineering Project Resources

**hwequipment.com** Headwater Equipment has the BIG machinery to meet the largest demands. Keywords: machinery wanted, road grader, used excavators, heavy equipment, used wheel loader, caterpillar equipment, winches, used heavy equipment, heavy equipment attachment, caterpillar parts, heavy equipment trader, excavator, used construction equipment, construction equipment, heavy equipment used part, dozer, john deere used parts, wheel loader, used bulldozer, heavy equipment part

**foil-packaging.com** Your source for aluminum distribution, foil coil, non-ferrous metal, cleaning aluminum, foil processing and more. Keywords: cleaning copper, sheeting, metal slitting, aluminum sheeting, insulation foil, copper sheeting, silver cleaning aluminum, foil wrap, lead foil, cleaning aluminum, aluminum cleaning, paper roll slitting, ultra high vacuum, lead sheet, uhv, cooking foil, aluminum cutting, tin foil, slitting, foil packaging

**soiltac.com** SoilTac **Soil** Stabilizer and Dust Palliative is the cost-effective solution of choice for dirt roads. Keywords: dust control **soil** stabilizers, road dust suppression products, road dust **soil** stabilization, polymer emulsion dust suppression, chemical construction dust abatement, road construction polymer stabilizers, **soil** cement dust control, pm10 dust abatement products, **soil** erosion dust stabilizer, **soil** stabilization photo gallery, chip seal lignin polymer, chemical **soil** sealer products, **soil** stabilizer dust control, soilworks soiltac **soil** stabilizer, dirt road dust pollution, driveway dust suppression polymer, **sement soil** binder products, road binder dust stabilization, construction dust control products, gravel road dust control

**florida-customhomebuilders.com** Offering the highest Quality Contracting Services in the Sothern Florida Area. Keywords: new home builder south florida, florida custom home builders, central florida homebuilders, custom home design florida, floor tile florida, building contractor florida, florida luxury home builder, florida new home builders, new home builder in florida, florida general contractor, florida home builder, floor tiles florida, florida tile company, florida luxury homebuilders, home builders in florida, florida homebuilders, florida new home builder, florida tile companies, custom home builder in florida, florida general contractors

**gessearch.com** GES is an executive search firm dedicated to serving Real Estate Development and Construction Management. Keywords: executive recruiters, real estate development, executive search firm, project management jobs, executive recruiting firms, financial analyst position, construction management, executive recruiting, recruiting

services, civil engineering jobs, construction projects, construction search firm, management jobs, real estate development jobs, executive recruiter, accounting jobs, architectural jobs, executive search firms, recruiters, construction management jobs

**e-apsi.com** Applied Production Solutions is a company meeting the needs and demands of the Manufacturing Industry. Keywords: manufacturing engineering, custom fabrication, improve productivity, applied production solutions, manufacturing technology, robot integration, industrial automation, manufacturing consultants, manufacturing equipment, custom built machines, ergonomic workstations, custom manufacturing, machine building, poke yoke, manufacturing solutions, manufacturing production, machine safeguarding, error proofing, automated machines, adept robot integration

**agtservices.com** AGTSERVICES specializes in providing repair solutions for any steam, gas, fossil, or nuclear generator. Keywords: hipot testing, elcid, generator rewind, nuclear generators, rotor repair, stator core iron, high voltage bushing, steam turbine generator, gas turbine repair, field repair, generator repair, doble test, generator rotor repair, stand off insulator, gas turbine overhaul, doble engineering, generator repair engineer, turbine overhaul services, stator repair, generator consultant

**baseoils-lubricants.com** Rabbglobal.com, your leading source for all metal forming lubricants. metal heat treating, cutting metal fluids. Keywords: industrial metal coatings, metal heat treating, barrier lubricants, emisshield, protective fabric coating, protective coating materials, heat resistant coatings, lubricants oils, cutting metal fluids, protective coatings company, spray on thermal barrier, industrial coatings, heat treating technology, heat treating metal, anti friction coatings, metalworking fluid, pccm, ceramic industrial coatings, sprayed protective coating, base oils lubricants

**stanfordmaterials.com** Stanford Materials is a supplier of various oxides, metals, alloys, advanced ceramic materials, and minerals. Keywords: yttrium, ytterbium, lutetium, silicon powder, grinding media, thulium, erbium, holmium, tantalum, gadolinium, neo magnets, sputtering targets, europium, terbium, scandium, permanent magnets, neodymium, phosphors, dysprosium, cerium oxide

**aertec.com** Source for engineered solutions to aeration needs including development, evaluation, design, manufacturing, installation and service. Keywords: fine pore diffusers, submerged aeration equipment, membrane tube diffusers, diffusers, activated sludge aeration, subsurface aeration equipment, aeraton technologies inc, static tube aerators, aerators, aermax diffusers, aergrid, alpha testing, aeration equipment and systems, diffused aeration equipment, fine bubble diffusers, wastewater aeration, aertec, off gas testing, coarse bubble diffusers, oxygen transfer testing

**solarpowered-pumps.com** Discover a more effective, dependable and cost efficient alternative -- Solar Powered Pumps. Keywords: shurflo solar pump

solar powered water pumps, solar submersible pump, dankoff, sunpumps, solar powered water pump, solar pumps, kyocera solar pump, solar submersilbe pump, kyocera, solar pump, solar water pump, solar powered well pumps, dankoff solar pump, industrial solar powered pumps, solar powered pumps, solar powered pump, solar water pumps, shurflo, sunpump

**water-wellsupplies.com** Buy water well pumps, tanks, and accessories on line for huge savings. Keywords: shallow well jet pumps, water pump, hand pumps, water wells,

submersible wire, goulds pumps, water well supplies, grundfos pumps, booster pumps, submersible pumps, water well pumps, water tanks, pitcher pumps, centrifugal pumps, variable speed pumps, well pumps, deep well jet pumps, jet pumps, sand filter, sediment filter

**diamondground.com** Diamond Ground Products, Inc., Tungsten electrodes and electrodegrinders. We maintain a huge inventory. Keywords: fusion splicing electrodes, tig electrodes, welding supplies, plasma welding torches, welding electrodes, tungsten fabrication, fusion splicing, plasma electrodes, welding consumables, tungsten, tungsten grinder, orbital welding electrodes, tungsten electrodes, electrode grinder, electrodes, tri mix, tungsten fabricating, alcoa fujikura, piranha, tungsten electrode grinder

**metalcraft.com** Metalcraft Enterprises - Manufacturing OEM tubular metal parts, weldments, and assemblies. Keywords: tube bending, metal craft, swaging, tube forming, tube end forming, TIG welding, aluminum tubing, tube fabrication, metal tubing, aluminum tube, stainless steel tubing, stamping, aluminum tube bending, CNC tube bending, tubular steel, stainless steel tube, steel tubing, aluminum TIG welding, robotic welding, tube swaging

**top-soil.net** Providing a Network of Landscape Material & Topsoil suppliers in your area. Keywords: topsoil suppliers, western topsoil, landscape mulch, loam, top **soil** cost, landscape supply, northeast topsoil, buying topsoil, topsoil, northwest topsoil, fill dirt, agricultural mulch, mulch, black dirt, top **soil** manufacturers, top **soil**, **soil**, gardening **soil**, loam **soil**, buy topsoil

**apachesales.com** Your one-stop shop for over 30,000 wholesale oilfield, construction, ranch, farm, and home improvement supplies. Keywords: hitachi power tools, grade 8 nuts, grade 8 bolts, construction screws, stud bolts, armstrong hand tools, air compressor tools, construction fasteners, api ring gaskets, wholesale fasteners, electrical wiring products, anchor bolts, black pipe fittings, apache sales, wire rope, nylon rope, abrasive cutting tools, lifting chain, transport chain, aircraft cable

**pumpbiz.com** PumpBiz - Your search is over -We have over 9000 pumps and pump-related supplies. Keywords: commercial pumps, general pump parts, centrifugal pumps, ebara pumps, industrial pumps, industrial water pumps, jet pump, gear pumps, fire pump, little giant pumps, chemical pump, amt pumps, barnes pumps, drum pump, commercial water pumps, gorman-rupp pumps, fountain pumps, circulation pump, diaphragm pumps, magdrive pumps

**entertron.com** Entertron Industries, Inc. - Specializing in PLCs for OEMs since 1978. Free Programming Software. Keywords: embedded controller, plc, free plc software, embedded control, ladder logic, hmi, automation direct, plc software, programmable controller, operator interface, scada, power supply, plc direct, modbus, plc programming software, plcs, touch screen, micro plc, plc simulator, programmable logic controller

**flexible-shaftcouplings.com** Coupling Corporation of America manufactures flexible shaft couplings for large rotating machinery.

eywor ds: keyless hub shaft coupling, flexible couplings, shaft hub couplings, flexable couplings, flexible shaft coupling, shaft coupling, flexible shaft couplings, torsional coupling, rigid couplings, shaft couplings, flexible couplings turbine, couplings shaft, flex shaft coupling, shaft hub coupling, motor couplings,

keyless hubs, clutch couplings, flexible coupling, motor generator couplings, mechanical couplings

**liquid-chromatography.net** Products, software and unrivaled customer service, that meets the needs of the analytical laboratory industry. Keywords: photodiode array, atomic absorption, lcms, hplc, total nitrogen, particle size, gcms, elemental analysis, hardness tester, thermal analysis, liquid chromatography, chromatography, ftir, analytical instrument, fluorescence, spectrometry, uv-vis, spectroscopy, gas chromatography, mass spectroscopy

**http://www.construction-engineering-mining.net**
index2.htm, index3.htm, index4.htm, index5.htm, index6.htm, index7.htm

**http://www.essexdesigndisplay.net**
index2.htm, index3.htm, index4.htm, index5.htm, index6.htm, index7.htm

**http://www.curtiseehomes.net**
index2.htm, index3.htm, index4.htm, index5.htm, index6.htm, index7.htm

**http://www.konabuilder.net**
index2.htm, index3.htm, index4.htm, index5.htm, index6.htm, index7.htm