# SOIL-TAC

## HOME PAGE:
```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Agent (Home Page)</title>
<meta name="description" content="Soiltac Soil Stabilizer and Dust Palliative is the cost-effective solution of choice for dirt roads.">
<meta name="keywords" content="chemical construction dust abatement, soil stabilizer dust control, road dust soil stabilization, soil cement dust control, chemical soil sealer products, gravel road dust control, dust control soil stabilizers, pm10 dust abatement products, sement soil binder products, chip seal lignin polymer, road binder dust stabilization, dirt road dust pollution, soil erosion dust stabilizer, driveway dust suppression polymer, soilworks soiltac soil stabilizer, road construction polymer stabilizers, polymer emulsion dust suppression, soil stabilization photo gallery, road dust suppression products, construction dust control products">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2003 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

## PRODUCT INFORMATION PAGE:
```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Product Information</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust abatement sement stabilizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp; Dust Palliative is the cost-effective solution of choice for dirt roads, construction lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

Exhibit: 150
Witness: Falkenb[...]
Date: 2/16/05
Linda Blackmon CR 50030

## APPLICATION/USES PAGE:
```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Palliative Applications and Uses</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp; Dust Palliative is the cost-effective solution of choice for dirt roads, construction lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
```

Dockets.Justia.com

```
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

**APPLICATION RATES PAGE:**
```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Application Rates</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp; Dust Palliative is the cost-effective solution of choice for dirt roads, construction lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

**APPLICATION EQUIPMENT PAGE:**
```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilization and Dust Control Application Equipment</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control
dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust
abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp;
Dust Palliative is the cost-effective solution of choice for dirt roads, construction
lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

**APPLICATION METHODS PAGE:**
```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Agent Application Methods</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control
dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust
```

abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp; Dust Palliative is the cost-effective solution of choice for dirt roads, construction lots, helipads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--

## SHIPPING CONTAINERS PAGE:
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Agent Shipping Containers</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp; Dust Palliative is the cost-effective solution of choice for dirt roads, construction lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--

## MSDS PAGE:
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control MSDS</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp; Dust Palliative is the cost-effective solution of choice for dirt roads, construction lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--

## FAQ PAGE:
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>

```html
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Products FAQ</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control
'irt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust
oatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp;
Dust Palliative is the cost-effective solution of choice for dirt roads, construction
lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!—
```

## PHOTO GALLERY PAGE:

```html
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Materials Photo Gallery</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization dust
control, Road dust stabilizer photos, Gravel driveway sealer products, dust control dirt
roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust abatement
sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp; Dust
Palliative is the cost-effective solution of choice for dirt roads, construction lots,
   licopter pads, mine tainings and much more...">
-meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!—
```

## PRICE SCHEDULE PAGE:

```html
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Price and Cost Schedule</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control
dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust
abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp;
Dust Palliative is the cost-effective solution of choice for dirt roads, construction
lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
  neta name="robots" content="all=index,follow">
 .neta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
```

```
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

**TESTS & EVALUATIONS PAGE:**
```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer Tests and Evaluations</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control
dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust
abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp;
Dust Palliative is the cost-effective solution of choice for dirt roads, construction
lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

**ENVIRONMENTAL DATA PAGE:**
```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Agent Environmental Data</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control
dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust
abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp;
Dust Palliative is the cost-effective solution of choice for dirt roads, construction
lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

**DOWNLOADS PAGE:**
```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Agent Downloads</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control
dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust
abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp;
Dust Palliative is the cost-effective solution of choice for dirt roads, construction
lots, helicopter pads, mine tainings and much more...">
```

```
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

## INDUSTRY REGULATIONS PAGE:

```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Products Industry Regulations</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust
control dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener,
Dust abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp;
Dust Palliative is the cost-effective solution of choice for dirt roads, construction
lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

## INDUSTRY NEWS PAGE:

```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilization and Dust Control Material Industry News</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, dust control, dust suppression, dust suppressants,
dust prohibitor, dust free, dust abatement, dust palliatives, dust prevention, dust inhibitor, dust stabilizer, dust
stabilization, dusty road, dust pollution control, dust control materials">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp; Dust Palliative is the
cost-effective solution of choice for dirt roads, construction lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

## INDUSTRY LINKS PAGE:

```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Industry Links</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control
```

```
dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust
abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp;
Dust Palliative is the cost-effective solution of choice for dirt roads, construction
lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

FREE SOILTAC SAMPLE PAGE:
```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Free sample of Soiltac Soil Stabilizer and Dust Control Agent</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control
dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust
abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer and
Dust Control Product is the cost-effective solution of choice for dirt roads,
construction lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```

CONTACT US PAGE:
```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt" codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Agent Contact Information</title>
<meta name="keywords" content="Soilworks Soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust control
dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil hardener, Dust
abatement sement stabalizer, Acrylic copolymer dust palliative">
<meta name="description" content="Soiltac (copolymer emulsion) Soil Stabilizer &amp;
Dust Palliative is the cost-effective solution of choice for dirt roads, construction
lots, helicopter pads, mine tainings and much more...">
<meta name="city" content="Gilbert,">
<meta name="state" content="AZ">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2004 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--
```