```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt"
codeOutsideHTMLIsLocked="false" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Soiltac Soil Stabilizer and Dust Control Agent (Home Page)</title>
<meta name="description" content="Soiltac Soil Stabilizer and Dust Palliative is the
cost-effective solution of choice for dirt roads.">
<meta name="keywords" content="chemical construction dust abatement, soil stabilizer
dust control, road dust soil stabilization, soil cement dust control, chemical soil
sealer products, gravel road dust control, dust control soil stabilizers, pm10 dust
abatement products, sement soil binder products, chip seal lignin polymer, road
binder dust stabilization, dirt road dust pollution, soil erosion dust stabilizer,
driveway dust suppression polymer, soilworks soiltac soil stabilizer, road
construction polymer stabilizers, polymer emulsion dust suppression, soil
stabilization photo gallery, road dust suppression products, construction dust
control products">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Copyright" content="2003 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">
<!-- #EndEditable -->
<script language="JavaScript">
<!--

<!--

function MM_preloadImages() { //v3.0
  var d=document; if(d.images){ if(!d.MM_p) d.MM_p=new Array();
    var i,j=d.MM_p.length,a=MM_preloadImages.arguments; for(i=0; i<a.length; i++)
    if (a[i].indexOf("#")!=0){ d.MM_p[j]=new Image; d.MM_p[j++].src=a[i];}}
}

function MM_findObj(n, d) { //v4.01
  var p,i,x;  if(!d) d=document; if((p=n.indexOf("?"))>0&&parent.frames.length) {
    d=parent.frames[n.substring(p+1)].document; n=n.substring(0,p);}
  if(!(x=d[n])&&d.all) x=d.all[n]; for (i=0;!x&&i<d.forms.length;i++)
x=d.forms[i][n];
  for(i=0;!x&&d.layers&&i<d.layers.length;i++) x=MM_findObj(n,d.layers[i].document);
  if(!x && d.getElementById) x=d.getElementById(n); return x;
}

function MM_nbGroup(event, grpName) { //v6.0
  var i,img,nbArr,args=MM_nbGroup.arguments;
  if (event == "init" && args.length > 2) {
    if ((img = MM_findObj(args[2])) != null && !img.MM_init) {
      img.MM_init = true; img.MM_up = args[3]; img.MM_dn = img.src;
      if ((nbArr = document[grpName]) == null) nbArr = document[grpName] = new
Array();
      nbArr[nbArr.length] = img;
      for (i=4; i < args.length-1; i+=2) if ((img = MM_findObj(args[i])) != null) {
        if (!img.MM_up) img.MM_up = img.src;
        img.src = img.MM_dn = args[i+1];
        nbArr[nbArr.length] = img;
    } }
  } else if (event == "over") {
    document.MM_nbOver = nbArr = new Array();
    for (i=1; i < args.length-1; i+=3) if ((img = MM_findObj(args[i])) != null) {
      if (!img.MM_up) img.MM_up = img.src;
      img.src = (img.MM_dn && args[i+2]) ? args[i+2] : ((args[i+1])? args[i+1] :
img.MM_up);
      nbArr[nbArr.length] = img;
```

Exhibit: #55
Witness: Falkenberg
Date: 4/10/08
Linda Blackmon CR 50320

Dockets.Justia.com

```
    }
  } else if (event == "out" ) {
    for (i=0; i < document.MM_nbOver.length; i++) {
      img = document.MM_nbOver[i]; img.src = (img.MM_dn) ? img.MM_dn : img.MM_up; }
  } else if (event == "down") {
    nbArr = document[grpName];
    if (nbArr)
      for (i=0; i < nbArr.length; i++) { img=nbArr[i]; img.src = img.MM_up;
img.MM_dn = 0; }
    document[grpName] = nbArr = new Array();
    for (i=2; i < args.length-1; i+=2) if ((img = MM_findObj(args[i])) != null) {
      if (!img.MM_up) img.MM_up = img.src;
      img.src = img.MM_dn = (args[i+1])? args[i+1] : img.MM_up;
      nbArr[nbArr.length] = img;
  } }
}
//-->
</script>
<!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable --><!--
InstanceParam name="bgcolor" type="text" value="#EFECE2" --><!-- InstanceParam
name="text" type="text" value="#000000" -->
</head>

<body bgcolor="#EFECE2" text="#000000"
onLoad="MM_preloadImages('/Graphics/contactov.gif','/Graphics/menus/Down_Product_Inf
ormation.gif','/Graphics/menus/On_Product_Information.gif','/Graphics/menus/Down_MSD
S.gif','/Graphics/menus/On_MSDS.gif','/Graphics/menus/Down_Photo_Gallery.gif','/Grap
hics/menus/On_Photo_Gallery.gif','/Graphics/menus/Down_Application_Rates.gif','/Grap
hics/menus/On_Application_Rates.gif','/Graphics/menus/Down_FAQ.gif','/Graphics/menus
/On_FAQ.gif','/Graphics/menus/Down_Industry_Regulations.gif','/Graphics/menus/On_Ind
ustry_Regulations.gif','/Graphics/menus/Down_Industry_Links.gif','/Graphics/menus/On
_Industry_Links.gif','/Graphics/menus/Down_Downloads.gif','/Graphics/menus/On_Downlo
ads.gif','/Graphics/menus/Down_Contact_Us.gif','/Graphics/menus/On_Contact_Us.gif','
/Graphics/menus/Down_References.gif','/Graphics/menus/On_References.gif','/Graphics/
menus/Down_Home.gif','/Graphics/menus/On_Home.gif','/Graphics/menus/On_Application_R
ates.gif','/Graphics/menus/Down_Environmental_Data.gif','/Graphics/menus/On_Environm
ental_Data.gif','/Graphics/menus/On_Applications_Uses.gif','/Graphics/menus/On_Appli
cations_Uses.gif','/Graphics/menus/Down_Application_Methods.gif','/Graphics/menus/on
_Application_Equipment.gif','/Graphics/menus/Down_Price_Schedule.gif','/Graphics/men
us/On_Price_Schedule.gif','/Graphics/menus/Down_Shipping_Containers.gif','/Graphics/
menus/On_Shipping_Containers.gif','/Graphics/menus/Down_Industry_News.gif','/Graphic
s/menus/On_Industry_News.gif','/Graphics/menus/Down_Industry_Specifications.gif','/G
raphics/menus/On_Industry_Specifications.gif','/Graphics/menus/on_Application_Equipm
ent.gif','/Graphics/menus/Down_Free_Soiltac_Sample.gif','/Graphics/menus/On_Free_Soi
ltac_Sample.gif','/Graphics/menus/On_Tests_Evaluations.gif','Graphics/menus/Down_App
lications_Uses.gif','Graphics/menus/On_Application_Methods.gif','/Graphics/menus/Dow
n_Tests_Evaluations.gif','/Graphics/menus/On_Tests_Evaluations.gif')"><!-- webbot
bot="HTMLMarkup" startspan -->
<!-- BEGIN WEBSIDESTORY CODE -->
<!-- COPYRIGHT 1997-2001 WEBSIDESTORY, INC. ALL RIGHTS RESERVED. U.S.PATENT PENDING.
Privacy notice at: http://websidestory.com/privacy -->
<script language="javascript">
var _pn="PUT+PAGE+NAME+HERE";    //page name(s)
var _mlc="/Dust_Control";  //multi-level content category
var _cp="null";   //campaign
var _acct="WE53060469RZ29EN3";  //account number(s)
var _pndef="index.html";  //default page name
var _ctdef="full";   //default content category
var _prc="";   //commerce price
var _oid="";   //commerce order
var _dlf="";   //download filter
var _elf="";   //exit link filter
var _epg="";   //event page identifier
```

```
var _mn="wp110";                                  //machine name
var _gn="phg.hitbox.com";                                  //gateway name
var _hcv=68;function _wn(n){return((n.indexOf("NAME")>0&&n.indexOf("PUT")>-1)||
(n.indexOf("CONTENT")>-1&&n.indexOf("CATEGORY")>0))};function _gd(x,w){var _ed=
x.lastIndexOf("/");var _be=(w!="full")?x.lastIndexOf("/",_ed-2):x.indexOf("/");
return(_be==_ed)?"/":x.substring(_be,_ed);};function _gf(x){return x.substring(
x.lastIndexOf("/")+1,x.length);};function _tc(_ml){var _ml1=_ml.length-1;var s=
"/";if(_ml.lastIndexOf(s)==(_ml1-1)){_ml=_ml.substring(0,_ml1-1)}if(_ml.indexOf
(s)!=0){_ml=s+_ml;_ml1++}if(_ml1){var a=_ml.substring(1,_ml1).indexOf(s);if(a==
-1)return _ml;var b=_ml.substring(a+2,_ml1).indexOf(s);if(b==-1)return _ml;if(b
!=-1){if(!b)b--;return _ml.substring(0,a+2+b);}};return _ml;};var _hl=location;
var _lp=_hl.protocol.indexOf('https')>-1?'https://':'http://';var _zo=(new Date
()).getTimezoneOffset();function _ps(_ip,_pml){return(_ip&&_wn(_pml))?((_pndef
=="title"&&document.title!="")?document.title:_gf(_hl.pathname)?_gf(
_hl.pathname):_pndef):_tc(_wn(_pml)?_gd(_hl.pathname,_ctdef):_pml)};function
_pm(m,_fml,h){if(m.indexOf(";")!=-1){_nml=m.substring(0,m.indexOf(";"));_rm=
m.substring(m.indexOf(";")+1,m.length);_fml+=_ps(h,_nml)+";";return _pm(_rm,
_fml,h);}else{return _fml+_ps(h,m);}};var _sv=10;var _hn=navigator;var _bn=
_hn.appName;if(_bn.substring(0,9)=="Microsoft"){_bn="MSIE";};var _bv=(
Math.round(parseFloat(_hn.appVersion)*100));if((_bn=="MSIE")&&(parseInt(_bv)==2
))_bv=301;function _ex(v){return escape(v)};var _rf=_ex(document.referrer);
_mlc=_pm(_mlc,"",0);_pn=_pm(_pn,"",1);</script><script language="javascript1.1">
_sv=11;</script><script defer src="http://stats.hitbox.com/js/hbp.js"
language="javascript1.1"></script><script language="javascript">if(_sv<11){if(
document.cookie.indexOf("CP=")>-1){_ce="y";}else{document.cookie="CP=null*; p"+
"ath=/; expires=Wed, 1 Jan 2020 00:00:00 GMT";_ce=(document.cookie.indexOf(
"CP=")!=-1)?"y":"n";};if((_rf=="undefined")||(_rf=="")){_rf="bookmark";};_x2=
"<img src='"+_lp+_gn+"/HG?hc="+_mn+"&hb="+_ex(_acct)+"&n="+_ex(_pn);_x3="&cd="+
"1&hv=6' border=0 height=1 width=1>";_ar="&bn="+_ex(_bn)+"&bv="+_bv+"&ce="+_ce+
"&ss=na&sc=na&ja=na&sv="+_sv+"&con="+_ex(_mlc)+"&vcon="+_ex(_mlc)+"&epg="+_epg+
"&hp=u&cy=u&dt=&ln=na&cp="+_ex(_cp)+"&pl=&prc="+_ex(_prc)+"&oid="+_ex(_oid)+""+
"&rf="+_rf;document.write(_x2+_ar+_x3);}document.write("<\!--");</script>
<noscript><img
src="http://phg.hitbox.com/HG?hc=wp110&cd=1&hv=6&ce=u&hb=WE53060469RZ29EN3&n=PUT+PAG
E+NAME+HERE&vcon=/Dust_Control" border='0' width='1' height='1'></noscript><!--//-->
<!--  END WEBSIDESTORY CODE  -->
<!-- webbot bot="HTMLMarkup" endspan -->

<table width="100%" border="0" cellspacing="0" cellpadding="0"><!--DWLayoutTable-->
  <tr>
    <td colspan="3" align="left" valign="top" bgcolor="#D1D1B1"><img
src="Graphics/menus/Top_Left_Corner.gif" alt="Soiltac dust abatement  and dust
pollution products" width="29" height="29"><img
src="Graphics/menus/top_right_email_spacer.gif" alt="Soiltac dust control  soil
stabilization  product" width="112" height="1"></td>
    <td width="100%" rowspan="2" bgcolor="#D1D1B1"><div align="center"><a
href="Index.html"><strong><img src="Graphics/Soiltac%20Logo%20Expanded%20B.gif"
alt="Soiltac soil stabilizer and Dust Control Agent" width="300" height="82"
border="0" align="bottom"></strong></a></div></td>
    <td colspan="2" align="center" valign="middle" bgcolor="#D1D1B1"><div
align="center"><font color="#0000CC" size="4" face="Arial, Helvetica,
sans-serif"><strong>1-800-545-5420</strong></font></div></td>
    <td width=29 align="right" valign="top" bgcolor="#D1D1B1"><img
src="Graphics/menus/topright.gif" alt="prevent dust pollution with  Soiltac  acrylic
copolymer emulsion" width="29" height="29"></td>
  </tr>
  <tr>
    <td width="16" align="left" valign="top" bgcolor="#000000"><font
color="#CCCC99"><img src="Graphics/menus/barleft.gif" alt="soil stabilizers"
name="soil_stabilizaers" width="14" height="14" id="soil_stabilizaers"></font></td>
    <td class=dark bgcolor="#000000" rowspan="2" width="107" align="center"><font
color="#CCCC99">
      <script language="JavaScript">
```

```
<!-- Begin
d = new Array(
"Sunday",
"Monday",
"Tuesday",
"Wednesday",
"Thursday",
"Friday",
"Saturday"
);
m = new Array(
"January",
"February",
"March",
"April",
"May",
"June",
"July",
"August",
"September",
"October",
"November",
"December"
);

today = new Date();
day = today.getDate();

end = "th";
if (day==1 || day==21 || day==31) end="st";
if (day==2 || day==22) end="nd";
if (day==3 || day==23) end="rd";
day+=end;

document.write(" ");
document.write(d[today.getDay()]+" "+m[today.getMonth()]+" ");
document.write(day+" ");
document.write(" ");
// End -->
      </script>
    </font></td>
    <td bgcolor="#000000" align="right" valign="top" width="16"><font
color="#CCCC99"><img src="Graphics/menus/dateright.gif" alt="dust palliative"
name="dust_palliative" width="16" height="14" id="dust_palliative"></font></td>
    <td width="16" rowspan="2" valign="top" bgcolor="#000000"><font
color="#CCCC99"><img src="Graphics/menus/barleft.gif" alt="soil stabilizers"
name="soil_stabilizaers" width="14" height="14" id="soil_stabilizaers"></font></td>
    <td bgcolor="#000000" rowspan="2" width="277"><font color="#CCCC99"><a
href="index.html"><img src="Graphics/hometop.gif" alt="construction dust control"
name="construction_dust_control" width="92" height="35" border="0"
id="construction_dust_control"></a><a href="Free_Soiltac_Sample.html"><img
src="Graphics/helptop.gif" alt="dust suppressant" name="dust_suppressant" width="92"
height="35" border="0" id="dust_suppressant"></a><a
href="mailto:Info@Soiltac.com"><img src="Graphics/emailtop.gif" alt="road
stabilizers" name="road_stabilizers" width="92" height="35" border="0"
id="road_stabilizers"></a></font></td>
    <td bgcolor="#000000" width="29"><!--DWLayoutEmptyCell--> </td>
  </tr>
  <tr>
    <td width="16" valign="bottom" bgcolor="#000000"> </td>
```

```
        <td bgcolor="#000000" width="16"> </td>
        <td align="center" bgcolor="#000000" class=dark><div align="center"><font
color="#CCCC99" size="2" face="Arial, Helvetica, sans-serif"><strong>Soil
        Stabilization - Erosion Control - Dust Control &amp;  Much
More...</strong></font></div></td>
        <td align="right" valign="bottom" bgcolor="#000000" width="29"><img
src="Graphics/menus/barright.gif" alt="Soil Stabilizer" name="soil_stabilizer"
width="14" height="14" id="soil_stabilizer"></td>
    </tr><tr><td><img src="Graphics/menus/top_right_email_spacer.gif" alt="Soiltac
soil stabilizer and  erosion control  additive" width="16" height="1"></td>
    <td><img src="Graphics/menus/top_right_email_spacer.gif" alt="Soiltac soil
stabilization and road dust control products" width="109" height="1"></td>
    <td><img src="Graphics/menus/top_right_email_spacer.gif" alt="Soiltac dust
suppressant and soil stabilizers" width="16" height="1"></td>
    <td></td><td><img src="Graphics/menus/top_right_email_spacer.gif" alt="Soiltac
soil stabilizer and erosion control agent" width="16" height="1"></td>
    <td><img src="Graphics/menus/top_right_email_spacer.gif" alt="Soiltac road dust
control agent" width="277" height="1"></td>
    <td><img src="Graphics/menus/top_right_email_spacer.gif" alt="Soiltac dust
abatement products" width="29" height="1"></td>
    </tr>
</table>
<table width="100%" border="0" cellspacing="0" cellpadding="0"><!--DWLayoutTable-->
    <tr>
        <td width="16" valign="top" bordercolor="#000000"
bgcolor="#000000"><!--DWLayoutEmptyCell--> </td>
        <td width="124" colspan="2" valign="top" bgcolor="#000000"><p><font
color="#000000"><a href="index.html" target="_top"
onClick="MM_nbGroup('down','group1','Home','Graphics/menus/Down_Home.gif',1)"
onMouseOver="MM_nbGroup('over','Home','Graphics/menus/On_Home.gif','Graphics/menus/D
own_Home.gif',1)" onMouseOut="MM_nbGroup('out')"><img
src="Graphics/menus/Up_Home.gif" alt="Soiltac Soil Stabilizer &amp; Dust Control
Home Page" name="Home" width="124" height="19" border="0" onLoad=""></a><a
href="Product_Information.html" target="_top"
onClick="MM_nbGroup('down','group1','Product_Information','Graphics/menus/Down_Produ
ct_Information.gif',1)"
onMouseOver="MM_nbGroup('over','Product_Information','Graphics/menus/On_Product_Info
rmation.gif','Graphics/menus/Down_Product_Information.gif',1)"
onMouseOut="MM_nbGroup('out')"><img src="Graphics/menus/Up_Product_Information.gif"
alt="Soiltac Product Information" name="Product_Information" border="0"
onload=""></a><a href="Applications_Uses.html" target="_top"
onClick="MM_nbGroup('down','group1','Applications_Uses','Graphics/menus/Down_Applica
tions_Uses.gif',1)"
onMouseOver="MM_nbGroup('over','Applications_Uses','Graphics/menus/On_Applications_U
ses.gif','Graphics/menus/Down_Applications_Uses.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Applications_Uses"
src="Graphics/menus/Up_Applications_Uses.gif" border="0" alt="Applications and Uses
for Soiltac" onLoad=""></a><a href="Application_Rates.html" target="_top"
onClick="MM_nbGroup('down','group1','Application_Rates','Graphics/menus/Down_Applica
tion_Rates.gif',1)"
onMouseOver="MM_nbGroup('over','Application_Rates','Graphics/menus/On_Application_Ra
tes.gif','Graphics/menus/Down_Application_Rates.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Application_Rates"
src="Graphics/menus/Up_Application_Rates.gif" border="0" alt="Soiltac Application
Coverage Rates" onload=""></a><a href="Application_Equipment.html" target="_top"
onClick="MM_nbGroup('down','group1','Application_Equipment','Graphics/menus/Down_App
lication_Equipment.gif',0)"
onMouseOver="MM_nbGroup('over','Application_Equipment','Graphics/menus/on_Applicatio
n_Equipment.gif','Graphics/menus/Down_Application_Equipment.gif',0)"
onMouseOut="MM_nbGroup('out')"><img name="Application_Equipment"
src="Graphics/menus/Up_Application_Equipment.gif" border="0" alt="Equipment Options
for Applying Soiltac" onLoad=""></a><a href="Application_Methods.html" target="_top"
onClick="MM_nbGroup('down','group1','Application_Methods','Graphics/menus/Down_Appli
```

```
cation_Methods.gif',1)"
onMouseOver="MM_nbGroup('over','Application_Methods','Graphics/menus/On_Application_
Methods.gif','Graphics/menus/Down_Application_Methods.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Application_Methods"
src="Graphics/menus/Up_Application_Methods.gif" border="0" alt="Methods for Applying
Soiltac" onLoad=""></a><a href="Shipping_Containers.html" target="_top"
onClick="MM_nbGroup('down','group1','Shipping_Containers','Graphics/menus/Down_Shipp
ing_Containers.gif',1)"
onMouseOver="MM_nbGroup('over','Shipping_Containers','Graphics/menus/On_Shipping_Con
tainers.gif','Graphics/menus/Down_Shipping_Containers.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Shipping_Containers"
src="Graphics/menus/Up_Shipping_Containers.gif" border="0" alt="Available Shipping
Containers for Soiltac" onLoad=""></a><a href="Photo_Gallery.html" target="_top"
onClick="MM_nbGroup('down','group1','Photo_Gallery','Graphics/menus/Down_Photo_Galle
ry.gif',1)"
onMouseOver="MM_nbGroup('over','Photo_Gallery','Graphics/menus/On_Photo_Gallery.gif'
,'Graphics/menus/Down_Photo_Gallery.gif',1)" onMouseOut="MM_nbGroup('out')"><img
name="Photo_Gallery" src="Graphics/menus/UP_Photo_Gallery.gif" border="0"
alt="Soiltac Photos" onload=""></a><a href="MSDS.html" target="_top"
onClick="MM_nbGroup('down','group1','MSDS','Graphics/menus/Down_MSDS.gif',1)"
onMouseOver="MM_nbGroup('over','MSDS','Graphics/menus/On_MSDS.gif','Graphics/menus/D
own_MSDS.gif',1)" onMouseOut="MM_nbGroup('out')"><img
src="Graphics/menus/UP_MSDS.gif" alt="Soiltac Material Safety Data Sheet"
name="MSDS" width="124" height="19" border="0" onload=""></a><a href="FAQ.html"
target="_top"
onClick="MM_nbGroup('down','group1','FAQ','Graphics/menus/Down_FAQ.gif',1)"
onMouseOver="MM_nbGroup('over','FAQ','Graphics/menus/On_FAQ.gif','Graphics/menus/Dow
n_FAQ.gif',1)" onMouseOut="MM_nbGroup('out')"><img name="FAQ"
src="Graphics/menus/Up_FAQ.gif" border="0" alt="Frequently Asked Questions"
onLoad=""></a><a href="Price_Schedule.html" target="_top"
onClick="MM_nbGroup('down','group1','Price_Schedule','Graphics/menus/Down_Price_Sche
dule.gif',1)"
onMouseOver="MM_nbGroup('over','Price_Schedule','Graphics/menus/On_Price_Schedule.gi
f','Graphics/menus/Down_Price_Schedule.gif',1)" onMouseOut="MM_nbGroup('out')"><img
name="Price_Schedule" src="Graphics/menus/Up_Price_Schedule.gif" border="0"
alt="Price Schedule for Soiltac" onLoad=""></a><a href="Tests_Evaluations.html"
target="_top"
onClick="MM_nbGroup('down','group1','Tests_Evaluations','/Graphics/menus/Down_Tests_
Evaluations.gif',1)"
onMouseOver="MM_nbGroup('over','Tests_Evaluations','/Graphics/menus/On_Tests_Evaluat
ions.gif','/Graphics/menus/Down_Tests_Evaluations.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Tests_Evaluations"
src="Graphics/menus/Up_Tests_Evaluations.gif" border="0" alt="Testing and Evaluation
Data for Soiltac" onLoad=""></a><a href="Environmental_Data.html" target="_top"
onClick="MM_nbGroup('down','group1','Environmental_Data','Graphics/menus/Down_Enviro
nmental_Data.gif',1)"
onMouseOver="MM_nbGroup('over','Environmental_Data','Graphics/menus/On_Environmental
_Data.gif','Graphics/menus/Down_Environmental_Data.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Environmental_Data"
src="Graphics/menus/Up_Environmental_Data.gif" border="0" alt="Soiltac Environmental
Data" onLoad=""></a><a href="Downloads.html" target="_top"
onClick="MM_nbGroup('down','group1','Downloads','Graphics/menus/Down_Downloads.gif',
1)"
onMouseOver="MM_nbGroup('over','Downloads','Graphics/menus/On_Downloads.gif','Graphi
cs/menus/Down_Downloads.gif',1)" onMouseOut="MM_nbGroup('out')"><img
name="Downloads" src="Graphics/menus/Up_Downloads.gif" border="0" alt="Downloadable
Documents" onLoad=""></a><a href="Industry_Regulations.html" target="_top"
onClick="MM_nbGroup('down','group1','Industry_Regulations','Graphics/menus/Down_Indu
stry_Regulations.gif',1)"
onMouseOver="MM_nbGroup('over','Industry_Regulations','Graphics/menus/On_Industry_Re
gulations.gif','Graphics/menus/Down_Industry_Regulations.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Industry_Regulations"
src="Graphics/menus/Up_Industry_Regulations.gif" border="0" alt="Soil Stabilization
```

```
Industry Regulations" onLoad=""></a><a href="Industry_News.html" target="_top"
onClick="MM_nbGroup('down','group1','Industry_News','Graphics/menus/Down_Industry_Ne
ws.gif',1)"
onMouseOver="MM_nbGroup('over','Industry_News','Graphics/menus/On_Industry_News.gif'
,'Graphics/menus/Down_Industry_News.gif',1)" onMouseOut="MM_nbGroup('out')"><img
name="Industry_News" src="Graphics/menus/Up_Industry_News.gif" border="0" alt="Soil
Stabilization Industry News" onLoad=""></a><a href="Industry_Links.html"
target="_top"
onClick="MM_nbGroup('down','group1','Industry_Links','Graphics/menus/Down_Industry_L
inks.gif',1)"
onMouseOver="MM_nbGroup('over','Industry_Links','Graphics/menus/On_Industry_Links.gi
f','Graphics/menus/Down_Industry_Links.gif',1)" onMouseOut="MM_nbGroup('out')"><img
name="Industry_Links" src="Graphics/menus/Up_Industry_Links.gif" border="0"
alt="Soil Stabilization Industry Links Online" onLoad=""></a><a
href="Free_Soiltac_Sample.html" target="_top"
onClick="MM_nbGroup('down','group1','Free_Soiltac_Sample','Graphics/menus/Down_Free_
Soiltac_Sample.gif',1)"
onMouseOver="MM_nbGroup('over','Free_Soiltac_Sample','Graphics/menus/On_Free_Soiltac
_Sample.gif','Graphics/menus/Down_Free_Soiltac_Sample.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Free_Soiltac_Sample"
src="Graphics/menus/Up_Free_Soiltac_Sample.gif" border="0" alt="Free Soiltac Sample"
onLoad=""></a><a href="Contact_Us.html" target="_top"
onClick="MM_nbGroup('down','group1','Contact_Us','Graphics/menus/Down_Contact_Us.gif
',1)"
onMouseOver="MM_nbGroup('over','Contact_Us','Graphics/menus/On_Contact_Us.gif','Grap
hics/menus/Down_Contact_Us.gif',1)" onMouseOut="MM_nbGroup('out')"><img
name="Contact_Us" src="Graphics/menus/Up_Contact_Us.gif" border="0" alt="Soiltac
Contact Information" onLoad=""></a></font></p>
        <p><font color="#000000"><a href="http://www.durasoil.com/"><img
src="/Graphics/Durasoil_Liquid_Dust_Control.jpg" alt="Try our new Durasoil Dust
Control Agent Today" width="124" height="372" border="0"></a></font></p></td>
      <td width="100%" rowspan="3" valign="top"><!-- #BeginEditable "Body" -->
      <table width="100%" border="0" cellspacing="0" cellpadding="0"
align="right"><!--DWLayoutTable-->
        <tr>
          <td width="100%" valign="top">                  <table width="100%" border="0">
            <!--DWLayoutTable-->
            <tr>
              <td height="146" nowrap
background="Graphics/menus/Spacer.gif"><p><font face="Arial, Helvetica,
sans-serif"><strong>Home
                Page</strong><br>
                <img
src="Graphics/Soiltac%20Unpaved%20Road%20Dust%20Suppression.jpg" alt="Soiltac Dust
Suppressant" width="600" height="132"> </font></p>
              </td>
            </tr>
          </table>
          <blockquote>
            <p align="left"><font size="4" face="Arial, Helvetica,
sans-serif"><strong>Welcome
                to Soiltac.com<br>
              </strong>Your source for Soil Stabilization, Dust Control
              and much more.</font></p>
          </blockquote>                  <table width="600" border="0" align="left"
cellpadding="4" cellspacing="0">
            <tr>
              <td><div align="center"><font face="Arial, Helvetica,
sans-serif"><img src="Graphics/Construction%20Pad%20Dust%20Control.JPG"
alt="Construction Site Pad Dust Control" width="200" height="134"><br>
                  <font color="#999900">Construction Dust
Control</font></font></div></td>
              <td colspan="2" rowspan="3" align="left" valign="top"><p
```

```
align="center"><font color="#000000" size="3" face="Arial, Helvetica,
sans-serif"><strong>Soiltac</strong>&#8482; is
                    a cost-effective and innovative product that is specifically
                    engineered for today's challenging soil stabilization and
                    dust control needs. </font></p>
                <p align="center"><font size="3" face="Arial, Helvetica,
sans-serif">This
                    revolutionary product is a copolymer emulsion that is
                    environmentally safe and biodegradable. Moreover,
                    Soiltac is designed to be extremely durable and resistant
                    to water,
                    sun, alkaline and daily use.</font></p>
                  <p align="center"><font size="3" face="Arial, Helvetica,
sans-serif">Soiltac
                    is the industry standard as a result of its high quality,
                          low price, top performance, simplicity and ease of
                          application.</font></p>
                  <p align="center"><font face="Arial, Helvetica,
sans-serif">Soiltac
                          was recently evaluated by the Army Research and
Development
                          Center  against
                        the industry&#8217;s top performing soil stabilizers
                        and dust control agents. As a result, the Department
                        of Defense  awarded Soilworks LLC a contract to
                      supply <strong>Operation Iraqi Freedom</strong>  with
Soiltac.</font></p>
                      <p align="center"><font size="3" face="Arial, Helvetica,
sans-serif">From
                    remote military  runways  built from sand to simple backyard
                    trails, Soiltac is there </font><font color="#000000" size="3"
face="Arial, Helvetica, sans-serif"> actively
                    solving challenges throughout the world's industrial,
military,
                    commercial and residential markets.</font></p>
 <p align="center"><font color="#000000" size="3" face="Arial, Helvetica,
sans-serif">Please
                    enjoy our web site and thank you for visiting.</font></p>

                    <p align="center"> </p>
              </td>
            </tr>
            <tr>
              <td><div align="center"><font face="Arial, Helvetica,
sans-serif"><img src="Graphics/IMG_0271.jpg" alt="Soiltac Unpaved Road Dust Control
Agent Application" width="200" height="134"><br>
                      <font color="#999900">Unpaved Road Dust Control</font>
</font></div></td>
            </tr>
            <tr>
              <td><div align="center"><font face="Arial, Helvetica,
sans-serif"><img src="Graphics/IMG_0192.jpg" alt="Soiltac road recycler and
reclaimer application" width="200" height="134"><br>
                      <font color="#999900">Sub-Base Soil Stabilization</font>
</font></div></td>
            </tr>
            <tr>
              <td><div align="center"><font face="Arial, Helvetica,
sans-serif"><img src="Graphics/Mining%20Haul%20Road%20Dust%20Control.jpg"
alt="Mining Haul Road Dust Control" width="200" height="134"><br>
                      <font color="#999900">Heavy Haul Road Dust
Control</font></font></div></td>
              <td align="left" valign="top"><div align="center"><font face="Arial,
```

```
Helvetica, sans-serif"><img
src="Graphics/Helicopter%20Landing%20Pad%20Dust%20Control.jpg" alt="Helicopter
Landing Pad LZ Dust Control" width="200" height="134"><br>
                    <font color="#999900">Helipad Dust
Control</font></font></div></td>
              <td align="left" valign="top"><div align="center"><font
color="#999900" face="Arial, Helvetica, sans-serif"><img
src="Graphics/08-14-03%20056.jpg" alt="Soiltac Parking Lot Hand Spraying
Application" width="200" height="134"><br>
  These and Many More...</font></div></td>
            </tr>
          </table>              <p> </p>            <blockquote>
            <p align="center"> </p>
            <p align="center"> </p>
            <p align="center">  </p>
            <blockquote>
              <p align="left">  </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center"> </p>
            </blockquote>
          </blockquote>
        </td>
      </tr>
      <tr>
        <td><div align="center"><font face="Arial, Helvetica, sans-serif"><a
href="../index.html">Home</a> | <a href="../Product_Information.html">Soiltac</a> |
<a href="../Applications_Uses.html">Uses</a> | <a
href="../Application_Rates.html">Rates</a> | <a
href="../Application_Equipment.html">Equipment</a> | <a
href="../Application_Methods.html">Methods</a> | <a
href="../Shipping_Containers.html">Shipping</a> |<a href="../Photo_Gallery.html">
Photos</a> | <a href="../MSDS.html">MSDS</a> | <a href="../FAQ.html">FAQ</a> | <a
href="../Price_Schedule.html">Prices</a> | <a
href="../Tests_Evaluations.html">Tests</a> | <a
href="../Environmental_Data.html">Environment</a> | <a
href="../Downloads.html">Downloads</a> |<a href="../References.html"> </a><a
href="../Industry_Regulations.html">Regulations </a>| <a
href="../Industry_News.html">News</a> | <a href="../Industry_Links.html">Links</a> |
<a href="../Contact_Us.html">Contact
        Us</a></font></div></td>
      </tr>
    </table>
    <!-- #EndEditable -->    </td>
    <td width="16"
background="/Graphics/outbg.gif"><!--DWLayoutEmptyCell--> </td>
  </tr>
  <tr>
    <td width="16" align="left" valign="bottom" bgcolor="#000000"><div
align="right"><img src="Graphics/menus/dateleft.gif" alt="dust palliatives"
name="dust_palliatives" width="16" height="16" align="top"
id="dust_palliatives"></div></td>
```

```
      <td align="left" valign="top" bgcolor="#000000"> </td>
      <td align="left" valign="bottom" bgcolor="#000000"><div align="right"><img
src="Graphics/menus/Bar%20Right%20Lower.gif" alt="Soil Stabilizer"
name="soil_stabilizer" width="14" height="14" align="top"
id="soil_stabilizer"></div></td>
      <td background="/Graphics/outbg.gif"> </td>
    </tr>
    <tr>
      <td width="16"> </td>
      <td width="124" colspan="2"><div align="center"><a
href="https://www.gsaadvantage.gov/advgsa/main_pages/start_page.jsp"><img
src="Graphics/GSA%20Federal%20Supply%20Schedule%20Logo.gif" alt="GSA Federal Supply
Contract Holder" width="124" height="75" border="0" align="top"></a></div></td>
      <td width="16" background="/Graphics/outbg.gif"> </td>
    </tr>
    <tr>
      <td colspan="5" align="center"><table width="100%" border="1">
        <tr>
          <td align="left" valign="bottom"><p><font size="1">Copyright &copy;
Soilworks,
          LLC 2003. All Rights Reserved.
          Soilworks&#8482;, Soiltac&#8482; and the Soiltac&#8482; logo
          are registered trademarks of Soilworks, LLC.
          Web site design, development &amp; updates provided by Soilworks,
          LLC. Last modified 07/15/04</font></p>
          </td>
        </tr>
      </table></td>
    </tr><tr><td><img src="Graphics/menus/top_right_email_spacer.gif" alt="Soiltac
soil stabilizer and erosion control  additive" width="1" height="1"></td>
    <td><img src="Graphics/menus/top_right_email_spacer.gif" alt="Soilworks soil
stabilization construction dust" width="1" height="1"></td>
    <td><img src="Graphics/menus/top_right_email_spacer.gif" alt="Soiltac sement
driveway  dust suppression" width="1" height="1"></td>
    <td></td><td><img src="Graphics/menus/top_right_email_spacer.gif" alt="Soiltac
driveway gravel  treatment" width="1" height="1"></td>
    </tr>
</table>
<!-- InstanceBeginEditable name="EditRegion2" -->
<div align="center"></div>
<!-- InstanceEndEditable -->
</body>
<!-- InstanceEnd --></html>
```