```
<html><!-- InstanceBegin template="/Templates/Main.dwt"
codeOutsideHTMLIsLocked="false" -->
<head>
<BASE HREF="http://www.soilworks.com/">

<!-- #BeginEditable "doctitle" -->
<meta name="ROBOTS" content="ALL, INDEX, FOLLOW">
<title>SoilWorks: Soil Stabilization &amp; Dust Control Products &amp;
Services</title>
<meta name="keywords" content="Soilworks soiltac soil stabilizer, Road stabilization
dust control, Road dust stabilizer photos, Gravel driveway sealer products, dust
control dirt roads, Polymer chemical soil stabilizers, Dust suppressant soil
hardener, Dust abatement sement stabalizer, Acrylic copolymer dust palliative
">
<meta name="description" content="SoilTac (copolymer emulsion) Soil Stabilizer &amp;
Dust Palliative is the cost-effective solution of choice for dirt roads,
construction lots, helicopter pads, mine tainings and much more...">
<!-- #EndEditable -->
<LINK REL=STYLESHEET TYPE="text/css"
HREF="http://web.archive.org/web/20030623085748/http://www.soilworks.com/Import/styl
e.css">
<script language="JavaScript">
<!--

<!--

function MM_preloadImages() { //v3.0
  var d=document; if(d.images){ if(!d.MM_p) d.MM_p=new Array();
    var i,j=d.MM_p.length,a=MM_preloadImages.arguments; for(i=0; i<a.length; i++)
    if (a[i].indexOf("#")!=0){ d.MM_p[j]=new Image; d.MM_p[j++].src=a[i];}}
}

function MM_findObj(n, d) { //v4.01
  var p,i,x;  if(!d) d=document; if((p=n.indexOf("?"))>0&&parent.frames.length) {
    d=parent.frames[n.substring(p+1)].document; n=n.substring(0,p);}
  if(!(x=d[n])&&d.all) x=d.all[n]; for (i=0;!x&&i<d.forms.length;i++)
x=d.forms[i][n];
  for(i=0;!x&&d.layers&&i<d.layers.length;i++) x=MM_findObj(n,d.layers[i].document);
  if(!x && d.getElementById) x=d.getElementById(n); return x;
}

function MM_nbGroup(event, grpName) { //v6.0
  var i,img,nbArr,args=MM_nbGroup.arguments;
  if (event == "init" && args.length > 2) {
    if ((img = MM_findObj(args[2])) != null && !img.MM_init) {
      img.MM_init = true; img.MM_up = args[3]; img.MM_dn = img.src;
      if ((nbArr = document[grpName]) == null) nbArr = document[grpName] = new
Array();
      nbArr[nbArr.length] = img;
      for (i=4; i < args.length-1; i+=2) if ((img = MM_findObj(args[i])) != null) {
        if (!img.MM_up) img.MM_up = img.src;
        img.src = img.MM_dn = args[i+1];
        nbArr[nbArr.length] = img;
    } }
  } else if (event == "over") {
    document.MM_nbOver = nbArr = new Array();
    for (i=1; i < args.length-1; i+=3) if ((img = MM_findObj(args[i])) != null) {
      if (!img.MM_up) img.MM_up = img.src;
      img.src = (img.MM_dn && args[i+2]) ? args[i+2] : ((args[i+1])? args[i+1] :
img.MM_up);
      nbArr[nbArr.length] = img;
    }
```

Exhibit: #56
Witness: Falkenberg
Date: 4-10-08
Linda Blackmon CR 50320

Dockets.Justia.com

```
    } else if (event == "out" ) {
      for (i=0; i < document.MM_nbOver.length; i++) {
        img = document.MM_nbOver[i]; img.src = (img.MM_dn) ? img.MM_dn : img.MM_up; }
    } else if (event == "down") {
      nbArr = document[grpName];
      if (nbArr)
        for (i=0; i < nbArr.length; i++) { img=nbArr[i]; img.src = img.MM_up;
 img.MM_dn = 0; }
      document[grpName] = nbArr = new Array();
      for (i=2; i < args.length-1; i+=2) if ((img = MM_findObj(args[i])) != null) {
        if (!img.MM_up) img.MM_up = img.src;
        img.src = img.MM_dn = (args[i+1])? args[i+1] : img.MM_up;
        nbArr[nbArr.length] = img;
  } }
}
//-->
</script>
<!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
</head>

<body bgcolor="#EFECE2" text="#000000"
onLoad="MM_preloadImages('Images/menus/contactov.gif','Images/menus/home_down.gif','
Images/menus/home_over.gif','Images/menus/home_down_over.gif','Images/menus/products
_down.gif','Images/menus/products_over.gif','Images/menus/products_downover.gif','Im
ages/menus/services_down.gif','Images/menus/services_over.gif','Images/menus/service
s_downover.gif','Images/menus/about_us_down.gif','Images/menus/market_information_do
wn.gif','Images/menus/market_information_over.gif','Images/menus/market_information_
downover.gif','Images/menus/industry_regulations_down.gif','Images/menus/industry_re
gulations_over.gif','Images/menus/industry_regulations_downover.gif','Images/menus/i
ndustry_links_down.gif','Images/menus/industry_links_over.gif','Images/menus/industr
y_links_downover.gif','Images/menus/employment_down.gif','Images/menus/employment_ov
er.gif','Images/menus/employment_downover.gif','Images/menus/contact_us_down.gif','I
mages/menus/contact_us_downover.gif','Images/menus/contact_us_over.gif')">
<table width="100%" border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td width=140 colspan="3" bgcolor="#D1D1B1"><img src="Images/topleft.gif"
alt="soil stabilizers" width="38" height="42"><img src="Images/clearpixel.gif"
width="140" height="1"></td>
    <td bgcolor="#D1D1B1" rowspan="2" width="100%"> <img
src="Images/soilworks_header_name.gif" alt="Soilworks Soil Stabilization"
name="soilworks_soil_stabilization" width="278" height="39"
id="soilworks_soil_stabilization"><strong> </strong></td>
    <td width=308 bgcolor="#D1D1B1" colspan="3" align="right" valign="top"><div
align="right"><font color="#0000CC"
size="4"><strong>1-800-545-5420</strong></font><font size="4"><img
src="Images/topright.gif" alt="dust control" width="38" height="42"><img
src="Images/clearpixel.gif" width="308" height="1"></font></div></td>
  </tr>
  <tr>
    <td bgcolor="#333333" width="16"> </td>
    <td class=dark bgcolor="#333333" rowspan="2" width="108" align="center">
      <script language="JavaScript">


<!-- Begin
d = new Array(
"Sunday",
"Monday",
"Tuesday",
"Wednesday",
"Thursday",
"Friday",
```

```
"Saturday"
);
m = new Array(
"January",
"February",
"March",
"April",
"May",
"June",
"July",
"August",
"September",
"October",
"November",
"December"
);

today = new Date();
day = today.getDate();

end = "th";
if (day==1 || day==21 || day==31) end="st";
if (day==2 || day==22) end="nd";
if (day==3 || day==23) end="rd";
day+=end;

document.write(" ");
document.write(d[today.getDay()]+" "+m[today.getMonth()]+" ");
document.write(day+" ");
document.write(" ");
// End -->
</script>
    </td>
    <td bgcolor="#333333" align="right" valign="top" width="16"><img src="Images/dateright.gif" alt="dust palliative" name="dust_palliative" width="16" height="14" id="dust_palliative"></td>
    <td bgcolor="#333333" valign="top" width="16"><img src="Images/barleft.gif" alt="soil stabilizers" name="soil_stabilizaers" width="16" height="14" id="soil_stabilizaers"></td>
    <td bgcolor="#333333" rowspan="2" width="276"><a href="index.htm"><img src="Images/hometop.gif" alt="construction dust control" name="construction_dust_control" width="92" height="35" border="0" id="construction_dust_control"></a><a href="construction.htm"><img src="Images/helptop.gif" alt="dust suppressant" name="dust_suppressant" width="92" height="35" border="0" id="dust_suppressant"></a><a href="mailto:Info@SoilWorks.com"><img src="Images/emailtop.gif" alt="road stabilizers" name="road_stabilizers" width="92" height="35" border="0" id="road_stabilizers"></a></td>
    <td bgcolor="#333333" width="16"> </td>
  </tr>
  <tr>
    <td width="16" height="34" valign="bottom" bgcolor="#333333"><img src="Images/dateleft.gif" alt="dust palliatives" name="dust_palliatives" width="16" height="14" id="dust_palliatives"></td>
    <td bgcolor="#333333" width="16"> </td>
    <td class=dark bgcolor="#333333" align="center" width="100%"><div align="left"><font size="3" face="Arial, Helvetica, sans-serif">&quot;Soil
        Stabilizing Solutions that Work&quot;</font></div></td>
    <td align="right" valign="bottom" bgcolor="#333333" width="16"> </td>
    <td align="right" valign="bottom" bgcolor="#333333" width="16"><img src="Images/barright.gif" alt="Soil Stabilizer" name="soil_stabilizer" width="16" height="14" id="soil_stabilizer"></td>
  </tr>
```

```
</table>
<table width="100%" border="0" cellspacing="0" cellpadding="0"><!--DWLayoutTable-->
  <tr>
    <td width="16" height="261"><img src="Images/clearpixel.gif" width="16"
height="1"></td>
    <td width="124" valign="top"><p><img src="Images/menutop.gif" alt="Soil
Stabilization" width="124" height="19"><a href="index.html" target="_top"
onClick="MM_nbGroup('down','group1','Home','Images/menus/home_down.gif',1)"
onMouseOver="MM_nbGroup('over','Home','Images/menus/home_over.gif','Images/menus/hom
e_down_over.gif',1)" onMouseOut="MM_nbGroup('out')"><img
src="Images/menus/home_up.gif" alt="SoilWorks Home" name="Home" border="0"
onload=""></a><a href="construction.htm" target="_top"
onClick="MM_nbGroup('down','group1','Products','Images/menus/products_down.gif',1)"
onMouseOver="MM_nbGroup('over','Products','Images/menus/products_over.gif','Images/m
enus/products_downover.gif',1)" onMouseOut="MM_nbGroup('out')"><img name="Products"
src="Images/menus/products_up.gif" border="0" alt="Products for Soil Stabilization"
onload=""></a><a href="construction.htm" target="_top"
onClick="MM_nbGroup('down','group1','Services','Images/menus/services_down.gif',1)"
onMouseOver="MM_nbGroup('over','Services','Images/menus/services_over.gif','Images/m
enus/services_downover.gif',1)" onMouseOut="MM_nbGroup('out')"><img name="Services"
src="Images/menus/services_up.gif" border="0" alt="Consulting & Application
Services" onload=""></a><a href="construction.htm" target="_top"
onClick="MM_nbGroup('down','group1','About_Us','Images/menus/about_us_down.gif',1)"
onMouseOver="MM_nbGroup('over','About_Us','Images/menus/about_us_over.gif','Images/m
enus/about_us_down.gif',1)" onMouseOut="MM_nbGroup('out')"><img name="About_Us"
src="Images/menus/about_us_up.gif" border="0" alt="About Us...Soilworks, LLC"
onload=""></a><a href="construction.htm" target="_top"
onClick="MM_nbGroup('down','group1','Market_Information','Images/menus/market_inform
ation_down.gif',1)"
onMouseOver="MM_nbGroup('over','Market_Information','Images/menus/market_information
_over.gif','Images/menus/market_information_downover.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Market_Information"
src="Images/menus/market_information_up.gif" border="0" alt="Information on the Soil
Stabilization Market" onLoad=""></a><a href="construction.htm" target="_top"
onClick="MM_nbGroup('down','group1','Industry_Regulations','Images/menus/industry_re
gulations_down.gif',1)"
onMouseOver="MM_nbGroup('over','Industry_Regulations','Images/menus/industry_regulat
ions_over.gif','Images/menus/industry_regulations_downover.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Industry_Regulations"
src="Images/menus/industry_regulations_up.gif" border="0" alt="Soil Stabilization
Industry Regulations" onLoad=""></a><a href="construction.htm" target="_top"
onClick="MM_nbGroup('down','group1','Industry_Links','Images/menus/industry_links_do
wn.gif',1)"
onMouseOver="MM_nbGroup('over','Industry_Links','Images/menus/industry_links_over.gi
f','Images/menus/industry_links_downover.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Industry_Links"
src="Images/menus/industry_links_up.gif" border="0" alt="Online Soil Stabilization
Industry Links" onLoad=""></a><a href="construction.htm" target="_top"
onClick="MM_nbGroup('down','group1','Employment','Images/menus/employment_down.gif',
1)"
onMouseOver="MM_nbGroup('over','Employment','Images/menus/employment_over.gif','Imag
es/menus/employment_downover.gif',1)" onMouseOut="MM_nbGroup('out')"><img
name="Employment" src="Images/menus/employment_up.gif" border="0" alt="Employment
Opportunities @ Soilworks" onLoad=""></a><a href="mailto:Info@SoilWorks.com"
target="_top"
onClick="MM_nbGroup('down','group1','Contact_Us','Images/menus/contact_us_down.gif',
1)"
onMouseOver="MM_nbGroup('over','Contact_Us','Images/menus/contact_us_over.gif','Imag
es/menus/contact_us_downover.gif',1)" onMouseOut="MM_nbGroup('out')"><img
name="Contact_Us" src="Images/menus/contact_us_up.gif" border="0" alt="Soilworks
Contact Information" onLoad=""></a><img src="Images/menubottom.gif" alt="road dust
control" name="road_dust_control" width="124" height="19"
id="road_dust_control"></p>
```

```
            </td>
		<td width=100% rowspan="2" valign="top"><!-- #BeginEditable "Body" -->
		    <table width="100%" border="0" cellspacing="0" cellpadding="0" align="right"><!--DWLayoutTable-->
              <tr>
                <td width="100%" valign="top">            <table width="100%" border="0">
                  <!--DWLayoutTable-->
                  <tr>
                    <td height="146" nowrap background="Images/Spacer.gif"><img src="Images/Road_Dust_Stabilization_Treatment.jpg" width="550" height="125" align="baseline"><br>
                      <font color="#999999" face="Arial, Helvetica, sans-serif"><em><strong>          -Home
                      Page</strong></em></font></td>
                  </tr>
                </table>
                  <p align="center">            <img src="Images/welcome.gif" alt="silt control" name="silt_control" width="133" height="21" align="baseline" id="silt_control"></p>
                  <p align="center"><font color="#000000" size="3">SoilWorks&#8482;, LLC is
                      the innovator and manufacturer of <strong>SoilTac</strong>&#8482; soil stabilizer.</font></p>
                  <p align="center">            <font color="#000000" size="3"><strong>SoilTac</strong>&#8482;   is
                      an environmentally safe copolymer emulsion that is simple and cost-effective
                      to use. This revolutionary product is specifically engineered for soil stabilization, dust
                      control, erosion
                    prevention and much more. </font></p>
                  <p align="center"><font color="#000000" size="3">SoilWorks is dedicated
                      to economically solving soil stabilization challenges throughout the world's commercial and residential
                      markets.</font></p>
                  <p align="center"><img src="Images/hrsmall.gif" alt="chemical soil stabilizer" name="chemical_soil_stabilizer" width="200" height="8" id="chemical_soil_stabilizer"></p>
                </td>
              </tr>
              <tr>
                <td height="16"><p align="center"> </p>
                </td>
              </tr>
            </table>
		    <!-- #EndEditable -->
		</td>
		<td width="16" background="Images/inbg.gif"> </td>
		<td width="118" bgcolor="#E2DED4" valign="top" align="center"><img src="Images/newstop.gif" alt="road stabilization">
		    <table width="96%" border="0" cellspacing="2" cellpadding="2" align="center">
              <tr>
                <td height="238" class=smaller><div align="center">
                    <p><a href="http://www.soiltac.com">            <font color="#000000" size="2">More
                      information on <strong><font size="3">SoilTac</font></strong>&#8482;</font></a></p>
                    <p><a href="http://www.soiltac.com"><img src="Images/water_drop.gif" alt="dust control products" width="75" height="135" border="0" align="texttop"><br>
                      <font color="#000000">www.soiltac.com</font></a></p>
                  </div></td>
              </tr>
            </table>
```

```
    </td>
    <td width="16" background="Images/outbg.gif"><img src="Images/clearpixel.gif"
width="16" height="1"></td>
  </tr>
  <tr>
    <td width="16" height="129"> </td>
    <td width="124"> </td>
    <td width="16"> </td>
    <td width="118" valign="top"><img src="Images/bottomright.gif" width="118"
height="18"></td>
    <td width="16" background="Images/outbg.gif"> </td>
  </tr>
  <tr align="center">
    <td colspan="6"><p><a href="index.htm">Home</a> | <a
href="construction.htm">Products</a>
        | <a href="construction.htm">Services</a> | <a href="construction.htm">About
        Us</a>
        | <a href="construction.htm">Market Information</a> | <a
href="construction.htm">Industry
        Regulations</a> | <a href="construction.htm">Industry Links</a>
        |<a href="mailto:Info@SoilWorks.com"> Contact Us</a></p>
      <p>      </p>
      <table width="100%" border="1">
        <tr>
          <td><p><font size="1">Copyright &copy; SoilWorks, LLC 2003. All Rights
                Reserved.
              Soilworks&#8482; and SoilTac&#8482; are registered trademarks of
                Soilworks, LLC.
                Web site design, development &amp; updates provided by Soilworks,
                LLC. Last modified 06/19/03</font></p>
          </td>
        </tr>
    </table></td>
  </tr><tr><td height="1"><img src="Images/spacer.gif" alt="" width="16"
height="1"></td><td><img src="Images/spacer.gif" alt="" width="124"
height="1"></td><td></td><td></td>
  <td><img src="Images/spacer.gif" alt="" width="118" height="1"></td><td><img
src="Images/spacer.gif" alt="" width="16" height="1"></td></tr>
</table>
</body>
<!-- InstanceEnd -->
<!-- SOME LINK HREF'S ON THIS PAGE HAVE BEEN REWRITTEN BY THE WAYBACK MACHINE
OF THE INTERNET ARCHIVE IN ORDER TO PRESERVE THE TEMPORAL INTEGRITY OF THE SESSION.
-->

<SCRIPT language="Javascript">
<!--

// FILE ARCHIVED ON 20030623085748 AND RETRIEVED FROM THE
// INTERNET ARCHIVE ON 20080404170202.
// JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
// ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
// SECTION 108(a)(3)).

   var sWayBackCGI = "http://web.archive.org/web/20030623085748/";

   function xResolveUrl(url) {
      var image = new Image();
      image.src = url;
      return image.src;
   }
   function xLateUrl(aCollection, sProp) {
```

```
        var i = 0;
        for(i = 0; i < aCollection.length; i++) {
            if (typeof(aCollection[i][sProp]) == "string") {
             if (aCollection[i][sProp].indexOf("mailto:") == -1 &&
                aCollection[i][sProp].indexOf("javascript:") == -1) {
               if(aCollection[i][sProp].indexOf("http") == 0) {
                   aCollection[i][sProp] = sWayBackCGI + aCollection[i][sProp];
                } else {
                   aCollection[i][sProp] = sWayBackCGI +
xResolveUrl(aCollection[i][sProp]);
                }
             }
            }
        }
    }

    xLateUrl(document.getElementsByTagName("IMG"),"src");
    xLateUrl(document.getElementsByTagName("A"),"href");
    xLateUrl(document.getElementsByTagName("AREA"),"href");
    xLateUrl(document.getElementsByTagName("OBJECT"),"codebase");
    xLateUrl(document.getElementsByTagName("OBJECT"),"data");
    xLateUrl(document.getElementsByTagName("APPLET"),"codebase");
    xLateUrl(document.getElementsByTagName("APPLET"),"archive");
    xLateUrl(document.getElementsByTagName("EMBED"),"src");
    xLateUrl(document.getElementsByTagName("BODY"),"background");
    var forms = document.getElementsByTagName("FORM");
    if (forms) {
        var j = 0;
        for (j = 0; j < forms.length; j++) {
            f = forms[j];
            if (typeof(f.action)  == "string") {
               if(typeof(f.method)  == "string") {
                  if(typeof(f.method) != "post") {
                     f.action = sWayBackCGI + f.action;
                  }
               }
            }
        }
    }

//-->
</SCRIPT>

</html>
```