Exhibit: #57
Witness: Falkenberg
Date: 4-10-08
Linda Blackmon CR 50320

Dockets.Justia.com

```
<html><!-- InstanceBegin template="/Templates/MainSite.dwt"
codeOutsideHTMLIsLocked="false" -->
<head>
<BASE HREF="http://soilworks.com/">

<!-- #BeginEditable "doctitle" -->
<meta name="ROBOTS" content="ALL, INDEX, FOLLOW">
<title>SoilTac Soil Stabilizer and Dust Control Home Page</title>

<meta name="description" content="SoilTac (copolymer emulsion) Soil Stabilizer &amp;
Dust Palliative is the cost-effective solution of choice for dirt roads,
construction lots, helicopter pads, mine tainings and much more... road construction
polymer stabilizers, soilworks soiltac soil stabilizer, driveway dust suppression
polymer">
<meta name="keywords" content="road construction polymer stabilizers, soilworks
soiltac soil stabilizer, driveway dust suppression polymer, soil erosion dust
stabilizer, dirt road dust pollution, road binder dust stabilization, chip seal
lignin polymer, sement soil binder products, pm10 dust abatement products, dust
control soil stabilizers, gravel road dust control, chemical soil sealer products,
soil cement dust control, road dust soil stabilization, soil stabilizer dust
control, chemical construction dust abatement, polymer emulsion dust suppression,
soil stabilization photo gallery, road dust suppression products, construction dust
control products">
<meta name="robots" content="all=index,follow">
<meta name="revisit-after" content="15 days">
<meta name="Classification" content="Soil stabilizer">
<meta name="Copyright" content="2003 copyright">
<meta name="MSSmartTagsPreventParsing" content="TRUE">
<meta name="distribution" content="Global">

<!-- #EndEditable -->
<LINK rel=STYLESHEET type="text/css"
href="file:///C|/Sites/Soilworks/Import/style.css">
<script language="JavaScript">
<!--


<!--

function MM_preloadImages() { //v3.0
  var d=document; if(d.images){ if(!d.MM_p) d.MM_p=new Array();
    var i,j=d.MM_p.length,a=MM_preloadImages.arguments; for(i=0; i<a.length; i++)
    if (a[i].indexOf("#")!=0){ d.MM_p[j]=new Image; d.MM_p[j++].src=a[i];}}
}

function MM_findObj(n, d) { //v4.01
  var p,i,x;  if(!d) d=document; if((p=n.indexOf("?"))>0&&parent.frames.length) {
    d=parent.frames[n.substring(p+1)].document; n=n.substring(0,p);}
  if(!(x=d[n])&&d.all) x=d.all[n]; for (i=0;!x&&i<d.forms.length;i++)
x=d.forms[i][n];
  for(i=0;!x&&d.layers&&i<d.layers.length;i++) x=MM_findObj(n,d.layers[i].document);
  if(!x && d.getElementById) x=d.getElementById(n); return x;
}

function MM_nbGroup(event, grpName) { //v6.0
  var i,img,nbArr,args=MM_nbGroup.arguments;
  if (event == "init" && args.length > 2) {
    if ((img = MM_findObj(args[2])) != null && !img.MM_init) {
      img.MM_init = true; img.MM_up = args[3]; img.MM_dn = img.src;
      if ((nbArr = document[grpName]) == null) nbArr = document[grpName] = new
Array();
      nbArr[nbArr.length] = img;
      for (i=4; i < args.length-1; i+=2) if ((img = MM_findObj(args[i])) != null) {
```

```
        if (!img.MM_up) img.MM_up = img.src;
        img.src = img.MM_dn = args[i+1];
        nbArr[nbArr.length] = img;
      } }
  } else if (event == "over") {
    document.MM_nbOver = nbArr = new Array();
    for (i=1; i < args.length-1; i+=3) if ((img = MM_findObj(args[i])) != null) {
      if (!img.MM_up) img.MM_up = img.src;
      img.src = (img.MM_dn && args[i+2]) ? args[i+2] : ((args[i+1])? args[i+1] :
img.MM_up);
      nbArr[nbArr.length] = img;
    }
  } else if (event == "out" ) {
    for (i=0; i < document.MM_nbOver.length; i++) {
      img = document.MM_nbOver[i]; img.src = (img.MM_dn) ? img.MM_dn : img.MM_up; }
  } else if (event == "down") {
    nbArr = document[grpName];
    if (nbArr)
      for (i=0; i < nbArr.length; i++) { img=nbArr[i]; img.src = img.MM_up;
img.MM_dn = 0; }
    document[grpName] = nbArr = new Array();
    for (i=2; i < args.length-1; i+=2) if ((img = MM_findObj(args[i])) != null) {
      if (!img.MM_up) img.MM_up = img.src;
      img.src = img.MM_dn = (args[i+1])? args[i+1] : img.MM_up;
      nbArr[nbArr.length] = img;
    } }
  }
}
//-->
</script>
<!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable --><!--
InstanceParam name="bgcolor" type="text" value="#EFECE2" --><!-- InstanceParam
name="text" type="text" value="#000000" -->
</head>

<body bgcolor="#EFECE2" text="#000000"
onLoad="MM_preloadImages('file:///C|/Sites/Soilworks/Images/menus/contactov.gif','Gr
aphics/menus/Down%20Product%20Information.gif','Graphics/menus/On%20Product%20Inform
ation.gif','Graphics/menus/Down%20MSDS.gif','Graphics/menus/On%20MSDS.gif','Graphics
/menus/Down%20Photo%20Gallery.gif','Graphics/menus/On%20Photo%20Gallery.gif','Graphi
cs/menus/Down%20Application%20Rates.gif','Graphics/menus/On%20Application%20Rates.gi
f','Graphics/menus/Down%20FAQ.gif','Graphics/menus/On%20FAQ.gif','Graphics/menus/Dow
n%20Industry%20Regulations.gif','Graphics/menus/On%20Industry%20Regulations.gif','Gr
aphics/menus/Down%20Industry%20Links.gif','Graphics/menus/On%20Industry%20Links.gif'
,'Graphics/menus/Down%20Downloads.gif','Graphics/menus/On%20Downloads.gif','Graphics
/menus/Down%20Contact%20Us.gif','Graphics/menus/On%20Contact%20Us.gif','Graphics/men
us/Down%20References.gif','Graphics/menus/On%20References.gif','Graphics/menus/Down%
20Home.gif','Graphics/menus/on%20Home.gif','Graphics/menus/Down%20Application%20Equi
pment.gif','Graphics/menus/Down%20Environmental%20Data.gif','Graphics/menus/On%20Env
ironmental%20Data.gif','Graphics/menus/Down%20Applications%20Uses.gif','Graphics/men
us/On%20Applications%20Uses.gif','Graphics/menus/Down%20Application%20Methods.gif','
Graphics/menus/On%20Application%20Methods.gif','Graphics/menus/Down%20Price%20Schedu
le.gif','Graphics/menus/On%20Price%20Schedule.gif','Graphics/menus/Down%20Tests%20&a
mp;%20Evaluations.gif','../Graphics/menus/On%20Tests%20&amp;%20Evaluations.gif','../
Graphics/menus/Down%20Shipping%20Containers.gif','../Graphics/menus/On%20Shipping%20
Containers.gif','../Graphics/menus/Down%20Industry%20News.gif','../Graphics/menus/On
%20Industry%20News.gif','../Graphics/menus/Down%20Industry%20Specifications.gif','..
/Graphics/menus/On%20Industry%20Specifications.gif','../Graphics/menus/on%20Applicat
ion%20Equipment.gif')"><!-- webbot bot="HTMLMarkup" startspan -->
<!-- BEGIN WEBSIDESTORY CODE -->
<!-- COPYRIGHT 1997-2001 WEBSIDESTORY, INC. ALL RIGHTS RESERVED. U.S.PATENT PENDING.
Privacy notice at: http://websidestory.com/privacy -->
<script language="javascript">
var _pn="PUT+PAGE+NAME+HERE";    //page name(s)
```

```
var _mlc="CONTENT+CATEGORY";  //multi-level content category
var _cp="null";  //campaign
var _acct="WE53060469RZ29EN3";  //account number(s)
var _pndef="index.html";  //default page name
var _ctdef="full";  //default content category
var _prc="";  //commerce price
var _oid="";  //commerce order
var _dlf="";  //download filter
var _elf="";  //exit link filter
var _epg="";  //event page identifier
var _mn="wp110";  //machine name
var _gn= phg.hitbox.com";  //gateway name
var _hcv=68;function _wn(n){return((n.indexOf("NAME")>0&&n.indexOf("PUT")>-1)||
(n.indexOf("CONTENT")>-1&&n.indexOf("CATEGORY")>0))};function _gd(x,w){var _ed=
x.lastIndexOf("/");var _be=(w!="full")?x.lastIndexOf("/",_ed-2):x.indexOf("/");
return(_be==_ed)?"/":x.substring(_be,_ed);};function _gf(x){return x.substring(
x.lastIndexOf("/")+1,x.length);};function _tc(_ml){var _mll=m.length-1;var s=
"/";if(_ml.lastIndexOf(s)==(_mll-1)){_ml=_ml.substring(0,_mll-1)}if(_ml.indexOf
(s)!=0){_ml=s+_ml;_mll++}if(_mll){var a=_ml.substring(1,_mll).indexOf(s);if(a==
-1)return _ml;var b=_ml.substring(a+2,_mll).indexOf(s);if(b==-1)return _ml;if(b
!=-1){if(!b)b--;return _ml.substring(0,a+2+b);}};return _ml;};var _hl=location;
var _lp=_hl.protocol.indexOf('https')>-1?'https://':'http://';var _zo=(new Date
()).getTimezoneOffset();function _ps(_ip,_pml){return(_ip&&_wn(_pml))?((_pndef
=="title"&&document.title!="")?document.title:_gf(_hl.pathname)?_gf(
_hl.pathname):_pndef):_tc(_wn(_pml)?_gd(_hl.pathname,_ctdef):_pml)};function
_pm(m,_fml,h){if(m.indexOf(";")!=-1){_nml=m.substring(0,m.indexOf(";"));_rm=
m.substring(m.indexOf(";")+1,m.length);_fml+=_ps(h,_nml)+";";return _pm(_rm,
_fml,h);}else{return _fml+_ps(h,m);}};var _sv=10;var _hn=navigator;var _bn=
_hn.appName;if(_bn.substring(0,9)=="Microsoft"){_bn="MSIE";};var _bv=(
Math.round(parseFloat(_hn.appVersion)*100));if(_bn=="MSIE")&&(parseInt(_bv)==2
))_bv=301;function _ex(v){return escape(v);}var _rf=_ex(document.referrer);
_mlc=_pm(_mlc,"",0);_pn=_pm(_pn,"",1);</script><script language="javascript1.1">
_sv=11;</script><script defer
src="http://web.archive.org/web/20030807233855js_/http://stats.hitbox.com/js/hbp.js"
language="javascript1.1"></script><script language="javascript">if(_sv<11){if(
document.cookie.indexOf("CP=")>-1){_ce="y";}else{document.cookie="CP=null*; p"+
"ath=/; expires=Wed, 1 Jan 2020 00:00:00 GMT";_ce=(document.cookie.indexOf(
"CP=")!=-1)?"y":"n";};if((_rf=="undefined")||(_rf==""))){_rf="bookmark";};_x2=
"<img src='"+_lp+_gn+"/HG?hc="+_mn+"&hb="+_ex(_acct)+"&n="+_ex(_pn);_x3="&cd="+
"1&hv=6" border=0 height=1 width=1>";_ar="&bn="+_ex(_bn)+"&bv="+_bv"&ce="+_ce+
"&ss=na&sc=na&ja=na&sv="+_sv+"&con="+_ex(_mlc)+"&vcon="+_ex(_mlc)+"&epg="+_epg+
"&hp=u&cy=u&dt=&ln=na&cp="+_ex(_cp)+"&pl=&prc="+_ex(_prc)+"&oid="+_ex(_oid)+""
"&rf="+_rf;document.write(_x2+_ar+_x3);}document.write("<!--");</script>
<noscript><img
src="http://phg.hitbox.com/HG?hc=wp110&cd=1&hv=6&ce=u&hb=WE53060469RZ29EN3&n=PUT+PAG
E+NAME+HERE&vcon=CONTENT+CATEGORY" border='0' width='1'
height='1'></noscript><!--//--></td>
<!--  END WEBSIDESTORY CODE  -->
<!-- webbot bot="HTMLMarkup" endspan -->


<table width="100%" border="0" cellspacing="0" cellpadding="0"><!--DWLayoutTable-->
  <tr>
    <td colspan="3" align="left" valign="top" bgcolor="#D1D1B1"><img
src="Graphics/menus/Top%20Left%20Corner.gif" width="29" height="29"><img
src="Graphics/top_right_email_spacer.gif" width="112" height="1"></td>
    <td width="100%" rowspan="2" bgcolor="#D1D1B1"><div align="center"><a
href="Index.html"><strong><img src="Graphics/SoilTac%20Logo%20Expanded%20B.gif"
width="300" height="82" border="0" align="bottom"></strong></a></div></td>
    <td colspan="2" align="center" valign="middle" bgcolor="#D1D1B1"><div
align="center"><font color="#0000CC"
size="4"><strong>1-800-545-5420</strong></font></div></td>
    <td align=29 align="right" valign="top" bgcolor="#D1D1B1"><img
src="Graphics/menus/topright.gif" width="29" height="29"></td>
```

```
        </tr>
        <tr>
          <td width="16" align="left" valign="top" bgcolor="#000000"><img
src="Graphics/barleft.gif" alt="soil stabilizers" name="soil_stabilizaers"
width="14" height="14" id="soil_stabilizaers"></td>
          <td class=dark bgcolor="#000000" rowspan="2" width="107" align="center">
            <script language="JavaScript">


<!-- Begin
d = new Array(
"Sunday",
"Monday",
"Tuesday",
"Wednesday",
"Thursday",
"Friday",
"Saturday"
);
m = new Array(
"January",
"February",
"March",
"April",
"May",
"June",
"July",
"August",
"September",
"October",
"November",
"December"
);

today = new Date();
day = today.getDate();

end = "th";
if (day==1 || day==21 || day==31) end="st";
if (day==2 || day==22) end="nd";
if (day==3 || day==23) end="rd";
day+=end;

document.write(" ");
document.write(d[today.getDay()]+" "+m[today.getMonth()]+" ");
document.write(day+" ");
document.write(" ");
// End -->
</script>
          </td>
          <td bgcolor="#000000" align="right" valign="top" width="16"><img
src="Graphics/dateright.gif" alt="dust palliative" name="dust_palliative" width="16"
height="14" id="dust_palliative"></td>
          <td width="16" rowspan="2" valign="top" bgcolor="#000000"><img
src="Graphics/barleft.gif" alt="soil stabilizers" name="soil_stabilizaers"
width="14" height="14" id="soil_stabilizaers"></td>
          <td bgcolor="#000000" rowspan="2" width="277"><a href="index.html"><img
src="Graphics/hometop.gif" alt="construction dust control"
name="construction_dust_control" width="92" height="35" border="0"
id="construction_dust_control"></a><a href="Product_Information.html"><img
src="Graphics/helptop.gif" alt="dust suppressant" name="dust_suppressant" width="92"
height="35" border="0" id="dust_suppressant"></a><a
```

```
href="mailto:Info@SoilTac.com"><img src="Graphics/emailtop.gif" alt="road
stabilizers" name="road_stabilizers" width="92" height="35" border="0"
id="road_stabilizers"></a></td>
      <td bgcolor="#000000" width="29"><div align="right"></div></td>
  </tr>
  <tr>
      <td width="16" valign="bottom" bgcolor="#000000"> </td>
      <td bgcolor="#000000" width="16"> </td>
      <td align="center" bgcolor="#000000" class=dark><div align="center"><font
color="#CCCC99" size="2" face="Arial, Helvetica, sans-serif"><strong>Soil
          Stabilization - Dust Control &amp; More...</strong></font></div></td>
      <td align="right" valign="bottom" bgcolor="#000000" width="29"><img
src="Graphics/barright.gif" alt="Soil Stabilizer" name="soil_stabilizer" width="14"
height="14" id="soil_stabilizer"></td>
  </tr><tr><td><img src="Graphics/top_right_email_spacer.gif" alt="" width="16"
height="1"></td>
      <td><img src="Graphics/top_right_email_spacer.gif" alt="" width="109"
height="1"></td><td><img src="Graphics/top_right_email_spacer.gif" alt="" width="16"
height="1"></td><td></td><td><img src="Graphics/top_right_email_spacer.gif" alt=""
width="16" height="1"></td><td><img src="Graphics/top_right_email_spacer.gif" alt=""
width="277" height="1"></td><td><img src="Graphics/top_right_email_spacer.gif"
alt="" width="29" height="1"></td></tr>
</table>
<table width="100%" border="0" cellspacing="0" cellpadding="0"><!--DWLayoutTable-->
  <tr>
      <td width="16" valign="top" bordercolor="#000000"
bgcolor="#000000"><!--DWLayoutEmptyCell--> </td>
      <td width="124" colspan="2" valign="top" bgcolor="#000000"><p><font
color="#000000"><a href="index.html" target="_top"
onClick="MM_nbGroup('down','group1','Home','Graphics/menus/Down%20Home.gif',1)"
onMouseOver="MM_nbGroup('over','Home','Graphics/menus/on%20Home.gif','Graphics/menus
/Down%20Home.gif',1)" onMouseOut="MM_nbGroup('out')"><img name="Home"
src="Graphics/menus/Up%20Home.gif" border="0" alt="SoilTac Soil Stabilizer &amp;
Dust Control Home Page" onload=""></a><a href="Product_Information.html"
target="_top"
onClick="MM_nbGroup('down','group1','Product_Information','Graphics/menus/Down%20Pro
duct%20Information.gif',1)"
onMouseOver="MM_nbGroup('over','Product_Information','Graphics/menus/On%20Product%20
Information.gif','Graphics/menus/Down%20Product%20Information.gif',1)"
onMouseOut="MM_nbGroup('out')"><img
src="Graphics/menus/Up%20Product%20Information.gif" alt="SoilTac Product
Information" name="Product_Information" border="0" onload=""></a><a
href="Applications_Uses.html" target="_top"
onClick="MM_nbGroup('down','group1','Applications_Uses','Graphics/menus/Down%20Appli
cations%20Uses.gif',1)"
onMouseOver="MM_nbGroup('over','Applications_Uses','Graphics/menus/On%20Applications
%20Uses.gif','Graphics/menus/Down%20Applications%20Uses.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Applications_Uses"
src="Graphics/menus/Up%20Applications%20Uses.gif" border="0" alt="Applications and
Uses for Soiltac" onload=""></a><a href="Application_Rates.html" target="_top"
onClick="MM_nbGroup('down','group1','Application_Rates','Graphics/menus/Down%20Appli
cation%20Rates.gif',1)"
onMouseOver="MM_nbGroup('over','Application_Rates','Graphics/menus/On%20Application%
20Rates.gif','Graphics/menus/Down%20Application%20Rates.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Application_Rates"
src="Graphics/menus/Up%20Application%20Rates.gif" border="0" alt="Soiltac
Application Coverage Rates" onload=""></a><a href="Application_Equipment.html"
target="_top"
onClick="MM_nbGroup('down','group1','Application_Equipment','Graphics/menus/Down%20A
pplication%20Equipment.gif',0)"
onMouseOver="MM_nbGroup('over','Application_Equipment','Graphics/menus/on%20Applicat
ion%20Equipment.gif','Graphics/menus/Down%20Application%20Equipment.gif',0)"
onMouseOut="MM_nbGroup('out')"><img name="Application_Equipment"
```

```
src="Graphics/menus/Up%20Application%20Equipment.gif" border="0" alt="Equipment
Options for Applying Soiltac" onload=""></a><a href="Application_Methods.html"
target="_top"
onClick="MM_nbGroup('down','group1','Application_Methods','Graphics/menus/Down%20App
lication%20Methods.gif',1)"
onMouseOver="MM_nbGroup('over','Application_Methods','Graphics/menus/On%20Applicatio
n%20Methods.gif','Graphics/menus/Down%20Application%20Methods.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Application_Methods"
src="Graphics/menus/Up%20Application%20Methods.gif" border="0" alt="Methods for
Applying SoilTac" onload=""></a><a href="Shipping_Containers.html" target="_top"
onClick="MM_nbGroup('down','group1','Shipping_Containers','Graphics/menus/Down%20Shi
pping%20Containers.gif',1)"
onMouseOver="MM_nbGroup('over','Shipping_Containers','Graphics/menus/On%20Shipping%2
0Containers.gif','Graphics/menus/Down%20Shipping%20Containers.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Shipping_Containers"
src="Graphics/menus/Up%20Shipping%20Containers.gif" border="0" alt="Available
Shipping Containers for SoilTac" onload=""></a><a href="Photo_Gallery.html"
target="_top"
onClick="MM_nbGroup('down','group1','Photo_Gallery','Graphics/menus/Down%20Photo%20G
allery.gif',1)"
onMouseOver="MM_nbGroup('over','Photo_Gallery','Graphics/menus/On%20Photo%20Gallery.
gif','Graphics/menus/Down%20Photo%20Gallery.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Photo_Gallery"
src="Graphics/menus/UP%20Photo%20Gallery.gif" border="0" alt="SoilTac Photos"
onload=""></a><a href="MSDS.html" target="_top"
onClick="MM_nbGroup('down','group1','MSDS','Graphics/menus/Down%20MSDS.gif',1)"
onMouseOver="MM_nbGroup('over','MSDS','Graphics/menus/On%20MSDS.gif','Graphics/menus
/Down%20MSDS.gif',1)" onMouseOut="MM_nbGroup('out')"><img
src="Graphics/menus/UP%20MSDS.gif" alt="SoilTac Material Safety Data Sheet"
name="MSDS" width="124" height="19" border="0" onload=""></a><a href="FAQ.html"
target="_top"
onClick="MM_nbGroup('down','group1','FAQ','Graphics/menus/Down%20FAQ.gif',1)"
onMouseOver="MM_nbGroup('over','FAQ','Graphics/menus/On%20FAQ.gif','Graphics/menus/D
own%20FAQ.gif',1)" onMouseOut="MM_nbGroup('out')"><img name="FAQ"
src="Graphics/menus/Up%20FAQ.gif" border="0" alt="Frequently Asked Questions"
onload=""></a><a href="Price_Schedule.html" target="_top"
onClick="MM_nbGroup('down','group1','Price_Schedule','Graphics/menus/Down%20Price%20
Schedule.gif',1)"
onMouseOver="MM_nbGroup('over','Price_Schedule','Graphics/menus/On%20Price%20Schedul
e.gif','Graphics/menus/Down%20Price%20Schedule.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Price_Schedule"
src="Graphics/menus/Up%20Price%20Schedule.gif" border="0" alt="Price Schedule for
SoilTac" onload=""></a><a href="Tests_Evaluations.html" target="_top"
onClick="MM_nbGroup('down','group1','Tests_Evaluations','Graphics/menus/Down%20Tests
%20&amp;%20Evaluations.gif',1)"
onMouseOver="MM_nbGroup('over','Tests_Evaluations','Graphics/menus/On%20Tests%20&amp
;%20Evaluations.gif','../Graphics/menus/Down%20Tests%20&amp;%20Evaluations.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Tests_Evaluations"
src="Graphics/menus/Up%20Tests%20&%20Evaluations.gif" border="0" alt="Testing and
Evaluation Data for SoilTac" onload=""></a><a href="Environmental_Data.html"
target="_top"
onClick="MM_nbGroup('down','group1','Environmental_Data','Graphics/menus/Down%20Envi
ronmental%20Data.gif',1)"
onMouseOver="MM_nbGroup('over','Environmental_Data','Graphics/menus/On%20Environment
al%20Data.gif','Graphics/menus/Down%20Environmental%20Data.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Environmental_Data"
src="Graphics/menus/Up%20Environmental%20Data.gif" border="0" alt="Soiltac
Environmental Data" onload=""></a><a href="Downloads.html" target="_top"
onClick="MM_nbGroup('down','group1','Downloads','Graphics/menus/Down%20Downloads.gif
',1)"
onMouseOver="MM_nbGroup('over','Downloads','Graphics/menus/On%20Downloads.gif','Grap
hics/menus/Down%20Downloads.gif',1)" onMouseOut="MM_nbGroup('out')"><img
name="Downloads" src="Graphics/menus/Up%20Downloads.gif" border="0"
```

```
alt="Downloadable Documents" onload=""></a><a href="References.html" target="_top"
onClick="MM_nbGroup('down','group1','References','Graphics/menus/Down%20References.g
if',1)"
onMouseOver="MM_nbGroup('over','References','Graphics/menus/On%20References.gif','Gr
aphics/menus/Down%20References.gif',1) onMouseOut="MM_nbGroup('out')"><img
name="References" src="Graphics/menus/up%20References.gif" border="0" alt="SoilTac
References" onload=""></a><a href="Industry_Specifications.html" target="_top"
onClick="MM_nbGroup('down','group1','Industry_Specifications','Graphics/menus/Down%2
0Industry%20Specifications.gif',1)"
onMouseOver="MM_nbGroup('over','Industry_Specifications','Graphics/menus/On%20Indust
ry%20Specifications.gif','Graphics/menus/Down%20Industry%20Specifications.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Industry_Specifications"
src="Graphics/menus/Up%20Industry%20Specifications.gif" border="0" alt="Soil
Stabilization Industry Specifications" onload=""></a><a
href="Industry_Regulations.html" target="_top"
onClick="MM_nbGroup('down','group1','Industry_Regulations','Graphics/menus/Down%20In
dustry%20Regulations.gif',1)"
onMouseOver="MM_nbGroup('over','Industry_Regulations','Graphics/menus/On%20Industry%
20Regulations.gif','Graphics/menus/Down%20Industry%20Regulations.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Industry_Regulations"
src="Graphics/menus/Up%20Industry%20Regulations.gif" border="0" alt="Soil
Stabilization Industry Regulations" onload=""></a><a href="Industry_News.html"
target="_top"
onClick="MM_nbGroup('down','group1','Industry_News','Graphics/menus/Down%20Industry%
20News.gif',1)"
onMouseOver="MM_nbGroup('over','Industry_News','Graphics/menus/On%20Industry%20News.
gif','Graphics/menus/Down%20Industry%20News.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Industry_News"
src="Graphics/menus/Up%20Industry%20News.gif" border="0" alt="Soil Stabilization
Industry News" onload=""></a><a href="Industry_Links.html" target="_top"
onClick="MM_nbGroup('down','group1','Industry_Links','Graphics/menus/Down%20Industry
%20Links.gif',1)"
onMouseOver="MM_nbGroup('over','Industry_Links','Graphics/menus/On%20Industry%20Link
s.gif','Graphics/menus/Down%20Industry%20Links.gif',1)"
onMouseOut="MM_nbGroup('out')"><img name="Industry_Links"
src="Graphics/menus/Up%20Industry%20Links.gif" border="0" alt="Soil Stabilization
Industry Links Online" onload=""></a><a href="Contact_Us.html" target="_top"
onClick="MM_nbGroup('down','group1','Contact_Us','Graphics/menus/Down%20Contact%20Us
.gif',1)"
onMouseOver="MM_nbGroup('over','Contact_Us','Graphics/menus/On%20Contact%20Us.gif','
Graphics/menus/Down%20Contact%20Us.gif',1)" onMouseOut="MM_nbGroup('out')"><img
name="Contact_Us" src="Graphics/menus/Up%20Contact%20Us.gif" border="0" alt="SoilTac
Contact Information" onload=""></a></font></p>
        </td>
        <td width="100%" rowspan="3" valign="top"><!-- #BeginEditable "Body" -->
          <table width="100%" border="0" cellspacing="0" cellpadding="0"
align="right"><!--DWLayoutTable-->
          <tr>
            <td width="100%" valign="top">                         <table width="100%" border="0"
              <!--DWLayoutTable-->
              <tr>
                <td height="146" nowrap background="Graphics/Spacer.gif"><p><font
face="Arial, Helvetica, sans-serif"><strong>Home
                    Page</strong><br>
                      <img src="Graphics/Road%20Dust%20Control%20Treatment.jpg"
width="600" height="132">                  </font></p>
                </td>
              </tr>
          </table>
            <blockquote>
              <p align="left"><font size="4" face="Arial, Helvetica,
sans-serif"><strong>Welcome
                  to Soiltac.com<br>
```

```
                </strong>Your source for Soil Stabilization, Dust Control
            and much more.</font></p>
          </blockquote>            <table width="600" border="0" align="left"
  cellpadding="4" cellspacing="0">
            <tr>
              <td><div align="center"><font face="Arial, Helvetica,
  sans-serif"><img src="Graphics/Construction%20Pad%20Dust%20Control.JPG"
  alt="Construction Site Pad Dust Control" width="200" height="134"><br>
                  <font color="#999900">Construction Dust
  Control</font></font></div></td>
              <td colspan="2" rowspan="3" align="left" valign="top"><p
  align="center"><font face="Arial, Helvetica, sans-serif"><font color="#000000"
  size="3"><strong>Soiltac</strong>&#8482; is
                  an cost-effective and innovative product that is
  specifically
                  engineered for today's challenging soil stabilization
                  and dust control
                  needs. </font></font></p>
                <p align="center"><font size="3" face="Arial, Helvetica,
  sans-serif">This
                  revolutionary product is a copolymer emulsion that is
                  environmentally safe and biodegradable. Moreover,
                  Soiltac is designed to be extremely durable and resistant
                  to water,
                  sun, alkaline and daily use.</font></p>
                <p align="center"><font size="3" face="Arial, Helvetica,
  sans-serif">Soiltac
                  is the industry standard as a result of its high quality,
                     low price, top performance, simplicity and ease of
                     use
                     to apply.</font></p>
                <p align="center"><font size="3" face="Arial, Helvetica,
  sans-serif">From
                  remote military  runways  built from sand to simple backyard
                  trails, Soiltac is there </font><font color="#000000" size="3"
  face="Arial, Helvetica, sans-serif"> actively
                  solving challenges throughout the world's industrial,
  military,
                  commercial and residential markets.</font></p>
                <p align="center"><font color="#000000" size="3" face="Arial, Helvetica,
  sans-serif">Please
                  enjoy our web site and thank you for visiting.</font></p>
                <p align="center"> </p>
              </td>
            </tr>
            <tr>
              <td><div align="center"><font face="Arial, Helvetica,
  sans-serif"><img
  src="Graphics/Computerized%20Spray%20Bar%20Applying%20SoilTac%20Dust%20Control.JPG"
  alt="Computerized Distributor Truck Spraying SoilTac Dust Control" width="200"
  height="134"><br>
                  <font color="#999900">Unpaved Road Dust Control</font>
  </font></div></td>
            </tr>
            <tr>
              <td><div align="center"><font face="Arial, Helvetica,
  sans-serif"><img src="Graphics/Soil%20Stabilization%20sub%20base%20hardening.JPG"
  alt="Sub-Base Soil Stabilization and Dust Control" width="200" height="134"><br>
                  <font color="#999900">Sub-Base Soil Stabilization</font>
  </font></div></td>
            </tr>
            <tr>
```

```
                    <td><div align="center"><font face="Arial, Helvetica,
sans-serif"><img src="Graphics/Mining%20Haul%20Road%20Dust%20Control.jpg"
alt="Mining Haul Road Dust Control" width="200" height="134"><br>
                          <font color="#999900">Heavy Haul Road Dust
Control</font></font></div></td>
                    <td align="left" valign="top"><div align="center"><font face="Arial,
Helvetica, sans-serif"><img
src="Graphics/Helicopter%20Landing%20Pad%20Dust%20Control.jpg" alt="Helicopter
Landing Pad LZ Dust Control" width="200" height="134"><br>
                          <font color="#999900">Helipad Dust
Control</font></font></div></td>
                    <td align="left" valign="top"><div align="center"><font
color="#999900" face="Arial, Helvetica, sans-serif"><img
src="Graphics/Slope%20Erosion%20and%20Dust%20Control%20Treatment.JPG" alt="Slope
Erosion and Dust Control Treatment" width="200" height="134"><br>
  These and Many More...</font></div></td>
                  </tr>
              </table>             <p> </p>                <blockquote>
              <p align="center"> </p>
              <p align="center"> </p>
              <p align="center">  </p>
              <blockquote>
                <p align="left">  </p>
                <p align="center"> </p>
                <p align="center"> </p>
                <p align="center"> </p>
                <p align="center"> </p>
                <p align="center"> </p>
                <p align="center"> </p>
                <p align="center"> </p>
                <p align="center"> </p>
                <p align="center"> </p>
                <p align="center"> </p>
                <p align="center"> </p>
                <p align="center"> </p>
              </blockquote>
            </blockquote>
          </td>
        </tr>
        <tr>
          <td><div align="center"><font face="Arial, Helvetica, sans-serif"><a
href="../index.html">Home</a> | <a href="../Product_Information.html">Soiltac</a> |
<a href="../Applications_Uses.html">Uses</a> | <a
href="../Application_Rates.html">Rates</a> | <a
href="../Application_Equipment.html">Equipment</a> | <a
href="../Application_Methods.html">Methods</a> | <a
href="../Shipping_Containers.html">Shipping</a> |<a href="../Photo_Gallery.html">
Photos</a> | <a href="../MSDS.html">MSDS</a> | <a href="../FAQ.html">FAQ</a> | <a
href="../Price_Schedule.html">Prices</a> | <a
href="../Tests_Evaluations.html">Tests</a> | <a
href="../Environmental_Data.html">Environment</a> | <a
href="../Downloads.html">Downloads</a> |<a href="../References.html"> References</a>
| <a href="../Industry_Specifications.html">Specifications</a> | <a
href="../Industry_Regulations.html">Regulations </a>| <a
href="../Industry_News.html">News</a> | <a href="../Industry_Links.html">Links</a> |
<a href="../Contact_Us.html">Contact
              Us</a></font></div></td>
        </tr>
      </table>
    <!-- #EndEditable -->     </td>
    <td width="16"
```

```
background="file:///C|/Sites/Soilworks/Images/outbg.gif"><!--DWLayoutEmptyCell-->&nb
sp;</td>
    </tr>
    <tr>
      <td width="16" align="left" valign="bottom" bgcolor="#000000"><div
align="right"><img src="Graphics/dateleft.gif" alt="dust palliatives"
name="dust_palliatives" width="16" height="16" align="top"
id="dust_palliatives"></div></td>
      <td align="left" valign="top" bgcolor="#000000"> </td>
      <td align="left" valign="bottom" bgcolor="#000000"><div align="right"><img
src="Graphics/Bar%20Right%20Lower.gif" alt="Soil Stabilizer" name="soil_stabilizer"
width="14" height="14" align="top" id="soil_stabilizer"></div></td>
      <td background="file:///C|/Sites/Soilworks/Images/outbg.gif"> </td>
    </tr>
    <tr>
      <td width="16"> </td>
      <td width="124" colspan="2"> </td>
      <td width="16"
background="file:///C|/Sites/Soilworks/Images/outbg.gif"> </td>
    </tr>
    <tr>
      <td colspan="5" align="center"><table width="100%" border="1">
        <tr>
          <td align="left" valign="bottom"><p><font size="1">Copyright &copy;
Soilworks,
                LLC 2003. All Rights Reserved.
                Soilworks&#8482;, Soiltac&#8482; and the Soiltac&#8482; logo
                are registered trademarks of Soilworks, LLC.
                Web site design, development &amp; updates provided by Soilworks,
                LLC. Last modified 08/05/03</font></p>
          </td>
        </tr>
      </table></td>
    </tr><tr><td><img src="top_right_email_spacer.gif" alt="" width="17"
height="1"></td>
    <td><img src="top_right_email_spacer.gif" alt="" width="8"
height="1"></td><td><img src="top_right_email_spacer.gif" alt="" width="116"
height="1"></td><td></td><td><img src="top_right_email_spacer.gif" alt="" width="1"
height="1"></td></tr>
</table>
<br>
<a href="http://www.soiltac.com/construction-engineering-mining.html"><img
src="transbg.gif" width=88 height=31 border=0></a>
<a href="http://construction-engineering-mining.net"><img src="transbg.gif" width=88
height=31 border=0></a>
<a href="http://www.soiltac.com/road_construction_polymer_stabilizers_L14.html"><img
src="transbg.gif" alt="road dust soil stabilization, dust control soil stabilizers,
sement soil binder products, driveway dust suppression polymer, chemical soil sealer
products" width=88 height=31 border=0></a>
<a href="http://www.soilworks_soiltac_soil_stabilizer_L14.html"><img
src="transbg.gif" alt="soil erosion dust stabilizer, gravel road dust control,
polymer emulsion dust suppression, soil stabilization photo gallery, soil cement
dust control" width=88 height=31 border=0></a>
<a href="http://www.soiltac.com/driveway_dust_suppression_polymer_L14.html"><img
src="transbg.gif" alt="road dust suppression products, pm10 dust abatement products,
dirt road dust pollution, road construction polymer stabilizers, chip seal lignin
polymer" width=88 height=31 border=0></a>
<a href="http://www.soiltac.com/soil_erosion_dust_stabilizer_L14.html"><img
src="transbg.gif" width=88 height=31 border=0></a>
<a href="http://www.soiltac.com/dirt_road_dust_pollution_L14.html"><img
src="transbg.gif" width=88 height=31 border=0></a>
<img
src="http://spider.freebannertrade.com/cgi-bin/spider_report/wherefrom.cgi/soiltac.c
```

```
om" alt="soilworks soiltac soil stabilizer, construction dust control products,
road binder dust stabilization, chemical construction dust abatement, soil
stabilizer dust control" height=31 width=88 border=0>
</br>
</body>
<!-- InstanceEnd -->
<!-- SOME SCRIPT SRC'S ON THIS PAGE HAVE BEEN REWRITTEN BY THE WAYBACK MACHINE
OF THE INTERNET ARCHIVE IN ORDER TO PRESERVE THE TEMPORAL INTEGRITY OF THE SESSION.
-->


<!-- SOME LINK HREF'S ON THIS PAGE HAVE BEEN REWRITTEN BY THE WAYBACK MACHINE
OF THE INTERNET ARCHIVE IN ORDER TO PRESERVE THE TEMPORAL INTEGRITY OF THE SESSION.
-->


<SCRIPT language="Javascript">
<!--

// FILE ARCHIVED ON 20030807233855 AND RETRIEVED FROM THE
// INTERNET ARCHIVE ON 20080404174143.
// JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
// ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
// SECTION 108(a)(3)).

    var sWayBackCGI = "http://web.archive.org/web/20030807233855/";

    function xResolveUrl(url) {
        var image = new Image();
        image.src = url;
        return image.src;
    }
    function xLateUrl(aCollection, sProp) {
        var i = 0;
        for(i = 0; i < aCollection.length; i++) {
            if (typeof(aCollection[i][sProp]) == "string") {
            if (aCollection[i][sProp].indexOf("mailto:") == -1 &&
                aCollection[i][sProp].indexOf("javascript:") == -1) {
                if(aCollection[i][sProp].indexOf("http") == 0) {
                    aCollection[i][sProp] = sWayBackCGI + aCollection[i][sProp];
                } else {
                    aCollection[i][sProp] = sWayBackCGI +
xResolveUrl(aCollection[i][sProp]);
                }
            }
            }
        }
    }

    xLateUrl(document.getElementsByTagName("IMG"),"src");
    xLateUrl(document.getElementsByTagName("A"),"href");
    xLateUrl(document.getElementsByTagName("AREA"),"href");
    xLateUrl(document.getElementsByTagName("OBJECT"),"codebase");
    xLateUrl(document.getElementsByTagName("OBJECT"),"data");
    xLateUrl(document.getElementsByTagName("APPLET"),"codebase");
    xLateUrl(document.getElementsByTagName("APPLET"),"archive");
    xLateUrl(document.getElementsByTagName("EMBED"),"src");
    xLateUrl(document.getElementsByTagName("BODY"),"background");
    var forms = document.getElementsByTagName("FORM");
    if (forms) {
        var j = 0;
        for (j = 0; j < forms.length; j++) {
            f = forms[j];
```

```
            if (typeof(f.action)  == "string") {
                if(typeof(f.method)  == "string") {
                    if(typeof(f.method) != "post") {
                        f.action = sWayBackCGI + f.action;
                    }
                }
            }
        }

//-->
</SCRIPT>

</html>
```