Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26 and 46

Reg. No. 3,318,243

United States Patent and Trademark Office  Registered Oct. 23, 2007

## TRADEMARK
PRINCIPAL REGISTER

## SYNTHETIC ORGANIC DUST CONTROL

MIDWEST INDUSTRIAL SUPPLY, INC. (OHIO CORPORATION)
1101 - 3RD ST. S.E.
CANTON, OH 44707

FOR: DUST SUPPRESSANT IN THE NATURE OF ALIPHATIC AND CYCLIC ORGANIC DUST SUPPRESSING COMPOSITIONS FOR USE IN CONTROLLING DUST ON ROADWAYS, SHOULDERS, TRAILS, HELIPADS, STOCKPILES, HEAVY TRAFFIC ROADS, BASEBALL DIAMONDS, AND HORSETRACKS, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 7-0-1998; IN COMMERCE 7-0-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 78-950,380, FILED 8-11-2006.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY

Dockets.Justia.com

EXHIBIT 13 DATE 4-8-08
H____ER HANSSEN
C____IFIED REPORTER
DEPO OF D. Falkenberg