E. SCOTT DOSEK #012114
JOHN P. PASSARELLI #16018 (NE)
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742
(480) 429-5000
Facsimile: (480) 429-5001

*Attorneys for Plaintiff*
*SOILWORKS, LLC, an Arizona corporation*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**SOILWORKS, LLC'S RULE 26 DISCLOSURES** |

Pursuant to the provisions of Rule 26(a)(1) of the Federal Rules of Civil procedure Plaintiff Soilworks, LLC (hereinafter "Soilworks") hereby serves its initial disclosures upon Defendant Midwest Industrial Supply, Inc. (hereinafter "Midwest"). Soilworks reserves the right to amend and/or supplement these disclosures based upon its continuing investigation and discovery in this case.

**A.    Individuals Likely To have Discoverable Information**

Pursuant to Fed.R.Civ.P. 26(a)(1)(A), Soilworks is informed and believes that the following individuals may be likely to have discoverable information.

1.    Dorian Falkenberg, an officer of Soilworks, 681 North Monterey Street,

4811-3422-1569.1

Suite 101, Gilbert, Arizona 85233-3814. Ms. Falkenberg has knowledge concerning the overall operation of Soilworks, the composition of Soilworks' products, the manner in which Soilworks' products are manufactured, marketed, sold and distributed, the competitive environment among Soilworks, Midwest and their competitors and the facts alleged in the Complaint and Reply and Counterclaim.

2. Chad Falkenberg, an officer of Soilworks, 681 North Monterey Street, Suite 101, Gilbert, Arizona 85233-3814. Mr. Falkenberg has knowledge concerning the overall operation of Soilworks, the composition of Soilworks' products, the manner in which Soilworks' products are manufactured, marketed, sold and distributed, the competitive environment among Soilworks, Midwest and their competitors and the facts alleged in the Complaint and Reply and Counterclaim.

3. Polar Supply Company, 300 East 54th Street, Anchorage, Alaska 99518. Polar Supply Company is a customer of Soilworks and/or Midwest. The employees of Polar Supply, including Messrs. Shooner and Shickman, have knowledge concerning the competitive environment for soil stabilization, erosion control and dust control products, the method by which parties to this litigation and their competitors advertise and promote the sale of said products and the specific actions taken by Midwest with respect to the alleged proprietary rights claimed by Midwest.

4. Midwest Industrial Supply, Inc., 1101 Third Street, SE, Canton, Ohio 44704. The officers and employees of Midwest that have knowledge concerning: (i) the manufacture and distribution of Midwest's products; (ii) the application for registration of the patents identified in the Complaint, Answer and Counterclaim and Reply and Counterclaim; (iii) the advertising, marketing and promotion of Midwest's products to its customers, including Polar Supply Company identified above; and (iv) the facts as alleged in the Answer and Counterclaim. These officers and employees will include those identified by Defendant in its Initial Disclosures.

5. Soilworks anticipates that discovery will identify employees of suppliers and customers who will have knowledge concerning the manufacture and distribution of soil

stabilization, erosion control and dust control products, which knowledge will be relevant to the issues in this case.

**B.     Categories and Location of Documents, Data Compilations and Tangible Things**

1.     Business records of Soilworks that relate to the manufacture, distribution, sales and/or marketing of Soilworks' products.

2.     Documentary materials relating to the manner in which Soilworks advertises, promotes, markets, distributes and/or sells its products to its customers.

3.     Documentary materials relating to the manner in which Midwest advertises, promotes, markets, distributes and/or sells its products to its customers.

4.     Documentary materials relating to the manner in which competitors advertise, promote, market, distribute and/or sell their products to their customers.

5.     Documentary materials relating to the manufacture and distribution of soil erosion products.

6.     Documentation relating to Soilworks' and Midwest's manufacture, distribution, marketing and sale of its products.

7.     Documentary materials relating to suppliers and customers of Soilworks and Midwest.

The foregoing documents are located either at the premises of Soilworks or at the offices of Plaintiff's counsel, Suite 300, 8601 North Scottsdale Road, Scottsdale, AZ 85253-2742.

**C.     Computation of Damages**

Soilworks is claiming actual damages, lost profits, Midwest's profits, prejudgment interest along with statutory damages pursuant to the causes of action listed in its Complaint. Soilworks is also seeking enhanced damages along with its attorneys' fees as available under at least the Lanham Act (case law or statutory). Soilworks also seeks an injunction against Midwest's actions as set forth in its Complaint. Soilworks respectfully reserves the right to supplement its computation of damages.

**D.     Insurance**

Soilworks has preliminarily concluded that there is no insurance coverage in place that would be applicable to the claims asserted in this action.

Dated this 21st day of May, 2007.

                            KUTAK ROCK LLP


                            By     /s
                               E. Scott Dosek
                               John P. Passarelli
                               Suite 300
                               8601 North Scottsdale road
                               Scottsdale, AZ  85253-2742

                               *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21st, 2007, the foregoing Soilworks, LLC's Rule 26 Initial Disclosures was served on all parties electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             /s/
                                    Amy S. Fletcher