BROUSE MCDOWELL
JOHN M. SKERIOTIS, 0069263 (OH)
JILL A. BAUTISTA, 0075560 (OH)
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: jskeriotis@brouse.com
Email: jbautista@brouse.com

*Attorneys for Defendant*
*Midwest Industrial Supply, Inc.*
*Admitted Pro hac vice*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant. | No. 2:06-CV-02141-DGC<br><br>**MIDWEST INDUSTRIAL SUPPLY, INC.'S SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO SOILWORKS, LLC** |

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26, 33, and 34, Defendant Midwest Industrial Supply, Inc. ("Defendant"), propounds the following requests for production of documents and things to Plaintiff Soilworks, LLC ("Plaintiff"). Plaintiff's responses to these document requests should be provided to undersigned counsel for Defendant at Brouse McDowell, 388 S. Main Street, Suite 500, Akron, Ohio 44311-4407 within thirty (30) days of service hereof, i.e., no later than December 31, 2007.

678599v1

## INSTRUCTIONS AND DEFINITIONS

1. The instructions and definitions contained within Defendant's First Set of Request for Production of Documents and Things to Plaintiff are incorporated herein by reference.

## **REQUEST FOR PRODUCTION**

34. Produce all documents, things, and electronically stored information that Plaintiff referenced, reviewed, relied upon or identified in answering Defendant Midwest Industrial Supply, Inc.'s First Set of Request for Admissions to Plaintiff Soilworks LLC.

BROUSE MCDOWELL

By  /s/ John M. Skeriotis
JOHN M. SKERIOTIS, 0069263 (OH)
JILL A. BAUTISTA, 0075560 (OH)
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8061
Email: jskeriotis@brouse.com
Email: jbautista@brouse.com
*Attorneys for Defendant*
*Midwest Industrial Supply, Inc.*

698524.1

# CERTIFICATE OF SERVICE

A copy of the foregoing Plaintiff's **MIDWEST INDUSTRIAL SUPPLY, INC.'S SECOND SET OF DOCUMENT REQUESTS TO SOILWORKS, LLC** is being served upon the following via e-mail, original by U.S. mail, on November 26, 2007 to:

John P. Passarelli
John.Passarelli@KutakRock.com
E. Scott Dosek
Scott.Dosek@KutakRock.com
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
Phone No.: (402) 231-8906
Fax No.: (402) 346-1148
*Counsel for Plaintiff Soilworks, LLC*

/s/ John M. Skeriotis
John M. Skeriotis
*Counsel for Defendant*
*Midwest Industrial Supply, Inc.*

Brouse McDowell LPA
388 S. Main Street, Suite 500
Akron, OH 44311
330.55.9999