**KUTAK ROCK LLP**

THE OMAHA BUILDING
1650 FARNAM STREET
OMAHA, NEBRASKA 68102-2186

402-346-6000
FACSIMILE 402-346-1148
www.kutakrock.com

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LITTLE ROCK
LOS ANGELES
OKLAHOMA CITY
PASADENA
RICHMOND
SCOTTSDALE
WASHINGTON
WICHITA

JOHN P. PASSARELLI
john.passarelli@kutakrock.com
(402) 346-6000

July 18, 2006

Mr. John M. Skeriotis
Brouse McDowell
388 South Main Street
Suite 500
Akron, OH 44311-4407

Dear Mr. Skeriotis:

Please be advised that Scott Dosek has referred this matter to me. I have had an opportunity to review your correspondence dated June 8, 2006, and the materials you provided with regard to your client's position on its alleged patent rights. I have also had an opportunity to conduct a preliminary investigation concerning these matters. On the basis of these efforts, I am aware of no factual or legal basis which would support your position that our client is infringing upon any of your client's proprietary rights or that our client's product and service offerings in any way fall within the scope of the purported claims.

As you know, patent owners are required to conduct investigations and to map them to each element of an asserted patent claim. I refer you to *View Engineering, Inc. v. Robotic Vision Systems, Inc.*, 208 F.3d 981 (Fed. Cir. 2000). I assume you have conducted the required investigation and prepared an applicable claims chart. I would be happy to review the foregoing and take that into consideration in advising our client with respect to this matter.

I look forward to hearing from you.

Sincerely,

John P. Passarelli

slm

cc: Soilworks, LLC
E. Scott Dosek

4846-2129-2801.1