E. SCOTT DOSEK #012114
JOHN P. PASSARELLI #16018 (NE)
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742
(480) 429-5000
Facsimile: (480) 429-5001

*Attorneys for Plaintiff*
*Soilworks, LLC, an Arizona corporation,*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,,<br><br>　　　　Plaintiff / Counterdefendant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,,<br><br>　　　　Defendant / Counterclaimant. | NO.: 2:06-CV-02141-DGC<br><br>**SOILWORKS, LLC'S RESPONSE TO MIDWEST INDUSTRIAL SUPPLY, INC.'S SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO SOILWORKS, LLC** |

To Defendant/Counterclaimant:

## RESPONSE TO SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

**REQUEST FOR PRODUCTION NO. 34**: Produce all documents, things, and electronically stored information that Plaintiff referenced, reviewed, relied upon or identified in answering Defendant Midwest Industrial Supply, Inc.'s First Set of Request for Admissions to Plaintiff Soilworks, LLC.

**RESPONSE**:

See Plaintiff's Response to Defendant's First Request for Production of Documents.

4831-8258-5858.1

Dated this 31st day of December, 2007.

KUTAK ROCK LLP


By    /s/
    E. Scott Dosek
    John P. Passarelli
    Suite 300
    8601 North Scottsdale Road
    Scottsdale, AZ 85253-2742

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2007, the foregoing Soilworks, LLC's Response to Midwest Industrial Supply, Inc.'s Second Set of Request for Production of Documents and Things was served electronically upon the following:

JOHN M. SKERIOTIS #0069263 (OH)
JILL A. GRINHAM #075560 (OH)
BROUSE MCDOWELL
388 S. Main Street
Suite 500
Akron, OH 44311-4407

Jill Anne Grinham jgrinham@brouse.com
John M Skeriotis jms@brouse.com

*Attorneys for Defendant Midwest Industrial Supply, Inc.*

/s/
Amy S. Fletcher

4831-8258-5858.1