Dockets.Justia.com

1      IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF ARIZONA
2
3
   SOILWORKS, LLC,
4
5           Plaintiff,
6   -vs-
7   MIDWEST INDUSTRIAL SUPPLY, INC.
8
            Defendant.
9   _____/
   Case No. 2:06-cv-02141
10                      COPY
11  _____
12      VIDEOTAPED DEPOSITION OF STEVEN GORDNER
   _____
13
14              April 23, 2008
                 2:03 p.m.
15
                 Taken at:
16      DeLisio Moran Geraghty & Zobel, P.C.
              943 West 6th, Avenue
17              Anchorage, Alaska
18
19  Reported by:
20  Britney Dudley, Shorthand Reporter
21
22
23
24
25

```
1                    A-P-P-E-A-R-A-N-C-E-S
2    For the Plaintiff:   KUTAK ROCK, LLP
                          Douglas H. Allsworth, Esquire
3                         8601 N. Scottsdale Road, Suite 300
                          Scottsdale, AZ   85253
4
5
6    For the Defendant:   BROUSE MCDOWELL
                          Craig A. Marvinney, Esquire
7                         1001 Lakeside Avenue, Suite 1600
                          Cleveland, Ohio   44114
8
9    Also Present:        HOLMES WEDDLE & BARCOTT
                          Grant Watts, Esquire,
10                        701 West Eighth Avenue, Suite 700
                          Anchorage, AK   99501
11
12                        Bob Vitale,
                          Midwest Industrial Supply, Inc.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
                         I-N-D-E-X
 2
    STEVEN GORDNER                         APRIL 23, 2008
 3
 4
 5
    EXAMINATION BY:                                  PAGE
 6
    Mr. Marvinney                                       5
 7
 8
 9
10
11                          EXHIBITS
12  NUMBER                 DESCRIPTION               PAGE
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                THE VIDEOGRAPHER:  One moment, please.

2           We're on the record, today's April 23rd, 2008.

3      And the time is approximately 2:03 p.m.  This is

4      tape 1 of the videotaped deposition of Steven Mark

5      Gordner, being taken on behalf of the defendant in

6      the matter of Soilworks, LLC, versus Midwest

7      Industrial Supply, Inc.  Filed in the United States

8      District Court for the District of Arizona.  Case

9      number 2:06-cv-02141.  We're in the conference room

10     of the offices of DeLisio Moran Geraghty & Zobel,

11     PC, located at 943 West Sixth Avenue in Anchorage,

12     Alaska.

13          My name is Steve Miedzwiadok, and I'm the

14     Videographer.  My business address is 545 East 12th

15     Avenue, in Anchorage, Alaska.  The court reporter is

16     Britney Dudley with Northern Lights Realtime &

17     Reporting.

18          Would Counsel identify themselves for the

19     record, please.

20               MR. MARVINNEY:  Craig Marvinney of the law firm

21     Brouse McDowell from Cleveland, Ohio, on behalf of

22     Midwest Industrial Supply.

23               MR. ALLSWORTH:  Douglas Allsworth of Kutak Rock

24     on behalf of the Plaintiff Soilworks, LLC.

25               MR. WATTS:  Grant Watts, Holmes Weddle & Barcott

1      here on behalf of Polar Supply.
2           THE VIDEOGRAPHER: Would the court reporter
3      please swear the witness.
4  THEREUPON:
5                    STEVEN GORDNER
6  was called as a witness herein, after having been duly
7  sworn upon oath by Britney Dudley, Notary Public, was
8  examined and testified as follows:
9                     EXAMINATION
10 BY MR. MARVINNEY:
11     Q.  Good afternoon, sir, how are you feeling?
12     A.  Pretty good.
13     Q.  My name's Craig Marvinney. And as I said at the
14 outset, I represent a company known as Midwest Industrial
15 Supply out of Canton, Ohio. I'll be asking you a few
16 questions today, sir. And if you would, please answer
17 each question out loud, verbally, so that we can have as
18 clear an understanding as we can.
19     A.  Uh-huh.
20     Q.  Is that all right?
21     A.  Yep.
22     Q.  And as well, if I ask you a question that you
23 find to be confusing or ambiguous or in any way in need
24 of clarification, please straighten that out with me on
25 the record before you put your answer down. Is that

1   okay?

2       A.  Okay.

3       Q.  As well, if at any time you feel like you need

4   to take a break, please let us know, and we'll be happy

5   to accommodate you as best we possibly can.

6       A.  Okay.

7       Q.  If you want me to restate a question or in any

8   way don't understand a question, please, as well, clarify

9   that.  You're in charge and you can answer -- you can ask

10  me questions to make me elucidate or clarify what I'm

11  asking.

12      A.  Okay.

13      Q.  You understand that?

14          MR. MARVINNEY:  If you will, this is the

15      deposition, then, of Steve Gordner in the case that

16      we've all -- are here on.  We're here pursuant to

17      subpoena.  And there are no objections as to the

18      subpoena or the service of the subpoena involved,

19      correct?

20          MR. ALLSWORTH:  As I said in the earlier

21      deposition, I'm aware of none.

22          MR. MARVINNEY:  Mr. Watts?

23          MR. WATTS:  I'm presently unaware of any.

24          MR. MARVINNEY:  All right.

25          And as to the court reporter, the court reporter

1 Q. Was there a written contract that was put in
2 place between Polar Supply and Soilworks, to your
3 knowledge?
4 A. There's a written document. Don't know that
5 I'll call it a contract or not, because there are no hard
6 and fast -- what's the word I'm looking for --
7 expectations, I guess.
8 Q. As you sit here today, over the last -- looking
9 back, over the last five years, has Polar Supply been, in
10 essence, an approved distributor of products by
11 Soilworks?
12 A. Yes.
13 Q. And are you aware of any other companies such as
14 yours, here in Alaska, that are approved distributors of
15 Soilworks products?
16 A. Not that I know of.
17 Q. Do you understand that your company, Polar
18 Supply, has an exclusive distributorship for Soilworks
19 here in Alaska?
20 A. That's how I would view it. I don't know if it
21 is, in fact, an exclusive distributorship.
22 Q. But in practice, custom, in your relationship as
23 you have it with Polar Supply and Soilworks, you
24 understand it to be largely an exclusive distributorship?
25 A. From my standpoint, yes.

```
 1
 2                    REPORTER'S CERTIFICATE
 3
 4        I, Britney E. Dudley, Notary Public for the State
 5   of Alaska, and Shorthand Reporter, do hereby certify that
 6   the forgoing proceedings were taken before me at the time
 7   and place herein set forth; that the witness was sworn to
 8   tell the truth; that the proceedings were reported
 9   stenographically by me and later transcribed by computer
10   transcription; taht the waived signature; that the
11   foregoing is a true record of the proceedings taken at
12   that time; and that I am not a party to, nor do I have
13   any interest in the outcome of the action herein
14   contained.
15        IN WITNESS WHEREOF, I have hereunto set my hand
16   and affixed my official seal this 2nd day of May, 2008.
17
18
19
20                    [Signature: Britney E. Dudley]
21                    BRITNEY E. DUDLEY, REPORTER
22                    Notary Public - State of Alaska
23            STATE OF ALASKA
              NOTARY PUBLIC
24            Britney E. Dudley
              My Commission Expires April 25, 2011
25
```