EXHIBIT 2

HERBERT BEIGEL & ASSOCIATES, L.L.C.
Herbert Beigel (Bar No. 021423) (PCC 65595)
10371 N. Oracle Rd. Suite 102
Tucson, AZ 85737
Telephone (520) 797-9188
Facsimile (520) 326-0181
Email: Hbeigel@msn.com

Attorney for Plaintiff Francisco Sanchez.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Francisco Sanchez, individually,
        Plaintiff,

v.

Clarence Dupnik, Pima County Sheriff; Karl Woolridge and Angela Walker Woolridge, husband and wife; Donald D. Doyle and Jane Doe Doyle,

        Defendants.

Case No. 05-CV-583-TUC-RCC

**PLAINTIFF'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT**

Assigned to: Hon. Raner C. Collins

Plaintiffs make the following supplemental disclosures, in accordance with Rule 26 (a) (1).

    A. Possible additional witnesses:

a.  Steven L Porter, MD
    c/o UMC
    1501 N. Campbell Avenue
    Tucson, AZ  85724

    Will testify as to treatment for injuries sustained.

b.  Francisco Valencia, MD
    c/o UMC
    1501 N. Campbell Avenue
    Tucson, AZ  85724

    Will testify as to treatment for injuries sustained.

c.  Albert B. Fiorello, MD
    c/o UMC
    1501 N. Campbell Avenue
    Tucson, AZ  85724

    Will testify as to treatment for injuries sustained.

d.  Robert Headley MD
    c/o UMC
    1501 N. Campbell Avenue
    Tucson, AZ  85724

    Will testify as to treatment for injuries sustained.

e.  Ben Leeson, MD
    c/o UMC
    1501 N. Campbell Avenue
    Tucson, AZ  85724

    Will testify as to treatment for injuries sustained.

f.  Gianna M. Luszko, MD
    c/o UMC
    1501 N. Campbell Avenue
    Tucson, AZ  85724

    Will testify as to treatment for injuries sustained.

g.  Jordan L. Smith, MD
    c/o UMC
    1501 N. Campbell Avenue
    Tucson, AZ  85724

a. Dr. Ken Barnes
              c/o Herbert Beigel
              HERBERT BEIGEL & ASSOCIATES, LLC
              10371 North Oracle Road, Suite 102
              Tucson, Arizona  85704
              (520) 797-9188

           Please see attached report.

     RESPECTFULLY SUBMITTED this 10th day of August, 2006.

                                     HERBERT BEIGEL & ASSOCIATES, LLC

                                     By_____
                                        Herbert Beigel
                                        Attorney for Plaintiff

COPY of the foregoing mailed/delivered
this 10th day of August, 2006, to:

Nancy J. Davis
Deputy County Attorney
32 N. Stone Ave., Ste., 2100
Tucson, AZ  85701