# EXHIBIT 3

HERBERT BEIGEL & ASSOCIATES, L.L.C.
Herbert Beigel (Bar No. 021423) (PCC 65595)
10371 N. Oracle Rd. Suite 102
Tucson, AZ 85737
Telephone (520) 797-9188
Facsimile (520) 326-0181
**Email: Hbeigel@msn.com**

Attorney for Plaintiff Francisco Sanchez.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Sanchez, individually,<br>　　　　Plaintiff,<br><br>v.<br><br>Clarence Dupnik, Pima County Sheriff; Karl Woolridge and Angela Walker Woolridge, husband and wife; Donald D. Doyle and Jane Doe Doyle,<br><br>　　　　Defendants. | Case No. 05-CV-583-TUC-RCC<br><br>**PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>Assigned to: Hon. Raner C. Collins |

Plaintiffs make the following supplemental disclosures, in accordance with Rule 26 (a) (1).

　　A. Possible additional witnesses:

　　1.  Linda Helen Sanchez (c/o) Herbert Beigel, attorney for plaintiff: Ms. Sanchez is plaintiff's spouse and will testify to her observations of plaintiff before and during the event in question, including the amount of alcoholic beverages consumed by plaintiff.

B.  Additional medical reports (enclosed)

RESPECTFULLY SUBMITTED this 4th day of January, 2007.

HERBERT BEIGEL & ASSOCIATES, LLC

By _____
Herbert Beigel
Attorney for Plaintiff

COPY of the foregoing mailed/delivered
this 10th day of August, 2006, to:

Nancy J. Davis
Deputy County Attorney
32 N. Stone Ave., Ste., 2100
Tucson, AZ  85701