# EXHIBIT 4

```
 1    DETECTIVE GRISHAM, BADGE NUMBER 1223. THE TIME IS, UH, 12:12 A.M. ON, UH,
 2    MAY 26, 2003. WE'RE STILL AT OLD TUCSON STUDIOS LOCATED AT 201 SOUTH
 3    KINNEY ROAD. I'M SPEAKING WITH PATRICIA GALLEGOS-DURAN. UH, A
 4    WITNESS, UH, TO THE INCIDENTS.

 5    LEGEND:    Q.    DET. GRISHAM         A.    PATRICIA GALLEGOS-DURAN
 6    _____

 7    Q.   Uh, Ms. Gallegos, or is it Ms. Duran?
 8    A.   Ms. Duran.

 9    Q.   Ms. Duran, um, you're at Old Tucson tonight?
10    A.   Yes, I am.

11    Q.   Okay. Were you working here or were you a customer here?
12    A.   I was a customer. I came to see the concert.

13    Q.   Okay. Um, it's my understanding that there was some sort of an alteration tonight?
14    A.   Yes.

15    Q.   Did you see that?
16    A.   Yes, I did.

17    Q.   Okay. Um, tell me what you saw.
      A.   Okay. It's hard to say where, where it all started because it, there was, there was more
19         than one incident as far as where I was involved.

20    Q.   Okay.
21    A.   I mean initially what, my husband and I were up towards the front. Okay? And he was
22         dancing with me. We moved our way up towards where the bars were.

23    Q.   Okay. Now...
24    A.   Okay.

25    Q.   ...you said up towards the front. You, by the stage?
26    A.   We were by the stage.

27    Q.   Okay.
28    A.   Yeah. We were already pretty close to the stage as it was.

29    Q.   Okay.
30    A.   But my husband and I were dancing and we moved our way up even closer, closer to
31         where they had these bars and then the security is on the other side and then there's the
32         band.
```

RAT/GALLEGOSP/GRISHAM/147

*Sanchez v. Dupnik et al*
*05-CV-583-TUC-RCC*
*Witness Interviews0016*

| | | |
|---|---|---|
| 1 | Q. | Okay. |
| 2 | A. | So, I mean, if you want to talk about if there's rows of people, maybe we moved two rows up. |
| 3 | | |
| 4 | Q. | Okay. |
| 5 | A. | You know. They're people, the way people were standing. There was no chairs there. |
| 6 | Q. | Okay. |
| 7 | A. | So anyways, we moved up there and we were dancing. We had been there for about 15 minutes and this guy after about 15 minutes and, you know were minding our own business. We, we didn't really know anyone around that vicinity where we had moved up into and this guy, uh, I guess he tapped my husband or he touched my husband and started telling him, um, you know what's your problem. You separated me from my wife. What, what is your problem separating me wi-, from my wife and then my husband was really confused and he says I don't, what are you talking about. I'm here with my wife. I don't understand what you're talking about. It's, my, you know, this is my wife, talking about me. My husband had his arms around me. I'm, I'm pregnant. I'm, I'm 8 months pregnant, had his arms around my stomach and we were dancing. And, you know, um, the guy was upset with my husband talking to him telling him, you know, just, I don't know everything he was saying but he was upset, trying to start a fight with him. And my husband told him, uh, I realized that my husband was confused and I said look he's not talking about me. He's talking about some other girl. He's not talking about me being his wife. 'Cause my husband seemed to be under the impression he was talking about me. At any rate, they had a few words and my husband, uh, as-, even asked the girl look, I didn't disrespect you in any way, did I? Did I disrespect you in any way. She just totally ignored him. By then, because of the, uh, commotion, the security got involved and a couple of other patrons got involved and they were saying, you know what, let it go, just walk away, just let it go. Security got involved. They pulled us out of, out of the way, my husband, rather. Moved him out of that area. Moved him back. |
| 28 | Q. | Who's, who's they? |
| 29 | A. | Um, who moved us or who moved, moved my husband out of the way? |
| 30 | Q. | Yeah. The... |
| 31 | A. | It was security. The... |
| 32 | Q. | Old Tucson security? |
| 33 | A. | ...security. |
| 34 | Q. | Okay. |
| 35 | A. | And, and it was, uh, um, dep-, the deputies also were there. Okay. |

| | | |
|---|---|---|
| 1 | Q. | Okay. |
| 2 | A. | And then the deputies and the security were talking amongst each other and it was, uh, |
| 3 | | Sergeant Woolridge.. |
| 4 | Q. | Uh huh (yes). |
| 5 | A. | ...the, um, I think that's his name. I read his badge. I didn't read it at that point. But |
| 6 | | anyway, they were talking and I was on the left side. My husband was to my right. The |
| 7 | | security and the officers were in front of me and in front of my husband. And I guess my |
| 8 | | husband turned to look. Now this is where I want to digress because when I first, when |
| 9 | | we first got there, when the concert first started, there were some chairs in the front of |
| 10 | | the, the very first row. I saw down in one of those chairs and my husband was standing in |
| 11 | | front of me. Well, there was a group of guys that wanted to start a fight with my husband |
| 12 | | because they said we took their chairs. Okay. So that is why I'm digressing because I'm |
| 13 | | wondering if this is all, all, was all involved, was all, uh, related. |
| 14 | Q. | Okay. |
| 15 | A. | Okay. So these, there was three guys, and, uh, you know, I don't know how many other |
| 16 | | friends they had around there but they wanted to fight my husband because they, over the |
| 17 | | stupid chairs. And my husband was saying wait a minute, this is, this is general seating. |
| 18 | | This is a free concert. You know, you didn't pay for thos-, that chair. You know my wife |
| 19 | | is sitting there. You know, she's pregnant and the guys just, they didn't care. These are |
| 20 | | our chairs. We've been here three hours. Blah, blah, blah, blah. Let's take it outside. I'll |
| 21 | | take you to the curb. They were telling my husband that and then I said, you know what, |
| 22 | | it, this isn't worth it. This isn't your damn chair. I said but you know if it means that |
| 23 | | much to you, take the damn chair. You know, I, I got upset and I said let's just go. And |
| 24 | | that's when we moved up to the front. |
| 25 | Q. | Okay. |
| 26 | A. | Okay. And then that's, that's where we were dancing and then we made it up, all the way |
| 27 | | up to the front where the other guy got involved and tapped my husband. So I'm not, I |
| 28 | | don't know, I don't know these people. I don't know if they were all related, if they all |
| 29 | | knew each other, if all this was done on purpose when he said hey you separated me from |
| 30 | | my wife. |
| 31 | Q. | Okay. |
| 32 | A. | So these other guys were behind us, okay. So at the point where we go back to that the |
| 33 | | officer is standing there and they're talking to the security trying to get the story of, of |
| 34 | | what was going on, um, my husband turned to his right and apparently there was someone |
| 35 | | coming, there was some guys coming after him and, uh, and my husband went, he moved |
| 36 | | around the officer to I guess confront this guy and when that happened, the officers |
| 37 | | realized that he had moved around and, uh, Officer Woolridge stunned my hus-, my |
| 38 | | husband with a stun gun. |

Q. Okay.
A. Stunned him first. He was on the right side of my husband. Stunned him, got him on the ground. They got him cuffed and they continued hitting him with the taser.

Q. Okay.
A. This whole time, my other friend that was with me. I, I, I had actually drove here. I was the designated driver because I'm pregnant and my sister had a bunch of girlfriends with her and my husband was the only guy. So my girlfriend, um, was holding me back because she was afraid that I was gonna get knocked down and me being pregnant, they didn't want me in, in, in the mix. They, they wanted to get me out of the way and not get injured or hurt in any way. But, uh, she's holding me back and I'm, I'm watching them. They took my husband down. They, they took him down immediately. As soon as they saw him like, kind of, like he was going around them, they took him. They stunned him first and that's how they got him to the ground and cuffed him. But Officer Woolridge, in my opinion, used excessive, excessive force.

Q. Okay.
A. He continued hitting, stunning him with the taser over and over again. I mean he was already cuffed and there was no reason for him to continue hitting him with the taser to the point where people in the crowd got upset watching this, watching him con-, hitting him with the taser and they were screaming, you know, knock, that's enough. You know he's already on the fucking ground. He's already cuffed. You know, what's your problem. You know. Leave him alone. Stop hitting him with the, the, the laser, taser, I don't know what they people were saying. And that old man, the old man that ended up in the hospital, from my point of view, from what I was watching going on, 'cause I turned to see him. He was yelling saying, saying the same thing. The other people in the crowd were saying it, too. That's enough, you know. You, you've got him cuffed and everyone saw that he was using excessive force. So the old man yelled at him the same thing and I turned to look back at my husband and when I, when I turned to look back at him, I saw somebody had thrown beer on that, on the Sergeant Wool-, Woolridge. Okay. I don't know who threw the beer. I'm assuming it was the old man but I don't know that. I didn't see. It came from that direction where the old man was. I don't, I don't know who threw the beer. But when that happened, uh, that Sergeant was livid. He was so, he, he really got upset when he, when he felt the beer on his back. He disconnected. Somehow he was connected to the handcuffs with the taser gun. There was a cord, a coil...

Q. Okay.
A. ...somehow that was connected to the back where my, my husband was cuffed in the back and he was on the ground. He disconnected, turned around and charged that old man. And then other, other officers, I guess, went with him but he was the main one. He was the one because he was pissed off that he'd gotten thrown beer on. Knocked that guy on the ground when, and, and hit, hit him with the stun gun. In the process, I guess they

broke the old man's leg and they were stunning him. And, um, I, I just in my opinion, I think that officer used excessive force. The, uh, later on, once everything calmed down, um, I followed, when they picked up my husband off of the ground, I followed them to see what was gonna happen. I even came all the way up to where they put him in the cop car and Officer, uh, Woolridge personally told me that my husband was gonna be charged with assaulting police officer, that he assaulted him personally. That he says my husband hit him in the chest. He, my husband did not hit him in the chest. You know. I think that in, in the process of taking him down, maybe there was a struggle because in seeing, you got to understand that my husband knew there were people behind him from the chair incident. He knew that, that they were trying to start a fight with him, too. He didn't see who was coming after him or who grabbed him from the back. Now I didn't, I did not see my husband hit the officer. In my opinion, he, I, I'm, I don't, my husband didn't purposely, you know, look at the officer and decide, you know, I'm gonna hit this officer. I don't, do you understand what I'm saying? Ya-, I think, uh, they took him down so, too quick. It was too quick. There was no way my husband hit that officer. And Officer Woolridge is saying that, that my husband assaulted him and in my opinion, that's his justification for using excessive force. That's what I think is, is going on. I don't believe my husband assaulted that officer. You know...

Q. Okay.
A. ...they stunned him immediately. Took him down to the ground. You know if he, if there was a struggle, you know, he didn't know who would, who had come up from behind him, I mean it was all very confusing. It all happened very fast.

Q. Okay.
A. But, um, he did not assault that officer in my opinion.

Q. Okay.
A. You, you know and, and, and I think that officer used excessive force, not just with my husband but with the old man. And, uh, I think that's his, uh, his, he's trying to justify his actions, of his continued use of the taser by saying, hey this guy assaulted me. But you know...

Q. Okay.
A. ...when you're cuffed and you're on the ground, there's no reason to continue using that and, and I know there's levels of force because I used to work with the Sheriff's Department and I, I understand the ye-, the levels of force and the use of force and, and my opinion, it was excessive.

Q. Okay. Um...
A. And I'm just very upset. I'm very distraught. My, my stomach's, uh, I'm, I'm having contractions...

RAT/GALLEGOSP/GRISHAM/147

| | | |
|---|---|---|
| 1 | Q. | Do you... |
| 2 | A. | ...you know, because... |
| | | |
| 3 | Q. | ...do you need, uh, you want me to call an ambulance for you? |
| 4 | A. | I don't want you to call an ambulance. |
| | | |
| 5 | Q. | Okay. |
| 6 | A. | But I'm just, it up-, it's upsetting me. It was upsetting me to see this going on. It was |
| 7 | | upsetting me to see that, them continuing to stun him when there was no need for it. He |
| 8 | | was on the ground already. |
| | | |
| 9 | Q. | Okay. |
| 10 | A. | And, and that's how the old man got involved. Because the crowd was seeing this |
| 11 | | happen. They were be-, they were upset. They were getting riled up because, I don't |
| 12 | | know, I'm not, I'm not a person that's gonna say, okay this is a racial issue. But I think |
| 13 | | that's what other people, the crowd was getting involved in. I don't know if, uh, Officer |
| 14 | | Woolridge, is, is Caucasian and the crowd was, uh, Hispanic and they were getting upset |
| 15 | | and that wa-, that Hispanic man, the older man that ended up having his leg broken was, I |
| 16 | | don't know what other injuries he had. He went to U.M.C. but, but the crowd was upset |
| 17 | | at the use of the excessive force, too. |
| | | |
| 18 | Q. | Okay. Um, let me just make sure I have this. |
| 19 | A. | Okay. |
| | | |
| 20 | Q. | _____ you and your husband, and that's Ernesto Duran, is that correct? |
| 21 | A. | Mm hm (yes). Yes. |
| | | |
| 22 | Q. | Okay. You're in the front, uh, you're dancing. Um, you guys moved earlier in the day. |
| 23 | | Um, you had some problems over some chairs... |
| 24 | A. | Right. |
| | | |
| 25 | Q. | ...with some other individuals there. Um, then you, you had a, a problem with an |
| 26 | | individual who was, uh, accusing your husband of separating him and his wife, or |
| 27 | | girlfriend... |
| 28 | A. | Exactly. |
| | | |
| 29 | Q. | ...from each other while you, the two of you were dancing? |
| 30 | A. | Right. |
| | | |
| 31 | Q. | Okay. Um, during that time you guys were having a commotion and that's your |
| 32 | | understanding of why the security personnel went down there? |
| 33 | A. | Exactly. |

RAT/GALLEGOSP/GRISHAM/147

| | | |
|---|---|---|
| 1 | Q. | Okay. |
| 2 | A. | Because of the confrontation between this guy saying he separated him from his wife |
| 3 | | and... |
| 4 | Q. | Oh, okay. Um, did the deputies, when they first made contact with you, did either of the |
| 5 | | deputies say anything to you or your husband, that you recall? |
| 6 | A. | I don't, I don't recall. I mean it... |
| 7 | Q. | Okay. |
| 8 | A. | ...in my, from what I can remember, the deputies were trying to get the story from, from |
| 9 | | the security officers. |
| 10 | Q. | Okay. |
| 11 | A. | They were busy trying to figure out what's going on, what happened here. |
| 12 | Q. | Okay. Did the deputies ever talk to you and your husband? |
| 13 | A. | They didn't talk to me. My friends were trying to get me out of the way. |
| 14 | Q. | Okay. All right. Um, before the incident with your husband, did they try and talk to your |
| 15 | | husband and get the story, that you know of? |
| 16 | A. | I just don't remember that. |
| 17 | Q. | Okay. |
| 18 | A. | I re-, it was, I remember them trying to pull him away. |
| 19 | Q. | Okay. |
| 20 | A. | The, the, the security pulling him away from the other gentleman. |
| 21 | Q. | Okay. The... |
| 22 | A. | Not a gentleman, the other, the other guy. |
| 23 | Q. | Okay. Um... |
| 24 | A. | I don't remember that the police, the deputies specifically said anything other than having |
| 25 | | separated them, trying to get the story what happened. It just happened very quickly. |
| 26 | | Somebody was coming towards my husband. My husband, you know, instead of having |
| 27 | | his back or his side to them, turned towards them and, and kind of was in the, in the |
| 28 | | process of moving around the deputy to, to which, I guess to face the individuals that |
| 29 | | were, there was two individuals coming towards him. |
| 30 | Q. | Okay. All right. Um... |
| 31 | A. | And a girl was trying to stop the guys. |

| | | |
|---|---|---|
| 1 | Q. | Okay. |
| 2 | A. | There was two guys and a girl and the girl was trying to stop the guys... |
| 3 | Q. | Okay. |
| 4 | A. | ...from coming towards my husband. And my husband went around to, you know, meet |
| 5 | | him 'cause he wasn't gonna have his back towards them or his side towards them and get |
| 6 | | sucker punched on a... |
| 7 | Q. | Okay. Could you hear your husband saying anything... |
| 8 | A. | I, no. |
| 9 | Q. | ...at that point? No? |
| 10 | A. | No. |
| 11 | Q. | Okay. |
| 12 | A. | He didn't say anything. I don't remember, I, he just saw it happening. He saw it |
| 13 | | happening from the side view and then he reacted. |
| 14 | Q. | Okay. Did you see, um, did the two individuals that were coming towards him, did they, |
| 15 | | uh, try and assault your husband at that point? |
| 16 | A. | That's were there intentions. My sister put herself in between the two of them. |
| 17 | Q. | Okay. |
| 18 | A. | She, she was there with me and she put, she went in the middle and stopped those two |
| 19 | | guys and then the girlfriend or the wife or whoever was trying to stop them as well. So at |
| 20 | | that moment, when she put herself in between those men and my husband, that, that was |
| 21 | | when the deputies realized that my husband had gone around and that's when they put |
| 22 | | him to the ground. But the guys never, they never made contact because my sister put |
| 23 | | herself in the middle and the deputies took him down right away. |
| 24 | Q. | Okay. |
| 25 | A. | But my, took my husband down. |
| 26 | Q. | Okay. Okay. At that point, that's when or after the incident with your husband, you said |
| 27 | | they were, he, they were tasing him... |
| 28 | A. | Yeah. |
| 29 | Q. | Okay. Uh... |
| 30 | A. | That's the first thing they did. |
| 31 | Q. | Okay. |
| 32 | A. | They stunned him. |

RAT/GALLEGOSP/GRISHAM/147

| | | |
|---|---|---|
| 1 | Q. | Okay. |
| 2 | A. | And that's how they got him to the ground and cuffed him. |
| 3 | Q. | Okay. |
| 4 | A. | And they kept on tasing him. |
| 5-6 | Q. | Okay. Um, and then that's when you sa-, you saw an elderly person or an elderly, elderly man? |
| 7 | A. | Yeah. I mean... |
| 8 | Q. | Okay. |
| 9-10 | A. | ...he wasn't in his seventies. I don't, I don't, it was the guy that's at the hospital. That's who I saw. |
| 11 | Q. | Okay. |
| 12 | A. | They guy that went to U.M.C. |
| 13 | Q. | Okay. All right. |
| 14-15 | A. | That's who I saw yelling for them to knock it off that he's already cuffed. I mean, to stop it. And he wasn't the only one saying that. People in the crowd were, were upset. |
| 16 | Q. | Okay. Um, did, uh, you see that individual throw anything at the deputies? |
| 17-20 | A. | No. Because my, I looked at the individual who was yelling and then I turned my attention back to my husband. In, in the process of doing that, out of the corner of my eye, I saw the beer, and it, and it, on hi-, on his back, it went from his back all the way down. I mean I saw the beer thrown on him but I didn't see who threw it. |
| 21 | Q. | Okay. So you, you saw it going towards him and then... |
| 22-24 | A. | I saw the beer in the air and hitting him in the back and, and, and came from his back all the way down across, you know, down his whole back. It didn't just hit one spot. I mean it... |
| 25 | Q. | And then when... |
| 26 | A. | ...the beer when shoo (ph), like this... |
| 27 | Q. | Okay. |
| 28-31 | A. | ...dropped the, dropping down on his back. So I didn't see who threw the beer. I just saw the beer hit the officer and then I watched as the officer was totally irate. Somehow, I don't know what he disconnected. He had a, it was a coil, the taser was attached to. Maybe you know what it is. I wasn't familiar with that. |
| 32 | Q. | Okay. |

RAT/GALLEGOSP/GRISHAM/147

A. Even working where I, you know, judicial and trans-, I, we didn't have those...

Q. Didn't have...
A. ...coils.

Q. Yeah.
A. So I don't know if you know what I'm talking about but somehow or another, he leaned down...

END OF SIDE A

Q. THIS IS DETECTIVE GRISHAM. WE'RE BACK ON TAPE. UH, SIDE A RAN OUT. UH, THE TIME IS 12:31 A.M. UM, I'M SORRY. YOU KNOW, CONTINUE ON WHAT YOU WERE SAYING.
A. Yeah. I just want to say, we didn't discuss anything at all while the tape was off, off either. So, um, what I was saying was that the Officer Woolridge did not see who threw the beer on him. There was no way he could have seen because his back was towards, just the same as my attention was drawn back to my husband, he had turned his, his, his back was towards the crowd who was yelling at him.

Q. Okay.
A. So he had momentarily turned to look and he had seen that guy when the guy, the older man, when the older man was saying you know you already have him cuffed. He's already on the ground. You know, leave him alone and he turned his attention back to my husband. So he did turn and see the guy who was saying it. He turned his attention back to my husband. That's when the beer was thrown on him. He's assuming that old man threw the beer. He doesn't know who threw the beer. But when he felt the beer, immediately he went to that old man and he took that old man down and in the process broke his leg.

Q. Um, when, when, right after the beer was thrown on, on the, the deputies...
A. On that Sergeant Woolridge...

Q. On the Sergeant Woolridge.
A. ...was the only person who the beer was thrown on.

Q. Oh, okay. Um, when the beer was thrown on Sergeant Woolridge, what did the, the individual do that went to U.M.C.? That guy. What did he do? Was he just standing there? Did he turn? Did he leave?
A. He was standing there.

Q. Just standing there? Okay.

RAT/GALLEGOSP/GRISHAM/147

A. The, from what I saw, because when I saw the beer thrown, I didn't see who did it but I turned back. I saw, I was watching him, the Sergeant, disconnect, turn around, take the other guy down. When they had the other guy on the ground, my friend, I, I, 'cause they were holding on to me 'cause I, I was very upset. And, um, I, I finally broke free from her grip. She finally let me go rather. And I went up to him after he had the guy, the older man, who went to U.M.C., after they had him detained and cuffed, I went up to him and I said I want to know what your name is because, and oh, you'll get it soon enough or something like that. He made a comment to me that, oh, I'll get it, I'll get it soon enough is what I think he said to me and I looked over to see his name because I wanted to report him...

Q. Okay.
A. ...for excessive force. So that's how I know what his name, so I, I was talking to him. You know, I wanted to know his name. And, um, by then, you know, he was already standing up. The guy was already on the ground. But when I looked, when he detached and he went back after that guy, the, the, then took that guy down, that guy wasn't running away. That guy was still facing, facing my husband, facing the incident when they took him down.

Q. Okay.
A. I didn't see him turn or run or anything. I just saw them take him down.

Q. Okay. Is there anything else?
A. No. I mean I, I've said repeatedly that I think he used excessive force in, in both incidences...

Q. Okay.
A. ...with my husband and the old man.

Q. Okay.
A. And, uh, uh, and I don't believe he assaulted him at all. I think that's, that he's saying that to justify why he used excess, the excessive force.

Q. Okay.
A. And, and even that's not a justification. Once you have someone on the ground and they're cuffed, what is the need to continue any, any force. I don't understand. I don't, I don't get that. I mean the, I don't know.

Q. Okay.
A. I just...

Q. But the incident, is there anything else about the incident itself?

1   A.  Just that I don't know if it was all related to the seat.

2   Q.  To the, to the seat.
3   A.  Yeah, when...

4   Q.  Okay.
5   A.  ...we moved from the seat, you know, I, I don't know if all these guys knew each other
6       and they purposely, you know. My husband, my husband was gonna have me get up.
7       You know I'm pregnant. You know...

8   Q.  Oh...
9   A.  he, he was...

10  Q.  Understandable.
11  A.  He was telling the guy, you know what, this isn't your seat. You didn't pay for these
12      tickets. This is a free concert. I don't see your name on there. Let me, show me, my
13      husband kept saying, show me your ticket. Show me your ticket. I don't have a ticket. I
14      don't have a ticket, the guy was saying, but I've been here three hours. And my husband
15      was like, you know, I'm sorry. I don't know what to tell you but, you know, nobody paid
16      to get in this concert. You know, these aren't your seats. And at first I didn't really know
17      what was going on because my husband has a lot of friends, you know. He's, he's got a
18      big family and he has a lot of friends and I saw them talking and I, I and then I started
19      with the body language and the other guy was, another guy was at the edge saying come
20      on, come on, come here, come out. And I thought he wanted my husband to go with him
21      like hey let's go get a be-, I don't know what I was thinking 'cause I just didn't really
22      understand what was going on but then I realized, you know, this guy is mad and
23      something else is going on and that's when I stood up and I heard my husband telling him,
24      you know, these aren't, you didn't pay for these to get in here. Show me your ticket. And,
25      uh, those guys wanted to fight him and my husband was laughing. He was...

26  Q.  Okay.
27  A.  ...laughing and he was like this is ridiculous. You know.

28  Q.  Okay.
29  A.  This is ridiculous. You want me to go with you out, you want to take me out to the curb.
30      This is ridiculous and, and I, I said it's not worth it. Have, take the damn seats, you know.
31      If that means so much to you, those, and that's when we moved. And I, and I kind of
32      wonder if it's all related.

33  Q.  Okay. Pro-, probably so.
34  A.  Yeah.

RAT/GALLEGOSP/GRISHAM/147

| | | |
|---|---|---|
| 1 | Q. | But, but who knows. |
| 2 | A. | And that's what I'm say, when, when, when the officer came from behind him, my husband didn't know who it was that was behind him. It could have very well been one of those other guys, you know. |
| 5 | Q. | Right. |
| 6 | A. | And, and, you know, if he struggled, it wasn't in his mind, he, he was in a fight or flight, fight flight sen-, you know, syn-, uh... |
| 8 | Q. | Sure. |
| 9 | A. | ...reaction. |
| 10 | Q. | Sure. |
| 11 | A. | Because of these guys around. He didn't know who was coming at him from where. |
| 12 | Q. | Okay. All right. Um, anything pertaining to the incident, though, that you haven't covered? You covered it very well. |
| 14 | A. | Okay. |
| 15 | Q. | So, no? |
| 16 | A. | I don't specifically remember them talking to my husband because I, the, like you asked me earlier, they could've. I mean you, you w-, you know, you talk to all different witnesses and you're gonna hear different sides and someone else saw something I didn't and I saw something they didn't and that's just the way life is and incidents are. And I just don't recall that. |
| 21 | Q. | Okay. |
| 22 | A. | I don't recall them saying anything to my husband or me. |
| 23 | Q. | Okay. |
| 24 | A. | I just remember the security separating them and them trying to, the deputies trying to get the story. |
| 26 | Q. | Okay. Did you see anyone strike the deputies? |
| 27 | A. | No. |
| 28 | Q. | Okay. Um, I know we discussed earlier that you saw some beer strike Sergeant Woolridge... |
| 30 | A. | Yes. |
| 31 | Q. | ...but did you see anyone throw beer... |
| 32 | A. | No. |

RAT/GALLEGOSP/GRISHAM/147

| | | |
|---|---|---|
| 1 | Q. | ...at the deputies? |
| 2 | A. | No. |
| 3 | Q. | Okay. |
| 4 | A. | I, I had turned my, I was watching my husband and, and the beer came from behind me. |
| 5 | Q. | Okay. |
| 6 | A. | So I didn't see who threw the beer. And he didn't either. |
| 7 | Q. | Okay. |
| 8-10 | A. | And for him to go, for him to go take that man down, he's assuming that that's who threw the beer. He didn't know who did it. What right did he have to turn around and take that man down? |
| 11 | Q. | Okay. |
| 12-15 | A. | It could have been, that man was with a, a large group of people. I don't know if it was his family, but he, I mean I'm talking at least 15 people. It could have been any one of them who threw the beer. It could have been somebody else in the crowd. The crowd was upset. He wasn't the only one... |
| 16 | Q. | Okay. |
| 17 | A. | ...who was yelling at the, at him to, you know, that's enough. |
| 18 | Q. | Okay. |
| 19-20 | A. | That, the I don't know if they felt it was racial but the crowd was upset that, of the, of the taser. |
| 21 | Q. | Okay. |
| 22-23 | A. | So it could have been anybody and he assumed it was that man and he went after that man. |
| 24 | Q. | Okay. |
| 25-27 | A. | You can't make assumptions, though you know. You can't just assume, can't get pissed off because you got wet with beer. I mean, and make an assumption and, and take someone down... |
| 28 | Q. | Okay. |
| 29 | A. | ...if you didn't see what happened. |
| 30-31 | Q. | Okay. So, I think we've covered the incident. So, um, I'm, do you have any additional questions? |
| 32 | A. | And I just want to know what's gonna happen. I mean I don't... |

RAT/GALLEGOSP/GRISHAM/147

|   |    |    |
|---|----|----|
|   | Q. | Oh, with your husband? Okay. |
|   | A. | Yeah. |
| 3 | Q. | Um, there's, there's two other additional detectives that are here. And I talked to one |
| 4 |    | deputy and I talked to, and I've spoken with you. Um, we have to, obviously get together |
| 5 |    | and see what everybody says... |
| 6 | A. | Right. |
| 7 | Q. | ...before a decision can be made. But, uh, as soon as I know, we'll let you know |
| 8 |    | immediately. Somebody will. Okay? |
| 9 | A. | Okay. |
| 10 | Q. | ALL RIGHT? LET ME END THE TAPE NOW. THE TIME IS 12:40 A.M. |
| 11 | TAPE ENDS | |
| 12 | WITNESS: | |

13 _____
14 DET. GRISHAM #1223

TRANSCRIBED BY:

16 RHONDA R. ELLERD, MAY 30, 2003