# EXHIBIT 6

PIMA COUNTY CONSOLIDATED JUSTICE COURT    115 N. CHURCH AVENUE    TUCSON, ARIZONA 85701-1130

| STATE OF ARIZONA VS. DURAN, ERNESTO | DOMESTIC VIOLENCE MINUTE ENTRY / ORDER AND JUDGMENT TODAY'S HEARING: COURT TRIAL | ☐ IN WARRANT STATUS CASE NO. CR03-311926 BOND POSTED: 0 |
|---|---|---|

Parties Present: ☒ Defense Attorney  LEONARDO, NATHAN    ☒ Prosecutor UNASSIGNED, CA
☒ Defendant   ☐ Interpreter   ☐ Victim

| Charge(s) | Violation | Plea | Finding | Dismiss with / w/out prejudice | Fine |
|---|---|---|---|---|---|
| 13-1204 | AGG ASSLT | | | X | ~~600~~ |
| 13-2904 | DISORDERLY CONDUCT/LANGU | G | | | ~~25~~ 90 |

☐ Defer Plea/Entry of Judgment

**DEFENDANT IS:**
☐ Placed on PROBATION: ☐ Unsupervised ☐ Supervised for a period of ___ months and ordered to pay probation fees of $___ per month.
☐ Committed to Pima County JAIL for a period of ___ days with ___ days suspended upon completion of conditions of probation.

**DEFENDANT IS FURTHER ORDERED TO:** (Important: Only those items marked apply to you)
Enroll by _____, attend, and complete all marked items below by _____
☐ Pima County Attorney Domestic Violence Diversion Program     ☐ Alcohol / Drug Evaluation
☐ Pima County Attorney Domestic Violence Rehabilitation Program   ☐ Alcohol / Drug Education & Treatment (per evaluation)
☐ Domestic Violence Offender Treatment Program (___ minimum sessions)   ☐ ___ hours of Community Service
☐ Other _____
(IMPORTANT: Defendant must submit written proof of completion of the above marked items to the Court)
☐ No contact with victim(s)    ☐ No unconsented contact with victim(s) and/or _____
☐ No further domestic violence   ☐ Do not return to _____

**DEFENDANT IS ORDERED TO PAY:** Fine $___ / $___ suspended  Diversion fee $___ / $___ suspended
Restitution $___   JCEF fee $___   Victim's Comp fee $___   Incarceration fee $___
☐ TOTAL $___ payable today, or ☐ TOTAL $___ payable in installments of $___ every month
beginning ___/___/___. (Costs of collection will be added to all balances referred to collection agencies)
☐ Bond in the amount of $___ is hereby: ☐ Exonerated ☐ Forfeited ☐ Converted to: _____

IT IS FURTHER ORDERED:  $90 Today or 90+20
Incomplete Plea.                         By 10/20/05

Set further hearing(s): ☐ pretrial; ☐ evidentiary/motion; ☐ bench trial; on ___/___/___ @ ___
☐ Quash Warrant   ☐ Issue Warrant for the bond amount of: $_____

As applicable, the defendant has been advised and given written notice of the right to appeal.
☐ You have been diverted from prosecution for an offense included in domestic violence. You are on notice that:
  1. If you successfully complete the terms and conditions of diversion, the court will discharge you and dismiss the proceedings against you.
  2. If you fail to successfully complete the terms and conditions of diversion, the court may enter an adjudication of guilt and proceed as provided by law.
☐ You have been convicted of or pled to an offense included in domestic violence. You are now on notice that:
  1. If you are convicted of a second offense included in domestic violence, you may be placed on supervised probation and incarcerated as a condition of probation.
  2. A third or subsequent charge may be filed as a felony and a conviction for that offense shall result in a term of incarceration.

I hereby acknowledge receipt of a copy of the foregoing Judgement and I understand that, if I violate any of the said orders, the Court may issue a warrant for my arrest and direct my confinement in jail pending further proceedings. If I have been placed on probation, the Court may revoke and terminate my probation and impose sentence in accordance with the law. **I promise to notify the court immediately, in writing, of any change in my current address.**

CURRENT ADDRESS: 6785 S. Promenade Pl. Tucson AZ 85700
TELEPHONE: 520) 870-6106   Defendant's Signature _____

09/19/05
DATE                     JUDGE