# COURT REPORTERS
## OF AKRON CANTON AND CLEVELAND

Transcript of the Testimony of
**Robert W. Vitale**

**Taken On:** February 19, 2008
**Case Number:** 2:06-CV-2141-DGC

**Case:** Soilworks, LLC, vs. Midwest Industrial Supply, Inc.,

Court Reporters of Akron Canton and Cleveland
Phone: 800-804-7787
Fax: 330-666-9833
Email: reporters@compuserve.com
Internet: www.courtreportersinc.com



EXHIBIT

B

Dockets.Justia.com

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

- - -

SOILWORKS, LLC, an Arizona )
corporation,                )
            Plaintiff,       )
      vs.                    )  CASE NO.
MIDWEST INDUSTRIAL SUPPLY, )  2:06-CV-2141-DGC
INC., an Ohio corporation    )  ATTORNEYS' EYES
authorized to do business    )  ONLY PORTIONS
in Arizona,                  )  CONTAINED WITHIN
            Defendant.       )

- - -

     Deposition of ROBERT W. VITALE, a witness
herein, called by the Plaintiff for Examination
pursuant to the Federal Rules of Civil
Procedure, taken before me, the undersigned,
Binnie Purser Martino, a Registered Diplomate
Reporter, Certified Realtime Reporter and Notary
Public in and for the State of Ohio, pursuant to
Notice and agreement of counsel at the law
offices of Vorys, Sater, Seymour and Pease, LLP,
First National Tower, 106 South Main Street,
Suite 1100, Akron, Ohio, on Tuesday, the 19th
day of February, 2008, commencing at 9:50

1   o'clock a.m.

2                           - - -

3

4   **APPEARANCES:**

5

6       On Behalf of the Plaintiff:

7               KUTAK ROCK LLP

8       BY:     E. Scott Dosek, Attorney at Law

9               Suite 300

10              8601 North Scottsdale Road

11              Scottsdale, Arizona 85253-2742

12              480/429-5000

13

14      On Behalf of the Defendant:

15              BROUSE McDOWELL

16      BY:     John M. Skeriotis  Attorney at Law

17              388 South Main Street, Suite 500

18              Akron, Ohio 44311-4407

19              330/535-9999

20                           - - -

21

22

23

24

25

1                           I N D E X

2

3

4    EXAMINATION (By Mr. Dosek)                    4

5

6

7    Plaintiff's Exhibit 1                         4

8    Plaintiff's Exhibits 2 and 3                 70

9    Plaintiff's Exhibit 4                        77

10   Plaintiff's Exhibit 5                        84

11   Plaintiff's Exhibit 6                        85

12   Plaintiff's Exhibit 7                        87

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Thereupon, Plaintiff's Exhibit 1 of

2          the R.W. Vitale deposition was marked

3          for purposes of identification.)

4                    ROBERT W. VITALE

5   of lawful age, a witness herein, having been

6   first duly sworn, as hereinafter certified,

7   deposed and said as follows:

8                    EXAMINATION

9   **BY MR. DOSEK:**

10  **Q.**   State your full name, please.

11  **A.**   Robert William Vitale.

12  **Q.**   You are not related to Dick, are you?

13  **A.**   No.

14  **Q.**   You have probably never been asked that

15  before, have you?

16  **A.**   No.

17  **Q.**   Sir, what is your date of birth?

18  **A.**   August 31st, '42.

19  **Q.**   Have you ever had a deposition taken

20  before?

21  **A.**   I have.

22  **Q.**   How many times?

23  **A.**   Five.

24  **Q.**   When is the last time?

25  **A.**   About, I think, three years ago.

1   Q.   Okay.  Were those previous depositions that

2   you have given in connection with your business?

3   A.   Correct.

4   Q.   Let me just give you a little bit of

5   background, so that we have our ground rules set

6   for today.

7       I will be asking you a series of questions,

8   and everything that we say here today is going

9   to be recorded by the court reporter.  You

10  understand that, don't you?

11  A.   Correct.

12  Q.   And because she is taking down everything

13  that we say, it is difficult for her to record

14  two people talking at one time.  So I am going

15  to ask you to try to wait until I am finished

16  with a question before you give me an answer.  I

17  will try to wait until you are finished with the

18  answer before I ask the next question.  Fair

19  enough?

20  A.   Fair enough.

21  Q.   Also, because she is taking down what we

22  say today, it is important that we speak in

23  verbal words, rather than a shake of the head or

24  a nod of the head, which is more common in

25  everyday discourse.  You understand that, don't

1   you?

2   **A.**    Yes.

3   **Q.**    You took an oath swearing to tell the

4   truth, to truthfully answer the questions that I

5   ask you today.  You understand that, don't you?

6   **A.**    Yes.

7   **Q.**    Have you ever testified in court before?

8   **A.**    Yes.

9   **Q.**    You understand that the oath you took today

10  is the same oath that you would take in a court

11  of law?

12  **A.**    Yes.

13  **Q.**    If I ask you any question today that you

14  don't understand -- and, frankly, that is

15  likely -- please ask me to rephrase the question

16  or ask it in a different way so that when you

17  give me an answer, I will know that it is an

18  answer to a question that you do understand.

19  Fair enough?

20  **A.**    Fair enough.

21  **Q.**    Then when we are done today, we will know

22  that all of the answers that you have given me

23  have been truthful answers to questions that you

24  understood.  Okay?

25  **A.**    Yes.

1   **Q.**   Okay.  What is your occupation?

2   **A.**   CEO of Midwest Industrial Supply,

3   Incorporated.

4   **Q.**   How long have you held that position?

5   **A.**   From the time I started the business in

6   1975.

7   **Q.**   Give me a summary of your educational

8   background, beginning with your graduation from

9   high school.

10   **A.**   I graduated from Central Catholic High

11   School in Canton in 1960, went to St. Joseph's

12   College in Rensselaer, Indiana, for a year.  I

13   transferred to Walsh College in Canton, Ohio,

14   and attended there approximately three years or

15   four.

16       I have attended Harvard Business School's

17   program known as OPM, Owners and Presidents

18   Management Program.

19   **Q.**   Did you attain any kind of degree or

20   certification from St. Joseph's?

21   **A.**   No.

22   **Q.**   Did you attain any sort of degree or

23   certification from Walsh College?

24   **A.**   No.

25   **Q.**   What was your course of study at

1    sentence that reads, "Soilworks has used

2    Midwest's Marks in commerce in an attempt to

3    divert sales and goodwill from Midwest, thereby

4    causing confusion, mistake and/or deception as

5    the affiliation, connection or association of

6    Soilworks with Midwest and/or the origin,

7    sponsorship or approval of Soilworks' products,

8    services or commercial activities from Midwest."

9    Did I read that correctly?

10    **A.**    Yes.

11    **Q.**    Which of Midwest's marks that are shown in

12    paragraph 7 on the preceding page is it that you

13    are accusing Soilworks of using?

14    **A.**    For instance, the mark Soil-Sement, and

15    without review, I couldn't identify which of the

16    others, just from recall.  I could find that for

17    you.

18    **Q.**    But you do have recollection as you sit

19    here today of Soilworks having used the term

20    "Soil-Sement"?

21    **A.**    Yes.

22    **Q.**    And where did you see or hear that?

23    **A.**    Soilworks was using Soil-Sement in its meta

24    tagging of its Web site.

25    **Q.**    Are they still doing that, to your

1    knowledge?

2    **A.**    I don't know.

3    **Q.**    Okay.  And was Midwest Industrial Supply at

4    one point in time using Soilworks' meta tags in

5    its Internet advertising?

6              **MR. SKERIOTIS:**    Objection.

7              **THE WITNESS:**    I don't recall.

8    BY MR. DOSEK:

9    **Q.**    You don't know one way or another?

10   **A.**    I don't recall that we did.  If we did, it

11   would have been sort of a tit for tat.  But I

12   don't recall and I don't think we did.

13   **Q.**    Do you recall -- and you may have already

14   answered this -- but do you recall any other of

15   Midwest's marks, other than Soil-Sement, which

16   you are claiming that Soilworks has used?

17   **A.**    I don't recall.

18   **Q.**    Paragraph 14 on page 7 of Exhibit 4 states,

19   "Soilworks has also made false or misleading

20   statements of fact in its commercial

21   advertisements and promotions that misrepresent

22   the nature, characteristics, qualities and

23   origin of its own services, products or

24   commercial activities."

25             Do you see that?

```
 1                    C E R T I F I C A T E
 2
      STATE OF OHIO,     )
 3                       )  SS:
      SUMMIT COUNTY,     )
 4
              I, Binnie Purser Martino, a Registered
 5    Diplomate Reporter, Certified Realtime Reporter
      and Notary Public within and for the State of
 6    Ohio, duly commissioned and qualified, do hereby
      certify that the within named witness, ROBERT W.
 7    VITALE, was by me first duly sworn to testify
      the truth, the whole truth and nothing but the
 8    truth in the cause aforesaid; that the testimony
      then given by him was by me reduced to Stenotype
 9    in the presence of said witness, afterwards
      prepared and produced by means of Computer-Aided
10    Transcription and that the foregoing is a true
      and correct transcript of the testimony so given
11    by him as aforesaid.
              I do further certify that this deposition
12    was taken at the time and place in the
      foregoing caption specified, and was completed
13    without adjournment.
              I do further certify that I am not a
14    relative, employee of or attorney for any party
      or counsel, or otherwise financially interested
15    in this action.
              I do further certify that I am not, nor is
16    the court reporting firm with which I am
      affiliated, under a contract as defined in Civil
17    Rule 28(D).
              IN WITNESS WHEREOF, I have hereunto set my
18    hand and affixed my seal of office at Akron,
      Ohio on this 26th day of February, 2008.
19
20
21
22              Binnie Purser Martino
23
      _____
      Binnie Purser Martino, RDR, CRR
24
      My commission expires June 27, 2009.
25                    - - -
```