1   Craig A. Marvinney, 0004951 (OH)
2   John M. Skeriotis, 0069263 (OH)
    Jill A. Bautista, 0075560 (OH)
3   BROUSE MCDOWELL
    388 S. Main Street, Suite 500
4   Akron, Ohio 44311-4407
5   Telephone: 330-535-5711
    Facsimile: 330-253-8601
6   Email: cmarvinney@brouse.com,
7          jskeriotis@brouse.com,
          jbautista@brouse.com
8   *Admitted pro hac vice*

9   Donald L. Myles, Jr., 007464 (AZ)
10  JONES, SKELTON & HOCHULI, P.L.C.
    2901 N. Central Ave., Suite 800
11  Phoenix, Arizona 85012
12  Telephone: 602-263-1700
    Facsimile: 602-263-1784
13  Email: dmyles@jshfirm.com

14  *Attorneys for Defendant/Counterclaimant*
15  *Midwest Industrial Supply, Inc.*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | **DECLARATION OF ROBERT VITALE IN SUPPORT OF MIDWEST INDUSTRIAL SUPPLY, INC.'S OPPOSITION TO SOILWORKS' MOTION FOR SUMMARY JUDGMENT** |
| Defendant / Counterclaimant / Counterdefendant. | |

**EXHIBIT F**

Dockets.Justia.com

I, Robert Vitale having personal knowledge of the facts stated herein, and being of legal age and sound mind and memory, do hereby declare as follows:

1. I am the Chief Executive Officer of Midwest Industrial Supply, Inc. ("Midwest"). The declarations set forth herein are true to the best of my knowledge and belief, and are based upon my personal knowledge and information known to me as the representative of Midwest.

2. This declaration is being given in support of Midwest's *Opposition to Soilworks' Motion for Partial Summary Judgment* in this action.

3. I have been in the soil stabilization and dust control industry for over thirty-three (33) years, since Midwest became a part of the industry in 1975. Historically, used oil and other waste materials were used by consumers (including governmental entities) for dust suppression purposes. In the mid-1970s, consumers began moving away from the use of these types of dust control materials due to environmental concerns and regulatory mandates. This created a market a market opportunity for the development and sale of manufactured products to control dust, including manufactured chemical dust suppressants. Midwest was one of the first, if not the first, company to take advantage of this market opportunity, and it began the developing, testing, using, and selling various manufactured dust suppressant products in 1975. In 1978, Midwest' Soil-Sement® product was first introduced.

4. Over course of the last thirty-three (33) years in the dust control and soil stabilization industry, I (along with Midwest) have participated in the development of new products and technologies, and the improvement of existing products and

technologies. I am one of the inventors of Midwest's Patents. I have personally worked with various state and federal agencies in order to develop testing protocols for both dust control product performance and environmental soundness with regards to air, water, vegetation, and human health and safety concerns. I have also guided numerous products through the environmental and technical certification programs of Canada, the State of California, and the United States Environmental Protection Agency ("U.S. EPA"). I have also worked with engineering firms (including Midwest Research Institute and Desert Research Institute) under contract with the U.S. EPA and other state and federal agencies (including Midwest Research Institute and Desert Research Institute) in their performance of comprehensive studies of dust control products.

5. During the past thirty (30) years, I have personally been involved been involved in promoting, marketing, selling, and distributing Midwest's soil stabilization and dust control products to various consumers worldwide. Since 1978, I have personally been involved in preparing and submitted thousands of bids and quotes to provide consumers with dust control and soil stabilization products to meet their specifications and needs.

6. I previously gave a declaration in support of Midwest's *Motion for Partial Summary Judgment* dated May 8, 2008, which is on file with the Court. In that declaration, I explained that the attributes of a dust control product being "synthetic" and "oil-sheen free" (*i.e.*, not a petroleum distillate) are often important to potential consumers of dust control products. *See* Paragraph 20 of May 8, 2008 Vitale Dec. I also explained that specifications for public projects often include express and/or implicit

requirements that dust control and soil stabilization products must be synthetic and/or oil-sheen free. *See* Paragraph 21-23 of May 8, 2008 Vitale Dec. These specifications are have been included in bid requests for public projects for which both Midwest and Soilworks' distributors have submitted bids (or portions thereof) and have directly competed with one another to supply the requested synthetic and/or oil-sheen free dust control product for the project. *See* Paragraph 21-23 of May 8, 2008 Vitale Dec.

7. The dust control and soil stabilization industry is an industry in which there are a very limited number of entities competing to provide their products to potential consumers and distributors. Internet advertising and marketing/promotional materials are heavily used and relied upon by both consumers and distributors for determinations of products' claims regards environmental impact, product chemistry, and performance, which claims are used in selecting the dust control and/or soil stabilization products for their projects and making purchasing decisions.

8. In many cases, Midwest and Soilworks (or one of its distributor(s)) are the only entities competing with one another to provide and sell their respective dust control products to a potential consumer.

9. For example, the Army Corps of Engineers' Dust Control Field Handbook identifies that a "synthetic organic fluid" be used as the dust control product for various military applications. *See* United States Army Corps of Engineers' Dust Control Field Handbook at p. 1, the pertinent excerpts of which are attached hereto as **Attachment 1**. In this handbook, the Corp expressly recognizes that Midwest and Soilworks are the two vendors that offer dust control products that are represented to be synthetic organic fluids.

*See id.* at p. 9, 10. The handbook states that the procedure for selecting an appropriate product for military dust control applications is to identify the recommended product category and then select a product and its vendor from the list provided for the recommended product category. *See id.* at p. vi. Thus, when a military project calls for the application of "synthetic organic fluid" for dust control purposes, the Corp directs the military to select either Soilworks or Midwest to be the vendor of the dust control product. *See id.* at vi, 1, 9, 10. If Soilworks did not represent that its Durasoil product was a "synthetic organic fluid," Midwest would be the only recommended vendor identified in the handbook for these applications. *See id.*

10. Other examples of Midwest's direct competition with Soilworks (or its distributors) include the public projects for which the bid requests that were discussed in my May 8, 2008 declaration were issued for dust palliative products. *See* Paragraphs of 21-23 of May 8, 2008 Vitale Dec. These bid requests included express specifications for synthetic and/or non-petroleum distillate (*i.e.*, oil-sheen free) dust control products. In response to these bid requests, Midwest and Soilworks' distributor submitted bids (or portions thereof) and competed with one another to supply the consumer with the dust control product for the project. *See* Paragraphs of 21-23 of May 8, 2008 Vitale Dec.

11. For example, in 2006, Midwest competed with a Soilworks' distributor (Polar Supply Company) to supply Midwest's and Soilworks' respective dust control products for an airport construction project for the Alaskan Department of Transportation with dust palliative specifications that included express requirements that "the product shall be a high viscosity *synthetic* iso-alkane," have binder, and that the "material shall

*not* be a petroleum distillate" (the "Chevak airport project"). *See* Paragraph 21 of May 8, 2008 Vitale Dec. and Attachment 6 thereto. The dust palliative specification for the Chevak airport project is attached hereto as **Attachment 2.**

12. As another example, in 2006, Midwest competed with a Soilworks' distributor (Polar Supply Company) to supply Midwest's and Soilworks' respective dust control products for another airport construction project for the Alaskan Department of Transportation with dust palliative specifications that included express requirements that "the product shall be a high viscosity *synthetic* iso-alkane," have a binder, and that the "material shall *not* be a petroleum distillate" (the "Kokhanok airport project"). *See* Paragraph 22 of May 8, 2008 Vitale Dec. and Attachment 7 thereto. The dust palliative specification for the Kokhanok airport project is attached hereto as **Attachment 3**.

13. In some of these instances, Soilworks' distributors' bids or quotes were selected and the distributor obtained the contract to supply Soilworks' dust control product for the project based upon Soilworks' representations that its Durasoil project is synthetic, has a binder, and is not a petroleum distillate (oil-sheen free), thereby causing Midwest to lose the contract for project and associated the sale of Midwest's dust control product. This situation occurred in the case of the Kokhanok airport project. Midwest and Polar Supply both submitted quotes for their respective dust palliative products to a general contractor that submitted a bid to ADOT for the project. The general contractor selected Polar Supply Company's quote for Soilworks' Durasoil product in its fulfillment of the ADOT bid dust palliative requirement for the Kokhanok airport project an d purchased Soilworks' Durasoil

instead of Midwest's EK35® product for the project. Because Midwest and the company were the only two entities competing to supply the needed dust control palliative for this project, Midwest would have obtained the contract to supply its dust control product for the project if it were not for Soilworks' representations that its Durasoil product is a synthetic iso-alkane, has a binder, and not a petroleum distillate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11 day of June, 2008.

*Robert Vitale*

Robert Vitale,
Chief Executive Officer of Midwest Industrial Supply, Inc.

# Dust Control Field Handbook

Standard Practices for Mitigating Dust on Helipads, Lines of Communication, Airfields, and Base Camps



ATTACHMENT 1

ERDC/GSL SR-06-7
October 2006

U.S. Army Engineer Research and Development Center

U.S. Army Corps of Engineers®
Engineer Research and Development Center

ERDC/GSL SR-06-7
October 2006

# Dust Control Field Handbook

Standard Practices for Mitigating Dust on Helipads, Lines of Communication, Airfields, and Base Camps

John F. Rushing and Jeb S. Tingle

Geotechnical and Structures Laboratory
U.S. Army Engineer Research and Development Center
3909 Halls Ferry Road
Vicksburg, MS 39180-6199

Final report

Approved for public release; distribution is unlimited

Prepared for   U.S. Marine Corps Systems Command
               Quantico, VA 22134

ABSTRACT: The U.S. Army Engineer Research and Development Center has evaluated potential chemical dust palliatives for mitigating fugitive dust in military operations. The products were compared in laboratory testing and several field trials. The results of these efforts are compiled in this document to provide assistance for selecting and applying chemical dust palliatives for use on helipads, roads, airfields, and base camps. This document summarizes recommendations and conclusions derived from individual research projects. The information is intended to serve as a guide for acceptable dust mitigation. Variations of the procedures documented may be necessary to meet specific requirements.

DISCLAIMER: The contents of this report are not to be used for advertising, publication, or promotional purposes. Citation of trade names does not constitute an official endorsement or approval of the use of such commercial products. All product names and trademarks cited are the property of their respective owners. The findings of this report are not to be construed as an official Department of the Army position unless so designated by other authorized documents.

DESTROY THIS REPORT WHEN NO LONGER NEEDED. DO NOT RETURN IT TO THE ORIGINATOR.

# CONTENTS

Preface ..................................................................................... v
Procedure for Using Dust Control Field Handbook .................. vi

**Recommended Applications**
Recommended Product Applications – Table 1 ....................... 1

**Dust Palliatives**
Detailed Dust Palliative Descriptions ...................................... 2
    Chloride Salts ..................................................................... 2
    Lignosulfonates .................................................................. 3
    Petroleum Products ........................................................... 4
    Polyacrylamides ................................................................. 5
    Polymer Emulsions ............................................................ 6
    Polysaccharides .................................................................. 7
    Powdered Polymer ............................................................. 8
    Synthetic Fluids ................................................................. 9

**Vendors**
Product and Vendor Information – Table 2 ............................ 10

**Application Techniques**
Application Techniques ......................................................... 11
    Soil Type ........................................................................... 11
    Intended Use ..................................................................... 11
    Application Rates .............................................................. 11
    Dilution Ratios .................................................................. 12
    Topical Method ................................................................. 12

iii

**Table of Contents**

| | | |
|---|---|---|
| | Admix Method | 13 |
| Equipment | Distribution Equipment and Vendor Information – Table 3 | 14 |
| Helipads | Mitigating Dust on Helipads – CH-53 and CH-46 | 15 |
| | Mitigating Dust on Helipads – UH-1 and AH-1 | 16 |
| | Alternative Method for Helipads – CH-53 and CH-46 | 18 |
| | Alternative Method for Helipads – UH-1 and AH-1 | 19 |
| Roads | Mitigating Dust on Lines-of-Communication and Maneuver Supply Routes | 21 |
| | Alternative Method for Lines-of-Communication | 24 |
| Base Camps | Mitigating Dust in Base Camps and Non-Traffic Areas | 26 |
| Easy Lawn® Hydroseeder | Easy Lawn® Hydroseeder Operation | 27 |
| Finn® Hydroseeder | Finn® Hydroseeder Operation | 37 |
| Tips | Tips for Selecting Dust Palliatives | 52 |
| | Tips for Selecting Application Equipment | 54 |
| | Tips for Applying Dust Palliatives | 55 |
| References | Literature Citations | 62 |
| | Report Documentation Page | |

# PREFACE

This handbook was developed as part of a dust control program funded by the U.S. Marine Corps Systems Command, Quantico, VA. The information presented herein is for use in selecting, procuring, and applying dust palliatives for helipads, lines of communication, airfields, and base camps. Recommendations are based upon field testing conducted at Yuma, AZ, Douglas, AZ, and Fort Leonard Wood, MO, during the period 2003 to 2005.

The report was prepared by John F. Rushing and Jeb S. Tingle of the Airfields and Pavements Branch (APB) of the U.S. Army Engineer Research and Development Center (ERDC), Vicksburg, MS.

Work was conducted under the general supervision of Don R. Alexander, Chief, APB; Dr. Albert J. Bush III, Chief, Engineering Systems and Materials Division; Dr. William P. Grogan, Deputy Director, Geotechnical and Structures Laboratory (GSL); and Dr. David W. Pittman, Director, GSL.

COL Richard B. Jenkins was Commander and Executive Director of ERDC. Dr. James R. Houston was Director.

# PROCEDURE FOR USING DUST CONTROL FIELD HANDBOOK

(1) Use Table 1 (at tab *Recommended Applications*) to select recommended product category for military applications.

(2) Review **Detailed Dust Palliative Descriptions** (tab *Dust Palliatives*).

(3) Select product from recommended product category (Table 2, tab *Vendors*).

(4) Review recommended product application equipment (Table 3 at tab *Equipment* and tabs *Easy Lawn® Hydroseeder* and *Finn® Hydroseeder*).

(5) Review product application guidance (tabs *Application Techniques* and *Helipads*, *Roads*, and *Base Camps*).

# Table 1
## Recommended Product Applications

| Application | Primary Solution | | | | Secondary Solution(s) | | | |
|---|---|---|---|---|---|---|---|---|
| | Product Category | Application Rate | Dilution Ratio | Application Type | Product Category | Application Rate | Dilution Ratio | Application Type |
| Airfields | Synthetic fluid | 0.4 gsy | n/a | Topical | Polymer emulsion | 1.2 gsy | 3:1 | Admix" |
| Lines of Communication | Polymer emulsion | 0.8 gsy | 3:1 | Admix | Synthetic fluid | 0.6 gsy | n/a | Topical |
| | | | | | Chloride salt* | 0.8 gsy | n/a | Topical |
| Helipads | Synthetic fluid | 0.4 gsy | n/a | Topical | Polymer emulsion | 1.2 gsy | 3:1 | Topical |
| | | | | | Powdered polymer | 1.2 gsy | 1.3 lb/gal | Topical |
| Base Camps | Synthetic fluid | 0.4 gsy | n/a | Topical | Polymer emulsion | 0.6 gsy | 3:1 | Topical |
| | | | | | Powdered polymer | 0.6 gsy | 1.3 lb/gal | Topical |
| | | | | | Polysaccharide | 0.6 gsy | 3:1 | Topical |

\* Should not be used in excessively dry or excessively wet conditions.
" Depth of mixing should be minimum 4 in.

1

Recommended Applications

# Synthetic Fluids

Synthetic organic fluids are applied to a soil "as received." These fluids are not miscible with water and therefore are unable to be diluted. They consist of isoalkanes that do not dry or cure with time. The reworkable binder is ready for immediate use upon application and maintains effectiveness over extended periods of time.

| Synthetic Fluid | | | | |
|---|---|---|---|---|
| Product Description | Vendor Information | Effective Uses | Limitations | Shipping |
| Blend of isoalkanes that forms a reworkable binder in soil. Will not mix with water. Effective for long-term use. | *Envirokleen*<br>Midwest Industrial Supply<br>Todd Hawkins<br>1-800-321-0699<br>todd@midwestind.com<br><br>*Durasoil*<br>Soilworks, Inc.<br>Chad Falkenberg<br>1-800-545-5420<br>chad@soilworks.com | Helipads<br>Lines of communication<br>Base camps<br>Airfields | More expensive than most products | 275-gal containers (2,000 lb) |

Table 2
Product and Vendor Information

| Product Category | Dust Palliative | Vendor | POC | Telephone | Email |
|---|---|---|---|---|---|
| Chloride salt | Dust Fyghter | Midwest Industrial Supply | Todd Hawkins | 1-800-321-0699 | todd@midwestind.com |
| Lignosulfonate | Road Oyl | Midwest Industrial Supply | Todd Hawkins | 1-800-321-0699 | todd@midwestind.com |
|  | Dustac | Dust Pro | Lou Snow | (602) 251-3878 | nodust@dustpro.com |
| Petroleum product | CSS Asphalt Emulsion | Western Emulsions | Sales Representative | (520) 662-7203 | western@westernemulsions.com |
| Polyacrylamide | PolyPlus | Polymers Plus | Jean Whitish | (608) 836-0805 | jwhitish@polymersplusllc.com |
| Polymer emulsion | Envirotac II | Environmental Products and Applications | John Vermillion | (760) 779-1814 | dustcontrolman@aol.com |
|  | Soiltac | Soilworks | Chad Falkenberg | 1-800-545-5420 | chad@soilworks.com |
|  | Soil-Sement | Midwest Industrial Supply | Todd Hawkins | 1-800-321-0699 | todd@midwestind.com |
|  | DC 100 | Environmental and Fire Technology | Cal Blystra | (616) 784-0770 | c.blystra@worldnet.att.net |
|  | Liquid Dust Control | Enviroseal Corporation | Andy Stevens | (772) 335-8225 | andy@enviroseal.com |
| Polysaccharide | Surtac | Soilworks | Chad Falkenberg | 1-800-545-5420 | chad@soilworks.com |
| Powdered polymer | Powdered Surtac | Soilworks | Chad Falkenberg | 1-800-545-5420 | chad@soilworks.com |
| Synthetic fluid | Durasoil | Soilworks | Chad Falkenberg | 1-800-545-5420 | chad@soilworks.com |
|  | Envirokleen | Midwest Industrial Supply | Todd Hawkins | 1-800-321-0699 | todd@midwestind.com |
|  | EK-35 | Midwest Industrial Supply | Todd Hawkins | 1-800-321-0699 | todd@midwestind.com |

Vendors

0035468

11/14/2006 09:58  907-562-7003            POLAR SUPPLY CO                  PAGE  05/06
JUN-12-2006(MON) 16:21  TAMSHER CONSTRUCTION        (FAX)1 907 373 3822        P. 004/005
06/13/2006  15:43   9872822262              KOKHANOK AIRPORT                PAGE  03
JUN-12-06 MON 02:58 PM  DOT AVIATION CONST.        FAX NO. 907 269 0871           P. 01

7/18/06
Attn: Chad
4/6

# ITEM P-167 DUST PALLIATIVE

## DESCRIPTION

**167-1.1** The scope of this work shall consist of furnishing all materials, equipment, and labor necessary to apply the specified dust control agent in accordance with the manufacturer's recommendations to the Crushed Aggregate Surface Course (CASC) on the runway (including safety areas), taxiway and apron. The aviation support area shall not be treated, which is defined as the full width of the Apron from Taxiway station 2+10.92 to 1+89.27.

## MATERIALS

**167-2.1 GENERAL.** Material shall be a modified synthetic organic fluid dust control and stabilization product. The material shall be a durable, reworkable binder that does not dry or cure but is a continuously active suppressant.

Material shall meet the following requirements:

Material shall be non-corrosive, reworkable, and non-toxic.

Material shall not be a petroleum distillate or petroleum resin.

The product shall be a high viscosity synthetic iso-alkane designed for the control of fugitive particulates on unconsolidated surfaces.

The product must not auto-ignite or be combustible.

No known substances may be physically or chemically affected by contact with the product.

The product must not be an oxidizer, a 'classified' waste material, a regulated material or a reportable product.

The product must have a cumulative effect on the surface to which it is applied.

The product must be capable of withstanding tracked vehicle traffic.

The product must be suitable for applications with no preliminary surface preparation necessary (i.e. an already compacted surface does not have to be ripped, graded, or otherwise disturbed prior to treatment) or integrating into the surface coarse material by reclaimer or blade mixing and compaction to specified density for stabilization of the surface coarse.

Product must conform to and have Boeing Specification D6-17487, Evaluation of Aircraft Maintenance Materials testing and acceptance. The product must be non-injurious to aircraft surfaces when used as a stabilizer / dust suppressant.

## MINIMUM REQUIREMENTS

| PROPERTY | TEST METHOD | REQUIREMENTS |
|---|---|---|
| Density @ 15°C | ASTM D1298 | 0.82 – 0.86 Kg/L |
| Flash Point, COC | ASTM D92 | >140°C |
| Solubility in Water | — | Insoluble |
| Pour Point | ASTM D97 | <9°C |

Chevak Airport
Airport Relocation Phase II
Project 55625/AIP-3-02-0499-025-2005     P-167-1
Kokhanok Airport Resurfacing & Lighting
AIP 3-02-0406-002-2005 / 54849

Central Region Spec
(rev. 7/18/05)

ATTACHMENT 3

Steve
5611850

# ITEM P-167 DUST PALLIATIVE

## DESCRIPTION

167-1.1 The scope of this work shall consist of furnishing all materials, equipment, and labor necessary to apply the specified dust control agent in accordance with the manufacturer's recommendations to the Crushed Aggregate Surface Course (CASC) on the runway (including safety areas), taxiway and apron. The aviation support area shall not be treated, which is defined as the full width of the Apron from Taxiway station 2+46.05 to 4+89.27.

## MATERIALS

167-2.1 GENERAL. Material shall be a modified synthetic organic fluid dust control and stabilization product. The material shall be a durable, reworkable binder that does not dry or cure but is a continuously active suppressant.

Material shall meet the following requirements:

Material shall be non-corrosive, reworkable, and non-toxic.

EK35

Material shall not be a petroleum distillate or petroleum resin.

The product shall be a high viscosity synthetic iso-alkane designed for the control of fugitive particulates on unconsolidated surfaces.

The product must not auto-ignite or be combustible.

No know substances may be physically or chemical affected by contact with the product.

The product must not be and oxidizer, a classified waste material, a regulated material or a reportable product.

The product must have a cumulative effect on the surface to which it is applied.

The product must be capable of withstanding tracked vehicle traffic.

The product must be suitable for applications with no preliminary surface preparation necessary (i.e. an already compacted surface does not have to be ripped, graded, or otherwise disturbed prior to treatment) or integrating into the surface coarse material by reclaimer or blade mixing and compaction to specified density for stabilization of the surface coarse.

Product must conform to and have Boeing Specification D6-17487, Evaluation of Aircraft Maintenance Materials testing and acceptance. The product must be non-injurious to aircraft surfaces when used as a stabilizer / dust suppressant.

## MINIMUM REQUIREMENTS

| PROPERTY | TEST METHOD | REQUIREMENTS |
| --- | --- | --- |
| Density @ 15°C | ASTM D1298 | 0.82 – 0.88 Kg/L |
| Flash Point, COC | ASTM D92 | >140°C |
| Solubility in Water | ——— | Insoluble |
| Pour Point | ASTM D97 | < 9°C |

Chevak Airport
Airport Relocation Phase II
Project 56620/AIP 3-02-0408-002-2005      P-167-1

Central Region Spec
(rev. 7/18/05)

ATTACHMENT
2

0035505

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DECLARATION OF ROBERT VITALE IN SUPPORT OF MID WEST INDUSTRIAL SUPPLY, INC.'S OPPOSITION TO SOILWORKS' MOTION FOR SUMMARY JUDGMENT** has been electronically filed on this 11th of June, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John Skeriotis
John Skeriotis

Doc. No. 717936.3

8