Strojnik v. Costar Realty Information, Inc. et al											Doc. 89

# Exhibit 1

Dockets.Justia.com

Google  [soiltac                                    ]  Search | Advanced Search
                                                              Preferences

**Web**                                    Results **1 - 100** of about **5,480** for **soiltac**. (0.32 seconds)

Soiltac® Soil Stabilizer
Soilworks.com    Soil Stabilizer -Dust Control Agent Used worldwide on any soil or site.     Sponsored Links

Sponsored Links

**Midwest Equestrian**
Excellence In Product Leadership &
Services For Equestrian Facilities
www.Midwest-Equestrian.com

Desert Mountain Corp.
www.desertmtncorp.com    Dust Control and Erosion Control Call or e-mail us today

Soiltac® Soil Stabilization & Dust Control from Soilworks®

**Soiltac®** is a copolymer soil stabilizer & dust control product used for dust suppression, road base stabilization and soil stabilization worldwide.
www.**soiltac**.com/ - 32k - Cached - Similar pages - Note this

**Total Concrete Sealer**
Increase surface life significantly
with premier specialty chemicals
www.enviroseal.com

- Contact Information
- Application Rates
- Application Uses

More results from soiltac.com »

**Midwest Industrial Supply**
Dust, Erosion, Soil Stabilization
& Anti-Icing/De-Icing Solutions.
www.MidwestInd.com

Soiltac® Product Information for Dust Control & Soil Stabilizers

**Soiltac®** environmentally safe polymer-based emulsion product used in soil stabilization for erosion control, dust control and soil solidification.
www.**soiltac**.com/product-information.aspx - 39k - Cached - Similar pages - Note this

Soil & Dust - Soil and Dust Control - **Soiltac**

**Soiltac®** is a co-polymer emulsion liquid soil stabiliser and dust control agent. **Soiltac®** is a cost effective and innovative dust suppressant that is ...
www.soilanddustsolutions.co.za/**soiltac**_product_intro.htm - 31k -
Cached - Similar pages - Note this

Soil & Dust - Soil and Dust Control - **Soiltac** Cost

Tel: + 27 11 460 0981 Fax: +27 11 507 5224 info@**soiltac**.co.za · info@durasoil.co.za ...
**Soiltac®** Product Cost. Prices are volume based – please ...
www.soilanddustsolutions.co.za/**soiltac**_cost.htm - 21k - Cached - Similar pages - Note this
More results from www.soilanddustsolutions.co.za »

Soiltac® Soil Stabilizer and Dust Control Agent Utilized for ADOT ...

Dec 7, 2005 ... **Soiltac®** Soil Stabilizer and Dust Control Agent Utilized for ADOT Unpaved Road Projects - on PR.com.
www.pr.com/press-release/4674 - 31k - Cached - Similar pages - Note this

Powdered **Soiltac** from Soilworks, LLC - PR.com

Powdered **Soiltac** from Soilworks, LLC - on PR.com. ... **Soiltac®** is a cost-effective and innovative product that is engineered for today's challenging soil ...
www.pr.com/company-profile/service/2157-3658 - 15k - Cached - Similar pages - Note this
More results from www.pr.com »

DOD Buyers Guide - All Leading Suppliers in one place

**Soiltac®** and Surtac® are used to stabilize any soil for dust control and erosion ...
Furthermore, **Soiltac®** is designed to work its way down into the soil to ...
⊞Map of 681 N Monterey St, Gilbert, AZ 85233
www.dodworld.com/index.cfm?id=2222753430&doWhat=getDetails&keyword=Soilworks%20Soil%20Stabilizati... - 24k - Cached - Similar pages - Note this

Soilworks® - May 12

**Soiltac®** Copolymer Emulsion Soil Stabilizer & Dust Agent. Soilworks®, LLC is the innovator and manufacturer of **Soiltac®** soil stabilizer and dust control ...
www.soilworks.com/ - 74k - Cached - Similar pages - Note this

### Soilworks Online Shopping Cart
**Soiltac** is an environmentally friendly, biodegradable, clear drying, ... Soilworks®, **Soiltac**®, Gorilla-Snot®, Durasoil®, the Durasoil® logo and the **Soiltac**® ...
www.soilworks.com/shopping-cart.aspx - 35k - Cached - Similar pages - Note this
More results from www.soilworks.com »

### Powdered Soiltac® FAQ for Polymer Soil Stabilizer & Dust Control
Powdered **Soiltac**® frequently asked questions regarding prime copolymer use as a soil stabilization material and dust suppression produced worldwide.
www.powdered**soiltac**.com/frequently-asked-questions.aspx - 34k -
Cached - Similar pages - Note this

#### [PDF] Powdered Soiltac
File Format: PDF/Adobe Acrobat - View as HTML
Powdered **Soiltac**. ®. is available for through our Federal GSA contract ... Powdered **Soiltac**. ®. can be manufactured rapidly in unlimited volumes worldwide. ...
www.powdered**soiltac**.com/docs/powdered-**soiltac**-frequently-asked-questions.pdf -
Similar pages - Note this
More results from www.powderedsoiltac.com »

### SOILTAC® SOIL STABILIZER AND DUST CONTROL AGENT | ClickPress
Dec 7, 2005 ... Arizona Department of Transportation (ADOT) approved and successfully applied **Soiltac**® copolymer emulsion (http://www.**soiltac**.com/ ) as a ...
⊞Map of 681 N Monterey St, Gilbert, AZ 85233
www.clickpress.com/releases/Detailed/6747005cp.shtml - 23k -
Cached - Similar pages - Note this

### Soiltac soil stabilizer
Has anyone in these groups used or become familiar with a soil erosion control product called **Soiltac**? If so, I'd like to know how it has worked for you.
www.thestuccocompany.com/maintenance/**Soiltac**-soil-stabilizer-181636-.htm - 60k -
Cached - Similar pages - Note this

#### Soiltac soil stabilizer
Mr. Willis, Thank you for inquiring about **Soiltac**=AE from Soilworks=AE lines of soil stabilizers & dust control agents. Soilworks=AE, LLC is the innovator ...
www.thestuccocompany.com/maintenance/**Soiltac**-soil-stabilizer-181636-5.htm - 56k -
Cached - Similar pages - Note this

### [PDF] Soiltac Topical Golf Course Bunker Stabilization Application Overview
File Format: PDF/Adobe Acrobat - View as HTML
667 gallons X 1 part = 667 gallons (2520 liters) of **Soiltac** ... Fill the application equipment with the recommended volume of **Soiltac**. ®. concentrate. ...
durasoil.com/docs/**Soiltac**-Topical-Golf-Course-Bunker-Stabilization-Application-
Overview.pdf - Similar pages - Note this

#### [PDF] LOS ALAMOS NATIONAL LABORATORY SOILTAC & DURASOIL APPROVAL
File Format: PDF/Adobe Acrobat - View as HTML
LANL **Soiltac**. FED-Dept of Energy. GWQB-PPS-IND. DP-TEMP. LANL Concrete. Washouts. FED-Dept of Energy. GWQB-PPS-IND. DP-TEMP. LANL De-Icing ...
durasoil.com/docs/**soiltac**-los-alamos-national-lab-approval.pdf - Similar pages - Note this
More results from durasoil.com »

### SoilTac.com - AboutUs Wiki Page
From AboutUs: See what information we have on **SoilTac**.com and share your knowledge.
www.aboutus.org/**SoilTac**.com - 27k - Cached - Similar pages - Note this

### Soiltac Manufacturer exporting direct from South Africa
Product information for **Soiltac** from Soil Solutions. Source what you need here!
www.alibaba.com/catalog/100995242/**Soiltac**.html - 39k - Cached - Similar pages - Note this

### SOILTAC® SOIL STABILIZER AND DUST CONTROL AGENT UTILIZED FOR ADOT ...
Arizona Dept. of Transportation approved and successfully applied **Soiltac**®

(http://www.soiltac.com/ ) as a new environmentally safe and more economical ...
www.free-press-release.com/news/200512/1133975650.html - 33k -
Cached - Similar pages - Note this

## Government Buyers Guide - All Leading Suppliers in one place
Soiltac® and Surtac® are used to stabilize any soil for dust control and ... Soiltac® is a cost-effective and innovative product that is engineered for ...
www.gov-world.com/index.cfm?id=2222753430&doWhat=getDetails&keyword=Soilworks%20Soil%20Stabilizat... - 24k - Cached - Similar pages - Note this

## Re: Soiltac soil stabilizer
Prev by Date: Re: clear night; Next by Date: Re: Weird question; Previous by thread: Re: Soiltac soil stabilizer; Next by thread: Re: Soiltac soil ...
newsgroups.derkeiler.com/Archive/Misc/misc.rural/2007-01/msg00089.html - 9k -
Cached - Similar pages - Note this

### Re: Soiltac soil stabilizer
Re: Soiltac soil stabilizer. From: unsettled. Re: Soiltac soil stabilizer. From: Jim. Re: Soiltac soil stabilizer. From: unsettled ...
newsgroups.derkeiler.com/Archive/Misc/misc.rural/2007-01/msg00112.html - 7k -
Cached - Similar pages - Note this
More results from newsgroups.derkeiler.com »

## Machinery: Industrial Machinery News: Soiltac® Soil Stabilizer and ...
Arizona Department of Transportation (ADOT) approved and successfully applied Soiltac® copolymer emulsion as a new and more economical method for soil ...
www.industrialnewsupdate.com/news/machinery/archives/2005/12/soiltaca_soil_s.php - 22k
- Cached - Similar pages - Note this

### Machinery: Industrial Machinery News: December 2005 Archives
Dec 7, 2005 ... Soiltac® Soil Stabilizer and Dust Control Agent Utilized For Adot ... The Soiltac® dirt road stabilization product has been proven to ...
www.industrialnewsupdate.com/news/machinery/archives/2005/12/index.php - 54k -
Cached - Similar pages - Note this
More results from www.industrialnewsupdate.com »

## SOILTAC® SOIL STABILIZER AND DUST CONTROL AGENT UTILIZED FOR ADOT ...
Arizona Department of Transportation (ADOT) approved and successfully applied Soiltac® copolymer emulsion (http://www.soiltac.com/ ) as a new ...
www.prleap.com/pr/21149/ - 16k - Cached - Similar pages - Note this

## EngNet - Soiltac
Soiltac. • Soiltac (1). Free Tools and Software Metric Conversion Chart World Time Clock Unit Converter. Local EngNet Websites ...
www.engnetglobal.com/p/b.aspx/5894 - 13k - Cached - Similar pages - Note this

### EngNet - Brand Suppliers: Soiltac > Soiltac
EngNet > Brandnames > Soiltac >. Search:. Products Companies Brandnames. Advanced Search | Help on Searching. Soiltac. 1 company found - showing 1 to 1 ...
www.engnetglobal.com/p/b.aspx/5894/14678 - 15k - Cached - Similar pages - Note this

## Bowman/Revex - Tackifiers - SoilTac
SoilTac is a liquid co-polymer soil stabilizer that is designed to be durable and resistant to water, sun, alkaline and just daily use. ...
www.bowmanrevex.com/smstr_htm.htm - 2k - Cached - Similar pages - Note this

## Soiltac
SoilworksŽ provides engineered materials and products for the dust control, air quality, erosion control, road building and soil stabilization ...
www.hotfrog.ca/Companies/Soiltac - 25k - Cached - Similar pages - Note this

## Bima International - Soiltac® Specializing in Soil Stabilization ...
Soilworks®, LLC is the innovator and manufacturer of Soiltac® soil stabilizer and dust control ... The key advantage of Soiltac® originates with its long, ...

www.bima.gen.tr/en/index.php?option=content&pcontent=1&task=view&id=28&Itemid=105 -
19k - Cached - Similar pages - Note this

### Bima International - Soiltac® FAQ for Copolymer Soil Stabilizer ...
A: Current **Soiltac®** pricing is based on volume and is available upon request. ... A: **Soiltac®**
is available for wholesale through our Federal GSA contract ...
www.bima.gen.tr/en/index.php?option=content&pcontent=1&task=view&id=44&Itemid=106 -
20k - Cached - Similar pages - Note this
More results from www.bima.gen.tr »

### [PDF] Soilworks' Soiltac Soil Stabilizer and Dust Control Agent ...
File Format: PDF/Adobe Acrobat - View as HTML
*****SOILTAC** is a registered trademark of Soilworks, LLC. MANUFACTURER. Soilworks, LLC.
... **Soiltac**.com Info@**Soiltac**.com. SECTION 5 - FIRE AND EXPLOSION DATA ...
www.hueco.co.kr/Downloads/Download%20%20MSDS.pdf - Similar pages - Note this

### SOILTAC® SOIL STABILIZER AND DUST CONTROL AGENT UTILIZED FOR ADOT ...
Arizona Dept. of Transportation approved and successfully applied **Soiltac®**
( http://www.**soiltac**.com/ ) as a new and more economical method for soil ...
www.seenation.com/view_full_news_details.php?newsid=45439&title=SOILTAC®%
20SOIL%20STABILIZER%20AND%2... - 45k - Cached - Similar pages - Note this

### EngNet USA - Soiltac
**Soiltac**. • **Soiltac** (1). Free Tools and Software Metric Conversion Chart · World Time Clock ·
Unit Converter. Local EngNet Websites ...
www.engnet.us/p/b.aspx/5894 - 12k - Cached - Similar pages - Note this

### UNITED SOIL TECHNOLOGIES LLC
**Soiltac** is engineered to provide a cumulative effect with additional maintenance coats
over ... Why does **Soiltac** cost less than competitive products? UNITED ...
www.unitedsoiltechnologies.com/additional3.html - 19k - Cached - Similar pages - Note this

### UNITED SOIL TECHNOLOGIES LLC
Furthermore, **Soiltac** is designed to work its way down into the soil to ... Once cured, **Soiltac**
becomes completely transparent, leaving the ...
www.unitedsoiltechnologies.com/products.html - 18k - Cached - Similar pages - Note this

### Environmental Solutions, Inc.
**Soiltac**™ is a cost-effective and innovative product that is specifically ... Moreover, **Soiltac** is
designed to be extremely durable and resistant to water, ...
www.envirsol.com/products/**soiltac**.php - 6k - Cached - Similar pages - Note this

### Soiltac Dust Control from Soilworks
Soilworks is the top of the list for erosion control companies. **Soiltac** is an industry standard
erosion control product.
www.ezilon.com/more_info/82479.shtml - 12k - Cached - Similar pages - Note this

### Soiltac Dust Control from Soilworks
Soilworks is at the top of the list for erosion control companies. **Soiltac** is an industry
standard erosion control product.
search.ezilon.com/more_info/35138.shtml - 12k - Cached - Similar pages - Note this

### Use Soiltac soil stabilizer to bond soils together
Try out the FREE sample of **Soiltac** liquid soil stabilizer online at www.**soiltac**.com. This is a
great economical solution to binding soil together and it ...
www.taxidermy.net/forums/BeginnersArticles/04/f/044A4EAEB2.html - 2k -
Cached - Similar pages - Note this

### Soilworks® Products
Soilworks' renown product **Soiltac®** is the soil stabilizer and dust control ... Most importantly,
Powdered **Soiltac®** is a truly biodegradable product that is ...
www.surtac.com/product-information.aspx - 46k - Cached - Similar pages - Note this

### [PDF] **Soiltac** Soil Stabilizer & Dust Control Agent
File Format: PDF/Adobe Acrobat - View as HTML
Freedom, Enduring Freedom and the Iraq rebuilding efforts with **Soiltac** .... Volume of
**Soiltac**: 500 gal. X 1 part = 500 gallons of **Soiltac** concentrate ...
www.fedvendor.com/brochureFile/ACF6D62.pdf - Similar pages - Note this

#### [PDF] **SoilTac**
File Format: PDF/Adobe Acrobat - View as HTML
Volume of **Soiltac**: 500 gal. X 1 part = 500 gallons of **Soiltac** concentrate ... **Soiltac**: Fill the
application equipment with the recommended volume of **Soiltac** ...
www.fedvendor.com/brochureFile/Soiltac_Information_NP.pdf - Similar pages - Note this

### Review : **Soiltac** Dust Control from Soilworks - Stop Searching for ...
Find the best websites for songs and music, movies, DVD's, business websites, interesting
people, places and things all at the Best Websites.
www.the-bestwebsites.com/.../**soiltac**-dust-control-from-soilworks/writereview.html - 21k -
Cached - Similar pages - Note this

### YourHomePlanet : Rate **Soiltac** Soil Stabilizer
Please rate the link **Soiltac** Soil Stabilizer between one and ten, with 10 being the best. ---, 1,
2, 3, 4, 5, 6, 7, 8, 9, 10. Have a Question? Ask Jeeves ...
www.yourhomeplanet.com/cgi-bin/links/rate.cgi?ID=1451 - 7k -
Cached - Similar pages - Note this

### Does your track have Envirotac or **SoilTac**? - VintageBMX.com
This person is saying things about Envirotac and **SoilTac** that I do not believe are correct. He
is making it appear like he has spoken directly with tracks ...
www.vintagebmx.com/community/index.php?showtopic=27009701&view=findpost&p=512948
- 113k - Cached - Similar pages - Note this

### **Soiltac** - Gilbert - Arizona (AZ) - US
Soil stabilizer & dust & erosion control agent manufrs.
www.kellysearch.com/US-company-5623177.html - 26k - Cached - Similar pages - Note this

### index
**Soiltac** is the industry standard as a result of its high quality, low price, ... **Soiltac** was
recently evaluated by the Army Research and Development ...
www.supersoils.com/ - 20k - Cached - Similar pages - Note this

#### UNITED SOIL TECHNOLOGIES
**Soiltac** is the industry standard as a result of its high quality, low ... **Soiltac** was recently
evaluated by the Army Research and ...
www.supersoils.com/HOME/home.html - 14k - Cached - Similar pages - Note this
More results from www.supersoils.com »

### AWARD | 38 | SOILTAC, 275 GALLON | 11-Feb-06 - FBO#1538
38 -- SOILTAC, 275 GALLON. Notice Date: 2/9/2006; Notice Type: Award; ZIP Code: 00000;
Archive Date: 2/24/2006; Award Number: SP053006M1423 ...
www.fbodaily.com/archive/2006/02-February/11-Feb-2006/FBO-00984952.htm - 15k -
Cached - Similar pages - Note this

### SnapShot of **soiltac**.com (rank #846534) - Compete
Website profile of **soiltac**.com - traffic charts, graphs, popularity rank, ratings, trust safety
profiles, scores, deals, promotional codes, and more.
siteanalytics.compete.com/**soiltac**.com/ - 25k - Cached - Similar pages - Note this

### Site Referrals for **soiltac**.com - Compete Search Analytics
Compete Search Analytics is a must have SEO and SEM tool that sheds light on your
competitors search and keyword strategy, and helps you optimize your ...
searchanalytics.compete.com/site_referrals/**soiltac**.com - 40k -
Cached - Similar pages - Note this

### LinkedIn: Chad Falkenberg

Soilworks® performance-driven portfolio of industry-leading products include the Patented U.S. Department of Defense Surtac®, **Soiltac**®, Powdered **Soiltac**®, ...
www.linkedin.com/in/chadfalkenberg - 20k - Cached - Similar pages - Note this

### [PDF] PG&E Fresno - Fact Sheet: Removal of Trash and Debris, and Soil ...
File Format: PDF/Adobe Acrobat - View as HTML
soil stablizer (**Soiltac** ®) will be applied to ... **Soiltac** ® is a non-toxic mixture of chemicals. that is applied to soil, hardens, sets in about ...
www.dtsc.ca.gov/SiteCleanup/Projects/upload/PG_EFresno_FS_RAW_0906.pdf - Similar pages - Note this

### Soiltac soil stabilizer - misc.rural | Google Groups
Message from discussion **Soiltac** soil stabilizer ... control product called **Soiltac**? If so, I'd like to know how it has >> worked for you. ...
groups.google.dm/group/misc.rural/msg/dba90176c16d2139 - 30k - Cached - Similar pages - Note this

### Soiltac Video
Download **Soiltac**® Information Sheet PDF - English version - Spanish version. Terratech logo. Terratech Inc. USA 201 8th Street, Suite 130 ...
terratechinfo.com/**soiltac**_movie.html - 5k - Cached - Similar pages - Note this

### Soiltac Dust Control from Soilworks
A cost-effective dust control material that fits today's demanding soil stabilisation needs. Extremely effective dust control agent from Soilworks.
www.worldsiteindex.com/wdird1259589483 - 8k - Cached - Similar pages - Note this

### Paya Sanat Parand Co. / Dust control agent
The key advantage of **Soiltac**® originates with its long, ... Once cured, **Soiltac**® becomes completely transparent, leaving the natural landscape to appear ...
payasanat.net/dustagent_en.html - 23k - Cached - Similar pages - Note this

### [PDF] Microsoft PowerPoint - Soil Stabilizers.ppt
File Format: PDF/Adobe Acrobat - View as HTML
**Soiltac** (vinyl acetate copolymer. emulsion) ... Low shoulders, **Soiltac** – 9/21/2004 .... **Soiltac** 6. Centrophase 3. Centrophase 6. Control 3. Control 6 ...
jcots.state.va.us/pdf/SoilStabilizerPPT.pdf - Similar pages - Note this

### Earthriders Forum • View topic - Wouldnt it be nice
CakeBoy wrote: if price is a problem, then **soiltac** is not a good option.... although if ... Personally, I would prefer to rely on the **Soiltac** vs. labor. ...
forums.earthriders.com/viewtopic.php?f=7&t=5715&start=30&st=0&sk=t&sd=a - 48k - Cached - Similar pages - Note this

> ### Earthriders Forum • View topic - Wouldnt it be nice
> A: Once cured, **Soiltac**® is no longer water soluble and will not dissipate or wash away. .... With **soiltac** down, you don't really have to do that much, ...
> forums.earthriders.com/viewtopic.php?f=7&t=5715&start=15&st=0&sk=t&sd=a - 42k - Cached - Similar pages - Note this
> More results from forums.earthriders.com »

### Mudcrete - Georgia Gardener Forum - GardenWeb
I suggest considering a new product called **Soiltac**® Soil Stabilizer and Dust Control Agent (http://www.**soiltac**.com/) rather than mudcrete. ...
forums.gardenweb.com/forums/load/gagarden/msg1215350223865.html - 56k - Cached - Similar pages - Note this

### Forums - Dust Management - Agglomeration
As the manufacturer of **Soiltac** (soil stabilizer and dust control agent), I encourage you to visit our site at www.**soiltac**.com or www.soilworks.com to learn ...
www.bulk-online.com/.../showthread.php?
s=e4a65a2e5b7af3dfffb7380037102b4b&threadid=1437&pagenumber=2 - 51k -
Cached - Similar pages - Note this

### Frequently Asked Questions - Soiltac
Terratech is the exclusive distributor for **Soiltac®**, Powdered **Soiltac®** and Durasoil® in the Americas – Central America, Mexico and the United States.
www.terratechsite.com/main/index.php?option=com_
content&view=category&layout=blog&id=40&l... - 14k - Cached - Similar pages - Note this

### Resource: Soilworks dust control, erosion control and soil ...
Nov 21, 2005 ... Soilworks manufacturers **Soiltac**, Powdered **Soiltac**, Durasoil and the ...
**Soiltac®** and Surtac® are used to stabilize any soil for dust control ...
www.nextstep.state.mn.us/res_detail.cfm?id=2121 - 13k - Cached - Similar pages - Note this

### Highland Environmental Control
Specializing in the application of **Soiltac®**, a polymer based emulsion, ... **Soiltac®** is designed to work its way down into the soil to maximize the ...
www.highlandenviro.com/services.html - 11k - Cached - Similar pages - Note this

### EROSION CONTROL | Dust Control
**Soiltac** has been formulated from the ground up to be a consistent, clean product. ... During testing by the US Army Corps of Engineers, **Soiltac** was proven ...
www.stormcon.com/ecm_0609_dust.html - 43k - Cached - Similar pages - Note this

### EROSION CONTROL | Choices in Dust Control
According to Hoffman, **Soiltac** is mixed with water, which not only dilutes ... Chad Falkenberg, whose company manufactures **Soiltac**, says that 80000 gallons ...
www.stormcon.com/ecm_0709_choices.html - 51k - Cached - Similar pages - Note this

### Sediment
**SOILTAC®** by Soilworks is a polymer-based emulsion used primarily to stabilize ...
Furthermore, **Soiltac®** is designed to work its way down into the soil to ...
www.bowmanconstructionsupply.com/sediment.htm - 37k -
Cached - Similar pages - Note this

### Gorilla-Snot® Soil Stabilization & Dust Control from Soilworks®
It is the economy grade version of our **Soiltac®** soil stabilizer. ... Soilworks®, **Soiltac®**, Gorilla-Snot®, Durasoil®, the Durasoil® logo and the **Soiltac®** ...
www.gorilla-snot.com/ - 32k - Cached - Similar pages - Note this

### About Soilworks® Soil Stabilization and Dust Control Materials
Soilworks®, LLC is the innovator and manufacturer of **Soiltac®** soil stabilizer and dust control agent. Gorilla-Snot® is an eco-safe, biodegradable, ...
www.gorilla-snot.com/about-soilworks.aspx - 28k - Cached - Similar pages - Note this
More results from www.gorilla-snot.com »

### Buyer's Guide to Coal Ash-Containing Products
Product Name: **Soiltac** soil stabilizer and dust control agent ... **Soiltac®** is a polymer based emulsion manufactured by Soilworks, LLC and is used to ...
www.undeerc.org/carrc/BuyersGuide/product.asp?prodid=107&catid=28 - 9k -
Cached - Similar pages - Note this

### Soilworks - Soiltac Dust Control
**Soiltac** is at the top of dust suppression technologies. It is a low-cost and highly effective dust control material that meets soil stabilization needs.
www.businessseek.biz/business-directory/listing-details-13375.html - 26k -
Cached - Similar pages - Note this

### Dhabian Soiltec - Soil Stabilization, Erosion Control, Dust Control
**Soiltac** is a polymer-based emulsion used primarily to stabilize all soils from dust ... Most importantly, **soiltac** is a truly biodegradable product that is ...
dhabiansoiltec.com/pro_info.php - 15k - Cached - Similar pages - Note this

### Rock Solid Solutions Inc. - Dust & Erosion Control, Soil ...
An eco-safe, biodegradable, dispersible dry powdered copolymer, **Soiltac** is used to stabilize and ... Western Canadian Distributor for Durasoil & **Soiltac** ...

rocksolidsolutionsinc.com/ - 11k - Cached - Similar pages - Note this

### Competition Congress 2008 Notes
**SoilTac**- Applying **Soiltac** to the soil of your track will eliminate a great ... The **Soiltac** is a sealant for dirt that you apply and water will roll off your ...
www.musiccitybmx.com/compnotes2008.htm - 16k - Cached - Similar pages - Note this

### CENews.com - Erosion Emulsion - For the Business of Civil Engineering
**Soiltac** is designed to work its way down into the soil to maximize the ... Once cured, **Soiltac** becomes completely transparent, leaving the natural landscape ...
www.cenews.com/article.asp?id=925 - 43k - Cached - Similar pages - Note this

### [PDF] Microsoft PowerPoint - Optimized Dust Control Yuma_Nov04.ppt
File Format: PDF/Adobe Acrobat - View as HTML
**Soiltac** A. Tri-PAM. Polyplus 100. Polyplus. Envirotac. **Soiltac** B ... NRL helipads and **Soiltac** after short cure time of 3 days and before rainfall event. ...
www.mildust.net/uploads/OptimizedDustControlYumaNov04-924.pdf -
Similar pages - Note this

#### Helipad Executive Summary MilDust
The NRL experimental products and **Soiltac**® were effective in controlling the dust ... Envirotac II®, **Soiltac**®, Soil-Sement®, and Liquid Dust Control® are ...
www.mildust.net/helipadexecutivesummary.htm - 28k - Cached - Similar pages - Note this

### soiltac.eu - Site Information from Alexa
Alexa Site Overview for **soiltac**.eu - learn more about statistics, where visitors come from, who owns the site, what are some related links, and more.
www.odditysoftware.com/exp_dom_out.php?act=alexa&dom=**soiltac**.eu - 15k -
Cached - Similar pages - Note this

### Erosion Control Forum.com-demonstration of the essential erosion ...
**Soiltac** Dust Control Agents - Manufacturer of **Soiltac** liquid soil stabilizer and dust ... **Soiltac** Soil Stabilizer and Dust Palliative Applications and Uses ...
erosioncontrolforum.com/erosion_control_demo.html - 46k -
Cached - Similar pages - Note this

### Cellar to rough basement? - DIY Chatroom - DIY Home Improvement Forum
Jun 27, 2006 ... **Soiltac**: http://www.soilworks.com/Applications_Uses.html ... We, at Soilworks, LLC (the manufacturer of **Soiltac**) would recommend using ...
www.diychatroom.com/showthread.php?t=2852 - 46k - Cached - Similar pages - Note this

### [PDF] FINAL REPORT STABILIZATION TECHNIQUES FOR UNPAVED ROADS William H ...
File Format: PDF/Adobe Acrobat
The **Soiltac**-to-water dilution ratio for deep stabilization was 1:1.38. The. topical solution was prepared by mixing 1 part **Soiltac** with 3 parts water. ...
www.virginiadot.org/vtrc/main/online_reports/pdf/04-r18.pdf - Similar pages - Note this

### United Nations selects Durasoil® to Control Dust on Airfields and ...
As a result, all of the company's products, **Soiltac**®, Surtac® and ... About Us: Soilworks manufactures **Soiltac**, Powdered **Soiltac**, Durasoil, Surtac, ...
www.addpr.com/articles/environment/3036.html - 76k - Cached - Similar pages - Note this

### EROSION CONTROL | Not So Dusty
The department chose **Soiltac**, a copolymer dust control agent from Soilworks ... Three truckloads of **Soiltac** totes (14000 gallons) were brought to the site, ...
www.forester.net/ecm_0707_not.html - 43k - Cached - Similar pages - Note this

#### Grading and Excavation Contractor | Dust to Dust
Made by Soilworks LLC (www.**soiltac**.com), **Soiltac** is a polymer-based emulsion that ... Once cured, the company says, **Soiltac** becomes completely transparent, ...
www.forester.net/gx_0709_dust.html - 33k - Cached - Similar pages - Note this
More results from www.forester.net »

### Construction
Soil Works: **Soiltac**™ is a cost-effective and innovative product that is ... Moreover, **Soiltac** is designed to be extremely durable and resistant to water, ...
www.cwsols.com/CONSTRUCTION.htm - 12k - Cached - Similar pages - Note this

### Tack? - hydroseeding.org Forums
They gave me about 25 pounds of their new dry **Soiltac** product and warned me not to breathe ... Then I added 1 cup of **Soiltac** per bale to the second load. ...
www.hydroseeding.org/forum/showthread.php?p=11370 - 37k -
Cached - Similar pages - Note this

### Environmental Resource Web (erWEB) - Facilitating the ...
Its products include the patented U.S. Department of Defense technology called Surtac®, **Soiltac**®, Powdered **Soiltac**®and Durasoil®. **Soiltac**® and Surtac® are ...
www.erweb.org/enviro_directory/consumer_categories/?cat_id=54 - 82k -
Cached - Similar pages - Note this

### [PDF] Dust Suppression Alternatives to Used Oil
File Format: PDF/Adobe Acrobat - View as HTML
**Soiltac** - vinyl acetate copolymer emulsion. soil stabilizer and dust control agent ... Gorilla-snot – economy version of **soiltac**. for short term use ...
deq.state.mt.us/HazWaste/Forms/HAZ_Dust_Suppres_Altern.pdf - Similar pages - Note this

### Soilworks Photo Gallery
Soilworks®, **Soiltac**®, Gorilla-Snot®, Durasoil®, the Durasoil® logo and the **Soiltac**® logo are registered trademarks of Soilworks, LLC. ...
www.gorillasnot.com/albums.aspx - 27k - Cached - Similar pages - Note this

### Ridge Riders Mountain Bike Association :: View topic - Soil stabilizer
I haven't used **Soiltac** to my knowledge. We've experimented with a ... The **soiltac** solution is represented as temporary and good for only a few years. ...
www.phpbb88.com/.../viewtopic.php?t=450&
sid=f82dc8d1bd825bb01d669cc3b3c65d2a&mforum=ridgeriders - 63k -
Cached - Similar pages - Note this

### Untitled Page
The concentrated **Soiltac** liquid is diluted in water and distributed over the ... Prior to the pilot test, **Soiltac** was thoroughly tested and reviewed by ...
www.hss.doe.gov/pp/data_entry/reports/d_Awards_Before_2006_Details.aspx?ID=132 - 21k
- Cached - Similar pages - Note this

### SOILWORKS, LLC - Soil Stabilization & Dust Control, Gilbert, AZ
**Soiltac**® and Surtac® are used to stabilize any soil for dust control and erosion control. These unique, clear drying, eco-safe products are engineered for ...
www.constructionwork.com/contractor3266139_
soilworks_llc_soil_stabilization_dust_control.html - 22k - Cached - Similar pages - Note this

### Bima Yeraltı kazı bantı Toprak stabilizasyonunu Toz Kontrol ...
**Soiltac**®, her türlü toprak veya agreganın kararlı hale getirilmesi ve ... **Soiltac**®'in asıl üstünlüğü birbirine düz ve çapraz olarak bağlanan uzun ...
www.bima.com.tr/index.php?option=content&pcontent=1&task=view&id=66&Itemid=108 -
18k - Cached - Similar pages - Note this

### EROSION CONTROL | Going The Distance
Rader provides **Soiltac** to construction companies, as well as mining companies. ... "**Soiltac** works by bonding soil particles together to create a strong yet ...
www.erosioncontrol.com/ecm_0505_going.html - 61k - Cached - Similar pages - Note this

### Bima - SOILTAC Çevre Dostu Toprak Stabilizasyon Solüsyonu
**Soiltac**®, her türlü toprak veya agreganın kararlı hale getirilmesi ve katılaştırılması, erozyon kontrolü ve toz supresyonu için kullanılabilen ekolojik ...
raf.arkitera.com/dergisayfa_847_bima-**soiltac**-cevre-dostu-toprak-stabilizasyon-
solusyonu.html - 15k - Cached - Similar pages - Note this

### Buyer's Guide to Coal Ash-Containing Products
**Soiltac**® is a polymer based emulsion manufactured by Soilworks, LLC and is used to ...
**Soiltac** can be used in conjunction with fly ash for superior soil ...
https://www.eerc.und.nodak.edu/carrc/BuyersGuide/product.asp?catid=46&prodid=107 - 9k -
Cached - Similar pages - Note this

### Bima - SOILTAC Çevre Dostu Toprak Stabilizasyon Solüsyonu ...
Oct 12, 2007 ... Toprak stabilizasyon ve toz kontrol malzemesinin yaratıcısı ve imalatçısı olan Soilworks® LLC'nin Türkiye ve KKTC'
www.sensizliksokagi.org/ev-dekorasyon/88557-bima-**soiltac**-cevre-dostu-toprak-stabilizasyon-solusyonu.html - 111k - Cached - Similar pages - Note this

### Blog of Soilworks Soil Stabilization & Dust Control Materials ...
Its products include the patented US Department of Defense technology called Surtac, **Soiltac**, Gorilla-Snot, Powdered **Soiltac** and Durasoil. ...
www.merchantcircle.com/blogs/Soilworks.760-345-0771 - 18k -
Cached - Similar pages - Note this



Gooooogle ▶
1 2 3 4 5   Next

---

soiltac    Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google