# Exhibit 2

Web   Images   Maps   News   Shopping   Mail   more ▼         Chad@Soilworks.com | Web History | My Account | Sign out

Google | soilworks |   Search | Advanced Search / Preferences

Web   Video   Books                                    Results **1 - 100** of about **164,000** for **soilworks**. (0.48 seconds)

### Soilworks® Stabilizers
Soilworks.com    Dust Control & Soil Stabilization Used worldwide on any soil or site.    Sponsored Link

**Sponsored Links**

### Midwest Industrial Supply
Dust, Erosion, Soil Stabilization
& Anti-Icing/De-Icing Solutions.
www.MidwestInd.com

### Soilworks® - May 12
**Soilworks®** provides engineered materials and products for dust control, air quality, erosion control, road building and soil stabilization markets.
www.**soilworks**.com/ - 74k - Cached - Similar pages - Note this

### Total Concrete Sealer
Increase surface life significantly
with premier specialty chemicals
www.enviroseal.com

#### Soilworks® Products
Jan 1, 2008 ... **Soilworks®** manufactures soil stabilization as well as dust and erosion control products patented as Soiltac®, Durasoil®, Powdered Soiltac® ...
www.**soilworks**.com/product-information.aspx - 46k -
Cached - Similar pages - Note this
More results from www.soilworks.com »

### Soiltac® Soil Stabilization & Dust Control from Soilworks®
Soiltac® is a copolymer soil stabilizer & dust control product used for dust suppression, road base stabilization and soil stabilization worldwide.
www.soiltac.com/ - 32k - Cached - Similar pages - Note this

#### Soilworks® LLC Contact Information & Global Distributor Network
**Soilworks®** copolymer soil stabilization products and dust control materials are available worldwide through our integrated global distributor network.
www.soiltac.com/contact-information.aspx - 31k - Cached - Similar pages - Note this
More results from www.soiltac.com »

See results for: *soilwork*

### MySpace.com - SOILWORK - Metal / Death Metal / Rock - www.myspace ...
MySpace music profile for **SOILWORK** with tour dates, songs, videos, pictures, blogs, band information, downloads and more.
www.myspace.com/soilwork

### Soilwork - Wikipedia, the free encyclopedia
**Soilwork** is a Swedish melodic death metal band from Helsingborg. They are currently signed to Nuclear Blast. Formed in late 1995, originally under the name ...
en.wikipedia.org/wiki/Soilwork

### YouTube - Soilwork - Exile
Sep 28, 2007 ... The brandnew **SOILWORK** clip "Exile" Taken from the album "Sworn To A Great Divide"
www.youtube.com/watch?v=x60DdKy1GuY

### Soilworks, LLC Company Profile - PR.com
**Soilworks**, LLC Company Profile - on PR.com. ... **Soilworks®** manufactures environmentally safe soil stabilizers, dust control agents and erosion control ...
www.pr.com/company-profile/overview/2157 - 17k - Cached - Similar pages - Note this

#### Soilworks, LLC Contact Information - PR.com
**Soilworks**, LLC Contact Information - on PR.com. ... Website: www.**soilworks**.com.

Address: 681 N. Monterey Street Suite 101 Gilbert, AZ 85233 United States ...
www.pr.com/company-profile/contact-info/2157 - 18k - Cached - Similar pages - Note this
More results from www.pr.com »

### Sources of Organic Fertilizers and Amendments Results - Soil Works ...
This factsheet is part of a series highlighting the latest breakthroughs in biorational pest control.
⊞Map of 42411 201st St, Bancroft, SD 57353
attra.ncat.org/attra-pub/orgfert_results.php?q=1131&OrgId= - 20k -
Cached - Similar pages - Note this

### Soilworks, LLC - Gilbert, United States
**Soilworks**, LLC. Biodegradable, Polymer based Emulsion for Soil Stabilization, ... Website, www.**soilworks**.com. Profile, Biodegradable, Polymer based Emulsion ...
⊞Map of 681 N Monterey St, Gilbert, AZ 85233
www.eco-web.com/register/05995.html - 5k - Cached - Similar pages - Note this

### Mark Twain Rounded Rectangular Callout: "In religion and politics ...
Mark Twain. Rounded Rectangular Callout: "In religion and politics, people's beliefs and convictions are in. Comedians on Politics · Comedians on Religion ...
**soilworks**.org/ - 72k - Cached - Similar pages - Note this

### Which Soil Works Best?
Use adjectives to describe soil: rough, sandy, earthy, etc. Write a soil poem. Soil Earthy Sandy Rough Loamy Smells good. Which **soil works** best? ...
www.dnr.state.md.us/forests/education/soiltest.html - 5k - Cached - Similar pages - Note this

#### Which Soil Works Best?
0 Which **Soil Works** Best? Plant a seed in each cup. Water and watch them grow. Draw what happens to each seed. What do you think will happen? Soil experiment ...
www.dnr.state.md.us/forests/education/soilexperiment.html - 2k -
Cached - Similar pages - Note this

### Soliworks Australia ™ | Advanced Ripping and Mounding Technology
**Soilworks** Australia. Specialising in viticulture, orchards and forestry, the **Soilworks** Australia™ team has been researching, designing and developing ...
www.**soilworks**.net/ - 12k - Cached - Similar pages - Note this



### YouTube - J.G. Soilworks' Like The Average Stalker !!Drums!!
its a new video...with some timing problems :DJ.G. **Soilworks** ...
3 min 58 sec - ★★★★☆
www.youtube.com/watch?v=uDlJoAaT7u4

### YouTube - Vesco "How soil works"
This video is part 2 of 5 and describes how top soil our most precious resource works.
www.youtube.com/watch?v=Vw5QhWISZJM&feature=related - 51k -
Cached - Similar pages - Note this

### Amazon.com: Customer Discussions: Soilworks Sworn to a great ...
Oct 11, 2007 ... Sworn to a great divide is deffintley a different **Soilwork** than on many of their previous albums, however it also brings back some of the ...
www.amazon.com/.../forum/FxAJX7F7S6BJM1/Tx3TPKNO6QRB6BS/1?
_encoding=UTF8&asin=B000VT2OHC - 156k - Cached - Similar pages - Note this

### [PDF] 1 April 2006 For Immediate Release ESI Signs Agreement with ...
File Format: PDF/Adobe Acrobat - View as HTML
based **Soilworks**, LLC to become the East Coast distributor of **Soilworks**, ... The addition of the **Soilworks**, LLC product lines compliments Environmental ...
www.envirsol.com/companyoverview/documents/Soilworks_040106.pdf -
Similar pages - Note this

### Resource: Soilworks dust control, erosion control and soil ...
Nov 21, 2005 ... **Soilworks** manufacturers Soiltac, Powdered Soiltac, Durasoil and the ...
**Soilworks**® offers FREE samples of their soil stabilization and dust ...

⊞ Map of 681 N Monterey St, Gilbert, AZ 85233
www.nextstep.state.mn.us/res_detail.cfm?id=2121 - 13k - Cached - Similar pages - Note this

## SOILWORKS, LLC - Soil Stabilization & Dust Control, Gilbert, AZ
**Soilworks®**, LLC manufactures soil stabilizers, erosion control materials and dust control agents. Its products include the patented US Department of Defense ...
www.constructionwork.com/contractor3266139_
**soilworks**_llc_soil_stabilization_dust_control.html - 22k - Cached - Similar pages - Note this

### SOIL WORKS, De Pere, DE
Site Construction, Septic Systems contractor - **SOIL WORKS**, De Pere, DE.
www.constructionwork.com/contractor2722491_soil_works.html?
PHPSESSID=88252d6ffa7137f75b9a14f4cc6fb1ab - 20k - Cached - Similar pages - Note this
More results from www.constructionwork.com »

## Soilworks Live
Tonight was the **Soilwork**'s first headline show in London and part of a full European tour. Congrats to them for stepping up from support slots (reviewed ...
www.geocities.com/visionthingdave/**soilwork**.htm - 7k - Cached - Similar pages - Note this

## Soilworks, LLC (Soil Stabilization And Dust Control) Jobs | Goliath
Mar 19, 2008 ... LLC as a Human Resources Manager **Soilworks**, LLC is... **Soilworks** provides engineered solutions to the broad needs of the dust control and ...
goliath.ecnext.com/jobs_**Soilworks**,%20LLC%20(Soil%20Stabilization%20and%20Dust%20 20Control) - 26k - Cached - Similar pages - Note this

## Human Resources Manager - Soilworks, LLC (Soil Stabilization and ...
Human Resources Manager - Solidify a bright future with **Soilworks**, LLC as a Human Resources Manager **Soilworks**, LLC is currently searching for a candidate ...
www.indeed.com/viewjob?jk=9f36a89a37116131 - 22k - Cached - Similar pages - Note this

### Soilworks, LLC (Soil Stabilization and Dust Control) Forum ...
Research and review **Soilworks**, LLC (Soil Stabilization and Dust Control) jobs. Learn more about a career with **Soilworks**, LLC (Soil Stabilization and Dust ...
www.indeed.com/forum/cmp/**Soilworks**,-LLC-(Soil-Stabilization-and-Dust-Control).html - 19k - Cached - Similar pages - Note this
More results from www.indeed.com »

## Aston Soil Works in Simpson, North Carolina. (nc.)
Aston **Soil Works** in Simpson, Environmental Consultants, North Carolina with telephone, cell phone, fax and adress for Aston **Soil Works** in Simpson.
web2.userinstinct.com/33038070-aston-soil-works.htm - Similar pages - Note this

## Soil Quality: Improving How Soil Works | Terra Preta
Soil Quality Improving How **Soil Works** soilquality.org This site is a collaboration between the NRCS National Soil Quality Team, the National Soil Tilth Lab, ...
terrapreta.bioenergylists.org/Soilquality.org - 15k - Cached - Similar pages - Note this

## Soil Works, Newport VA 24128 -- MerchantCircle.com
**Soil Works** is located at Newport, VA. Phone: 540-544-7791. . Post a message and leave a review for **Soil Works**. Find coupons, and get Newport area business ...
www.merchantcircle.com/business/Soil.Works.540-544-7791 - 24k -
Cached - Similar pages - Note this

### Soilworks, LLC - Soil Stabilization & Dust Control, We Service ...
Get discount coupons for **Soilworks**, LLC - Soil Stabilization & Dust Control and other Gilbert, AZ local merchants. **Soilworks®** provides engineered solutions ...
www.merchantcircle.com/business/**Soilworks**.LLC.-.Soil.Stabilization.And.Dust.Control.800-545-5420 - 25k - Cached - Similar pages - Note this
More results from www.merchantcircle.com »

## How Soils Work - Google Books Result
by Paul W. Syltie - 2002 - Technology - 165 pages
Chapter HI How the **Soil Works** With Plant Roots Having briefly covered the nature of

plants and soils, we now can deal with the functioning of the plant and ...
books.google.com/books?isbn=1591600952...

### Soilworks Photo Gallery
**Soilworks** photo details showing our product line of soil stabilizer and dust control products in use.
durasoil.com/albums.aspx - 27k - Cached - Similar pages - Note this

### Soil Works Inc - Newport, Virginia (VA) | Company Profile
**Soil Works** Inc company profile in Newport, VA. Our free company profile report for **Soil Works** Inc includes business information such as contact, ...
www.manta.com/coms2/dnbcompany_j9g13m - 37k - Cached - Similar pages - Note this

### Soilworks, LLC (Soil Stabilization and Dust Control) jobs in ...
**Soilworks**, LLC (Soil Stabilization and Dust Control) jobs in , Find jobs from **Soilworks**, LLC (Soil Stabilization and Dust Control) in Arizona from ...
arizona.jobing.com/jobfair_company.asp?i=77301 - 54k - Cached - Similar pages - Note this

### Soilworks Video Profile | Soilworks, LLC (Soil Stabilization and ...
Get to know **Soilworks**!... ... ABOUT US **Soilworks**® provides engineered solutions to the broad needs of the dust control and soil stabilization industry. ...
arizona.jobing.com/video_details.asp?segment=8503&i=77301 - 39k -
Cached - Similar pages - Note this
More results from arizona.jobing.com »

### Chad Falkenberg: ZoomInfo Business People Information
Submitted by: Chad Falkenberg, **Soilworks**, LLC Photographer: Chad Falkenberg, ... Chad Falkenberg**Soilworks**, L.L.C. Soil Stabilization and Dust Control ...
www.zoominfo.com/people/Falkenberg_Chad_509947238.aspx - 24k -
Cached - Similar pages - Note this

### Soilworks, LLC
**Soilworks**, LLC Company Profile in AECinfo.com, your source of North American building product and supplier information, including brochures, specs and CAD ...
www.aecinfo.com/1/company/09/31/20/company_1.html - 25k -
Cached - Similar pages - Note this

### Soilworks Photos
**Soilworks** Soil Stabilizer and Dust Control Photo Gallery. This page shows how our product is used.
www.gorillasnot.com/album-photo.aspx - 30k - Cached - Similar pages - Note this

### Soilworks
**Soilworks**®, Soiltac®, Gorilla-Snot®, Durasoil®, the Durasoil® logo and the Soiltac® logo are registered trademarks of **Soilworks**, LLC. ...
www.gorillasnot.com/distribution-map.aspx - 26k - Cached - Similar pages - Note this
More results from www.gorillasnot.com »

### Soilworks Photo Album
**Soilworks** Photo Albums showing how our soil stabilizer and dust control products is utilized.
www.powderedsoiltac.com/album.aspx - 28k - Cached - Similar pages - Note this

### Powdered Soiltac® Copolymer Soil Stabilizer & Dust Control Agent
**Soilworks**®, LLC is the innovator and manufacturer of Powdered Soiltac® soil stabilizer and dust control agent. Powdered Soiltac® is an eco-safe, ...
www.powderedsoiltac.com/ - 33k - Cached - Similar pages - Note this
More results from www.powderedsoiltac.com »

### Aston Soil Works - Simpson NC - Environmental & Ecological ...
Looking for information about Aston **Soil Works** in Simpson NC? Open List offers business information, reviews, and recommendations about this business and ...
www.openlist.com/simpson-nc_aston-soil-works/230112309/ - 64k -
Cached - Similar pages - Note this

### Soilworks's Music Profile – Users at Last.fm
Listen to **Soilworks**'s personal radio station (1416 tracks played). **Soilworks**'s top artists: Fear Factory, In Flames, Jons, DevilDriver, At the Gates, ...
www.last.fm/user/**Soilworks**/ - 135k - Cached - Similar pages - Note this

### Soilwork – Listen free at Last.fm
Listen free to **Soilwork** (Stabbing the Drama, Nerve & more). **Soilwork** is a Swedish melodic death metal band formed in late 1995, originally under the name ...
www.last.fm/music/**Soilwork** - 224k - Cached - Similar pages - Note this

### Soilworks, LLC | stablizers and agents
Architecectural stablizers and agents building product information for **Soilworks**, LLC.
www.arcat.com/arcatcos/cos43/arc43239.html - 12k - Cached - Similar pages - Note this

### Soil Works in Dallas, TX - YellowBot
**Soil Works** at 5123 Lawnview Ave, Dallas, TX 75227.
www.yellowbot.com/soil-works-dallas-tx.html - 23k - Cached - Similar pages - Note this

### Soilworks LLC in Gilbert, AZ - YellowBot
**Soilworks** LLC reviews and ratings. ... Be the first YellowBot user to review **Soilworks** LLC. About Us; Help/FAQ; Privacy Policy; Terms of Service; Forums ...
www.yellowbot.com/**soilworks**-llc-gilbert-az.html - 22k - Cached - Similar pages - Note this

### Re: soil works, Dupla doesn't (for me)
To: Aquatic-Plants at actwin_com; Subject: Re: **soil works**, Dupla doesn't (for me); From: Stephen.Pushak at saudan_HAC.COM; Date: Tue, 23 Jul 1996 20:00:05 ...
fins.actwin.com/aquatic-plants/month.9607/msg00206.html - 5k - Cached - Similar pages - Note this

### Re: soil works, Dupla doesn't (for me)
To: Aquatic-Plants at actwin_com; Subject: Re: **soil works**, Dupla doesn't (for me); From: krombhol at felix_TECLink.Net (Paul Krombholz); Date: Tue, ...
fins.actwin.com/aquatic-plants/month.9607/msg00202.html - 5k - Cached - Similar pages - Note this

### soilworks: Light the torch | Online dating site singles personals ads
**soilworks**. view profile Photos Gallery Video Gallery Music Gallery Blog ... Groups. All Groups Search. chat. **soilworks** Photos. work. 3 votes. **soilworks** Info ...
personals.faceromance.com/**soilworks** - 31k - Cached - Similar pages - Note this

### fukuoka_farming : Message: THE SOIL WORKS IT SELF
THE **SOIL WORKS** IT SELF The soil lives of its own accord and plows it self. It ... THE **SOIL WORKS** IT SELF ... Raju Titus rajuktitus Send Email, Mar 3, 2008 ...
groups.yahoo.com/group/fukuoka_farming/message/7285 - 24k - Cached - Similar pages - Note this

### Reinforced soil works and facing elements for construction thereof ...
Soil structure has a fill (1), reinforcement strips (2) and a facing (3) which incorporates a path formed for the strips. The path includes two rectilinear ...
www.freepatentsonline.com/EP1662050.html - 15k - Cached - Similar pages - Note this

### soilworks tags on virb.com
Friends, Music and Video... we're helping you stay connected.
www.virb.com/tags/**Soilworks** - 8k - Cached - Similar pages - Note this

### Soilworks
**Soilworks** Profile, Website, E-mail/RFQ Form, Contact, Directions & Nearby Search.
www.processregister.com/**Soilworks**/Supplier/sid14228.htm - 23k - Cached - Similar pages - Note this

### SOILWORKS, LLC - soiltac, surtac, durasoil, soilworks, soil ...
Fedvendor Provides government bid, government contract, government bids, government contracts, contract award, bid forecasts, sealed bids, ...

www.fedvendor.com/contractor/CRR00000000000299431/profile.htm - 18k -
Cached - Similar pages - Note this

### AllPages.com - Aston Soil Works, Simpson, NC - Business Profile & Maps
Provides business profile, maps, and additional information about Aston Soil Works, located in Simpson, NC.
listings.allpages.com/nc-0121756245-simpson.html - 20k - Cached - Similar pages - Note this

### Human Resources Manager, Soilworks, LLC (Soil Stabilization and ...
Human Resources Manager job at Soilworks, LLC (Soil Stabilization and Dust Control) in Metro Phoenix.
phoenix.jobing.com/Job_Details2.asp?JobID=1475015&
SearchID=138705889&Position=0&CameFrom=Job... - 68k -
Cached - Similar pages - Note this

### Human Resources Manager, Soilworks, LLC (Soil Stabilization and ...
Human Resources Manager job at Soilworks, LLC (Soil Stabilization and Dust Control) in Metro Phoenix, , 4/28/2008 8:31:13 AM.
phoenix.jobing.com/job_details2.asp?JobID=1450147 - 47k -
Cached - Similar pages - Note this
More results from phoenix.jobing.com »

### MySpaceTV Videos: Soilwork - Exile by SOILWORK
Soilwork - Exile by SOILWORK Watch it on MySpace Videos.
vids.myspace.com/index.cfm?fuseaction=vids.individual&videoid=18435134 - 42k -
Cached - Similar pages - Note this

### Soilworks LLC v Midwest Industrial Supply Inc - 2:2006cv02141 ...
Justia Federal Filings - Arizona District Court - Intellectual Property - Patent - Soilworks LLC v Midwest Industrial Supply Inc.
dockets.justia.com/docket/court-azdce/case_no-2:2006cv02141/case_id-318008/ - 65k -
Cached - Similar pages - Note this

### Soilwork - Wikipedia, the free encyclopedia
Soilwork is a Swedish melodic death metal band from Helsingborg. They are currently signed to Nuclear Blast. Formed in late 1995, originally under the name ...
en.wikipedia.org/wiki/Soilwork - 79k - Cached - Similar pages - Note this

### The Bushido Way: That Miracle-Grow Potting Soil Works!
Aug 2, 2007 ... That Miracle-Grow Potting Soil Works! I tell you, I swear by that Miracle-Grow Planting Soil. These cantaloupe seeds were coming through the ...
www.thebushidoway.net/2007/08/that-miracle-grow-potting-soil-works.html - 216k -
Cached - Similar pages - Note this

### Soilworks LLC
Soilworks LLC. ... Grounds Maintenance Online Buyer's Guide Company Index Soilworks LLC. Soilworks LLC. Tools. Print Digg del.icio.us ...
www.groundsbuyersguide.com/company/135889/Soilworks_LLC.aspx - 15k -
Cached - Similar pages - Note this

### Soilworks, LLC in Recycler's World -- Equipment Directory
Soilworks, LLC is registered in the Equipment Types and Services Directory at .
www.recycle.net/equip/aa973664.html - 12k - Cached - Similar pages - Note this

### BarryCounty.com - Community & Business Directory - Soil Works Inc
Barry County Michigan Serving Hastings Middleville Delton Nashville Woodland Yankee Springs Gun Lake Area.
barrycounty.com/index.php/Details/Soil_Works_Inc.html - 24k -
Cached - Similar pages - Note this

### Strip Farming for Wind Erosion Control - Soil Works publication ...
Soil Works publication produced by Canada-Saskatchewan Agreement on Soil Conservation. Sponsored Links:. URL:. Title: Strip farming for wind erosion control ...
www.sciencecentral.com/site/482639 - 45k - Cached - Similar pages - Note this

### Ramsier Soil Works, Rittman, OH 44270
Ramsier Soil Works. 11330 Benner Rd Rittman, OH 44270. Business Summary. Contact Ramsier Soil Works ... Business Profile for Ramsier Soil Works ...
yellowpages.the-daily-record.com/Ramsier+Soil+Works.327671.9821228.home.html - 46k - Cached - Similar pages - Note this

### Ramsier Soilworks, Rittman, OH 44270
Ramsier Soilworks. Rittman, OH 44270. Business Summary. Contact Ramsier Soilworks. Phone: (330) 925-8022. Business Profile for Ramsier Soilworks ...
yellowpages.the-daily-record.com/Ramsier+Soilworks.327671.101253079.home.html - 46k - Cached - Similar pages - Note this

### EngNet USA - Soilworks, LLC
Soilworks is the industry leader in dust control, erosion control and soil stabilization products. Our products are used throughout the world's industrial, ...
www.engnet.us/c/f.aspx/SOI003 - 26k - Cached - Similar pages - Note this

### WikiAnswers - What soil works best when riding a horse
Horses question: What soil works best when riding a horse? Please help us answer this question.
wiki.answers.com/Q/What_soil_works_best_when_riding_a_horse - 61k - Cached - Similar pages - Note this

### GameSpot Forums - Metal Union (union board) - So Soilworks new cd ...
Oct 18, 2007 ... Video Games - GameSpot is the world's largest source for PC, PlayStation 2, Xbox, GameCube, PSP, DS, Wii, GBA, PS2, PS3, PlayStation 3, ...
www.gamespot.com/pages/unions/forums/show_msgs.php?topic_id=25977126&union_id=618 - 47k - Cached - Similar pages - Note this

### Soil Works - De Pere, WI, 54115-9561 - Citysearch
Come to Citysearch to get information, directions, and reviews on Soil Works and other Septic & Sewage Services, Home & Garden Services in De Pere.
greenbay.citysearch.com/profile/35123135/de_pere_wi/soil_works.html - 49k - Cached - Similar pages - Note this

### Map of Soil Works, 1062 Aerts Ln, De Pere, WI 54115-9561 on Green ...
Map of Soil Works in Green Bay. Citysearch has maps, driving directions, and more for Soil Works in Green Bay. Also find reviews, directions and information ...
greenbay.citysearch.com/profile/map/35123135/de_pere_wi/soil_works.html - 44k - Cached - Similar pages - Note this

### Soilworks, LLC
Soilworks, LLC. 681 North Monterey Street Gilbert, AZ 85233 USA tel: 480-545-5454 tel: 800-545-5420 fax: 480-545-5456 ...
www.oikos.com/green_products/company.php?company_id=3284 - 7k - Cached - Similar pages - Note this

### What kind of soil works best for planting?
Soil should have good drainage. You can mix equal parts of peat moss, compost and soil from the spot where you are planting. Perlite or vermiculite can also ...
www.querycat.com/faq/939b23300f157f4b490a9ddd01ffb5b6 - 25k - Cached - Similar pages - Note this

### Ramsier Soil Works in Rittman, OH from Cleveland Listings
Business profile of Ramsier Soil Works in Rittman, OH. Get driving directions, phone numbers, maps and more.
businessfinder.cleveland.com/BL/Profile.aspx?advid=800107&adv=1058783&usecookie=0&LocString=R... - 23k - Cached - Similar pages - Note this

### Searching soilworks
Results 1 to 5 for soilworks (view as list | tiles): ... headstrong, drowing pool, dragpipe, soilworks, gothy, things unseen, vampiric, fang fetish, sub3 ...
ex.plode.us/search/soilworks - 46k - Cached - Similar pages - Note this

### Aston Soil Works, Simpson, NC, 27879 - addresses.com
Get directions, services, payment information on Aston Soil Works located at Simpson, NC.
Search for other Environmental & Ecological Consultants in Simpson ...
environmentalservices.addresses.com/yp_results.php?
ReportType=44&MoreInfoResult=1&qrecid=LMS60362942 - 13k -
Cached - Similar pages - Note this

### Drain Cleaning Services | Ramsier Soil Works, Rittman, OH
Find information on Ramsier Soil Works in Rittman, Ohio.
www.plumbersdirectory.us/plumbing-77990-Ramsier%20Soil%20Works/ - 16k -
Cached - Similar pages - Note this

### Soil Works - Newport, VA 24128 - AskYP
Get information, directions, and maps on Soil Works and other Testing Laboratories,
Laboratories Soil & Concrete Testing in Newport.
5405447791.askyp.com/ - 8k - Cached - Similar pages - Note this

### Soilworks® Products
Soilworks® manufactures soil stabilization as well as dust and erosion control products
patented as Soiltac®, Durasoil®, Powdered Soiltac® and Gorilla-Snot® ...
www.surtac.com/product-information.aspx - 46k - Cached - Similar pages - Note this

#### Soilworks® Company Documentation Available on Dust Control & Soil ...
Soilworks company documentation including department of transportation approvals,
material safety data sheets, product detail sheets.
www.surtac.com/product-documentation.aspx - 24k - Cached - Similar pages - Note this

### Does anyone know if Diatomaceous Soil works to kill silverfish ...
We moved into a really old house about 3mo ago. Ev...
answers.yahoo.com/question/index?qid=20070130192837AAQkdCz&show=7 - 42k -
Cached - Similar pages - Note this

### Soil Works Inc 540-544-7791 Newport Virginia(va)
Home > Virginia(va) > Newport > Soil Works Inc >>b2b info list. Soil Works Inc >>Download
Firefox (Google Browser). Fuzzy Query: EWP IPT ORD ORT ORW OVA EWA ...
www.ypsort.com/info/va/3595466/ - 11k - Cached - Similar pages - Note this

#### Soil Works Inc 540-544-7791 Newport Virginia(va)
Home > Virginia(va) > Newport > Soil Works Inc >>b2b info list. Soil Works Inc >>Download
Firefox (Google Browser). Fuzzy Query: REE OST EST ORT UDS INS INE ...
www.ypsort.com/info/va/3595468/ - 11k - Cached - Similar pages - Note this

### Soilworks LLC - Soil Stabilization Dust Control - Chad Falkenberg ...
Soilworks provides engineered solutions to the broad needs of the dust control and soil
stabilization industry Whether your market is commercial industrial ...
www.fastpitchnetworking.com/buyprofile_nocookie.cfm?ContactID=144213 - 15k -
Cached - Similar pages - Note this

#### Soilworks LLC - Chad Falkenberg - Fast Pitch Professional ...
Soilworks manufactures environmentally safe soil stabilizers dust control agents and erosion
control agents Our products include the patented department of ...
www.fastpitchnetworking.com/buyprofile.cfm?FullName=Chad%
20Falkenberg&CompanyFullName=Soilworks%2C%20... - 14k -
Cached - Similar pages - Note this

### Aston Soil Works, Simpson NC, 252-695-0235
Welcome to Aston Soil Works,Tel: 252-695-0235, Address:2841 Edwards Drive, Simpson,
NC 27879, Simpson, NC. Please click this to get more about Aston Soil ...
www.ecspace.us/Business/Environmental+&
+Ecological+Consultants/Aston.Soil.Works/Nzk1NTcxMQ - 11k -
Cached - Similar pages - Note this

#### Soilworks Soil Stabilization & Dust Control Agents, , 800-545-5420

Company Name: **Soilworks** Soil Stabilization & Dust Control Agents: Tel: 800-545-5420:
URL: www.**soilworks**.com: Email: info AT **soilworks**.com: Address: ZIP: ...
www.ecspace.us/.../Dust+Control+Materials/
**Soilworks**.Soil.Stabilization.&.Dust.Control.Agents/MTEyOTg4MA - 14k -
Cached - Similar pages - Note this

### Soil Works of Dallas, Dallas, TX 75227 - Kudzu.com Profile
Reviews and ratings for **Soil Works** of Dallas in Dallas, TX. (214) 388-9590. Get maps,
directions, address and phone number for **Soil Works** of Dallas from ...
dallas.kudzu.com/merchant/6303793.html - 29k - Cached - Similar pages - Note this

### AIMS Education Foundation :: E-Activities List :: Which Soil Works ...
Preview (may be partial) Students will plant seeds in a variety of soils to see which soils
provide the best medium for plant growth.
wwws.aimsedu.org/aims_store/Which-Soil-Works-Best-p-3169.html - 29k -
Cached - Similar pages - Note this

### [PPT] The soil works!!
File Format: Microsoft Powerpoint - View as HTML
The **soil works**!! L.M.O.. The importance of soil. Many of our needs come from soil like
apples, crops, and other food we like and wheat, paper ext. ...
webfc.ahisd.net/~cderk/FOV1-00015685/S00328140.24/The%20soil%20works!!Lillie.ppt -
Similar pages - Note this

### Wine Asylum - 4' of soil works pretty well! - jj, October 06, 2000 ...
Wine Asylum. 4' of **soil works** pretty well! 207.207.243.50. [ Follow Ups ] [ Post Followup ]
[ Wine Asylum ] [ FAQ ]. Posted by jj (i) on October 06, ...
www.myasylum.com/wine/general/messages/2138.html - 5k -
Cached - Similar pages - Note this

### $70k+ Global Soil Stabilization Sales Rep. job in Gilbert, AZ ...
Solidify a bright future with **Soilworks**, LLC as a professional soil stabilization and ...
**Soilworks**, LLC is currently searching for individuals who have a ...
www.simplyhired.com/job-id/aw4pvrwotf/70k-global-jobs/ - 34k -
Cached - Similar pages - Note this

### Human Resources Manager job in Gilbert, AZ - Soilworks, Llc (soil ...
Solidify a bright future with **Soilworks**, LLC as a Human Resources Manager **Soilworks**,
LLC is currently searching for a candidate to fill the human resource ...
www.simplyhired.com/job-id/ft6mvqxlks/human-resources-jobs/ - 34k -
Cached - Similar pages - Note this
More results from www.simplyhired.com »

### Soilworks LLC in Gilbert, AZ - AOL Local Yellow Pages
AOL Local Yellow Pages provides the latest detailed business information for **Soilworks**
LLC, located in Gilbert, AZ.
yellowpages.aol.com/business/**soilworks**-llc/chandler/az/0,119251997/ - 14k -
Cached - Similar pages - Note this

### Soil Stabilization, Dust Control and much more : Soilworks LLC
**Soilworks** LLC. Soil Stabilization, Dust Control and much more. 681 N Monterey St, Gilbert,
AZ, 85233, USA Phone: 800-545-5420 Fax: (480) 545-5456 ...
www.nurseryman.com/searchdata/www-soiltac-com.html - 6k -
Cached - Similar pages - Note this

### drama YouTube video. Soilworks Stabbing the Drama Taken from ...
drama YouTube video. **Soilworks** Stabbing the Drama Taken from Stabbing the Drama
(2005)
www.turtilla.com/tag/videotag/zOzCx-3h-jo-video-drama - 28k -
Cached - Similar pages - Note this

### Virginia's Business Pipeline
**Soil Works** consults on soil science for soil mapping, septic site evaluations, ... Company
Name: **SOIL WORKS**. Company Address: PO Box 3 NEWPORT, VA 24128 ...

www.virginiabusiness.org:81/companyinfo/CompanyCard.asp?
id=3465&login=&level=&FileNum=&a= - 43k - Cached - Similar pages - Note this

### Soilworks, LLC Jobs on CareerBuilder.com
Looking for **Soilworks**, LLC Jobs? See currently available job openings on
CareerBuilder.com. Browse the current listings and fill out job applications.
www.careerbuilder.com/JobSeeker/Jobs/JobResults.aspx?ncc=%5E%22**Soilworks**%
2C+LLC%22%24 - 62k - Cached - Similar pages - Note this

Goooooooooogle ▶
**1** 2 3 4 5 6 7 8 9 10    **Next**

soilworks       Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google