# Exhibit 4


- Refinance          • 30-Year Fixed Rates   loading
- Cash Out Refinance • 15-Year Fixed Rates
- Compare Low Rates  • 5-Year ARM
- Pay Off Debt       • Home Improvement

Lending]

*Terms & Conditions Apply

ADVERTISEMENT

14 results for: *synthetic*
Browse Nearby Entries)

Synthetic
Castrol Motor Oil: It's More Than Just Oil. It's Liquid Engineering.
www.CastrolSyntec.com

Synthetic
Free Trail - Synthetic Try Before You Buy at CIMCOOL
www.CIMCOOL.com

Sponsored Links

*Dictionary.com Unabridged (v 1.1)* – Cite This Source – Share This
syn·thet·ic   Audio Help   [sin-**thet**-ik] Pronunciation Key
   –*adjective*
   1. of, pertaining to, proceeding by, or involving synthesis (opposed to ANALYTIC).
   2. noting or pertaining to compounds formed through a chemical process by human agency, as opposed to those of natural origin: *synthetic vitamins; synthetic fiber.*
   3. (of a language) characterized by a relatively widespread use of affixes, rather than separate words, to express syntactic relationships: *Latin is a synthetic language, while English is analytic.* Compare ANALYTIC (def. 3), POLYSYNTHETIC (def. 1).
   4. Also, syn·thet·i·cal. *Logic.* of or pertaining to a noncontradictory proposition in which the predicate is not included in, or entailed by, the subject.
   5. not real or genuine; artificial; feigned: *a synthetic chuckle at a poor joke.*
   6. *Jewelry.*
      a. noting a gem mineral manufactured so as to be physically, chemically, and optically identical with the mineral as found in nature.
      b. (not in technical use) noting a gem mineral manufactured and pigmented in imitation of a natural gemstone of that name.
   –*noun*
   7. something made by a synthetic, or chemical, process.
   8. synthetics.
      a. substances or products made by chemical synthesis, as plastics or artificial

[Origin: 1690-1700; < NL *syntheticus* < Gk *synthetikós*, equiv. to *synthet(ós)* placed together, verbid of *syntithénai* to put together (*syn-* SYN- + *the-*, s. of *tithénai* to put, place + *-tos* verbid suffix) + *-ikos* -IC]

—*Related forms*
syn·thet·i·cal·ly, *adverb*

—*Synonyms* 5. fake, phony, counterfeit, sham.

*Dictionary.com Unabridged (v 1.1)*
*Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.*

*Encyclopædia Britannica, Inc.*
**synthetic**

To learn more about synthetic visit Britannica.com

© *2008 Encyclopædia Britannica, Inc.*

*American Heritage Dictionary* - Cite This Source - Share This
syn·thet·ic Audio Help (sĭn-thĕt'ĭk) Pronunciation Key
adj.
1. Relating to, involving, or of the nature of synthesis.
2. *Chemistry* Produced by synthesis, especially not of natural origin.
3.
    a. Not natural or genuine; artificial or contrived: *"counterfeit rhetoric that flourishes when passions are synthetic"* (George F. Will).
    b. Prepared or made artificially: *synthetic leather.* See Synonyms at artificial.
4. *Linguistics* Relating to or being a language, such as Latin or Russian, that uses inflectional affixes to express syntactic relationships.
5. *Logic & Philosophy* Relating to or being a proposition that attributes to a subject a predicate not inherent in the subject and that does not result in a contradiction if negated.

n. A synthetic chemical compound or material.

[Greek sunthetikos, *skilled in putting together, component,* from sunthetos, *combined,* from suntithenai, *to put together;* see **synthesis**.]

syn·thet'i·cal·ly *adv.*
*(Download Now or Buy the Book)*
*The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2006 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

*WordNet* - Cite This Source - Share This
**synthetic**

leather" [syn: man-made]
2. involving or of the nature of synthesis (combining separate elements to form a coherent whole) as opposed to analysis; "limnology is essentially a synthetic science composed of elements...that extend well beyond the limits of biology"- P.S.Welch [ant: analytic]
3. systematic combining of root and modifying elements into single words [ant: analytic]
4. of a proposition whose truth value is determined by observation or facts; "'all men are arrogant' is a synthetic proposition" [ant: analytic]
5. artificial as if portrayed in a film; "a novel with flat celluloid characters" [syn: celluloid]
6. not genuine or natural; "counterfeit rhetoric that flourishes when passions are synthetic"- George Will

*noun*
1. a compound made artificially by chemical reactions

*WordNet® 3.0, © 2006 by Princeton University.*


*Kernerman English Multilingual Dictionary (Beta Version) – Cite This Source – Share This*
**synthetic** [sin'θetik] *noun, adjective*
(a substance) produced artificially by a chemical process
Example: *nylon and other synthetic materials / synthetics*

| | |
|---|---|
| *Arabic:* تركيبي، إصطناعي | *Japanese:* ーーー |
| *Chinese (Simplified):* ーーー | *Korean:* ーーー, ーーー; ーーー |
| *Chinese (Traditional):* ーーー | *Latvian:* sintētisks |
| *Czech:* syntetický | *Lithuanian:* sintetinis |
| *Danish:* syntetisk | *Norwegian:* syntetisk |
| *Dutch:* synthetisch | *Polish:* syntetyczny |
| *Estonian:* sünteetiline | *Portuguese (Brazil):* sintético |
| *Finnish:* synteettinen | *Portuguese (Portugal):* sintético |
| *French:* synthétique | *Romanian:* substanţă, *material sintetic; sintetic |
| *German:* der Kunststoff, synthetisch | |
| *Greek:* συνθετικός | *Russian:* синтетика |
| *Hungarian:* szintetikus | *Slovak:* syntetický |
| *Icelandic:* tilbúinn, gervi- | *Slovenian:* umeten; sintetičen |
| *Indonesian:* sintetis | *Spanish:* sintético |
| *Italian:* sintetico | *Swedish:* syntetisk |
| | *Turkish:* sentetik, yapay |

*See also:* synthesize, synthesise, synthesis

*Kernerman English Multilingual Dictionary (Beta Version), © 2000-2006 K Dictionaries Ltd.*


*The American Heritage Science Dictionary – Cite This Source – Share This*
**synthetic** 🔊 Audio Help (sĭn-thĕt'ĭk) Pronunciation Key
Produced artificially, especially in a laboratory or other man-made environment. Nylon is a synthetic chemical compound.

*Copyright © 2002 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

*American Heritage Stedman's Medical Dictionary* - Cite This Source - Share This

syn·thet·ic (sĭn-thĕt′ĭk)
*adj.*

1. Relating to or involving synthesis.
2. Produced by chemical synthesis, especially not of natural origin.

*n.*
A synthetic chemical compound or material.

*The American Heritage® Stedman's Medical Dictionary*
*Copyright © 2002, 2001, 1995 by Houghton Mifflin Company. Published by Houghton Mifflin Company.*

*Merriam-Webster's Medical Dictionary* - Cite This Source - Share This

Main Entry: ²**synthetic**
Function: *noun*
: a product (as a drug) of chemical synthesis

*Merriam-Webster's Medical Dictionary,* © 2002 Merriam-Webster, Inc.

*Merriam-Webster's Medical Dictionary* - Cite This Source - Share This

Main Entry: ¹**syn·thet·ic**
Pronunciation: sin-'thet-ik
Function: *adjective*
: of, relating to, or produced by chemical or biochemical synthesis; *especially* : produced artificially <*synthetic* drugs> <*synthetic* dyes> —syn·thet·i·cal·ly /-i-k(ə-)lē/ *adverb*

*Merriam-Webster's Medical Dictionary,* © 2002 Merriam-Webster, Inc.

*Investopedia* - Cite This Source - Share This
**Synthetic**

A financial instrument that is created artificially by simulating another instrument with the combined features of a collection of other assets.

*Investopedia Commentary*

For example, you can create a synthetic stock by purchasing a call option and simultaneously selling a put option on the same stock. The synthetic stock would have the same capital-gain potential as the underlying security.

*Related Links*

Options Basics Tutorial
Going Long On Calls

See also: Call Option, Capital Gain, Put, Synthetic Lease, Underlying

*Investopedia.com. Copyright © 1999-2005 - All rights reserved. Owned and Operated by Investopedia Inc.*

*Webster's Revised Unabridged Dictionary - Cite This Source - Share This*
**synthetic**

An`a*lyt"ic\, Analytical \An`a*lyt"ic*al\, a. [Gr. ?: cf. F. analytique. See Analysis.] Of or pertaining to analysis; resolving into elements or constituent parts; as, an analytical experiment; analytic reasoning; -- opposed to synthetic.

Analytical or co["o]rdinate geometry. See under Geometry.

Analytic language, a noninflectional language or one not characterized by grammatical endings.

Analytical table (Nat. Hist.), a table in which the characteristics of the species or other groups are arranged so as to facilitate the determination of their names.
*Webster's Revised Unabridged Dictionary, © 1996, 1998 MICRA, Inc.*

*Webster's Revised Unabridged Dictionary - Cite This Source - Share This*
**Synthetic**

Par`a*syn*thet"ic\, a. [Gr. ?. See Para-, and Synthetic.] Formed from a compound word. "Parasynthetic derivatives." --Dr. Murray.
*Webster's Revised Unabridged Dictionary, © 1996, 1998 MICRA, Inc.*

*Webster's Revised Unabridged Dictionary - Cite This Source - Share This*
**Synthetic**

Syn*thet"ic\, Synthetical \Syn*thet"ic*al\, a. [Gr. ?: cf. F. synth['e]tique.]

1. Of or pertaining to synthesis; consisting in synthesis or composition; as, the synthetic method of reasoning, as opposed to analytical.

Philosophers hasten too much from the analytic to the synthetic method; that is, they draw general conclusions from too small a number of particular observations and experiments. --Bolingbroke.

2. (Chem.) Artificial. Cf. Synthesis, 2.

3. (Zo["o]l.) Comprising within itself structural or other characters which are usually found only in two or more diverse groups; -- said of species, genera, and higher groups. See the Note under Comprehensive, 3.

Synthetic, or Synthetical language, an inflectional language, or one characterized by grammatical endings; -- opposed to analytic language. --R. Morris.
*Webster's Revised Unabridged Dictionary, © 1996, 1998 MICRA, Inc.*

Syn*thet"ic\, Synthetical \Syn*thet"ic*al\, a. [Gr. ?: cf. F. synth['e]tique.]

1. Of or pertaining to synthesis; consisting in synthesis or composition; as, the synthetic method of reasoning, as opposed to analytical.

Philosophers hasten too much from the analytic to the synthetic method; that is, they draw general conclusions from too small a number of particular observations and experiments. --Bolingbroke.

2. (Chem.) Artificial. Cf. Synthesis, 2.

3. (Zo["o]l.) Comprising within itself structural or other characters which are usually found only in two or more diverse groups; -- said of species, genera, and higher groups. See the Note under Comprehensive, 3.

Synthetic, or Synthetical language, an inflectional language, or one characterized by grammatical endings; -- opposed to analytic language. --R. Morris.
*Webster's Revised Unabridged Dictionary, © 1996, 1998 MICRA, Inc.*

View results from: Dictionary | Thesaurus | Encyclopedia | All Reference | the Web

Share This: