# Exhibit 5

```
 1  E. SCOTT DOSEK #012144
    JOHN P. PASSARELLI (Pro Hac Vice)
 2  KUTAK ROCK LLP
    Suite 300
 3  8601 North Scottsdale Road
    Scottsdale, AZ 85253-2742
 4  (480) 429-5000
    Facsimile: (480) 429-5001
 5
    Attorneys for Plaintiff
 6  SOILWORKS, LLC, an Arizona corporation
```

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-02141-DGC |
|---|---|
| Plaintiff, | DECLARATION OF CHAD FALKENBERG IN SUPPORT OF SOILWORKS' OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant. | |

STATE OF ARIZONA )
              )ss
COUNTY OF MARICOPA )

I, Chad Falkenberg, declare as follows:

1. I am the President of Soilworks, LLC. Soilworks distributes environmentally-safe dust and erosion control agents throughout the United States. In that respect, Soilworks is a direct competitor of Midwest Industrial Supply, Inc. I submit this Declaration in Support of Soilworks' Opposition to Defendant's Motion for Partial Summary Judgment. I have

personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. Oil-Sheen Free is not generally understood to be under any specific standard or test method in the dust control and soil stabilization industry.

3. Midwest became aware of Durasoil on a Military helipad test in Yuma, AZ in and around September and/or October of 2005 when Soilworks successfully tested its products against Midwest's Envirokleen product.

4. Polar Supply Company, a vendor of Solworks' products, bids all its own projects including those with the Alaska Department of Transportation. Soilworks does not bid any projects in Alaska and is not involved in the decision-making process related to which projects Polar Supply chooses to bid.

5. Durasoil has no "rainbow effect" when poured into/onto water. Soilworks use of the term "oil-sheen-free" is based upon a visual examination of the products interaction with water and my common knowledge of white-oils.

6. The soil-stabilization and dust control industry is made up of sophisticated manufacturers and vendors of soil and dust stabilization products, contractors and subcontractors and sophisticated federal, state and local governmental and corporate entities which submit requests for bids which require soil stabilization products.

7. It is common industry practice that a contractor or vendor will submit a bid for projects even if it is apparent from the bid request that the contractor's or vendor's products or service do not meet the expressed specifications or requirements of the bid request. It is common practice to bid as an alternate or a substitute to help generate awareness of a product or service in the mind of the buyer. Such bid responses sometimes lead to a change in a buyer's bid requests specifications especially if a bid is considerably cheaper than what was

| | |
|---|---|
| 1 | previously bid by other companies. |
| 2 | |
| 3 | I declare under penalty of perjury and the laws of the United States of America that |
| 4 | the foregoing is true and correct. |
| 5 | Executed this 11th day of June, 2008, at Gilbert, Arizona. |

_____
Chad Falkenberg

The foregoing was acknowledged before me this 11th day of June, 2008, by Chad Falkenberg.

**OFFICIAL SEAL**
**SHANE WILLIAMS**
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 27, 2009

_____
Notary Public

My Commission Expires:

July 27, 2009

---

4827-2701-3378.1     3     DECLARATION OF CHAD FALKENBERG