# Exhibit 1


 Print this Document

**United States District Court**
**District of Arizona**

AZD QT CM/ECF Question Tracker
Top Questions/

- Go to ECF Live
- Attorney Registration
- Administrative Policies and Procedures Manual
- E-Filing Procedural Information
- Frequently-Asked Questions (FAQs)
- Training and User Manual
- Support
- Requirements
- About Electronic Case Filing

# I e-filed a document that was converted to PDF from a word processing program prior to e-filing. I have noticed that when printing the PDF document after e-filing, the text is slightly smaller than if the document was printed directly from the word processing program in which it was created. Why is this happening and can it be corrected?

**Answer:**
Often the print settings within Adobe Acrobat are set such that print scaling enabled. Print scaling will shrink the printed content of a PDF document so that a "best fit" on paper is achieved, and this often results in a visually reduced font size when the PDF document is printed to paper. In order to print a PDF document such that the font size matches that of the original document, you will need to disable print scaling within Adobe Acrobat. To do this, when attempting to print a PDF document that is being viewed in ECF, from the printing dialog window change the setting that appears in the "Page Scaling" field (this is found within the "Page Handling" section of the printing dialog window) to read "None", and then click on "OK" to print the document. Once the print settings are changed so that print scaling is disabled, Acrobat will "remember" this setting such that it does not need to be selected in the future.

Last Revised: 06/30/2008