# Exhibit 3

*Home      *What's New      *Customer Service      *Help/FAQ

Log off      ⊞ Parked Carts   ⊟ Order Status History   🛒 Shopping Cart

# GSA Advantage!
## ...Working for the U.S. Government

Home > Search Results

### Search Results

Found **27** products for **"soiltac"**

Sort by: Most relevant        **Sort it!**

Search within results (all words)     **Find it!**  More refine options        Page: 1 2 ▶

| NSN/Mfr. Part No/Product | Price / Delivery | Quantity |
|---|---|---|

**55-GALLON DRUM SOILTAC-55-GALLON-DRUM** 📷

Soiltac, environmentally safe, liquid copolymer soil stabilizer and dust control agent contained in a 55 gallon plastic poly drum.Keywords: acrylic copolyme r emulsion asphalt alternatives sealing chemical soil stabilization chip seal chip ...

Manufacturer: SOILWORKS
Contractor: SOILWORKS, LLC [GS-07F-5364P] (s)

💠 **$164.58** DR
14 days

**ADD to Cart**

🌐 non

SOILTAC
55-gal. Drum

---

**5-GALLON PAIL SOILTAC-5-GALLON-PAIL** 📷

Soiltac, environmentally safe, liquid copolymer soil stabilizer and dust control agent contained in a 5 gallon plastic pail.Keywords: acrylic copolymer emul sion asphalt alternatives sealing chemical soil stabilization chip seal chip ...

Manufacturer: SOILWORKS
Contractor: SOILWORKS, LLC [GS-07F-5364P] (s)

**$27.20** PA
14 days

**ADD to Cart**

🌐 non

SOILTAC
5-gal. Pail

---

**5000-GALLON BULK TANKER SOILTAC-5000-GALLON-BULK-TANKER** 📷

Soiltac, environmentally safe, liquid copolymer soil stabilizer and dust control agent shipped in a 5,000 gallon bulk tanker.Keywords: acrylic copolymer emu lsion asphalt alternatives sealing chemical soil stabilization chip seal chip ...

Manufacturer: SOILWORKS
Contractor: SOILWORKS, LLC [GS-07F-5364P] (s)

💠 **$10,200.94** 19
14 days

**ADD to Cart**

🌐 GA non



SOILTAC
5,000-gal. Bulk Tanker

---

**275-GALLON IBC TOTE SOILTAC-275-GALLON-IBC** 📷

Soiltac, environmentally safe, liquid copolymer soil stabilizer and dust control agent in a 275 gallon (IBC) poly tote.Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil stabilization chip seal chip sealer ...

Manufacturer: SOILWORKS
Contractor: SOILWORKS, LLC [GS-07F-5364P] (s)

💠 **$847.81** TE
14 days

**ADD to Cart**

🌐 GA
non



SOILTAC

---

**EK35-275G EK35 - 275 GALLON BULK TANK** 📷

EK35 is a revolutionary technology formulated with safe and environmentally friendly synthetic fluids and rosins. It is applied neat to the soil providing a dual mechanism for dust control and soil stabilization.Keywords: acrylic copolym ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)

**$5.34** EA
2 days

**ADD to Cart**

non



---

**EK-275G ENVIROKLEEN - 275 GALLON BULK TANK**

EnviroKleen is uniquely pure, non-toxic, environmentally friendly, clean, oil-sheen free, colorless, odorless and safe for human, animal and plant life. Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)

**$5.34** EA
2 days

**ADD to Cart**

ETV✓ non



---

**CUSTOMER SUPPLIED CONTAINER CUSTOMER SUPPLIED CONTAINER** 📷

Soiltac soil stabilizer & dust control agent contained in the customer's suppled container (any

💠 **$2.72** EA
14 days

size/volume).

Manufacturer: SOILWORKS
Contractor: SOILWORKS, LLC  [GS-07F-5364P] (s)

  

---

## EK-55G ENVIROKLEEN - 55 GALLON DRUM

EnviroKleen is uniquely pure, non-toxic, environmentally friendly, clean, oil-sheen free, colorless, odorless and safe for human, animal and plant life. Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
Contractor: MIDWEST INDUSTRIAL SUPPLY, INC.  [GS-07F-0235M] (s)

**$5.34** EA
2 days




---

## SS-264G SOIL-SEMENT - 264 GALLON BULK TANK

Soil-Sement is an environmentally safe polymer emulsion that produces highly effective dust control, erosion control and soil stabilization. Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil stabilization chip ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
Contractor: MIDWEST INDUSTRIAL SUPPLY, INC.  [GS-07F-0235M] (s)

**$2.76** EA
2 days

ETV ✓



---

## ARX-BULK ARENA RX - BULK

Arena Rx is a dust control agent that enables equine athletes to attain peak health and performance by eliminating airborne dust. It is designed specifically for use in horse arenas, tracks, round pens, walkers, stable aisle ways and other ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
Contractor: MIDWEST INDUSTRIAL SUPPLY, INC.  [GS-07F-0235M] (s)

**$4.44** EA
2 days




---

## EK35-55G EK35 - 55 GALLON DRUM

EK-35 is a revolutionary technology formulated with safe and environmentally friendly synthetic fluids and rosins. It is applied neat to the soil providing a dual mechanism for dust control and soil stabilization.Keywords: acrylic copoly ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
Contractor: MIDWEST INDUSTRIAL SUPPLY, INC.  [GS-07F-0235M] (s)

**$5.34** EA
2 days




---

## SSEF-275G SOIL-SEMENT ENGINEERED FORMULA-275 GAL

Soil-Sement Engineered Formula is a high performance, critical application polymer emulsion designed to give exceptional dry strength and exceptional wet strength properties in engineered applications that are part of Road-Bldr ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
Contractor: MIDWEST INDUSTRIAL SUPPLY, INC.  [GS-07F-0235M] (s)

**$11.11** EA
2 days

ETV ✓ 


---

## HRDC-275G HAUL ROAD DUST CONTROL - 275 GAL TOTE

Haul Road Dust Control is a blend of special surfactants which increases the ability of water to wet and suppress road dust. Haul Road Dust Control has a cumulative effect in suppressing dust. Each new application of treated water receives ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
Contractor: MIDWEST INDUSTRIAL SUPPLY, INC.  [GS-07F-0235M] (s)

❖ **$4.17**
EA
2 days




---

## EK35-BULK EK35 - BULK

EK-35 is a revolutionary technology formulated with safe and environmentally friendly synthetic fluids and rosins. It is applied neat to the soil providing a dual mechanism for dust control and soil stabilization.Keywords: acrylic copoly ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
Contractor: MIDWEST INDUSTRIAL SUPPLY, INC.  [GS-07F-0235M] (s)

**$4.44** EA
2 days




---

## EK-BULK ENVIROKLEEN - BULK

EnviroKleen is uniquely pure, non-toxic, environmentally friendly, clean, oil-sheen free, colorless, odorless and safe for human, animal and plant life. Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil ...

**$4.44** EA
2 days

ETV ✓ 

---



Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
    Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)



### SSEF-55G SOIL-SEMENT ENGINEERED FORMULA - 55 GAL

Soil-Sement Engineered Formula is a high performance, critical application polymer emulsion designed to give exceptional dry strength and exceptional wet strength properties in engineered applications that are part of Road-Bldr ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
    Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)

**$10.95** EA
2 days



### RPNT-BULK ROAD PRO NT - BULK

Road Pro NT provides you with a polymer modified asphalt surface by using a multi-component dust control agent. The result is a stronger road that is impervious to weather and wear. Keywords: acrylic copolymer emulsion asphalt alternatives ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
    Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)

**$1.69** EA
2 days

### HRDC-55G HAUL ROAD DUST CONTROL - 55 GALLON DRUM 

Haul Road Dust Control is a blend of special surfactants which increases the ability of water to wet and suppress road dust. Haul Road Dust Control has a cumulative effect in suppressing dust. Each new application of treated water receives ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
    Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)

 **$3.82**
EA
2 days



### SS-275G SOIL-SEMENT - 275 GALLON BULK TANK 

Soil-Sement is an environmentally safe polymer emulsion that produces highly effective dust control, erosion control and soil stabilization. Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil stabilization chip ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
    Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)

**$3.21** EA
2 days
Additional Sources



### SSEF-BULK SOIL-SEMENT ENGINEERED FORMULA - BULK

Soil-Sement Engineered Formula is a high performance, critical application polymer emulsion designed to give exceptional dry strength and exceptional wet strength properties in engineered applications that are part of Road-Bldr ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
    Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)

**$9.78** EA
2 days



### HRDC-BULK HAUL ROAD DUST CONTROL - BULK 

Haul Road Dust Control is a blend of special surfactants which increases the ability of water to wet and suppress road dust. Haul Road Dust Control has a cumulative effect in suppressing dust. Each new application of treated water receives ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
    Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)

**$2.56** EA
2 days



### ARX-5G ARENA RX - 5 GALLON MINE PACK

Arena Rx is a dust control agent that enables equine athletes to attain peak health and performance by eliminating airborne dust. It is designed specifically for use in horse arenas, tracks, round pens, walkers, stable aisle ways and other ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
    Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)

**$35.68** EA
2 days



### SS-55G SOIL-SEMENT - 55 GALLON DRUM 

Soil-Sement is an environmentally safe polymer emulsion that produces highly effective dust control, erosion control and soil stabilization. Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil stabilization chip ...

**$2.95** EA
2 days







Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
    Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)



---

### SSEF-264G SOIL-SEMENT ENGINEERED FORMULA-264 GAL

Soil-Sement Engineered Formula is a high performance, critical application polymer emulsion designed to give exceptional dry strength and exceptional wet strength properties in engineered applications that are part of Road-Bldr ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
    Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)

**$10.65** EA
2 days

 




---

### SS-BULK SOIL-SEMENT BULK

Soil-Sement is an environmentally safe polymer emulsion that produces highly effective dust control, erosion control and soil stabilization. Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil stabilization chip ...

Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC
    Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s)

**$1.76** EA
2 days
Additional Sources






---

Page: 1 2 ▶

## Refine My Search Results

Search within results (all words)                        **Find it!**

- ☐ Benzene-free Items (2)
- ☐ **CA** California South Coast Air Quality Management District compliant (7)
- ☐ Chromate-free Items (5)
- ☐ Lead-Free Items (5)
- ☐ Mercury-Free Items (5)
- ☐ Ozone Safe Items (5)
- ☐ Water Conserving Items (5)
- ☐ Small business (27)

- ☐ CFC-free item (5)
- ☐ Chlorine-Free Items (5)
- ☐ Hexavalent-Chromium-free Items (5)
- ☐ Low volatile organic compounds (5)
- ☐ Non-Toxic Items (21)
- ☐ ETV US EPA Environmental Technology Verification approved (7)

▶ Select from **2 manufacturers**
▶ Select from **2 contractors**

### Can't find what you're looking for?
Click here to have a Customer Representative contact you



Home > Search Results

## Search Results

Sort by: Most relevant          **Sort it!**

Found **27** products for **"soiltac"**

Search within results (all words) ▨          **Find it!**  **More refine options**                    Page: ◀ 1 **2**

| NSN/Mfr. Part No/Product | Price / Delivery | Quantity |
| --- | --- | --- |
| **ARX-55G ARENA RX - 55 GALLON DRUM**<br>Arena Rx is a dust control agent that enables equine athletes to attain peak health and performance by eliminating airborne dust. It is designed specifically for use in horse arenas, tracks, round pens, walkers, stable aisle ways and other ...<br>Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC<br>Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s) | **$5.34** EA<br>2 days<br><br>non toxic | **ADD to Cart** |
| **ARX-275G ARENA RX - 275 GALLON BULK TANK**<br>Arena Rx is a dust control agent that enables equine athletes to attain peak health and performance by eliminating airborne dust. It is designed specifically for use in horse arenas, tracks, round pens, walkers, stable aisle ways and other ...<br>Manufacturer: MIDWEST INDUSTRIAL SUPPLY INC<br>Contractor: MIDWEST INDUSTRIAL SUPPLY, INC. [GS-07F-0235M] (s) | **$5.34** EA<br>2 days<br><br>non toxic | **ADD to Cart** |

Page: ◀ 1 **2**

## Refine My Search Results

Search within results (all words) ▨          **Find it!**

☐ Benzene-free Items (2)                        ☐ CFC-free item (5)
☐ **CA** California South Coast Air Quality Management    ☐ Chlorine-Free Items (5)
  District compliant (7)                          ☐ Hexavalent-Chromium-free Items (5)
☐ Chromate-free Items (5)                         ☐ Low volatile organic compounds (5)
☐ Lead-Free Items (5)                             ☐ **non toxic** Non-Toxic Items (21)
☐ Mercury-Free Items (5)                          ☐ **ETV** US EPA Environmental Technology
☐ Ozone Safe Items (5)                              Verification approved (7)
☐ Water Conserving Items (5)

☐ Small business (27)

▶ Select from **2 manufacturers**
▶ Select from **2 contractors**

### Can't find what you're looking for?
Click here to have a Customer Representative contact you

**GSA***Advantage!*
...*Working for the U.S. Government*

*P*roduct Detail
Tuesday, August 3, 2004

| | | |
|---|---|---|
| Product: | **ENVIROKLEEN - BULK** | Contractor:<br>**MIDWEST INDUSTRIAL SUPPLY, INC.**<br>1101 3RD ST. SE,<br>CANTON, OH 44707<br>http://WWW.MIDWESTIND.COM<br>GS-07F-0235M<br>- Small Business |
| NSN/Mfr Part #: | EK-BULK | |
| Mfr: | MIDWEST INDUSTRIAL SUPPLY INC | |
| Desc: | EnviroKleen is uniquely pure, non-toxic, environmentally friendly, clean, oil-sheen free, colorless, odorless and safe for human, animal and plant life. Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil stabilization chip seal chip sealer construction dust control dust dirt road dust control dust abatement dust control products dust eliminator dust free dust palliatives dust pollution dust preventatives dust products dust retardants dust suppressants dust suppression productseliminate dust erosion control products hydromulch tackifiers hydroseed paving alternatives PM10 PM2.5 polyvinyl acetate copolymer road base stabilizers road dust control road dust suppression seal soil additives soil binders soil cement soil conditioners soil hardeners soil polymer soil sealer soiltac alternative soil solidifiers soil stabilization equipment soil treatments soilworks stop dust prevent erosion sand storm brown out helipad | |

**ETV** US EPA Environmental Technology Verification approved
non **toxic** Non-toxic item

Qty:        **Add to Cart**

Note: To view another contractors description, click the Contractor name.

| Contractor | ⊛ MIDWEST INDUSTRIAL SUPPLY, INC. |
|---|---|
| Delivery | 2 days |
| Unit Price | $4.44 |
| Unit | EA |
| Manufacturer | MIDWEST INDUSTRIAL SUPPLY INC |
| Mfr.Part Number | EK-BULK |
| Min. per Order | $100.00 |
| Stock Status | Direct Delivery |
| F.O.B. | Dest-CONUS,AK,PR,HI |
| Warranty | STANDARD WARRANTY |

https://www.gsaadvantage.gov/advgsa/product_data/product_details.jsp?BV_SessionID=@@@@1052394870.109156...



# *P*roduct Detail
**Tuesday August 3, 2004**

New search

Advanced Search

## SOIL-SEMENT - 275 GALLON BULK TANK



NSN/Mfr.Part No.: **SS-275G**

Description: Soil-Sement is an environmentally safe polymer emulsion that produces highly effective dust control, erosion control and soil stabilization. Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil stabilization chip seal chip sealer construction dust control dust dirt road dust control dust abatement dust control products dust eliminator dust free dust palliatives dust pollution dust preventatives dust products dust retardants dust suppressants dust suppression productseliminate dust erosion control products hydromulch tackifiers hydroseed paving alternatives PM10 PM2.5 polyvinyl acetate copolymer road base stabilizers road dust control road dust suppression seal soil additives soil binders soil cement soil conditioners soil hardeners soil polymer soil sealer soiltac alternative soil solidifiers soil stabilization equipment soil treatments soilworks stop dust prevent erosion sand storm brown out helipad

Non-toxic item

To Order: Select delivery time and click Add. When applicable, discounts will be reflected on your order based upon the quantity ordered.

Quantity :          ( Add to Cart )

Description shown above is for contractor : MIDWEST INDUSTRIAL SUPPLY, INC.. Click on NSN or Mfr.Part Number below to view other contractor descriptions.

| | | |
|---|---|---|
| Delivery Time | ○ 2 days | ○ 2 days |
| Unit Price | $1.76 | $3.21 |
| Unit | **EA** | **EA** |
| Contractor | MIDWEST INDUSTRIAL SUPPLY, INC. s GS-07F-0235M | MIDWEST INDUSTRIAL SUPPLY, INC. s GS-07F-0235M  |
| Manufacturer | MIDWEST INDUSTRIAL SUPPLY INC | MIDWEST INDUSTRIAL SUPPLY INC |
| Mfr.Part Number | SS-BULK | SS-275G |
| NSN | 6850-01-440-5664 | 6850-01-440-5664 |
| Stock Status | Direct Delivery | Direct Delivery |
| Min. per Order | $100.00 | $100.00 |
| Max. Per Order | $500,000.00 | $500,000.00 |
| F.O.B. | Dest-CONUS,AK,PR,HI | Dest-CONUS,AK,PR,HI |
| Warranty | STANDARD WARRANTY | STANDARD WARRANTY |
| Standard Pack | | 0 |

https://www.gsaadvantage.gov/advgsa/product_data/product_details.jsp?BV_SessionID=@@@@1052394870.109156...

* GSA  * Advantage!  * Security  * What's New  * e-Buy  * e-Library  * Customer Service  * Help/FAQ

Log In   Your Home   Your Profiles   Your Parked Carts   Your Orders   Your Cart

contains 0 items/ **$0.00**

**GSA** *Advantage!*
   ...*Working for the U.S. Government*

New search

$P$*roduct Detail*
**Tuesday August 3, 2004**

Advanced Search

## SOIL-SEMENT BULK

·NSN/Mfr.Part No.: **SS-BULK**

Description:Soil-Sement is an environmentally safe polymer emulsion that produces highly effective dust control, erosion control and soil·stabilization. Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil stabilization chip seal chip sealer construction dust control dust dirt road dust control dust abatement dust control products dust eliminator dust free dust palliatives dust pollution dust preventatives dust products dust retardants dust suppressants dust suppression products eliminate dust erosion control products hydromulch tackifiers hydroseed paving alternatives . PM10 PM2.5 polyvinyl acetate copolymer road base stabilizers road dust control road dust suppression seal soil additives soil binders soil cement soil conditioners soil hardeners soil polymer soil sealer soiltac alternative soil solidifiers soil stabilization equipment soil treatments soilworks stop dust prevent erosion sand storm brown out helipad

California South Coast Air Quality Management District Compliant; Non-toxic item

To Order: Select delivery time and click Add. When applicable, discounts will be reflected on your order based upon the quantity ordered.

Quantity :          ( Add to Cart )

Description shown above is for contractor : MIDWEST INDUSTRIAL SUPPLY, INC.. Click on NSN or Mfr.Part Number below to view other contractor descriptions.

| Delivery Time | ○ 2 days | ○ 2 days |
|---|---|---|
| Unit Price | $1.76 | $3.21 |
| Unit | **EA** | **EA** |
| Contractor | MIDWEST INDUSTRIAL SUPPLY, INC. s GS-07F-0235M | MIDWEST INDUSTRIAL SUPPLY, INC. s GS-07F-0235M  |
| Manufacturer | MIDWEST INDUSTRIAL SUPPLY INC | MIDWEST INDUSTRIAL SUPPLY INC |
| Mfr.Part Number | SS-BULK | SS-275G |
| NSN | 6850-01-440-5664 | 6850-01-440-5664 |
| Stock Status | Direct Delivery | Direct Delivery |
| Min. per Order | $100.00 | $100.00 |
| Max. Per Order | $500,000.00 | $500,000.00 |
| F.O.B. | Dest-CONUS,AK,PR,HI | Dest-CONUS,AK,PR,HI |
| Warranty | STANDARD WARRANTY | STANDARD WARRANTY |
| Standard Pack | | 0 |

https://www.gsaadvantage.gov/advgsa/product_data/product_details.jsp?BV_SessionID=@@@@1052394870.109156...



* GSA  * Advantage!  * Security  * What's New  * e-Buy  * e-Library  * Customer Service  * Help/FAQ

Log In   Your Home   Your Profiles   Your Parked Carts   Your Orders   Your Cart

containts 0 items/$0.00

GSA Advantage!
...Working for the U.S. Government

New search                          Go!

*Product Detail*
**Tuesday August 3, 2004**                         Advanced Search

## SOIL-SEMENT - 55 GALLON DRUM

   NSN/Mfr.Part No.: **SS-55G**

Description:Soil-Sement is an environmentally safe polymer emulsion that produces highly effective dust control, erosion control and soil stabilization. Keywords: acrylic copolymer emulsion asphalt alternatives sealing chemical soil stabilization chip seal chip sealer construction dust control dust dirt road dust control dust abatement dust control products dust eliminator dust free dust palliatives dust pollution dust preventatives dust products dust retardants dust suppressants dust suppression productseliminate dust erosion control products hydromulch tackifiers hydroseed paving alternatives PM10 PM2.5 polyvinyl acetate copolymer road base stabilizers road dust control road dust suppression seal soil additives soil binders soil cement soil conditioners soil hardeners soil polymer soil sealer soiltac alternative soil solidifiers soil stabilization equipment soil treatments Soilworks stop dust prevent erosion sand storm brown out helipad

California South Coast Air Quality Management District Compliant; Non-toxic item

To Order: Select delivery time and click Add. When applicable, discounts will be reflected on your order based upon the quantity ordered.

Quantity :          Add to Cart

Description shown above is for contractor : MIDWEST INDUSTRIAL SUPPLY, INC.. Click on NSN or Mfr.Part Number below to view other contractor descriptions.

| | |
|---|---|
| Delivery Time | ⦿ 2 days |
| Unit Price | $2.95 |
| Unit | **EA** |
| Contractor | MIDWEST INDUSTRIAL SUPPLY, INC. s GS-07F-0235M |
| Manufacturer | MIDWEST INDUSTRIAL SUPPLY INC |
| Mfr.Part Number | SS-55G |
| NSN | 6850-01-440-7165 |
| Stock Status | Direct Delivery |
| Min. per Order | $100.00 |
| Max. Per Order | $500,000.00 |
| F.O.B. | Dest-CONUS,AK,PR,HI |
| Warranty | STANDARD WARRANTY |
| Standard Pack | 0 |

https://www.gsaadvantage.gov/advgsa/product_data/product_details.jsp?BV_SessionID=@@@@1843546631.109156...



contains 0 Items/$0.00

...Working for the U.S. Government

$P$*roduct Detail*

**Tuesday August 3, 2004**

New search    

Advanced Search

## SOIL-SEMENT ENGINEERED FORMULA-264 GAL



NSN/Mfr.Part No.: **SSEF-264G**

Description:Soil-Sement Engineered Formula is a high performance, critical application polymer emulsion designed to give exceptional dry strength and exceptional wet strength properties in engineered applications that are part of Road-Bldr Installations.

Keywords: asphalt alternatives sealing chemical soil stabilization chip seal chip sealer construction dust control dust dirt road dust control dust abatement dust control products dust eliminator dust free dust palliatives dust pollution dust preventatives dust products dust retardants dust suppressants dust suppression products eliminate dust erosion control products hydromulch tackifiers paving alternatives PM10 PM2.5 polyvinyl acetate copolymer road base stabilizers road dust control road dust suppression seal soil additives soil binders soil cement soil conditioners soil hardeners soil polymer soil sealer soiltac alternative soil solidifiers soil stabilization equipment soil treatments soilworks stop dust prevent erosion helipad

ETV US EPA Environmental Technology Verification approved; non Non-toxic item

To Order: Select delivery time and click Add. When applicable, discounts will be reflected on your order based upon the quantity ordered.

Quantity :        ▶ Add To Cart

Description shown above is for contractor : MIDWEST INDUSTRIAL SUPPLY, INC.. Click on NSN or Mfr.Part Number below to view other contractor descriptions.

| | |
|---|---|
| Delivery Time | ◉ 2 days |
| Unit Price | $10.65 |
| Unit | **EA** |
| Contractor | MIDWEST INDUSTRIAL SUPPLY, INC. s GS-07F-0235M |
| Manufacturer | MIDWEST INDUSTRIAL SUPPLY INC |
| Mfr.Part Number | SSEF-264G |
| Stock Status | Direct Delivery |
| Min. per Order | $100.00 |
| Max. Per Order | $500,000.00 |
| F.O.B. | Dest-CONUS,AK,PR,HI |
| Warranty | STANDARD WARRANTY |
| Standard Pack | 0 |

https://www.gsaadvantage.gov/advgsa/product_data/product_details.jsp?BV_SessionID=@@@@1843546631.109156...



* GSA  * Advantage!  * Security  * What's New  * e-Buy  * e-Library  * Customer Service  * Help/FAQ

Log In    Your Home    Your Profiles    Your Parked Carts    Your Orders    Your Cart

containsOitems/$0.00

# GSA Advantage!
## ...Working for the U.S. Government

$P$*roduct Detail*

**Tuesday August 3, 2004**

New search

 Go!

Advanced Search

## ARENA RX - 55 GALLON DRUM



NSN/Mfr.Part No.: **ARX-55G**

Description:Arena Rx is a dust control agent that enables equine athletes to attain peak health and performance by eliminating airborne dust. It is designed specifically for use in horse arenas, tracks, round pens, walkers, stable aisle ways and other areas where horses train, work, exercise and perform. Keywords: sealing chemical soil stabilization chip seal chip sealer dust control dust dirt road dust control dust abatement dust control products dust eliminator dust free dust palliatives dust pollution dust preventatives dust products dust retardants dust suppressants dust suppression products eliminate dust erosion control products tackifiers PM10 PM2.5 polyvinyl acetate copolymer base stabilizers dust control road dust suppression seal soil additives soil binders soil cement soil conditioners soil hardeners soil polymer soil sealer soiltac alternative soil solidifiers soil stabilization

Non-toxic item

To Order: Select delivery time and click Add. When applicable, discounts will be reflected on your order based upon the quantity ordered.

Quantity :        Add to Cart

Description shown above is for contractor : MIDWEST INDUSTRIAL SUPPLY, INC.. Click on NSN or Mfr.Part Number below to view other contractor descriptions.

| | |
|---|---|
| Delivery Time | 2 days |
| Unit Price | $5.34 |
| Unit | **EA** |
| Contractor | MIDWEST INDUSTRIAL SUPPLY, INC. s GS-07F-0235M |
| Manufacturer | MIDWEST INDUSTRIAL SUPPLY INC |
| Mfr.Part Number | ARX-55G |
| Stock Status | Direct Delivery |
| Min. per Order | $100.00 |
| Max. Per Order | $500,000.00 |
| F.O.B. | Dest-CONUS,AK,PR,HI |
| Warranty | STANDARD WARRANTY |
| Standard Pack | 0 |

https://www.gsaadvantage.gov/advgsa/product_data/product_details.jsp?BV_SessionID=@@@@1843546631.109156...



# GSA Advantage!
## ...Working for the U.S. Government

$P$roduct Detail

**Tuesday August 3, 2004**

New search



Advanced Search

## EK35 - 275 GALLON BULK TANK


NSN/Mfr.Part No.: **EK35-275G**

Description:EK35 is a revolutionary technology formulated with safe and environmentally friendly synthetic fluids and rosins. It is applied neat to the soil providing a dual mechanism for dust control and soil stabilization.Keywords: acrylic copolym er emulsion asphalt alternatives sealing chemical soil stabilization chip seal chip sealer construction dust control dust dirt road dust control dust abatement dust control products dust eliminator dust free dust palliatives dust pollution dust preventatives dust products dust retardants dust suppressants dust suppression productseliminate dust erosion control products hydromulch tackifiers hydroseed paving alternatives PM10 PM2.5 polyvinyl acetate copolymer road base stabilizers road dust control road dust suppression seal soil additives soil binders soil cement soil conditioners soil hardeners soil polymer soil sealer(soiltac alternative soil solidifiers soil stabilization equipment soil treatments soilworks stop dust prevent erosion helipad

Non-toxic item

To Order: Select delivery time and click Add. When applicable, discounts will be reflected on your order based upon the quantity ordered.

Quantity :       ( Add to Cart )

Description shown above is for contractor : MIDWEST INDUSTRIAL SUPPLY, INC.. Click on NSN or Mfr.Part Number below to view other contractor descriptions.

| | |
|---|---|
| Delivery Time | 2 days |
| Unit Price | $5.34 |
| Unit | **EA** |
| Contractor | MIDWEST INDUSTRIAL SUPPLY, INC. |
| | s |
| | GS-07F-0235M |
| Manufacturer | MIDWEST INDUSTRIAL SUPPLY INC |
| Mfr.Part Number | EK35-275G |
| Stock Status | Direct Delivery |
| Min. per Order | $100.00 |
| Max. Per Order | $500,000.00 |
| F.O.B. | Dest-CONUS,AK,PR,HI |
| Warranty | STANDARD WARRANTY |
| Standard Pack | 0 |