Craig A. Marvinney, 0004951 (OH)
John M. Skeriotis, 0069263 (OH)
Jill A. Bautista, 0075560 (OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: cmarvinney@brouse.com,
      jskeriotis@brouse.com,
      jbautista@brouse.com
*Admitted pro hac vice*

Donald L. Myles, Jr., 007464(AZ)
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Telephone: 602-263-1700
Facsimile: 602-263-1784
Email: dmyles@jshfirm.com

*Attorneys for Defendant/Counterclaimant
Midwest Industrial Supply, Inc.*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**[PROPOSED] ORDER CLARIFYING ORDER OF AUGUST 7, 2008 [ECF DOCKET NO. 94]** |

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**ORDER CLARIFYING AUGUST 7, 2008 ORDER [ECF DOCKET NO. 94]** |

THIS MATTER comes before the Court upon Defendant/Counterclaimant *Midwest Industrial Supply, Inc.'s Motion for Clarification of the Court's August 7, 2008 Order* filed on August 19, 2008. Having reviewed *Midwest Industrial Supply, Inc.'s Motion for Clarification*, and this Court's August 7, 2008 Order, the Court hereby clarifies its Order of August 7, 2008, ECF Docket No. 94 by striking paragraph (h) on page 25 in its entirety and replacing it with the following paragraph:

(h) Soilworks' summary judgment motion for a declaration that Soilworks does not infringe the '266 and '270 Patents is denied.


IT IS SO ORDERED.

DATED: August __, 2008.

　　　　　　　　　　　　　　　　　　　　David G. Campbell
　　　　　　　　　　　　　　　　　　　　United States District Judge