# Exhibit 3

Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26, and 46

**United States Patent and Trademark Office**

Reg. No. 2,891,979
Registered Oct. 5, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## SOILTAC

SOILWORKS, LLC (ARIZONA CORPORATION)
2797 E WASHINGTON COURT
GILBERT, AZ 85234

FOR: CHEMICALS, NAMELY SYNTHETIC EMULSIONS, USED PRIMARILY AS A SOIL STABILIZER FOR DUST AND EROSION CONTROL, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 5-1-2003; IN COMMERCE 5-1-2003.

SN 78-241,399, FILED 4-23-2003.

ZHALEH DELANEY, EXAMINING ATTORNEY