# Exhibit 4

# NetworkSolutions

# WHOIS Search Results

Available **soiltac** extensions:

| .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s)

## Your WHOIS Search Results



### soiltac.com

Make an instant, anonymous offer to the current domain registrant. Learn More

Make an offer to buy this domain



**Launching So**(on)

**LinkT**
co-produced

**A community**
**developers an**



thriftytravel.c
an Offer

ishaantravels
Make an Offe

manycarshir(
Make an Offe

gfttraveljourr
Make an Offe

sacredspace
08/19/2008 M

Previous Items   Ne

The data contained in GoDaddy.com, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Soilworks, LLC - Soil Stabilization & Dust Control
681 North Monterey Street
Gilbert, Arizona 85233
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: SOILTAC.COM
   Created on: 09-Apr-03
   Expires on: 19-Jul-17
   Last Updated on: 14-Nov-07

Administrative Contact:
   Falkenberg, Chad  chad@soilworks.com
   Soilworks, LLC - Soil Stabilization & Dust Control
   681 North Monterey Street
   Gilbert, Arizona 85233
   United States
   4805455454    Fax -- 4805455456

Technical Contact:
   Falkenberg, Chad  chad@soilworks.com
   Soilworks, LLC - Soil Stabilization & Dust Control
   681 North Monterey Street
   Gilbert, Arizona 85233
   United States
   4805455454    Fax -- 4805455456

Domain servers in listed order:
   NS01.DOMAINCONTROL.COM
   NS02.DOMAINCONTROL.COM

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**Current Registrar:** GODADDY.COM, INC.
**IP Address:**  208.109.181.190 (ARIN & RIPE IP search)
**IP Location:** US(UNITED STATES)-NEW YORK-NEW YORK
**Record Type:** Domain Name
**Server Type:** IIS 6
**Lock Status:** clientDeleteProhibited
**Web Site Status:** Active
**DMOZ** no listings

SEARCH AGAIN

Enter a search term

e.g. networksolutions

Search by:
⦿ Domain Name
○ IP Address