Craig A. Marvinney, 0004951 (OH)
John M. Skeriotis, 0069263 (OH)
Jill A. Bautista, 0075560 (OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Email: cmarvinney@brouse.com,
jskeriotis@brouse.com,
jbautista@brouse.com
*Admitted pro hac vice*

Donald L. Myles, Jr., 007464 (AZ)
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Telephone: 602-263-1700
Email: dmyles@jshfirm.com

*Attorneys for Defendant/Counterclaimant
Midwest Industrial Supply, Inc.*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**MIDWEST INDUSTRIAL SUPPLY, INC.'S PROPOSED VERDICT FORMS** |

# VERDICT FORM #1

1. Do you find by the greater weight of the evidence that Midwest advertised a false or misleading statement of fact about Soilworks or Soilworks' products which deceived Soilworks' customers and injured Soilworks?

_____ Yes  _____ No

If your answer was Yes, please proceed to verdict form #2. If your answer was No, please proceed to verdict form # 4.

# **VERDICT FORM # 2**

2. Do you find, by clear and convincing evidence, that Midwest made the statements in bad faith?

\_\_\_\_\_ Yes                                              \_\_\_\_\_ No


If your answer is Yes, please proceed to Verdict Form #3. If your answer is No, please proceed to Verdict Form #4.

## VERDICT FORM #3

3. Do you find that Soilworks is entitled to damages for its false advertising claim against Midwest?

_____ Yes _____ No

If your answer is Yes, please fill in the amount of damages you believe Soilworks is entitled to:

$_____

Please proceed to Verdict Form #4

# VERDICT FORM # 4

4. Do you find by the greater weight of the evidence that Soilworks advertised a false or misleading statement of fact about Soilworks' own products which deceived Midwest's customers and injured Midwest?

_____ Yes  _____ No

Please proceed to Verdict Form #5.

5

# **VERDICT FORM #5**

5. Do you find that Midwest is entitled to damages for Soilworks' trademark infringement?

_____ Yes  _____ No


If your answer is yes, please indicate the amount of damages Midwest is entitled to:

Actual Damages $_____

Soilworks' Profits $_____

Enhanced Damages (up to treble the amount) $_____


Please proceed to Verdict Form #6.

**VERDICT FORM # 6**

6. Do you find by the greater weight of the evidence that Soilworks infringed the Midwest Patents?

_____ Yes                                              _____ No


If your answer is Yes, please indicate amount of damages Midwest is entitled to:

    Lost Profits $_____

    Reasonable Royalty $_____


Please proceed to Verdict Form # 7.

## VERDICT FORM # 7

7. Do you find that Soilworks was unjustly enriched by its business practices to the detriment of Midwest?

_____ Yes                               _____ No

If your answer is yes, please indicate the amount of Soilworks' unjust enrichment:

$_____

Please proceed to Verdict Form # 8.

8

## **VERDICT FORM # 8**

Total Verdict Form

8(a). You find for Soilworks and against Midwest in the total amount of $_____.

8(b). You find for Midwest and against Soilworks in the total amount of $_____.

By: /s/ Jill A. Bautista
Craig A. Marvinney, 0004951 (OH)
John M. Skeriotis, 0069263 (OH)
Jill A. Bautista, 0075560 (OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: cmarvinney@brouse.com,
jskeriotis@brouse.com,
jbautista@brouse.com
*Admitted pro hac vice*

Donald L. Myles, Jr., 007464 (AZ)
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Telephone: 602-263-1700
Facsimile: 602-263-1784
Email: dmyles@jshfirm.com

*Attorneys for Defendant/Counterclaimant Midwest Industrial Supply, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **MIDWEST INDUSTRIAL SUPPLY, INC.'S PROPOSED VERDICT FORMS** has been electronically filed on this 19th day of September, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jill A. Bautista
Jill A. Bautista