| | |
|---|---|
| 1 | E. SCOTT DOSEK #012114 |
| 2 | KUTAK ROCK LLP<br>8601 North Scottsdale Road, Suite 300 |
| 3 | Scottsdale, AZ 85253-2742<br>Telephone: 480-429-5000 |
| 4 | Facsimile: 480-429-5001 |
| 5 | Email: scott.dosek@kutakrock.com<br>*Attorneys for Plaintiff/Counterdefendant/Counterclaimant* |
| 6 | *Soilworks, LLC* |
| 7 | JOHN P. PASSARELLI #16018 (NE) |
| 8 | KUTAK ROCK LLP<br>1650 Farnam Street |
| 9 | Omaha, NE 68102-2186<br>(402) 346-6000 |
| 10 | Facsimile: (402) 346-1148<br>Email: john.passarelli@kutakrock.com<br>*Attorneys for Plaintiff/Counterdefendant/Counterclaimant Soilworks, LLC* |

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | |
| v. | **PLAINTIFF'S PROPOSED FORMS OF VERDICT** |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant / Counterclaimant / Counterdefendant. | |

Attached are Plaintiff's proposed forms of verdict.

Dated this 19th day of September, 2008.

KUTAK ROCK LLP

By /s E. Scott Dosek
E. Scott Dosek, Esq.
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253-2742
*Attorneys for Plaintiff Soilworks, LLC*

4826-4727-9619.1

1. **Soilworks' Lanham Act False Advertising Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks on its Lanham Act False Advertising Claim, and find Soilworks' full damages to be $_____.

_____  _____
Juror 1                          Juror 7

_____  _____
Juror 2                          Juror 8

_____  _____
Juror 3                          Juror 9

_____  _____
Juror 4                          Juror 10

_____  _____
Juror 5                          Juror 11

_____  _____
Juror 6                          Foreperson

2. **Soilworks' Common Law Unfair Competition Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks on its Common Law Unfair Competition Claim, and find Soilworks' full damages to be $_____.

| | |
|---|---|
| _____ | _____ |
| Juror 1 | Juror 7 |
| _____ | _____ |
| Juror 2 | Juror 8 |
| _____ | _____ |
| Juror 3 | Juror 9 |
| _____ | _____ |
| Juror 4 | Juror 10 |
| _____ | _____ |
| Juror 5 | Juror 11 |
| _____ | _____ |
| Juror 6 | Foreperson |

3. **Midwest's Lanham Act False Advertising Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks.

_____     _____
Juror 1                                                           Juror 7

_____     _____
Juror 2                                                           Juror 8

_____     _____
Juror 3                                                           Juror 9

_____     _____
Juror 4                                                           Juror 10

_____     _____
Juror 5                                                           Juror 11

_____     _____
Juror 6                                                           Foreperson

4. **Midwest's Lanham Act Trademark Infringement, False Designation of Origin, and Unfair Competition Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks.

_____          _____
Juror 1                             Juror 7

_____          _____
Juror 2                             Juror 8

_____          _____
Juror 3                             Juror 9

_____          _____
Juror 4                             Juror 10

_____          _____
Juror 5                             Juror 11

_____          _____
Juror 6                             Foreperson

5. **Midwest's State Law Unfair Competition Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks.

| | |
|---|---|
| _____ | _____ |
| Juror 1 | Juror 7 |
| | |
| _____ | _____ |
| Juror 2 | Juror 8 |
| | |
| _____ | _____ |
| Juror 3 | Juror 9 |
| | |
| _____ | _____ |
| Juror 4 | Juror 10 |
| | |
| _____ | _____ |
| Juror 5 | Juror 11 |
| | |
| _____ | _____ |
| Juror 6 | Foreperson |

6. **Midwest's Unjust Enrichment Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks.

_____
Juror 1

_____
Juror 2

_____
Juror 3

_____
Juror 4

_____
Juror 5

_____
Juror 6

_____
Juror 7

_____
Juror 8

_____
Juror 9

_____
Juror 10

_____
Juror 11

_____
Foreperson

7. **Midwest's Patent Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks.

| | |
|---|---|
| _____ | _____ |
| Juror 1 | Juror 7 |
| | |
| _____ | _____ |
| Juror 2 | Juror 8 |
| | |
| _____ | _____ |
| Juror 3 | Juror 9 |
| | |
| _____ | _____ |
| Juror 4 | Juror 10 |
| | |
| _____ | _____ |
| Juror 5 | Juror 11 |
| | |
| _____ | _____ |
| Juror 6 | Foreperson |

**COPY** of the foregoing electronically filed
this 19th day of September, 2008, and copies electronically
submitted this same date to:

CRAIG A. MARVINNEY #0004951 (OH)
BROUSE MCDOWELL
1001 Lakeside Avenue, Suite 1600
Cleveland, OH 44114
(216) 830-6830
*Attorneys for Defendant/Counterclaimant/Counterdefendant Midwest Industrial Supply, Inc.*

JOHN M. SKERIOTIS #0069263 (OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, OH 44311-4407
(330-535-5711
Facsimile: (330) 253-8601
*Attorneys for Defendant/Counterclaimant/Counterdefendant Midwest Industrial Supply, Inc.*

Donald L. Myles, Jr., Esq.
JONES, SKELTON & HOCHULI PLC
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
dmyles@jshfirm.com
*Attorneys for Defendant Midwest Industrial Supply, Inc.*

By: s/Amy Fletcher