E. SCOTT DOSEK #012114
JOHN P. PASSARELLI #16018 (NE)
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742
(480) 429-5000
Facsimile: (480) 429-5001

*Attorneys for Plaintiff / Counterdefendant / Counterclaimant Soilworks, LLC*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**SOILWORKS, LLC'S RESPONSE TO MIDWEST INDUSTRIAL SUPPLY, INC.'S MOTION *IN LIMINE* (DOC. #107) TO BAR TESTIMONY AND EVIDENCE OF LIABILITY INSURANCE**<br><br>(Before the Honorable David G. Campbell) |

At no time during the course of this litigation has Soilworks indicated a desire or intent to offer into evidence or refer to the fact of Midwest's ownership of a policy of liability insurance which covers claims asserted by Soilworks. Midwest's Motion *in Limine* is therefore unnecessary. Soilworks has no intention of introducing such evidence.

Dated this 24th day of September, 2008.

              KUTAK ROCK LLP


              By /s E. Scott Dosek
                E. Scott Dosek, Esq.
                John P. Passarelli, Esq.
                8601 North Scottsdale Road #300
                Scottsdale, AZ 85253-2742
                *Attorneys for Plaintiff Soilworks, LLC*

4818-3168-5891.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2008, the foregoing **SOILWORKS, LLC'S RESPONSE TO MIDWEST'S MOTION *IN LIMINE* TO BAR TESTIMONY AND EVIDENCE OF LIABILITY INSURANCE** was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

          /s Amy S. Fletcher
Amy S. Fletcher