# Exhibit 1

## Page 230

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SOILWORKS, LLC, an Arizona corporation,

    Plaintiff/Counterdefendant,

vs.  NO. 2:06-CV-02141-DGC

MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,

    Defendant/Counterclaimant.

Phoenix, Arizona
April 10, 2008
9:00 a.m.

C O N F I D E N T I A L
DEPOSITION OF CHAD FALKENBERG
SOILWORKS, LLC 30(b)(6)
(VOLUME II, Pages 230 - 356)

LEA, SHERMAN & HABESKI
Registered Professional Reporters
834 North First Avenue
Phoenix, Arizona 85003
Phone: 602.257.8514 - Fax: 602.257.8582
Reported by: Linda Blackmon, RPR/RMR
Certified Reporter
Certificate No. 50320

## Page 231

INDEX

EXAMINATION                     PAGE

BY MR. SKERIOTIS ............................... 234

EXHIBITS    DESCRIPTION          PAGE

38  E-mail dated 11-15-07 from Steve Gordner
    to Steve Hickman Re Dust Contral ............ 242

39  Job Specification for Santiago Canyon College  247

40  Dust Abatement Handbook - U.S. Marine Corps
    Systems Command ............................ 251

41  Dust Control Field Handbook for U.S. Army
    Engineer Research and Development Center .... 257

42  Durasoil Product Information Packet ......... 263

43  Durasoil Material Safety Data Sheet ......... 288

44  Soilworks GSA Price Schedule ................ 292

45  Copy of Durasoil's Web Page from 10-18-04    300

46  Polar Supply Material Estimate dated 5-18-07   306

47  Polar Supply Material Estimate dated 5-31-07   307

48  Copy of Durasoil's Web page from 2-19-05 .... 308

49  Copy of Durasoil's Web page from 4-2-05 .... 310

## Page 232

INDEX (Continued)

EXHIBITS    DESCRIPTION          PAGE

50  Soil-Sement Patent No. 1,204,198 ........... 322

51  Soil-Sement Patent No. 2,222,732 ........... 322

52  Google search results for soil sement ....... 324

53  Google search results for soil sement ....... 337

54  HTML Code for Soiltac Home Page ............. 339

55  HTML Code for Soiltac Home Page ............ 345

56  HTML Code for Soilworks dot com ............. 346

57  HTML Code for Soilworks dot com ............. 347

## Page 233

DEPOSITION OF CHAD FALKENBERG, taken at 9:00 a.m., on April 10, 2008, at the law offices of Jones, Skelton & Hochuli, 2901 North Central Avenue, Suite 800, Phoenix, Arizona, before LINDA BLACKMON, RPR/RMR, a Certified Reporter in the State of Arizona.

APPEARANCES:
    For the Plaintiff/Counterdefendant:
      Kutak Rock, LLP
      BY E. SCOTT DOSEK, ESQ.
      8601 North Scottsdale Road
      Scottsdale, Arizona 85253-2742
    For the Defendant/Counterclaimant:
      Brouse McDowell
      BY JOHN M. SKERIOTIS, ESQ.
      388 South Main Street, Suite 500
      Akron, Ohio 44311-4407
      330-535-5711

    Also Present:
      Robert Vitale

### 322

1  break and gather up some information and see where we
2  are at.
3  (Recess.)
4  (Exhibits Nos. 50 and 51 were marked.)
5  Q. BY MR. SKERIOTIS: Mr. Falkenberg, you have
6  just been handed what have been marked Exhibits 50 and
7  51, do you recognize those documents?
8  A. I haven't seen these documents before.
9  Q. I will purport to you that Exhibit 50 is a
10 U.S. trademark registration for Soil-Sement,
11 S-e-m-e-n-t, Registration No. 1,204,198, and Exhibit 51
12 is a U.S. trademark registration for the same mark
13 Soil-Sement, Registration No. 2,222,732, and the
14 differences between the two are basically the goods.
15         Do you have a product that is competitive
16 to Midwest's Soil-Sement?
17 A. I believe we have products that would compete
18 against Soil-Sement in the marketplace.
19 Q. In fact the product you have is Soiltac,
20 correct?
21 A. That would be one of the products that I
22 believe would compete with Soil-Sement.
23 Q. What other ones do you have that you believe
24 would compete with Soil-Sement?
25 A. It would depend on the application and how the

### 323

1  Soil-Sement was being used.
2  Q. To your knowledge has Soil-Sement ever been in
3  competition with Durasoil?
4  A. Not to my recollection.
5  Q. Has Soil-Sement ever been in competition with
6  Gorilla-Snot?
7  A. I think it's very likely.
8  Q. Has Soil-Sement ever been in competition with
9  Surtac?
10 A. It's possible.
11 Q. And I think there is one more. Has
12 Soil-Sement ever been in competition with Powdered
13 Soiltac?
14 A. That's possible.
15 Q. I think that's all five. When did you first
16 know that Soil-Sement was a registered trademark of
17 Midwest?
18 A. I am really not sure.
19 Q. When did you first become aware of the product
20 Soil-Sement?
21 A. Most likely when I worked for Environmental
22 Products Applications.
23 Q. And that was prior to 2003 then, correct?
24 A. That sounds right.
25         (Deposition Exhibit No. 52 was marked.)

### 324

1  Q. BY MR. SKERIOTIS: Mr. Falkenberg, you have
2  just been handed what has been marked as Exhibit 52; do
3  you recognize that document?
4  A. It appears to be a printout of Google search
5  results.
6  Q. Google search results for the mark soil
7  sement?
8  A. Soil sement is listed in the search, and
9  that's soil sement with an S.
10 Q. Correct. And do you see on the right-hand
11 side under Sponsored Links it says Soiltac soil
12 stabilizer? Do you see that?
13 A. I see that.
14 Q. Do you know how it came to be that the search
15 for soil sement on Google's web site produced as a
16 sponsored link Soiltac soil stabilizer?
17 A. There must be a term that is a trigger for
18 that sponsored link to appear.
19 Q. What term would that be?
20 A. Well, if I am guessing it would either be the
21 entire phrase or it would be either of those words.
22 Q. Who is in charge at Soilworks of adopting key
23 words for Google's web site?
24 A. I am the person that primarily has dealt with
25 our Google campaigns.

### 325

1  Q. Was there ever a time that you indicated to
2  Google that you would like your web site Soiltac dot
3  com to pop up when someone is searching for soil
4  sement?
5  A. What do you mean by indicated to them?
6  Q. Well, have you ever taken out the key word
7  soil sement so that Soiltac dot com would pop up as a
8  sponsored link?
9  A. I believe so.
10 Q. And you did that because you wanted someone
11 searching for soil sement to see Soiltac under the
12 sponsored link, correct?
13 A. That trigger, we wanted the result of our ad
14 to show up with that trigger.
15 Q. Correct. And the trigger being soil sement?
16 A. If that's the key word that was being used.
17 Q. Do you know if that's the key word that was
18 being used?
19 A. I believe that that key word is used or has
20 been used.
21 Q. It's my understanding, then, that you chose
22 the trademark soil sement as a key word on Google's web
23 site so that when someone searches for soil sement they
24 find Soiltac, correct?
25 A. As a trigger term?

## Page 326

1     Q. Right. Correct.
2     A. I think that sounds correct.
3     Q. And you did that because you wanted someone
4 who is searching for Midwest's Soil-Sement to know
5 and/or find Soiltac?
6     A. We compete in similar industries.
7     Q. Right. But that's what you intended to have
8 happen, right, somebody searching for Midwest's
9 Soil-Sement would find Soiltac?
10    A. Soil-Sement can also be misspelled and that is
11 a very common misspelling, there is soil sement with an
12 S and soil cement with a C.
13    Q. But you wanted someone searching for
14 Soil-Sement to find Soiltac, correct?
15    A. I think that's reasonable to state.
16    Q. Could you turn to Page 2. Do you see
17 International Soil Technologies, LLC?
18    A. I do.
19    Q. Do you know who that is?
20    A. Yes.
21    Q. Who is that?
22    A. It's another one of the companies that I am
23 related to.
24    Q. How are you related to International Soil
25 Technologies, LLC?

## Page 327

1     A. I am one of the members.
2     Q. And what is International Soil Technologies,
3 LLC?
4     A. It's a company that primarily is in the
5 business of applying soil stabilization, dust control
6 and erosion control products.
7     Q. Where?
8     A. Wherever it's allowed to do business.
9     Q. Who are the members of International Soil
10 Technologies, LLC?
11    A. I believe Masterson Properties and Dorian
12 Falkenberg.
13    Q. Is that in any way related to Soilworks?
14    A. They are two separate companies.
15    Q. Are you a member of any other company other
16 than International Soil Technologies and Soilworks?
17    A. I don't think so.
18    Q. Why was International Soil Technologies
19 established apart from Soilworks?
20    A. It holds our contracting license to do
21 business and Soilworks does not have a contractor's
22 license.
23    Q. And the contractor's license is for what?
24    A. Certain bids require a contractor's license to
25 be able to bid on that project.

## Page 328

1     Q. Why doesn't Soilworks hold a contractor's
2 license?
3     A. We felt it was beneficial to keep those
4 separate.
5     Q. Who felt that way?
6     A. Dorian and myself.
7     Q. Does International Soil Technologies, LLC have
8 a web site?
9     A. I don't think so.
10    Q. What products does International Soil
11 Technologies sell?
12    A. I would say that they can sell the product
13 lines that are manufactured by Soilworks. I don't see
14 them necessarily selling anything else.
15    Q. I am sorry, I guess I forgot already, did you
16 say International Soil Technologies has a web site?
17    A. I don't think it does.
18    Q. So you are telling me legally it's in no way
19 related to Soilworks; is that correct?
20        MR. DOSEK: Object to the form.
21    A. I am saying those are two separate companies.
22    Q. BY MR. SKERIOTIS: Do they both sell soil
23 stabilization products?
24    A. I believe they both can.
25    Q. Have you sold Durasoil under International

## Page 329

1 Soil Technologies, LLC?
2     A. It's possible.
3     Q. You don't know if you have or not?
4     A. I can't say for sure.
5     Q. What is your interest in International Soil
6 Technologies? Are you a minority holder, majority; do
7 you recall?
8     A. I am not majority.
9     Q. Who is the majority holder?
10    A. Likely Masterson Properties.
11    Q. Are they also a majority holder of Soilworks?
12    A. That's likely.
13    Q. Do you and Dorian together hold a minority
14 share in Soilworks or a minority share together?
15    A. I am not sure where it stands right now.
16    Q. When it was first formed were you and Dorian
17 together majority shareholders or minority?
18    A. I am pretty sure we were minority.
19    Q. What makes you believe you are not sure where
20 it stands now?
21    A. Things change over time.
22    Q. So your interests in Soilworks have changed
23 since it was first formed?
24    A. I would love to own 100 percent myself of
25 both.