| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| *Read Instructions on Back:* | TRANSCRIPT ORDER | | DUE DATE: |

| 1. NAME E. SCOTT DOSEK | 2. PHONE NUMBER 480-429-7112 | 3. DATE 10/10/08 |
|---|---|---|
| 4. FIRM NAME KUTAK ROCK LLP | | |
| 5. MAILING ADDRESS 8601 N. Scottsdale Rd. Suite 300 | 6. CITY Scottsdale | 7. STATE AZ | 8. ZIP CODE 85253 |
| 9. CASE NUMBER cv 06-2141 PHX DGC | 10. JUDGE David G. Campbell | DATES OF PROCEEDINGS 11. 10/09/08  12. |
| 13. CASE NAME Soilworks LLC vs. Midwest Industrial | LOCATION OF PROCEEDINGS 14. Phoenix  15. STATE AZ |

16. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING | 10/09/08 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | PAPER COPY ☐ | |
| 14 DAYS | ☒ | ☐ | | E-MAIL ☒ | |
| 7 DAYS | ☐ | ☐ | | DISK ☐ | |
| DAILY | ☐ | ☐ | | PDF FORMAT ☐ | |
| HOURLY | ☐ | ☐ | | ASCII FORMAT ☐ | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE *[signed]*

20. DATE 10-10-08

E-MAIL ADDRESS: scott.dosek@kutakrock.com

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY