| ◆AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | FOR COURT USE ONLY |  |
|---|---|---|---|
| Read Instructions on Back: | TRANSCRIPT ORDER | DUE DATE: |  |
| 1. NAME<br>Craig Marvinney | 2. PHONE NUMBER<br>(216) 830-6830 | 3. DATE<br>10/13/2008 |  |
| 4. FIRM NAME<br>Brouse McDowell, LPA | | | |
| 5. MAILING ADDRESS<br>1001 Lakeside Ave, Suite 1600 | 6. CITY<br>Cleveland | 7. STATE<br>OH | 8. ZIP CODE<br>44114 |
| 9. CASE NUMBER<br>CV-06-2141 PHX DGC | 10. JUDGE<br>David G. Campbell | DATES OF PROCEEDINGS | |
| | | 11. 10/9/2008 | 12. |
| 13. CASE NAME<br>Soilworks, LLC v. Midwest Industrial Supply, Inc. | | LOCATION OF PROCEEDINGS | |
| | | 14. Phoenix | 15. STATE  AZ |

16. ORDER FOR
☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☑ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | 10/09/2008 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | PAPER COPY ☐ | |
| 14 DAYS | ☑ | ☐ | | E-MAIL ☑ | |
| 7 DAYS | ☐ | ☐ | | DISK ☐ | |
| DAILY | ☐ | ☐ | | PDF FORMAT ☐ | |
| HOURLY | ☐ | ☐ | | ASCII FORMAT ☐ | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS
cmarvinney@brouse.com

19. SIGNATURE *[signature]*

20. DATE  10/13/2008

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY