UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

```
                                    )
   Plaintiff(s)/Petitioner(s),      )
                                    )    CASE NO: 2:06-CV-2141-DGC
vs.                                 )
                                    )    Application of Attorney For Admission To Practice
                                    )    Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)
   Defendant(s)/Respondent(s)       )
```

FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 23 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE:** Please submit the $100 fee with your application.

I, __Anastasia Wade__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __Midwest Industrial Supply, Inc.__

CITY AND STATE OF PRINCIPAL RESIDENCE: __Cleveland, Ohio__
FIRM NAME: __Brouse McDowell__
ADDRESS: __1001 Lakeside Ave.__                                    SUITE: __1600__
CITY: __Cleveland,__    STATE: __Ohio__    ZIP: __44114__
FIRM/BUSINESS PHONE: ( __216__ ) __830-6830__
FIRM FAX PHONE: ( __216__ ) __830-6807__    E-MAIL ADDRESS: __awade@brouse.com__

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| U.S. District Court for Northern District of Ohio | 3/2008 | **Yes** / No* |
|  |  | Yes / No* |
| Ohio State Supreme Court | 11/2007 | **Yes** / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

If you answer YES to either of the following questions, please explain all circumstances on a separate page.
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    Y / **N**
Have you ever been disbarred from practice in any Court?    Y / **N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

__10/21/08__                    __Anastasia J Wade__
Date                            Signature of Applicant

Fee Receipt # __pNYOT7049__

(Rev. 11/06)

AO 136
(Rev. 10/98)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

ss.

NORTHERN DISTRICT OF OHIO

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, Eastern Division,

**DO HEREBY CERTIFY, that ANASTASIA J. WADE,** 0082797, was duly admitted to practice in said Court

on **March 10, 2008** and is in good standing as a member of the bar of said Court.

Dated at Cleveland, OH

on October 8, 2008

**GERI M. SMITH**
**Clerk of Court**

By: _____
Deputy Clerk