| | |
|---|---|
| 1 | DIANE J. HUMETEWA |
| 2 | United States Attorney<br>District of Arizona |
| 3 | 405 W. Congress, Suite 4800 |
| 4 | Tucson, Arizona 85701-5040<br>Telephone (520) 620-7300 |

FILED ___ LODGED
RECEIVED ___ COPY

AUG 2 5 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 08-18425 M |
| Plaintiff, | PLEA AGREEMENT<br>(Flip-Flop) |
| v. | |
| Rene ALVAREZ-Chavez | |
| Defendant | Fast Track 5K3.1 |

The parties enter into the following agreement:

1. Defendant will enter a plea to Count 2 of the complaint, Alien Eluding Examination and Inspection by Immigration Officers of the United States, a misdemeanor offense, in violation of Title 8, United States Code, Section 1325. This plea will occur no later than the time set for the detention hearing/preliminary hearing.

2. The government will dismiss Count 1 of the complaint, Illegal Re-Entry After Deportation, a felony, in violation of Title 8, United States Code, Section 1326(a). This charge, if proven, carries a maximum sentence of two (2) years imprisonment, $250,000

fine, one year supervised release and a $100.00 special assessment. The government will dismiss this charge at the time of sentencing.

3. The maximum penalties for the offense to which I am pleading are six (6) months in custody, a $5,000 fine. The government agrees to waive the $10 special assessment.

4. Pursuant to this plea agreement, the government and the defendant stipulate and agree to a sentence of ninety (90) consecutive days of imprisonment to be served in a designated Bureau of Prisons facility.

5. The parties waive a Pre-Sentence Report and agree that sentencing will occur on the date of the change of plea.

6. Pursuant to this plea, the defendant waives: (1) any right to appeal the Court's entry of judgment against defendant; (2) any right to appeal the imposition of sentence upon defendant under Title 18, United States Code, Section 3742 (sentence appeals); and (3) any right to collaterally attack defendant's conviction and sentence under Title 28, United States Code, Section 2255, or any other collateral attack.

**7. Factual Basis for Plea:**

I, Rene ALVAREZ-Chavez, am a citizen of Mexico. On or about August 24, 2008, at or near Pisinimo, Arizona, in the District of Arizona, I, Rene ALVAREZ-Chavez, was found in the United States. I admit that prior to my re-entry, I was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas on July 31, 2008. I did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to my illegal presence in the United States. Furthermore, as evidenced by my illegal presence in the United States, I admit that I entered the United States from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States.

Dated this 25th day of August, 2008.

_____
Rene ALVAREZ-Chavez,
Defendant


_____
Defense Counsel

DIANE J. HUMETEWA
United States Attorney
District of Arizona

_____
Special Assistant U.S. Attorney