## Defendant Midwest Industrial Supply, Inc.'s Claim Construction Chart
## U.S. Patent No. 7,074,266

### Claim 1

| Claim Phrase or Term | Defendant's Construction |
|---|---|
| Preamble: A compound for chemical soil stabilization and dust control, the compound consisting essentially of: | The soil stabilization and dust control compound contains the listed ingredients. |
| a binder consisting essentially of a carboxylic acid, an ester, or a thermoplastic polyolefin | A binder associates small particulates while stabilizing soil and aggregate. |
| a synthetic isoalkane | No construction required. |

### Claim 2

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 1, wherein the binder is a carboxylic acid. | No construction required. |



PLAINTIFF'S EXHIBIT
2 - Vitale
2/19/08 BPM
COURT REPORTERS
OF AKRON CANTON AND CLEVELAND

1

# Defendant Midwest Industrial Supply, Inc.'s Claim Construction Chart
## U.S. Patent No. 7,074,266

### Claim 3

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 2, wherein the carboxylic acid is a fatty acid. | A fatty acid is a carboxylic acid. |

### Claim 4

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 2, wherein the compound is devoid of electrolytes. | The compound does not contain electrolytes. |

### Claim 5

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 2 wherein the compound comprises from 1 to 99% by weight of the carboxylic acid. | The compound comprises between 1% and 99% carboxylic acid. |

## Defendant Midwest Industrial Supply, Inc.'s Claim Construction Chart
## U.S. Patent No. 7,074,266

### Claim 6

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 2, wherein the compound further comprises an emulsifier. | In addition to the carboxylic acid and the synthetic isoalkane, the compound also includes an emulsifier. Emulsifiers can be protein or carbohydrate polymers or long-chained alcohols and fatty acids. |

### Claim 7

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 2, wherein the synthetic isoalkane is selected from a group comprising: synthetic or semi-synthetic hydrocarbons. | The isoalkane can be completely synthetic or a semi-synthetic, which is a blend of synthetic and natural compounds. |

### Claim 8

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 7 wherein the synthetic hydrocarbons are selected from a group produced from hydrotreating, hydrocracking, or hydroisomerization. | Hydroisomerization allows conversion of paraffinic chains to isoparaffinic branched groups. Once branched, the isoparaffins do not organize into crystals. The result is a chemically pure, clear, high-VI, low-pour-point base oil with outstanding performance characteristics. In hydrocracking, the elimination of aromatics and polar compounds is achieved by reacting the feedstock with hydrogen, in the presence of a catalyst at high temperatures and pressures. Several different reactions occur in this process, the principal ones being as follows: 1) removal of polar compounds containing sulfur, nitrogen, and oxygen; 2) conversion of aromatic hydrocarbons to saturated cyclic hydrocarbons; and 3) breaking up of heavy polycyclo-paraffins to lighter saturated hydrocarbons. These reactions typically take place at temperatures as high as about 400°C, pressures around 3000 psi, and in the presence of a catalyst. Hydrotreating is based on passing a mixture of oil and hydrogen through a reactor filled with grains of aluminum oxide, the surface of which is covered by a |

3

| | |
|---|---|
| | catalytically active metal. In severe hydrotreating and hydrofinishing, nickel and molybdenum are used. The grains acquire a very large surface, 200m²/g. The reaction between the oil molecules and the hydrogen takes place on the surface of the catalyst. The higher the temperature, the faster the reaction between the hydrogen and the sulphur or nitrogen atoms will be. This, on the other hand, does not apply to the reaction between hydrogen and aromatic groups. In that reaction hydrogen is absorbed, double bonds are broken and a saturated hydrocarbon ring – a naphthenic group, in other words – is formed. This is an equilibrium reaction which, given normal pressure, high temperature, and the presence of a catalyst, moves in the "wrong" direction, with more aromatic rings being formed and hydrogen gas emitted. When the pressure is increased, this reverses the reaction into the "right" direction. If, then, you want to remove the nitrogen and sulphur effectively but are unwilling to reduce the aromatic content – hydrofinishing, in other words–you take care to have high temperature and low pressure. By raising the pressure and keeping the temperature low, you get severe hydrotreating. |

## Claim 9

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 7 wherein the synthetic isoalkane is selected from chemical group comprising: isoalkanes or branched iso-paraffins. | No construction required. |

## Claim 10

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 1, wherein the binder is a thermoplastic polyolefin. | The compound consists of a thermoplastic polyolefin and synthetic isoalkane. Thermoplastic polyolefin compound refers to any substance derived from olefins with chemical structure $C_nH_{2n}$ or $R\text{--}C_{2n}H_{3n}$, including polyethylene, polypropylene, polybutenes, polyisobutylenes, polyisoprene, and their copolymers. |

## Claim 11

4

Defendant Midwest Industrial Supply, Inc.'s Claim Construction Chart
U.S. Patent No. 7,074,266

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 10, wherein the compound comprises from 1 to 99% by weight of the thermoplastic polyolefin. | The compound consists of 1% to 99% by weight thermoplastic polyolefin. |

Claim 12

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 1 wherein the isoalkane has a viscosity of at least about 19 centistokes @20°C, and a flame point greater than 130° C. | Physical features of isoalkane. |

Claim 13

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 12 wherein the synthetic isoalkane is selected from chemical group comprising: isoalkanes or branched iso-paraffins. | No construction required. |

Claim 14

## Defendant Midwest Industrial Supply, Inc.'s Claim Construction Chart
## U.S. Patent No. 7,074,266

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 1, wherein the compound further comprises an emulsifier. | In addition to the binder and the synthetic isoalkane, the compound also includes an emulsifier. Emulsifiers can be protein or carbohydrate polymers or long-chained alcohols and fatty acids. |

### Claim 15

| Claim Term or Phrase | Defendant's Construction |
|---|---|
| The compound of claim 14, wherein the synthetic isoalkane has a flash point of 177°C. | A flash point is the lowest temperature at which a material will emit vapor combustible in air mixture. |