# Exhibit 1

# S & N LABS

2021 E. Fourth Street     Santa Ana, California 92705     (714) 543-2211

16 December 2008

| Job Number: | 15508 |
|---|---|
| PO Number: | verbal |

Chad Falkenberg
Soilworks, LLC
681 North Monterey Street
Gilbert, Arizona 85233

## REPORT OF ANALYSIS

One liter bottle of "Durasoil" was received on 12 December 2008. The liquid in the bottle was analyzed using Fourier-transform infrared spectroscopy (FT-IR). The resulting spectrum shows an aliphatic petroleum hydrocarbon with no evidence for the presence of esters or carboxylic acids.

The sample was evaporated to dryness in an oven at 90 °C. The weight loss after 72 hours was 1.9% (w/w), indicating very little volatile content.

The liquid was also analyzed for hydrocarbon distribution using gas chromatography (GC). The sample shows a normal hydrocarbon distribution ranging from $C_{19}$ – $C_{33}$ with a maximum at $C_{25}$.

This sample shows no evidence for esters, fats or synthetic isoalkanes. The spectrum and chromatograms are enclosed for your reference.

Neil E. Spingarn, Ph.D.
President

# staveley services
### fluids & analysis

18419 EUCLID AVENUE
CLEVELAND, OH 44112-1016
(800) 726-5400, FAX (216) 383-9633

**CUSTOMER NO.:** 21254
**UNIT NO.:** DURASOIL
**DESCRIPTION:** NEW DURASOIL SYNTHETIC ORGANIC DUST CONTROL AGENT
**END USER:** CHAD FALKENBERG
SOILWORKS LLC
**END USER LOCATION:** GILBERT, AZ 85233-3818

**MAKE:**
**MODEL:**
**OIL BRAND:**
**OIL TYPE:**
**SERIAL NO.:**
**FUEL TYPE:**

**NO. COPIES** 2

## SAMPLE DATA

| LAB# | SAMPLE DATE / RECEIPT DATE |
|---|---|
| 235989 | 12/10/2008 / 12/11/2008 |

## SPECTROCHEMICAL ANALYSIS (ppm)

(IRON, CHROMIUM, LEAD, COPPER, TIN, ALUMINUM, NICKEL, SILVER, SILICON, BORON, SODIUM, MAGNESIUM, CALCIUM, BARIUM, PHOSPHORUS, ZINC, MOLYBDENUM, TITANIUM, VANADIUM, POTASSIUM)

## PHYSICAL PROPERTIES

| FUEL (%VOL) | VIS @ 40 C cSt | VIS @ 100 C cSt | WATER (%VOL) | SOOT/SOLIDS (%WT) | COOLANT |
|---|---|---|---|---|---|
| N/A | 19.9 | 3.96 | N/A | N/A | N/A |

## ADDITIONAL TESTS

| LAB# | API GR | VI | POURPT | FLASH | COLOR | TIME ON OIL | TIME ON UNIT |
|---|---|---|---|---|---|---|---|
| 235989 | 33.2 | 244 | 0 | 410 F | 0 | | |

## ANALYSIS RECOMMENDATIONS

| LAB# | |
|---|---|
| 235989 | SAMPLE RUN FOR TEST DATA ONLY. ***RESULTS REPORTED BY FAX*** |

ANALYST - MAL

CHAD FALKENBERG
SOILWORKS LLC
681 NORTH MONTEREY ST
GILBERT, AZ 85233-3818

Since services are based on samples and information supplied by others, and since corrective action, if any, is necessarily taken by others, these services are rendered without any warranty or liability of any kind beyond the actual amount paid to Staveley Services North America for the services.

