E. SCOTT DOSEK #012114
JOHN P. PASSARELLI #16018 (NE)
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742
(480) 429-5000
Facsimile: (480) 429-5001

*Attorneys for Plaintiff / Counterdefendant / Counterclaimant Soilworks, LLC*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | |
| v. | **PLAINTIFF'S PROPOSED FORM OF VERDICT** |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant / Counterclaimant / Counterdefendant. | |

4831-5611-9299.1

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**VERDICT** |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Plaintiff Soilworks' claim of false advertising against Defendant Midwest, we find in favor of Plaintiff Soilworks, LLC.

_____        _____
Juror 1                                                              Juror 7

_____        _____
Juror 2                                                              Juror 8

_____        _____
Juror 3                                                              Juror 9

_____        _____
Juror 4                                                              Juror 10

_____        _____
Juror 5                                                              Juror 11

_____        _____
Juror 6                                                              Foreperson

4831-5611-9299.1                                                2

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

SOILWORKS, LLC, an Arizona corporation,

    Plaintiff / Counterdefendant / Counterclaimant,

v.

MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,

    Defendant / Counterclaimant / Counterdefendant.

NO.: 2:06-CV-2141-DGC

**VERDICT**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Plaintiff Soilworks' claim of false advertising against Defendant Midwest, we find in favor of Defendant Midwest.

_____  
Juror 1

_____  
Juror 2

_____  
Juror 3

_____  
Juror 4

_____  
Juror 5

_____  
Juror 6

_____  
Juror 7

_____  
Juror 8

_____  
Juror 9

_____  
Juror 10

_____  
Juror 11

_____  
Foreperson

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, <br><br> Plaintiff / Counterdefendant / Counterclaimant, <br><br> v. <br><br> MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, <br><br> Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC <br><br> **VERDICT** |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claim that Soilworks has engaged in false advertising by referring to itself as a manufacturer, we find in favor of Plaintiff Soilworks, LLC.

_____    _____
Juror 1                                                        Juror 7

_____    _____
Juror 2                                                        Juror 8

_____    _____
Juror 3                                                        Juror 9

_____    _____
Juror 4                                                        Juror 10

_____    _____
Juror 5                                                        Juror 11

_____    _____
Juror 6                                                        Foreperson

4831-5611-9299.1                                    4

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**VERDICT** |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claim that Soilworks has engaged in false advertising by referring to itself as a manufacturer, we find in favor of Defendant Midwest.

_____    _____
Juror 1                                                                   Juror 7

_____    _____
Juror 2                                                                   Juror 8

_____    _____
Juror 3                                                                   Juror 9

_____    _____
Juror 4                                                                   Juror 10

_____    _____
Juror 5                                                                   Juror 11

_____    _____
Juror 6                                                                   Foreperson

4831-5611-9299.1                                    5

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | |
| v. | **VERDICT** |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant / Counterclaimant / Counterdefendant. | |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claim that it has been damaged by Soilworks' use of the term "soil sement," we find in favor of Soilworks, and find Midwest's damages to be zero dollars.

_____
Juror 1

_____
Juror 2

_____
Juror 3

_____
Juror 4

_____
Juror 5

_____
Juror 6

_____
Juror 7

_____
Juror 8

_____
Juror 9

_____
Juror 10

_____
Juror 11

_____
Foreperson

4831-5611-9299.1

6

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**VERDICT** |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claim that it has been damaged by Soilworks' use of the term "soil sement," we find in favor of Midwest, and find Midwest's full damages to be $_____.

_____          _____
Juror 1                                                                Juror 7

_____          _____
Juror 2                                                                Juror 8

_____          _____
Juror 3                                                                Juror 9

_____          _____
Juror 4                                                                Juror 10

_____          _____
Juror 5                                                                Juror 11

_____          _____
Juror 6                                                                Foreperson

|  |  |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | |
| | **VERDICT** |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant / Counterclaimant / Counterdefendant. | |

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claims of infringement of its "266" and "270" patents, we find in favor of Soilworks, LLC.

_____    _____
Juror 1                           Juror 7

_____    _____
Juror 2                           Juror 8

_____    _____
Juror 3                           Juror 9

_____    _____
Juror 4                           Juror 10

_____    _____
Juror 5                           Juror 11

_____    _____
Juror 6                           Foreperson

4831-5611-9299.1                          8

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**VERDICT** |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claims of infringement of its "266" and "270" patents, we find in favor of Midwest, and find its full damages to be $_____.

_____    _____
Juror 1                                                    Juror 7

_____    _____
Juror 2                                                    Juror 8

_____    _____
Juror 3                                                    Juror 9

_____    _____
Juror 4                                                    Juror 10

_____    _____
Juror 5                                                    Juror 11

_____    _____
Juror 6                                                    Foreperson

4831-5611-9299.1

9

Respectfully submitted on this 9th day of January, 2009.

                                    KUTAK ROCK LLP

By    /s E. Scott Dosek
     E. Scott Dosek, Esq.
     John P. Passarelli, Esq.
     8601 North Scottsdale Road #300
     Scottsdale, AZ 85253-2742
     *Attorneys for Plaintiff Soilworks, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2009, the foregoing **PLAINTIFF'S PROPOSED FORM OF VERDICT** was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Amy S. Fletcher
Amy S. Fletcher