# Exhibit 3

```
 1                UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF ARIZONA

 3                  _____

 4  SOILWORKS, LLC,                  )
                                     )
 5                   Plaintiff,      )   CV 06-02141-PHX-DGC
                                     )
 6           vs.                     )   Phoenix, Arizona
                                     )   October 9, 2008
 7  MIDWEST INDUSTRIAL SUPPLY, INC.,)
                                     )
 8                   Defendant.      )
     _____)
 9

10

11

12

13      BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE

14           REPORTERS' TRANSCRIPT OF PROCEEDINGS

15                FINAL PRETRIAL CONFERENCE

16

17

18

19

20
    Official Court Reporters:
21  Patricia Lyons, RPR, CRR
    Gary Moll
22  Sandra Day O'Connor U.S. Courthouse, Suite 312
    401 West Washington Street, SPC 41
23  Phoenix, Arizona  85003-2150
    (602) 322-7257
24
    Proceedings Reported by Stenographic Court Reporters
25  Transcript Prepared by Computer-Aided Transcription
```

if you can't show that, then it seems to me proving unjust enrichment is going to be tough.

So on both sides, I don't see large damages claims. And maybe the answer is that this is a patent fight and you're competitors, and you want to prove that your patent is infringed by their product and they want to prove it's not.

But if that's why we're here, this is a very uncertain patent trial. We're going into this trial not even knowing what claims are at issue; not knowing exactly what evidence is going to be admissible; not knowing if the jury's going to be able to sort it all out.

So it seems to me there's uncertainty both ways. And for that reason, I've been scratching my head since I started going through this book at home last night as to why this case is going to trial.

What I am going to do between now and the end of January is I'm going to require you all to sit down and try to settle -- settle the case, with the clients in the room. And I'm going to have you do it with a magistrate judge in this building who will sit down and try to help you settle the case.

Because you now know more than you will ever know till we get to trial about what this case looks like. I think you've probably learned a lot from each side today about just what the evidence isn't.

And so I'm going to require in the order that I issue