Craig A. Marvinney, 0004951 (OH)
John M. Skeriotis, 0069263 (OH)
Anastasia J. Wade 0082797(OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: cmarvinney@brouse.com,
jskeriotis@brouse.com,
awade@brouse.com
*Admitted pro hac vice*

Donald L. Myles, Jr., 007464(AZ)
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Telephone: 602-263-1700
Facsimile: 602-263-1784
Email: dmyles@jshfirm.com

*Attorneys for Defendant/Counterclaimant Midwest Industrial Supply, Inc.*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**PROPOSED ORDER GRANTING MIDWEST INDUSTRIAL SUPPLY, INC.'S MOTION FOR LEAVE TO FILE ITS SEALED EXHIBIT** |

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**ORDER GRANTING MIDWEST INDUSTRIAL SUPPLY, INC.'S MOTION TO FILE TO ITS SEALED EXHIBIT** |

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

THIS MATTER comes before the Court upon Defendant/Counterclaimant *Midwest Industrial Supply, Inc.'s Motion for Leave to File Exhibit Under Seal, Instanter*. Having reviewed *Midwest Industrial Supply, Inc.'s Motion for Leave to File Exhibit Under Seal Instanter*, and being fully advised, the Court hereby GRANTS the motion to allow the *Sealed Exhibit* submitted to the Court by Midwest Industrial Supply, Inc. on March 11, 2009 in support of its *Motion for Partial Summary Judgment* to be filed under seal in this action.

IT IS SO ORDERED.

DATED: March____, 2009.

                                                                                            _____
                                                                                            David G. Campbell
                                                                                            United States District Judge