

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

August 29, 2008

Arizona District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street
Phoenix, AZ 85003-2146

```
___ FILED      ___ LODGED
_X_ RECEIVED   ___ COPY

   SEP 0 2 2008

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Re:   Transfer of Our Case No. **SACR96-00008AHS**

      Assigned Your Case No. **CR08-50068-PHX-MHM**

      Case Title: **USA v. Scott David Williams**

Dear Sir/Madam:

☐   Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court. Please present them to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☒   Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

                                         Sincerely,

                                         Clerk, U.S. District Court

                                         By **Dodjie Gargantos**
                                              Deputy Clerk

cc:   Probation Office, Central District of California
       Probation Office, District of Origin

===========================================================================================
**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

                                         Clerk, U.S. District Court

_____     By _____
Date                                                      Deputy Clerk

CR-22 (01/01)                 **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**