# United States District Court
## Central District of California

*CR08-50068-PHX-MHM*

UNITED STATES OF AMERICA vs.

Defendant's Name  Scott David Williams

& Residence  Metropolitan Detention Center

Address  535 North Alameda Street
Los Angeles, CA 90012

SA
Docket No. CR – 96-8 AHS

Social Security No.  -3108

Mailing Address

Long Beach, CA

## JUDGMENT AND PROBATION / COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

ENTERED

OCT 2 ~ 1996

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

| MONTH | DAY | YEAR |
|-------|-----|------|
| 10 / 21 / 96 | | |

**COUNSEL**

[ ] **WITHOUT COUNSEL**  However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

[x] **WITH COUNSEL**  Craig Wilke, DFPD
(Name of Counsel)

**PLEA**

[x] **GUILTY,** and the Court being satisfied that there is a factual basis for the plea.  [ ] NOLO CONTENDERE  [ ] NOT GUILTY

**FINDING**

There being a finding / verdict of [ ] **GUILTY,** defendant has been convicted as charged of the offense(s) of:

18 U.S.C. §2113(a):  Bank Robbery (Single-Count Indictment), Class C Felony

**JUDGMENT AND PROB./ COMMITMENT ORDER**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: 151 months on Count 1 of the Indictment.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318;

2. The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs and alcohol, abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision;

3. If deemed necessary by the Probation Officer, the defendant shall reside at an participate in a residential drug treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, until discharged by the Program Director and Probation Officer;

4. If the amount of any mandatory assessment, restitution or fine imposed by this judgment remains unpaid at the commencement of the term of community supervision, the defendant shall pay such remainder as directed by the

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

[ ] This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By: [ ] U.S. District Judge CONTINUED ON PAGE 2    [ ] U.S. Magistrate

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation / Commitment Order to the U.S. Marshal or other qualified officer.

SHERRI R. CARTER, CLERK
~~FRANK G. GOODROE, CLERK~~

ENTERED ON ICMS

Dated / Filed _____    By _____

Deputy Clerk

AO-245-A  (01/90)

Dockets.Justia.com

UNITED STATES OF AMERICA

vs

Scott David Williams

Docket No. **CR** – 96-8 AHS

Date _____ OCTOBER 21, 1996 _____

## JUDGMENT AND PROBATION / COMMITMENT ORDER

<u>Continued from Page 1</u>

      **Probation Officer.**
Pursuant to 18 U.S.C. §3663, it is ordered that the defendant shall make restitution to the following aggrieved party in the following amount to commence once the defendant is placed on supervised release:

    Home Bank                            – $760.00
    17010 Magnolia Avenue
    Fountain Valley, CA

Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.

IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $50.00.

The Court recommends that the Bureau of Prisons designate the defendant to an institution which offers a 500 hour drug treatment program and further recommends placement at Terminal Island, California, at the request of the defendant.

P

Signed By: [x]   U.S. District Judge _Alicemarie H Stotler_    [ ]   U.S. Magistrate _____
                         Alicemarie H. Stotler

                                         Sherri R. Carter, Clerk
                                         XXXXXXXXXXXXXXXXXXXX

    Dated/Filed _____ OCT 23 1996 _____      By _Paul D. Pierson_
                                                          Deputy Clerk

Defendant: Scott David Williams

Case Number: SA CR 96-8 AHS

Judgment--Page __1__ of __1__

## STATEMENT OF REASONS

__X__ The court adopts the factual findings and guideline application in the presentence report.

OR

____ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: _____29_____

Criminal History Category: _____VI_____

Imprisonment Range: __151-188__ months

Supervised Release Range: __2-3__ years

Fine Range: $ __15,000__ to $ __150,000__

    __X__ Fine is waived or is below the guideline range, because of the defendant's inability to pay.

Restitution: $ ___760.00___

  __ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

  __ For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

  __ Partial restitution is ordered for the following reason(s):

____ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

OR

__X__ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

    See attached Tentative Ruling

OR

The sentence departs from the guideline range

    ____ upon motion of the government, as a result of defendant's substantial assistance.

    ____ for the following reason(s):

The Tentative Ruling distributed to the parties at the time of sentencing is attached.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HONORABLE ALICEMARIE H. STOTLER, JUDGE, PRESIDING

TENTATIVE RULING ON SENTENCING

October 21, 1996   Calendar No. 43

CASE:        **United States of America v. Scott David Williams**
             SA CR 96-8 AHS

PROCEEDING:  Sentencing Under Guidelines Pursuant to a Plea
             Agreement, Fed. R. Crim. P. 11(e)(1)(A)

---

1.   On September 3, 1996, the Probation Office
disclosed the Presentence Investigation Report ("PSR").   The
government filed its position on October 2, 1996; defendant filed
his position on October 8, 1996.   Defendant had 35 days to review
the PSR, as required by Federal Rule of Criminal Procedure
32(b)(6)(A).   There being no objections to the factual statements
contained in the PSR, the Court adopts those statements as its
findings of fact.   The government recommends sentencing defendant
at the low end of the guideline range.

2.   The applicable guidelines are:

Total Offense Level:   __29__;

Criminal History Category:   __VI__;

__151__ to __188__ months imprisonment;

__2__ to __3__ years supervised release, pursuant
to § 5D1.2;

__$15,000__ to __$150,000__ fine, pursuant to §
5E1.2 of the Guidelines.

3.   In light of the Probation Office's determination
that defendant does not have the present ability to pay a fine,
the Court waives payment of the fine pursuant to § 5E1.2(f) of
the Guidelines.

4.   Defendant is ordered to pay restitution.

5.  Defendant is ordered to pay a $50.00 special assessment to the United States, pursuant to 18 U.S.C. § 3013(a).

6.  The Court notes that, pursuant to the plea agreement, defendant waived the right to appeal his sentence in certain circumstances.

I hereby attest and certify on *8-29-08*
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

1081