1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9   Soilworks, LLC, an Arizona corporation, )        No. CV-06-2141-PHX-DGC
                                            )
10              Plaintiff,                  )        **ORDER**
                                            )
11  vs.                                     )
                                            )
12  Midwest Industrial Supply, Inc., an Ohio )
    corporation authorized to do business in )
13  Arizona,                                )
                                            )
14              Defendant.                  )
    _____)

15

16       Defendant has filed a motion to file exhibit under seal, *instanter.* Dkt. #156.

17       **IT IS ORDERED:**

18       1.       Defendant's motion to file exhibit under seal, *instanter* (Dkt. #156) is

19       **granted**.

20       DATED this 13th day of March, 2009.

21

22

23       _____
                         David G. Campbell
24                     United States District Judge

25

26

27

28