1  E. Scott Dosek, 012114
2  John P. Passarelli, 016018 (NE)
   KUTAK ROCK LLP
3  8601 North Scottsdale Road, Suite 300
   Scottsdale, AZ 85253-2742
4  Telephone: 480-429-5000
   *Attorneys for Plaintiff/Counterdefendant/Counterclaimant*
5  *Soilworks, LLC*

6  Craig A. Marvinney, 0004951 (OH)
7  John M. Skeriotis, 0069263 (OH)
   Anastasia J. Wade, 0082797 (OH)
8  BROUSE MCDOWELL
   388 S. Main Street, Suite 500
9  Akron, Ohio 44311-4407
   Telephone: 330-535-5711
10 *Attorneys for Defendant/Counterclaimant/Counterdefendant*
11 *Midwest Industrial Supply, Inc., admitted pro hac vice*

12 Donald L. Myles, Jr., 007464(AZ)
   JONES, SKELTON & HOCHULI, P.L.C.
13 2901 N. Central Ave., Suite 800
   Phoenix, Arizona 85012
14 Telephone: 602-263-1700
15 *Attorney for Defendant/Counterclaimant/Counterclaimant*
   *Midwest Industrial Supply, Inc.*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br><br><br><br><br><br><br><br><br>STIPULATION TO THE ENTRY OF AN ORDER OF DISMISSAL |

Pursuant to Federal Rule 41(a), Plaintiff Soilworks, LLC and Defendant Midwest Industrial Supply, Inc., by and through their counsel, hereby stipulate and agree that the above-captioned case is settled and that any and all claims of any sort that were raised in the instant action, by any and/or all parties in this action, be dismissed with prejudice. Plaintiff Soilworks, LLC and Defendant Midwest Industrial Supply, Inc. further stipulate to the entry of an order by this Court dismissing this matter in its entirety, with prejudice. Each party shall bear its own costs and fees.

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| /s/ E. Scott Dosek (per agreement) | /s/ Anastasia J. Wade |
| E. Scott Dosek | Craig A. Marvinney |
| KUTAK ROCK, LLP | Anastasia J. Wade |
| 8601 N. Scottsdale Rd., Ste 300 | BROUSE MCDOWELL |
| Scottsdale, AZ 85253 | 1001 Lakeside Ave, Ste 1600 |
| Phone: (480) 429-7112 | Cleveland, OH 44114 |
| Fax: (480) 429-5001 | Phone: (216) 830-6830 |
| scott.dosek@kutakrock.com | Fax: (216) 830-6807 |
| | cmarvinney@brouse.com |
| John P. Passarelli | awade@brouse.com |
| KUTAK ROCK, LLP | |
| 1650 Farnam St. | John M. Skeriotis |
| Omaha, NE 68102 | BROUSE MCDOWELL |
| Phone: (402) 231-8913 | 388 S. Main St, Ste 500 |
| Fax: (402) 346-1148 | Akron, OH 44311 |
| john.passarelli@kutakrock.com | Phone: (330) 535-5711 |
| | Fax: (330) 253-8601 |
| *Attorneys for Plaintiff Soilworks, LLC* | jskeriotis@brouse.com |
| | |
| | Don L. Myles, Jr. |
| | JONES, SKELTON & HOCHULI, PLC |
| | 2901 N. Central Ave, Ste 800 |
| | Phoenix, AZ 85012 |
| | Phone: (602) 263-1700 |
| | Fax: (602) 263-1784 |
| | dmyles@jshfirm.com |

*Attorneys for Defendant Midwest Industrial Supply, Inc.*

IT IS SO ORDERED:

Dated: _____ _____
David G. Campbell
United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on April 6, 2009. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Anastasia J. Wade
Anastasia J. Wade

743579