```
                    FILED    ___ LODGED
                    RECEIVED ___ COPY

                    SEP 2 5 2008

                    CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ROSEMARY GUADIANA )
   **Plaintiff** , )
)
vs. )    CASE NO: 07-326-TUC-FRZ (GEE)
)
)    **Application of Attorney For Admission To Practice**
STATE FARM FIRE & CASUALTY COMPANY )    **Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**
   **Defendant** )

NOTICE: Please submit the $100 fee with your application.

I, __Stephen A. Wichern__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __State Farm Fire & Casualty Company__.

CITY AND STATE OF PRINCIPAL RESIDENCE: __Littleton, Colorado__
FIRM NAME: __Faegre & Benson LLP__
ADDRESS: __1700 Lincoln Street__    SUITE: __3200__
CITY: __Denver__    STATE: __CO__    ZIP: __80203__
FIRM/BUSINESS PHONE: (303) __607-3813__
FIRM FAX PHONE: (303) __607-3600__    E-MAIL ADDRESS: __SWichern@Faegre.com__

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| U.S. District Court for District of CO | 01/26/07 | **Yes** / No* |
| 10th Circuit Court of Appeals | 01/23/07 | **Yes** / No* |
| | | Yes / No* |

(An **Original** Certificate of Good Standing from a FEDERAL BAR in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| N/A | | |
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

If you answer YES to either of the following questions, please explain all circumstances on a separate page.
   Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    Y / **N**
   Have you ever been disbarred from practice in any Court?    Y / **N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

__9/22/8__           __/s/ signature__
Date                   Signature of Applicant

Fee Receipt # PHX075966

(Rev. 11/06)



# Certificate of Good Standing

## United States District Court
District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**STEPHEN A. WICHERN**
was duly admitted to practice in said court on
**January 26, 2007**
and is in good standing as a member of the bar of said court.

Dated: September 17, 2008      Gregory C. Langham, Clerk

By: _Mark J Fredrickson_
Deputy Clerk