1  DIANE J. HUMETEWA
   United States Attorney
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  PO Box 683
   Ben Franklin Station
5  Washington DC 20044-0683
   Telephone:    (202) 307-6648
6  Facsimile:    (202) 307-0054
   Guy.P.Jennings@usdoj.gov
7
   Attorneys for the United States of America
8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                          DISTRICT OF ARIZONA

11

12  GOLDEN WEST HOLDINGS TRUST;          Case No. 05-2237 PHX SMM (LEAD)
                                         Case No. 05-2239 PHX JAT (CONS.)
13       Plaintiff,                      Case No. 05-2238 PHX JAT (CONS.)

14  v.                                   **UNITED STATES' MOTION FOR
                                         SUMMARY JUDGMENT**
15  UNITED STATES OF AMERICA and
    INTERNAL REVENUE SERVICE,
16
17       Defendants.

18  ─────────────────────────────────

    AND CONSOLIDATED CASES
19

20          The United States submits this motion for summary judgment pursuant to Rule
21
    56 of the Federal Rules of Civil Procedure.  The United States contends that there is no
22
    genuine issue of material fact and that the United States is entitled to judgment as a
23
    matter of law on the two issues presented in this case.  First, agents of the Internal
24
    Revenue Service had a good faith belief that the collection of tax from William G.
25
    Wadman, V, was in jeopardy.  Therefore, the jeopardy levy executed against Wadman
26
    in April of 2005 by the Internal Revenue Service was reasonable under the
27

28

circumstances. Second, two entities, Golden West Holdings Trust and Tri-Star Real Estate Investment Trust, are nominees, alter egos, or mere conduits of Wadman. Therefore this Court lacks jurisdiction to hear the claims of wrongful levy by Golden West Holdings Trust and Tri-Star Real Estate Investment Trust, because they are in fact the taxpayer, William G. Wadman.

This motion is supported by a memorandum of points and authorities, a separate statement of material facts, and the Declarations of Karen Bloxham, Calvin Byrd, G. Patrick Jennings, and Avram Salkin, submitted herewith.

DIANE J. HUMETEWA
United States Attorney

Dated: September 26, 2008
/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6648