DIANE J. HUMETEWA
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 683
Ben Franklin Station
Washington DC 20044-0683
Telephone:   (202) 307-6648
Facsimile:   (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

GOLDEN WEST HOLDINGS TRUST;
TRI-STAR REAL ESTATE
INVESTMENT; WILLIAM WADMAN;

  Plaintiffs,

v.

UNITED STATES OF AMERICA and
INTERNAL REVENUE SERVICE,

  Defendants.

AND CONSOLIDATED CASES

Case No. 05-2237 PHX SMM (LEAD)

**DECLARATION OF G. PATRICK JENNINGS IN SUPPORT OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

I, G. Patrick Jennings declare and state:

1. I am a trial attorney for the United States Department of Justice, Tax Division, Civil Trial Section, Western. I am assigned as the trial attorney for the United States in the above-captioned case.

2. Attached hereto are true and correct copies of the following documents:

   1. Certificate of Assessments and Payments, William G. Wadman, V ("Wadman"), 2001, Form 1040.

2. Certificate of Assessments and Payments, Wadman, 2002, Form 1040.
3. Certificate of Assessments and Payments, Wadman, 2003, Form 1040.
4. Certificate of Assessments and Payments, Wadman, 2004, Form 1040.
5. Certificate of Assessments and Payments, Wadman, 2005, Form 1040.
6. Wadman Bankruptcy Schedules, selected portions, March 27, 2006.
7. Bank Records JPMorgan Chase Bank, Philip R. Black.
8. Compass Bank Records, Atlantic Industries Corporation.
9. Conviction of G. Emerson, aka Wadman, Probation Revocation.
10. Del Mar Property Sale Listing.
11. Electronic Direct Deposit Record of Refund to Wadman at Wachovia.
12. Key West Property Sale Listing dated March 31, 2005.
13. Suntrust Bank Records, 1-31-2004 to 5-31-2005.
14. Wachovia Bank Records, 12-11-2003 to 5-10-2005:
   WBNA 00002            Account Signature Card
   WBNA 00005 - 00070    Account Statements
   WBNA 00071 - 00355    Deposits and selected checks.
15. Declaration of Gary Griffin.

3. The deposits to the Wachovia and Suntrust accounts at Exhibits 13 and 14, attached, are as follows:

| Statement Ending* | SunTrust Account #4436 Deposits | SunTrust Account #2670 Deposits | Wachovia Account #7774 Deposits |
|---|---|---|---|
| 1/31/04(1/12/04) | $0 | NA | $3,186.48 |
| 2/29/04(2/10/04) | $10,000.00 transfer | $5,000.00 transfer | $0 |
| 3/31/04(3/10/04) | $488,683.00 | $342,326.00 | $405,534.00 |
| 4/30/04(4/12/04) | $0 | $0 | $0 |
| 5/31/04(5/10/04) | $0 | $0 | $0 |
| 6/30/04(6/10/04) | $0 | $0 | $0 |

- 2 -

| | | | |
|---|---|---|---|
| 7/31/04(7/13/04) | $0 | $0 | $0 |
| 8/31/04(8/10/04) | $0 | $0 | $0 |
| 9/30/04(9/13/04) | $0 | $0 | $0 |
| 10/31/04(10/12/04) | $0 | $355,211.30 | $0 |
| 11/30/04(11/9/04) | $4,950.51 | $0 | $0 |
| 12/31/04(12/10/04) | $0 | $0 | $0 |
| 1/31/05(1/11/05) | $0 | $0 | $0 |
| 2/28/05(2/9/05) | $0 | $0 | $3,008.00 |
| 3/31/05(3/11/05) | $5,000.00 transfer | $0 | $523,430.00 |
| 4/30/05(4/11/05) | $0 | $0 | $0 |
| 5/31/05(5/10/05) | $0 | $0 | $0 |
| Total | $508,633.51 | $702,537.30 | $935,158.48 |

*Wachovia statements in parenthesis.

4. For the Suntrust accounts above, for GWHT (ending #4436) and Tri-Star (ending #2670), the significant deposits are described as follows: (1) federal tax refund check in the amount of $488,683.00 deposited March 29, 2004 (SUN 053-054) (2) federal tax refund check in the amount of $342,326.00 deposited March 29, 2004 (SUN 042-043; (3) three checks totaling $355,211.30, including a check in the amount of $135,053 from "United Republic Title" to William Wadman and a check in the amount of $135,053 from "United Republic Title" to Philip Black (SUN 044, 045, 046, 047).

5. For the Wachovia account #7774 in paragraph 3, the major deposits are described as follows: (1) electronic deposit of federal tax refund in the amount of $404,334 on March 5, 2004; (2) electronic deposit of federal tax refund in the amount of $523,430 on February 25, 2005. (Jennings Decl., Ex. 11). For the Wachovia account of William G. Wadman, $927,764 of $935,158.48 in deposits were tax refunds for the 16 months covered by the subpoena.

6. Payments from the Wachovia account included a check for "1408 Albury Street" [the Key West Property] for more than $47,000. (WBNA 00125).

7. Payments from the Wachovia account included two checks for a "bracelet" totalling more than $30,000. (WBNA 00320, 00322).

8. Payments from the Wachovia account which appear to be for improvements to the Del Mar property or the Key West property include checks to (1) Watertight Gutters (WBNA 00340) for $1,020, (2) to "Artistic Statuary" (WBNA 00242, 00257) for $2360 and $2765; (3) to the "Patio Shoppe" (WBNA 00247) for $3093, (4) to the "Lamp House" (WBNA 00237) for $4416, (5) to "Furniture to Fit" (WBNA 00094) for $2,000+, (6) to "Burdine Macy" "bedroom set" (WBNA 00113) for $4,600+, (7) for "1408 Albury" (WBNA 00125) for $47,000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2008        /s/ G. Patrick Jennings
                                 G. PATRICK JENNINGS