1  DIANE J. HUMETEWA
   United States Attorney
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  PO Box 683
   Ben Franklin Station
5  Washington DC 20044-0683
   Telephone:    (202) 307-6648
6  Facsimile:    (202) 307-0054
   Guy.P.Jennings@usdoj.gov
7
   Attorneys for the United States of America
8
9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                          DISTRICT OF ARIZONA

11

12  GOLDEN WEST HOLDINGS TRUST;          Case No. 05-2237 PHX SMM (LEAD)
    TRI-STAR REAL ESTATE
13  INVESTMENT; WILLIAM WADMAN;

14      Plaintiffs,                      **CERTIFICATE OF SERVICE**

15  v.

16  UNITED STATES OF AMERICA and
    INTERNAL REVENUE SERVICE,
17
        Defendants.
18

19  AND CONSOLIDATED CASES

20

21      I, G. Patrick Jennings, declare that service of copies of the following:

22      **1.    UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

23      **2.    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
                 UNITED STATES' MOTION FOR SUMMARY JUDGMENT**
24

25      **3.    UNITED STATES' FACTS IN SUPPORT OF MOTION FOR SUMMARY
                 JUDGMENT**
26
        **4.    INDEX OF DECLARATIONS AND EXHIBITS**
27

28

**5. DECLARATION OF G. PATRICK JENNINGS IN SUPPORT OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

**6. DECLARATION OF REVENUE OFFICER CALVIN BYRD**

**7. DECLARATION OF AVRAM SALKIN**

**8. DECLARATION OF KAREN BLOXHAM**

**9. UNITED STATES' MOTION FOR RECONSIDERATION OF ORDER GRANTING INTERVENTION**

**10. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNITED STATES' MOTION FOR RECONSIDERATION OF ORDER GRANTING INTERVENTION**

**11. CERTIFICATE OF SERVICE**

has been made this 26th day of September of 2008  by ECF or email to:

DAVID R. BOSSE

MARY HARRISS
Ryan Rapp & Underwood PLC
3101 N Central Ave, Ste 1500
Phoenix, AZ 85012


Attorneys for plaintiffs William G. Wadman, Golden West Holdings Trust, Tri-Star Real Estate Investment Trust


JAMES HENDRIK TAYLOR

Lewis & Roca LLP
40 N Central Ave
Phoenix, AZ 85004-4429


Attorneys for Wachovia Bank, N.A.


DONALD W. POWELL
Carmichael & Powell
7301 North 16th Street, Suite 103
Phoenix AZ 85020-5297

Attorneys for debtor William G. Wadman


/s/ G. Patrick Jennings
G. PATRICK JENNINGS