|   |   |
|---|---|
| 1 | DIANE J. HUMETEWA<br>United States Attorney |
| 2 | |
| 3 | G. PATRICK JENNINGS<br>Trial Attorney, Tax Division<br>U.S. Department of Justice |
| 4 | PO Box 683<br>Ben Franklin Station |
| 5 | Washington DC 20044-0683<br>Telephone:   (202) 307-6648 |
| 6 | Facsimile:   (202) 307-0054<br>Guy.P.Jennings@usdoj.gov |
| 7 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| GOLDEN WEST HOLDINGS TRUST;<br>TRI-STAR REAL ESTATE<br>INVESTMENT; WILLIAM WADMAN;<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>INTERNAL REVENUE SERVICE,<br><br>    Defendants. | Case No. 05-2237 PHX SMM (LEAD)<br><br>**INDEX OF DECLARATIONS AND EXHIBITS** |
|---|---|

AND CONSOLIDATED CASES

**Declaration of Karen Bloxham, investigative analyst, Internal Revenue Service:**

    A.    2003 Form 1040 for William G. Wadman, V., Forms 1099, Summary

    B.    2004 Form 1040 for William G. Wadman, V., Forms 1099, Summary

    C.    2003 Form 1041 for Golden West Holdings Trust, Forms 1099, Summary

    D.    2004 Form 1041 for Golden West Holdings Trust, Forms 1099, Summary

    E.    2003 Form 1041 for Tri-Star, Forms 1099, Summary of Investigation

    F.    2004 Form 1041 for Tri-Star, Forms 1099, Summary

    G.    Copies of deposited refund checks to GWHT and Tri-Star

**Declaration of Avram Salkin, Managing Partner, Hochman Salkin Law Firm:**

    A.    The 2003 Form 1040 of William G. Wadman, initial pages

    B.    The 2004 Form 1040 of William G. Wadman, initial pages

    C.    The 2003 Form 1041 of Golden West Holdings Trust, initial pages

    D.    The 2004 Form 1041 of Golden West Holdings Trust, initial pages

    E.    The 2003 Form 1041 Tri-Star Real Estate Investment Trust, initial pages

**Declaration of G. Patrick Jennings, Trial Attorney, Tax Division:**

    1.    Certificate of Assessments and Payments, William G. Wadman, V ("Wadman"), 2001, Form 1040

    2.    Certificate of Assessments and Payments, Wadman, 2002, Form 1040

    3.    Certificate of Assessments and Payments, Wadman, 2003, Form 1040

    4.    Certificate of Assessments and Payments, Wadman, 2004, Form 1040

    5.    Certificate of Assessments and Payments, Wadman, 2005, Form 1040

    6.    Wadman Bankruptcy Schedules, selected portions, March 27, 2006

    7.    Bank Records JPMorgan Chase Bank, Philip R. Black

    8.    Compass Bank Records, Atlantic Industries Corporation

    9.    Conviction of G. Emerson, aka Wadman, Probation Revocation

    10.    Del Mar Property Sale Listing

    11.    Electronic Direct Deposit Record of Refund to Wadman at Wachovia

    12.    Key West Property Sale Listing dated March 31, 2005

    13.    Suntrust Bank Records, 1-31-2004 to 5-31-2005

    14.    Wachovia Bank Records, 12-11-2003 to 5-10-2005:

        WBNA 00002        Account Signature Card

        WBNA 00005 - 00070        Account Statements

        WBNA 00071 - 00355        Deposits and selected checks

    15.    Declaration of Gary Griffin

**Declaration of Calvin Byrd, Revenue Officer, Internal Revenue Service**