DANIEL G. KNAUSS
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 307-6648
Facsimile:     (202) 307-0054
Guy.P. Jennings @usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

GOLDEN WEST HOLDINGS TRUST; TRI-STAR REAL ESTATE INVESTMENT; WILLIAM WADMAN;

    Plaintiffs,

v.

UNITED STATES OF AMERICA and INTERNAL REVENUE SERVICE,

    Defendants

AND CONSOLIDATED CASES

CASE NO. 05-2237 PHX SMM (LEAD)

**DECLARATION OF AVRAM SALKIN**

I AVRAM SALKIN declare as follows:

1. I am the sole shareholder at the law firm of HOCHMAN SALKIN RETTIG TOSCHER & PEREZ, P.C. (the "firm"). The firm has offices in Beverly Hills, California and Honolulu, Hawaii and some of its attorneys practice in the field of taxation, among other areas. I have been a member of the firm and its predecessors since 1960. I have personal knowledge of the business practices and record-keeping practices of the firm.

1

**DECLARATION OF AVRAM SALKIN**

2. Attached hereto are copies of the initial pages of tax returns provided to me by G. PATRICK JENNINGS of the United States Department of Justice, which appear to be as follows:

    (a) The 2003 Form 1040 of WILLIAM G. WADMAN.

    (b) The 2004 Form 1040 of WILLIAM G. WADMAN.

    (c) The 2003 Form 1041 of GOLDEN WEST HOLDINGS TRUST.

    (d) The 2004 form 1041 of GOLDEN WEST HOLDINGS TRUST.

    (e) The 2003 form 1041 of TRI-STAR REAL ESTATE INVESTMENT TRUST.

(collectively the "tax returns").

3. I have directed a search of firm records, and this firm did not prepare the attached tax returns.

4. We have no record of WILLIAM G. WADMAN (with or without the "V"), GOLDEN WEST HOLDINGS TRUST or TRI-STAR REAL ESTATE INVESTMENT TRUST having ever been clients of this firm.

5. Each of the attorneys currently employed by this firm who were here between 2003 and 2005, when the returns were purportedly signed have looked at the pages referred to in Paragraph 2 above and have represented to me that the signatures on those pages are not theirs. The signatures also are not mine.

6. Except for members of this firm and related parties and entities, this firm does not prepare income tax returns, absent extraordinary circumstances.

7. The tax returns purport to be prepared by an attorney from a firm called "HOCHMAN SALKIN DEROY RETTIG." This has never been the name of this firm. This firm was called HOCHMAN SALKIN and DeROY until approximately the year 1998. At that time the name of the firm was changed to HOCHMAN SALKIN RETTIG TOSCHER & PEREZ, A Professional Corporation and was changed again in 1999 to its present name, HOCHMAN SALKIN RETTIG TOSCHER & PEREZ, P.C.

8. The EIN by the preparer signature block of the tax return is not that of this firm. One digit is missing.

9. We would not use the terms "Tax Attorney's" (sic) or "Attorney's at Law" (sic) as stated in the preparer block on the tax returns.

**DECLARATION OF AVRAM SALKIN**

10. The social security number on the individual tax returns matches that of GARY A. EMERSON a former client of the firm. (I understand that the number will be partly redacted before the tax returns are filed with the Court.) Our records show that Mr. EMERSON's file was opened in 1999. Our billing records do not reflect any billings for any period after March of 2001.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted:

DATED: June 11, 2008

_____
AVRAM SALKIN, ESQ.

280221.1

3

**DECLARATION OF AVRAM SALKIN**