# 9CCA Returned File Form

DISTRICT COURT CASE # _CV 05-1944-PHX-SRB_____

9CCA CASE # __06-15736_____

CIVIL [X]

CRIMINAL [ ]

___1___ CLERK'S FILES

_____ TRANSCRIPTS (DOCKET NUMBERS)

_____ BULKIE (DOCKET NUMBERS)

_____ EXPANDOS

_____ OTHER DOCUMENTS

APPEAL STAMP   YES [ ]   NO [X]

VERIFIED BY: _____CMH_____

DATE: ___09/30/08_____