**UNITED STATES DISTRICT COURT**  
**DISTRICT OF ARIZONA - TUCSON**                                                            **MAGISTRATE JUDGE'S MINUTES**

DATE: 10/31/08                              CASE NUMBER: 08-04844M-(JM)

USA vs.   FRANCISCO JAVIER ALMEIDA-RUIZ (in custody) Present. Maria Davila (Appointed) Present.

JESUS RAMON LOMELI (released) Presence Waived. Rosemarie Valdez (AFPD) Present.

MATERIAL WITNESS: Elia Isabel Vasquez-Cortez, Armando Sanchez, Daniel Abraham Corrales-Duran (in custody) Presence Waived. Darlene Chavira Chavez (Appointed).

U.S. MAGISTRATE JUDGE: MAGISTRATE JACQUELINE MARSHALL   Judge #: 70BN

U.S. Attorney   Ann DeMarais                              INTERPRETER REQ'D   Yvette Citizen

MATTER COMES BEFORE THIS COURT FOR MOTIONS HEARING.

Motion to Modify Conditions of Pretrial Release is GRANTED. [15]

Defendant's Ramon Lomeli condition of pre-trial release to seek or maintain active employment is removed as long as he remains a full time student.

Motion to Continue Video Deposition is GRANTED. [11]

Over the objection of defense counsel for Material Witness it is ORDERED that hearing for Video Deposition is continued to Tuesday, November 18,08 at 8:30AM.

Copies to:                                                Recorded by Courtsmart
USA, CNSL, PSA                                            BY:  Rose Chavez
                                                          Deputy Clerk

                                                                                Mtn Hrg:  8 Min